# APPENDIX TO DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLANTIFF'S COMPLAINT IN ITS ENTIRETY

## CIVIL ACTION NO.: 3:22CV00075-NKM-JCH

| Party | Capacity | Counts 1-4 (Federal) | | Counts 5-7 (Virginia) | |
|---|---|---|---|---|---|
| | | **Injunction** | **Damages** | **Injunction** | **Damages** |
| **Rector and Visitors of the University of Virginia** | **Corporate Board of the University** | Moot/Barred[1] | Barred | Moot/Barred | Barred |
| **Whittington W. Clement** | **Rector (official)** | Moot | Barred | Moot/Barred | Barred |
| | **Member of the UVA Health Systems Board (official)** | Moot | Barred | Moot/Barred | Barred |
| **Robert D. Hardie** | **Vice Rector (official)** | Moot | Barred | Moot/Barred | Barred |
| **Mark T. Bowles, Carlos M. Brown, Elizabeth M. Cranwell, Thomas A. DePasquale, U. Bertram Ellis Jr., Louis S. Haddad, Angela Hucles Mangano, L. F. Payne, Amanda L. Pillion, Susan E. Kirk, and Lily A. Roberts** | **Visitors (official)** | Moot | Barred | Moot/Barred | Barred |
| **Robert M. Blue, Babur B. Lateef, Stephen P. Long, James B. Murray Jr., James V. Reyes, and Douglas D. Wetmore are sued in their official capacities.** | **Visitors (official)** | Moot | Barred | Moot/Barred | Barred |
| | **Members of the UVA Health Systems Board (official)** | Moot | Barred | Moot/Barred | Barred |

---

[1] "Barred" means barred by sovereign immunity.

1

| **K. Craig Kent** | **CEO of UVA Health and UVA's Executive Vice President for Health Affairs (official)** | Moot | Barred | Moot/Barred | Barred |
|---|---|---|---|---|---|
| | **Individual** | Moot (In reality against him in his official capacity) | Qualified Immunity | Moot/Barred | No supplemental jurisdiction |
| **Wendy Horton** | **Individual** | Moot (In reality against her in her official capacity) | Qualified Immunity | Moot/Barred | No supplemental jurisdiction |
| **Mary Frances Southerland** | **Individual** | Moot (In reality against her in her official capacity) | Qualified Immunity | Moot/Barred | No supplemental jurisdiction |
| **John Does 1-5** | **Individual** | Moot (In reality against them in their official capacities) | Qualified Immunity | Moot/Barred | No supplemental jurisdiction |
| **Melissa Frederick** | **Individual** | Moot (In reality against her in her official capacity) | Qualified Immunity | Moot/Barred | No supplemental jurisdiction |