# EXHIBIT F

| | |
|---|---|
| **From:** | Tata, Bob |
| **To:** | Sam Diehl |
| **Cc:** | Cox, Trevor S.; Nicholas J. Nelson; Charles Molster; tgrimes@terryngrimes.com; McGraw, Wendy C. |
| **Subject:** | Phillips, et al., v. Rector and Visitors, et al. - Reinstatement/Accommodation |
| **Date:** | Thursday, January 19, 2023 5:18:48 PM |

Sam:  As we previewed during our meet-and-confer, we write to advise that the religious exemption requests of Dwayne Phillips, Mark Ehrlich, Ryan Meszaros, Rebecca Tyson, Rebecca Loflin, and Janet Ripley (collectively, "Plaintiffs") are granted under UVA Health's updated Procedure and Guidance (which we have provided to you) based on their prior submissions.  Pending timely and successful application, Loflin, Meszaros, Ripley, and Tyson are offered reinstatement in their prior positions (or a substantially similar position).  Under the same conditions, because of the nature of their prior duties and ongoing concerns for patient safety, Ehrlich and Phillips are offered an accommodation in a position elsewhere at UVA Health.  All six of the above individuals are anticipated to be sent a letter explaining the process on before February 3, 2023, and the process with respect to interested individuals will proceed from there.  In particular, interested individuals will be directed to a requisition for a job posting and will be asked to complete a standard application through UVA Health's recruiting system.

Please note that although UVA Health will request these individuals to respond to a requisition, including the submission of an application, such submission is required for administrative reasons, including the need to update their experience and education to the extent appropriate.  The requisition and position would be established specifically for each applicant (i.e., there will be no other applicants for the positions).  They will need to undergo, and final hiring would be contingent on, all of the normal pre-hire screening (background check, employee health screening, drug testing where applicable, etc.).

As mentioned in our call and above, UVA Health plans to directly reach out to these six individuals, to which you had no objection, with more detail regarding the process and next steps, but we also anticipate that you will notify each of these individuals of this development so they can be prepared to take appropriate steps, if desired (and/or provide UVA Health updated contact information).  These individuals, of course can reapply any time, but this procedure is intended to provide them a potential fast track to reinstatement or accommodation.

This offer of reinstatement or accommodation is not conditioned on the

dismissal or release of any causes of action that Plaintiffs have asserted, or may assert, against UVA Health.  Moreover, this offer is not an express or implied admission of liability concerning any claims or causes of action arising out of Plaintiffs' employment or otherwise.  Thank you.  Bob



**Robert M. "Bob" Tata**
Partner
btata@HuntonAK.com
p 757.640.5328
bio  |  vCard

Hunton Andrews Kurth LLP
500 East Main Street
Suite 1301
Norfolk, VA 23510

2200 Pennsylvania Ave, NW
Washington, DC 20037

HuntonAK.com

**VIRGINIA 500 "The Power List" 2020-2022**