# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| J. DWAYNE PHILLIPS, *et als.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| v.    ) | 3:22-cv-00075- NKM-JCH |
| ) | |
| RECTOR AND VISITORS ) | |
| OF THE UNIVERSITY  OF ) | |
| VIRGINIA, *et als.*, ) | |
| ) | |
| Defendants. ) | |

### **NOTICE OF APPEARANCE**

COMES NOW, Matthew Kirsner, Esquire of the law firm Eckert Seamans Cherin & Mellott, LLC, and gives notice of his appearance in the above-captioned case on behalf of Defendants Melissa Frederick and Katy Hoffman in their individual capacities.

February 26, 2023            Respectfully Submitted,

**MELISSA FREDERICK**
**KATY HOFFMAN**

By:    /s/ Matthew Kirsner, Esq.

Matthew Kirsner, Esquire (VSB #41615)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
mkirsner@eckertseamans.com

*Counsel for Melissa Frederick and Katy Hoffman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2023, a copy of the foregoing was filed via CM/ECF, which will automatically send electronic notification of such filing to all counsel of record.

       /s/ Matthew Kirsner
Matthew Kirsner, Esquire (VSB #41615)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
Email: mkirsner@eckertseamans.com

*Counsel for Melissa Frederick and Katy Hoffman*