IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

J. DWAYNE PHILLIPS, *et al.,*                )
                                             )
Plaintiffs,                                  )        Civil Action No.
v.                                           )        3:22-cv-00075- NKM-JCH
                                             )
RECTOR AND VISITORS                          )
OF THE UNIVERSITY OF                         )
VIRGINIA, *et al.,*                          )
                                             )
Defendants.                                  )

**OPPOSITION OF INDIVIDUAL CAPACITY DEFENDANTS
FREDERICK AND HOFFMAN TO PLAINTIFFS' MOTION
TO CONTINUE HEARING ON BRIEFING AND HEARING
ON MOTIONS TO DISMISS AND MOTION FOR LEAVE TO AMEND**

In response to Plaintiffs' Motion to Continue Briefing and Hearing on Motions to Dismiss
and Motion for Leave to Amend (ECF # 95), Melissa Frederick and Katy Hoffman (the "Individual
Capacity Defendants") join in the relief requested by the Official Capacity Defendants (ECF # 97).

Specifically, the Individual Capacity Defendants request that the Court deny Plaintiffs'
Motion (ECF # 95) and proceed with a hearing on the Motion for Preliminary Injunction, Motions
to Dismiss, and Motion for Leave to Amend on June 7, 2023 as scheduled.[1]  In the alternative, the
Individual Capacity Defendants request that the Court continue the hearing as to **all** currently

---

[1]      As noted by the Official Capacity Defendants, the Court could also simply deny the Motion
for Leave to Amend on the papers rather conduct oral argument on that Motion.  *See* ECF # 97,
at 7, n. 4.

scheduled Motions, in order to provide Plaintiffs with the additional time that they request to oppose the Motions to Dismiss. If the Court were to adopt this alternative approach, then the Individual Capacity Defendants support the briefing schedule proposed by the Official Capacity Defendants. *See* ECF # 97, at 5.

May 26, 2023                                Respectfully Submitted,

                                           **MELISSA FREDERICK**
                                           **KATY HOFFMAN**

                                           By: /s/ William H. Hurd

                                           William H. Hurd (VSB #16967)
                                           Karen S. Elliott (VSB #26393)
                                           Matthew Kirsner (VSB #41615)
                                           Brendan C. Horgan (VSB #83989)
                                           ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                           919 East Main Street, Suite 1300
                                           Richmond, Virginia 23219
                                           Tel: (804) 788-7740
                                           Fax: (804) 698-2950
                                           whurd@eckertseamans.com
                                           kelliott@eckertseamans.com
                                           mkirsner@eckertseamans.com
                                           bhorgan@eckertseamans.com

                                           *Counsel for Melissa Frederick and Katy Hoffman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2023, a copy of the foregoing was filed via CM/ECF, which will automatically send electronic notification of such filing to all counsel of record.

/s/ William H. Hurd
William H. Hurd (VSB #16967)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
Email: whurd@eckertseamans.com

*Counsel for Melissa Frederick and Katy Hoffman*