IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **DWAYNE PHILLIPS**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:22-cv-00075 |
| | ) | |
| v. | ) | By: Hon. Robert S. Ballou |
| | ) | United States District Judge |
| **RECTOR AND VISITORS OF THE** | ) | |
| **UNIVERSITY OF VIRGINIA**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Court enters the following orders:

- Official-Capacity Defendants' Motion to Dismiss All Claims Against Them in Plaintiffs' Second Amended Complaint (Dkt. 88) is **GRANTED in part** and **DENIED in part**. Plaintiffs' federal and Virginia constitutional claims against Official Capacity Defendants are **DISMISSED as moot**. The Title VII claims of Plaintiffs Phillips, Boker, McCarthy, Parsnow, and Sheppard are **DISMISSED without prejudice**.

- Motion to Dismiss Plaintiffs' Second Amended Complaint by Defendants K. Craig Kent and Wendy Horton in Their Individual Capacities (Dkt. 86) **is GRANTED.** Plaintiffs' federal constitutional claims against Personal Capacity Defendants are **DISMISSED with prejudice** and Plaintiffs' Virginia constitutional claims against them are **DISMISSED without prejudice.**

- Motion to Dismiss Plaintiffs' Second Amended Complaint of Defendants Frederick and Hoffman (Dkt. 90). Plaintiffs' federal constitutional claims against Personal Capacity

Defendants are **DISMISSED with prejudice** and Plaintiffs' Virginia constitutional claims against them are **DISMISSED without prejudice.**

It is **SO ORDERED**.

Entered:  March 20, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge