IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 20, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
     DEPUTY CLERK

| | |
|---|---|
| Dwayne Phillips, *et al.*, ) | |
|    Plaintiffs, ) | Civil Action No. 3:22-cv-00075 |
| ) | |
| v. ) | ORDER |
| ) | |
| Rector & Visitors of ) | |
| the University of Virginia, et al., ) | By:   Joel C. Hoppe |
|    Defendants. ) |         United States Magistrate Judge |

This matter is before the Court on the parties' Joint Rule 26(f) Report ("Report"). ECF No. 180. Considering the parties' positions set forth in the Report, and in an effort to effectively manage case deadlines and motions practice, the Scheduling Order, ECF No. 173, is MODIFIED as follows:

| | |
|---|---|
| Deadline for Plaintiffs to File Motion for Class Certification | August 1, 2024 |
| Deadline for Defendants to File Opposition to Plaintiffs' Motion for Class Certification | August 29, 2024 |
| Deadline for Plaintiffs to File Reply to Their Motion for Class Certification | September 12, 2024 |
| Deadline to Complete Discovery | December 9, 2024 |

It is so ORDERED.

ENTER: May 20, 2024

*/s/ Joel C. Hoppe/*

Joel C. Hoppe
U.S. Magistrate Judge

1