CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
November 19, 2024
LAURA A. AUSTIN, CLERK
BY   s/ S. MELVIN
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **DWAYNE PHILLIPS, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | Civil Action No. 3:22-cv-00075 |
| ) | |
| v. ) | By: Hon. Robert S. Ballou |
| ) | United States District Judge |
| **RECTOR AND VISITORS OF THE** ) | |
| **UNIVERSITY OF VIRGINIA, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, John Doe #1's Motion to Dismiss (Dkt. 188) is **GRANTED**. Plaintiffs' federal constitutional claims are **DISMISSED with prejudice** and Plaintiffs' Virginia constitutional claims are **DISMISSED without prejudice.**

It is **SO ORDERED**.

Entered: November 19, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge