IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DWAYNE PHILLIPS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:22cv00075-RSB |
| | ) |
| RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## EXHIBITS FILED PURSUANT TO ORDER ON MOTION TO SEAL

Pursuant to the Court's Order (Dkt 262) on Plaintiffs' Motion to Seal (Dkt. 223), Plaintiff's file the following exhibits previously filed under seal in support of Plaintiffs' Motion to Certify Classes and Appoint Class Counsel (Dkt. 221):

| Exhibit | Note |
|---|---|
| Exhibit 2 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 3 | Unredacted exhibit previously filed under seal. |
| Exhibit 4 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 5 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 6 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 17 | Unredacted exhibit previously filed under seal. |
| Exhibit 19 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 20 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 21 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |

| **Exhibit** | **Note** |
|---|---|
| Exhibit 22 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 23 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 26 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |
| Exhibit 27 | Amended, redacted exhibit filed pursuant to the Court's Order and the agreement of the parties. |

Dated: February 14, 2025

Respectfully submitted,

By: *s/Charles B. Molster, III*
Charles B. Molster, III (VSB#23613)
**LAW OFFICES OF CHARLES B. MOLSTER, III PLLC**
129 East Davis Street, Suite 250
Culpeper, Virginia 22701
Tel. (703) 346-1505
cmolster@molsterlaw.com

Terry N. Grimes (VSB#24127)
**TERRY N. GRIMES, ESQ., P.C.**
320 Elm Avenue, SW
Roanoke, Virginia 24016
Tel: 540.982.3711
tgrimes@terryngrimes.com

Samuel W. Diehl (Admitted *Pro Hac Vice*)
Nicholas J. Nelson (Admitted *Pro Hac Vice*)
**CROSSCASTLE PLLC**
14525 Highway 7, Suite 345
Minnetonka, MN 55345
Tel: (612) 429-8100
sam.diehl@crosscastle.com
nicholas.nelson@crosscastle.com

Joshua A. Hetzler, Esq. (VSB #89247)
**FOUNDING FREEDOMS LAW CENTER**
707 E. Franklin St. Richmond, VA 23219
Tel: (804) 801-6707
josh@foundingfreedomslaw.org

***Counsel for Plaintiffs***

4929-0238-1083, v. 1