**Exhibit 3**



CONTAINS CONFIDENTIAL DOCUMENTS

# Transcript of Costi D. Sifri, M.D., Corporate Representative

**Date:** September 5, 2024
**Case:** Phillips, et al. -v- Rector and Visitors of the University of Virginia, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

## Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF VIRGINIA
 3              Charlottesville Division
 4    ---------------------------X
 5    DWAYNE PHILLIPS, et al.,    :
 6              Plaintiffs,       :
 7         - vs. -               :   Civil Action No.:
 8    RECTOR AND VISITORS OF THE  :   3:22cv00075-RSB
 9    UNIVERSITY OF VIRGINIA,     :
10    et al.,                     : *CONTAINS CONFIDENTIAL
11         Defendants.  :         DOCUMENTS*
12    ---------------------------X
13    RULE 30(B)(6) DEPOSITION OF RECTOR AND VISITORS OF
14          THE UNIVERSITY OF VIRGINIA,
15      BY AND THROUGH ITS CORPORATE REPRESENTATIVE,
16              COSTI D. SIFRI, M.D.
17            Charlottesville, Virginia
18           Thursday, September 5, 2024
19                 9:25 a.m.
20    Job No.:  551154
21    Pages:  1 - 292
22    Reported by:  Michelle L. Lonas, RPR, CCR
```

## Page 2

Rule 30(b)(6) Deposition of RECTOR AND
VISITORS OF THE UNIVERSITY OF VIRGINIA, by and through
its Corporate Representative, COSTI D. SIFRI, M.D.,
held at the law offices of:

WILLIAMS MULLEN (CHARLOTTESVILLE)
323 2nd Street, SE
Suite 900
Charlottesville, Virginia 22902
(434) 951-5700

Pursuant to agreement, before Michelle L. Lonas, Registered Professional Reporter, Certified Court Reporter, and Notary Public of the Commonwealth of Virginia.

## Page 3

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:
    SAMUEL DIEHL, ESQUIRE
    CROSSCASTLE PLLC
    14525 Highway 7
    Suite 345
    Minnetonka, MN 55345
    (612) 429-8100

ON BEHALF OF THE DEFENDANT THE RECTOR AND
VISITORS OF THE UNIVERSITY OF VIRGINIA:
    WENDY C. McGRAW, ESQUIRE
    HUNTON ANDREWS KURTH LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219
    (804) 788-7221

## Page 4

A P P E A R A N C E S  (C O N T' D.)
ON BEHALF OF DOE DEFENDANT NO. 1:
    (VIA ZOOM)
    JOHN P. O'MALLEY, ESQUIRE
    WILLIAMS MULLEN
    200 South 10th Street
    Suite 1600
    Richmond, Virginia 23219
    P.O. Box 1320
    Richmond, Virginia 23218
    (804) 420-6074

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

2 (5 to 8)

**5**

1  C O N T E N T S
2  WITNESS                                    PAGE
3  COSTI D. SIFRI, M.D.
4     By Mr. Diehl                    8
5     By Ms. McGraw                          284
6     By Mr. Diehl                           287
7
8
9
10
11          E X H I B I T S
12       (Attached to the Transcript)
13      ON BEHALF OF THE PLAINTIFFS
14 NO.    DESCRIPTION                    PAGE
15 20   Plaintiff's Amended Notice of Taking      13
16      Rule 30(b)(6) Deposition of Defendants
17      Rector and Visitors of the University
18      of Virginia
19 21   Binder of Documents Reviewed by          69
20      Dr. Sifri
21 22   Defendant UVA's Amended Answer to      85, 87
22      Plaintiffs' Interrogatory No. 1

**6**

1       E X H I B I T S  ( C O N T ' D .)
2         ON BEHALF OF THE PLAINTIFFS
3  NO.     DESCRIPTION                   PAGE
4  23   Letter to Centers for Medicare and      235
5       Medicaid Services from Governor Glenn
6       Youngkin and Governor Jim Justice,
7       Dated January 31, 2022
8  24   Email from Lisa Badeau to Edward        237
9       Jackson and Others, Dated 12/27/2021,
10      Re:  COVID Vaccine FINAL Report
11      12 7 2021.pdf
12  ON BEHALF OF DEFENDANT RECTOR AND VISITORS OF THE
13            UNIVERSITY OF VIRGINIA
14 NO.    DESCRIPTION                    PAGE
15 D-1  Defendant Rector and Visitors of the     8
16      University of Virginia's Objections
17      and Responses to Plaintiffs' Notice
18      of Rule 30(b)(6) Deposition
19 D-2  Defendant Rector and Visitors of the     8
20      University of Virginia's Objections
21      and Responses to Plaintiffs' Amended
22      Notice of Rule 30(b)(6) Deposition

**7**

1          P R O C E E D I N G S
2          (Witness was sworn by the reporter.)
3          MS. McGRAW:  Before we get started today,
4   this is Wendy McGraw on behalf of UVA, I'd like to
5   just note for the record that Mr. Diehl is taking a
6   video, which I understand is for his own personal use,
7   not going to be released to the public in any way, and
8   we're reserving all objections to any sort of use of
9   the video in court.  I'd also like to note that the
10  witness is produced today pursuant to objections and
11  designations that were made, and I'd like to just go
12  ahead and mark as Defendant's Exhibit 1, Defendant
13  Rector and Visitors of the University of Virginia's
14  Objections and Responses to Plaintiffs' Notice of
15  Rule 30(b)(6) deposition.  And Defendant's Exhibit 2,
16  Defendant Rector and Visitors of the University of
17  Virginia's Objection and Responses to Plaintiffs'
18  Amended Notice of Rule 30(b)(6) Deposition.  So if we
19  could mark these as Defendant's 1 and 2.
20          MR. DIEHL:  Well, I didn't know you could
21  mark exhibits, but I'll -- that seems all right with
22  me.

**8**

1          MS. McGRAW:  Do you want copies, or --
2          MR. DIEHL:  I'll take a copy, yeah.  Yeah,
3   that's fine.  And if you want to mark those, just make
4   sure there's a defendant's marking on those, and the
5   initial -- so it's D-1 and D-2, and D-2 is the later
6   document?
7          MS. McGRAW:  Yes.
8          MR. DIEHL:  We obviously don't agree with
9   those objections, but I understand those objections
10  exist, and we have different positions on that.
11          Do you want to mark those?
12          (Exhibits D-1 and D-2 were marked for
13  identification and attached to the transcript.)
14          COSTI D. SIFRI, M.D.,
15   having been duly sworn, was examined and testified
16          under oath as follows:
17     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
18 BY MR. DIEHL:
19     Q   I introduced myself off the record, but
20  obviously, my name is Sam Diehl.  I am one of the
21  attorneys representing the plaintiffs in a lawsuit
22  against the University of Virginia.  And can you

**9**

1  please say and spell your name for the record?

2  **A    Sure.  My name is Costi David Sifri, or**

3  **Costi D. Sifri.  Costi is C-O-S-T-I, D, it's D as in**

4  **David, and then Sifri is S, as in Sam, R-I-F, as in**

5  **Frank, R-I.**

6      Q    And I'll -- and you're a medical doctor?

7  Is that correct?

8  **A    Yes, it is.**

9      Q    And I'll try to refer to you as Dr. Si --

10 and -- okay, I'm going to say it wrong I feel like.

11 I'm all nervous.  It's "See-free"?

12 **A    It's Sifri.**

13     Q    Sifri.  Okay.

14 **A    Yeah.**

15     Q    I'm going to try to say that right.  If I

16 say it wrong, I apologize.  Or if call you a -- if I

17 demote you to a Mister, I'll -- I apologize for that

18 as well.

19 **A    So I'm a Mister, and I've been called**

20 **"See-free" before, and I'll answer to that as well.**

21     Q    Yeah.  Yeah.  People --

22 **A    So that's fine.**

**10**

1      Q    No problem.  And have you ever had your

2  deposition taken before?

3  **A    I have not.**

4      Q    And so, I'll talk a little bit about

5  depositions in general, but this is a somewhat of a

6  unique deposition in that you're -- you understand

7  that you're testifying on behalf of the Rector and

8  Visitors of the University of Virginia?

9  **A    Yes.**

10     Q    And so throughout the day, if I'm talking

11 about, you know, do you, or asking questions, I'm

12 asking questions in your capacity as a spokesperson

13 for the University of Virginia today.  And -- do you

14 understand that?

15 **A    I do understand that.**

16     Q    And if -- I will try to -- if there's some

17 question sort of particular to you or your role

18 personally at the University of Virginia, I'll try to

19 say you personally, or something to that effect.  But

20 if it's ever unclear, will you let me know?

21 **A    I'll ask for clarification, yeah, when that**

22 **comes up.**

**11**

1      Q    Please do.  So, depositions are, you know,

2  somewhat similar to a conversation, so I'll -- I'm

3  asking questions and you're answering questions.

4  Obviously, it's a little different because there's a

5  court reporter here taking things down.  So because of

6  that, it's important to answer questions audibly, and

7  say "yes" and "no" instead of "uh-huh" and "uh-uh."

8  Does that make sense?

9  **A    That does make sense.**

10     Q    And you're doing a great job so far.

11     And I will try to let you finish your

12 answers, if you try to let me finish your questions.

13 And Wendy will -- probably has warned you that

14 sometimes I ask questions as I'm thinking, and so I

15 will try to be -- to make the question fit within

16 normal question timing, but just bear with me if I'm

17 ever thinking and there's sort of a pause in there.

18 But just let me know if I didn't let you -- well, let

19 me just say this:  If I don't let you finish an

20 answer, will you let me know?

21 **A    Yes.  And I will also work to make sure**

22 **that you finish your question before I start to answer**

**12**

1  it.

2      Q    That's great.  And is -- is there any

3  impediment to you that you understand might inhibit

4  your ability to testify truthfully today?

5  **A    No.**

6      Q    And if you don't understand a question,

7  will you let me know?

8  **A    Yes.**

9      Q    And if, if you answer a question, is it

10 fair to assume that you understood the question?

11 **A    Yes.**

12     MR. DIEHL:  What -- we're going to continue

13 numbering, so I should have told you that before.

14 We're going to continue numbering from the previous

15 depositions.  And I need to just double-check.  Do you

16 recall what the last number was?

17     MS. McGRAW:  I don't.  I also did not bring

18 those exhibits with me, so I hope you have extra

19 copies.

20     MR. DIEHL:  I will -- and does the court

21 reporter have the original exhibits?  It's with the

22 other court reporter?  Williams Mullen has a scanner.

13

1  We'll deal with that over lunch if we need to.
2        MS. McGRAW:  Okay.
3        MR. DIEHL:  I'm not too worried about that,
4  so -- but I am going to mark -- I need to figure out
5  what it was.  One second here.  (Pause)
6        So the last exhibit I understand was
7  Exhibit 19, and so we'll start with Exhibit 20.
8        (Exhibit 20 was marked for identification
9  and attached to the transcript.)
10 BY MR. DIEHL:
11    Q     Do you recognize Exhibit 20?
12    A     I do not.  I don't think I've seen this
13 before.
14    Q     So, um, if you turn to the third page of
15 Exhibit 20, there's an Exhibit A.  Do you see that?
16    A     I do see that.
17    Q     And then do you see on the next page -- and
18 Exhibit A starts with some definitions on page three
19 of Exhibit 20.  And then the next page, page four of
20 Exhibit 20, is deposition subjects?  Do you see that?
21    A     I see that.
22    Q     Does this refresh your memory, or looking

14

1  at any of the next following pages, that you were
2  designated to testify on the subjects that are
3  listed -- or on some of the subjects that are listed
4  on Exhibit A to Exhibit 20?
5    A     Exhibit A to Exhibit 20?  Can you tell me
6  about what --
7    Q     So the first page, we've marked this as
8  Exhibit 20.
9    A     Oh, oh, okay.
10    Q     So that's Exhibit 20.
11    A     All right.
12    Q     And then there's an Exhibit A to
13 Exhibit 20, which starts on page three of Exhibit 20.
14 Do you see that?
15    A     Yes.
16    Q     And I'm really going to ask you about the
17 deposition subjects beginning on the next page,
18 Exhibit 4.  Do you see that?  Do you see those
19 subjects?
20    A     The subjects, deposition subjects, starting
21 with number one, Every vaccine policy?
22    Q     Yes.  And have you seen this, these

15

1  subjects before?
2    A     Um, I'd be honest that I don't recall
3  seeing this.  I have seen documents, but I'm not
4  entirely sure I've seen this exact one.
5    Q     So, did you understand that you're
6  designated to testify on certain subjects today?
7    A     Yes.
8    Q     And if we can go to the document that
9  defense counsel has marked as Defense Exhibit 2, do
10 you have that in front of you?
11    A     I do.
12    Q     And if you go to the second page of Defense
13 Exhibit 2, do you see that you're listed there, and it
14 says, Dr. Sifri will testify regarding the following
15 topics:  Topic 1, 2, et cetera?
16    A     Topic 4 and 5, 14?
17    Q     And you see those?
18    A     Yes.
19    Q     And do you understand that those topics
20 listed on the second page of Defense Exhibit 2 are
21 referred to, the subjects, or many of the subjects
22 listed on pages four, five, six and seven of

16

1  Exhibit 20?
2        MS. McGRAW:  And while he's reviewing that,
3  I'd just like to note for the record that the
4  designation is made subject to the objections and the
5  limitations placed in the Exhibits 1 and 2.
6        MR. DIEHL:  Well, you've already put that
7  on the record, so we don't need to do that again.  But
8  understood.  I'm just trying to understand whether
9  he's prepared to testify on the subjects.
10 BY MR. DIEHL:
11    Q     Tell me when you've had a chance to take a
12 look at those.
13    A     Yes.  I'm ready to testify on that.
14    Q     Okay.  So, having looked at Defense
15 Exhibit 2, and pages four through seven of Exhibit 20,
16 the -- there are topics listed under the bullet point
17 one on the second page of Defense Exhibit 2.  Do you
18 see those different topics?
19    A     Yes.
20    Q     And you understand that those topics refer
21 to subjects, deposition subjects numbered and lettered
22 on pages four through seven of Exhibit 20, correct?

17

1    A    Correct.
2    Q    And you're prepared to -- so, just going
3 through those, subject one on page four of Exhibit 20,
4 you are prepared to test -- are you prepared to
5 testify on all topics except for Topic 1, lower case
6 i; is that correct?
7        MS. McGRAW: Object to the form. There's
8 objections to the topic, but he's prepared to testify
9 subject to the objection.
10       MR. DIEHL: Okay, Wendy, we understand that
11 the objections exist, and we're going to assume that
12 those -- that you've made those objections. You don't
13 need to repeat them throughout the day every time a
14 topic comes up. I'm just trying to understand, it
15 says, Dr. Sifri will testify regarding the following
16 topics: Topic 1, except for 1(i). I'm just trying to
17 understand if that's true.
18       MS. McGRAW: It says subject to and without
19 waiving its objections.
20       MR. DIEHL: Okay.
21       MS. McGRAW: And it also says -- you're
22 asking if he's going to testify about every vaccine

18

1 policy. He is not.
2        MR. DIEHL: I didn't -- I didn't ask him
3 that. I asked him about the subject one.
4 BY MR. DIEHL:
5    Q    All right. You're -- have you looked at
6 the deposition subjects that are on pages four
7 through seven of Exhibit 20 at all?
8    A    I've looked at many things, and I think I
9 have looked -- I believe I've looked at all of these.
10 But just right now in handing this to me, I wanted to
11 make sure that I was truthful to say do I remember
12 each of these? I was not entirely. I didn't want to
13 commit to saying that without taking a look at this.
14   Q    I guess, but have you seen Exhibit 20
15 before now that we've gone over it a little bit?
16   A    I believe so. Yeah.
17   Q    Okay. Subject to whatever objections, I'm
18 not going to -- I don't want to go through that every
19 time, because it will just slow us down, but we're
20 going to assume that there are objections that have
21 been made, and you've prepared in some limited way as
22 instructed by counsel. But with respect to Subject

19

1 1(a), what did you do to prepare for that topic?
2    A    Um, I reviewed the UVA Health policies
3 regarding occupational health vaccines and the
4 development of, or the iterations of those policies,
5 as well as, uh, um, having the discussions with
6 counsel regarding preparations.
7    Q    Yeah, and I'm not asking for -- throughout
8 the day, I can't imagine that I would ever ask it, but
9 if I am not -- I'm not asking for any attorney-client
10 privileged conversations between the attorney
11 representing the university here today. But I do want
12 to hear about your preparations. So you looked at
13 policies. Did you -- did you speak to anyone -- I
14 guess, if it's easier just to not go through each
15 lettered, lettered subject here, but with respect to
16 subject one and the letter topics which you've been
17 designated to testify, or subject to objection, you've
18 mentioned you've looked at policies, and what else did
19 you look at in terms of documents?
20   A    In documents?
21   Q    With respect to subject one and its, and
22 its, the subjects there.

20

1    A    I took a look at, you know, the policy
2 regarding occupational health vaccinations at UVA was
3 a policy that started with our experience around other
4 infectious diseases that dates back to when I started
5 my position as the hospital epidemiologist in 2009,
6 around pandemic influenza and other issues. And so I
7 took a look at that experience, including a PowerPoint
8 that I presented to hospital leadership, you know,
9 during that period of time, when we had talked about
10 some of the challenges and gaps in occupational health
11 vaccinations in the early or mid, you know, 2014, 2015
12 time frame, and those documents that led to the
13 development of the health system policy that is called
14 OCH-002.
15   Q    Anything else in terms of documents that
16 you looked at to prepare for Topic 1 or -- yeah,
17 Subject 1 or -- let me just say this: If I say
18 "topic" or "subject," do you understand that I mean
19 the same thing today?
20   A    Topic and subject? Yes.
21   Q    Okay. So with respect to Topic 1, any
22 other documents that you recall reviewing to prepare

21

1 to testify on that subject? With respect to Topic 1,
2 any other documents you recall that you haven't
3 mentioned that you reviewed in preparing to testify on
4 Topic 1 and its subtopics?
5     A    Yeah. So I took a look at Email exchanges
6 regarding discussions around the development of, or
7 the revision of OCH-002, again, the health care system
8 policy for health care worker vaccination.
9     Q    Throughout the day if I refer to the
10 vaccine policy just as a shorthand for that OCH-002
11 policy, does that make sense?
12     A    That's fine.
13     Q    And I don't mean anything by that. I just,
14 you know, it's shorter than saying OCH-002,
15 occupational health, whatever the actual name is.
16 Does that make sense?
17     A    That makes sense. I'll also add the
18 provision that I'll often probably just say OCH-002,
19 because that's often what, how we refer to it, and
20 it's baked into my language.
21     Q    Absolutely. Absolutely. I just wanted to
22 give you a definition that I might use.

22

1         Anything else as far as documents that you
2 reviewed besides some Email exchanges that you
3 referenced, the policy, and documents related to the
4 change in the policy?
5     A    Um, I think those are the major ones.
6 Yeah. I'm trying to think if there are other things.
7 You know, I had -- you said other things. I had a
8 conversation with Adam Momper, who was in the health
9 system, and discussed, um, the vaccination, um,
10 requests, requirements that occurred with our contract
11 vendors. So, had a conversation with him, um, in
12 terms of other -- oh.
13     Q    What is Adam's last name? Do you know how
14 to spell it?
15     A    Momper, which I believe is M-O-M-P-E-R.
16     Q    Okay. And does -- do you know what his
17 title is, or what -- title or role generally?
18     A    He is -- I don't know what the title is.
19 His role is that he's, is an administrator that
20 oversees procurement.
21     Q    Okay.
22     A    In that large role, a lot of the, you know,

23

1 representatives of companies that come into the health
2 system and provide services, those go through his, I
3 guess, office.
4     Q    Did you speak to anyone besides Adam
5 Momper?
6     A    No, besides counsel.
7         And then in terms of other documents, um, I
8 discussed the, um, PowerPoint that I used to discuss
9 OCH-002. I also looked at PowerPoints of updates that
10 I provided to hospital leadership, and one PowerPoint
11 that I developed to discuss COVID to the hospital or
12 health system auxiliary board, which I think is sort
13 of a group that is invested and involved in the health
14 system in different fashions, comprised, I think,
15 largely of people from the public.
16     Q    Is the auxiliary -- what is the role of the
17 auxiliary board, to your knowledge?
18     A    I'm not entirely certain. I was asked to
19 give this talk to provide a COVID update. That was
20 pretty common during the pandemic, that I talked to a
21 lot of groups about COVID.
22     Q    Anything else that you recall preparing, or

24

1 as part of your preparation with respect to Topic 1?
2     A    I think that's it.
3     Q    So you've been designated, subject to
4 objection, with respect to Topic 2 as it relates to
5 undue hardship and medical exemptions I understand; is
6 that correct?
7     A    That's correct.
8     Q    And besides what you, anything you did to
9 prepare for Topic 1, is there anything you did to
10 prepare for Topic 2?
11     A    Anything in addition to what I did for
12 Topic 1? No.
13     Q    And you, similarly, same question with
14 respect to Topic 4 as it relates to medical
15 exemptions, as you've been designated. Topic 4 is on
16 page six of Exhibit 20.
17     A    No, nothing in addition to what I already
18 stated.
19     Q    And then, um, with respect to Topics 5
20 through 14, as you've been designated here, which are
21 on page six and continuing on page seven of
22 Exhibit 20, did you do anything else to prepare other

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

7 (25 to 28)

---

**25**

1 than what you've already mentioned?

2     **A**     **Um, no, I don't -- no.**

3     Q     And Topic 17 really isn't a, it's a

4 separate topic, do you understand that, on page seven

5 of Exhibit 20? That just is asking about what we're

6 going to ask about here, your preparation. Do you see

7 that?

8     **A**     **Yes.**

9     Q     So, um, how -- of all the preparation that

10 you did for today, whether meeting with counsel or

11 reviewing documents or speaking with anyone else, how

12 much time did you spend on that approximately?

13     **A**     **Um, I'd estimate maybe 20 hours.**

14     Q     And with respect to at least a number of

15 these topics that you're designated to testify, you

16 played a personal role in your position for the

17 University of Virginia Health System in 2020 through

18 say 2022; is that correct?

19     **A**     **Yes.**

20     Q     And as you've looked back on these topics,

21 and prepared for today's deposition, and thought back

22 on your personal role in any of this, what mistakes

---

**26**

1 did the University of Virginia make?

2     MS. McGRAW: Object to the form, calls for

3 speculation, calls for personal opinion, overbroad.

4 Beyond the scope.

5     THE WITNESS: And so now I still answer.

6     MS. McGRAW: You still answer, but you're

7 testifying in your personal capacity.

8     THE WITNESS: Yeah. Um --

9     MR. DIEHL: I don't agree. I don't agree.

10 And to be clear, we're not -- this is not your

11 individual deposition. We reserved the right to call

12 the witness as an individual witness. I'm asking in

13 his capacity as a spokesperson of the university.

14     MS. McGRAW: Well, it's beyond the scope of

15 your request, so he can't testify as to that.

16     MR. DIEHL: He can't testify about the

17 topics if they're negative? Is that your objection?

18     MS. McGRAW: No, he can't testify if it's

19 not within the 30(b)(6) notice. If you want to ask

20 him a personal question, you can ask him a personal

21 question; he's sitting here.

22     MR. DIEHL: It's not a personal question.

---

**27**

1     MS. McGRAW: Okay. You have the objection.

2 BY MR. DIEHL:

3     Q     Okay. You can answer.

4     **A**     **Can you restate the question?**

5     MR. DIEHL: Sure. Can you read back the

6 question, please? And we'll assume the same

7 objection.

8     (Last question was read back by the court

9 reporter.)

10     **A**     **Great. So it's what mistakes did the**

11 **University of Virginia make and what mistakes did I**

12 **make, or -- well, I need to clarify that. Um, so what**

13 **mistakes did the University of Virginia make? I think**

14 **there were opportunities to better counsel the public,**

15 **and that also, importantly, includes our team members**

16 **about what to expect with any vaccine. And I think in**

17 **retrospect, that is an educational effort that I think**

18 **many entities, I think, had opportunities for**

19 **improvement, and I would include that with our team.**

20 **And I'm going back to early two thousand and -- or**

21 **late -- early in the vaccine rollout period. So this**

22 **is, you know, November, December 2020.**

---

**28**

1     **In terms of the health system, I also think**

2 **there was an opportunity to make COVID vaccination a**

3 **requirement that was earlier in the course we ended up**

4 **doing. So I think there was an opportunity to make it**

5 **included in OCH-002, the vaccine policy, earlier, and**

6 **advocated for that. And I advocated for that.**

7 BY MR. DIEHL:

8     Q     Anything else?

9     **A**     **Are we speaking broadly about all of COVID,**

10 **or COVID vaccination?**

11     Q     Well, I'm speaking about the subjects that

12 you're prepared to testify today, as you looked back

13 through that, --

14     **A**     **Yeah.**

15     Q     -- did you see any mistakes that UVA made?

16     **A**     **So to those two points, yeah, I think those**

17 **were the -- are probably the things that come to my**

18 **mind. Highest on the list? I think there were**

19 **opportunities for, you know, improving PPE use and**

20 **efforts, you know, earlier that were very, very**

21 **challenging due to supply issues. But I think that**

22 **are the things that are the foremost in my find.**

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

8 (29 to 32)

29

1    Q    Stepping back for a minute, what is your
2  current position with the University of Virginia?
3    A    I'm a Professor of Medicine.  I'm the
4  Director of Hospital of Epidemiology, Infection
5  Prevention and Control.  And my medical specialty is
6  Infectious Diseases, Adult Infectious Diseases, and I
7  am the Director of the Immunocompromised Infectious
8  Disease program.
9    Q    Did you hold different roles -- so between
10 2020 and today, have you held different roles with the
11 University of Virginia?
12   A    No.
13   Q    And what subjects do you teach as a
14 professor?  And I am asking you personally about this
15 right now.
16   A    So, the majority of my teaching is --
17 occurs during patient care with trainees, which would
18 include fellows predominantly, but also internal
19 medicine residents and some medical students in the
20 care of patients who are hospitalized, usually
21 hospitalized with infectious diseases.  I, since the
22 pandemic, have not had as much effort in the

30

1  ambulatory care setting, so seeing patients in
2  clinics.  And then occasionally I have, you know,
3  lectures, you know, in, um, either courses.  That's
4  not that often anymore, or, you know, didactic, what
5  we call didactic lectures to residents, fellow, grand
6  rounds, things like that.
7    Q    And then what, you mentioned a role as
8  Director of Epidemiology for the hospital?  Can you --
9  what is that role?
10   A    So hospital epidemiology is, is a, um, job
11 designation where individuals who are usually
12 infectious disease trained, not exclusively, but
13 predominantly infectious disease trained, who work as
14 probably the best analogy is the public health officer
15 for a health system.  There's -- you know, we have a,
16 you know, a pretty wide breadth of effort, but it
17 includes everything from reducing transmission --
18 efforts to reduce transmission of health care
19 associated pathogens in the health care setting; um,
20 promoting best practices is around things like hand
21 hygiene, device -- health care device associated use.
22 So that includes things like central lines or Foley

31

1  catheters, which are indwelling bladder catheters,
2  things that can lead to health care associated
3  infections.  We are subject matter experts on things
4  like reducing surgical site infections, preventing
5  nosocomial pneumonia, and then significant efforts
6  around things like, you know, making sure that our
7  practices and efforts are, you know, in -- our best
8  practices are optimal practices as recommended by
9  guidelines, and to be overseers of things like, um,
10 you know, water quality in the health system,
11 sterilization and high level disinfection.  You know,
12 things around, although, you know, medical products,
13 pharmaceutical compounding.  And as part of that, in
14 apropos I think to this discussion, things like health
15 care worker safety, although that also has a
16 significant footprint or effort with employee health
17 services or occupational health services, and, you
18 know -- and patient safety.
19   Q    And then other than the, your role as a
20 professor and your role as Director of Hospital
21 Epidemiology, is -- do you hold any other roles for
22 the University of Virginia?

32

1    A    The medical direct -- although it's, you
2  know, it's a title, Medical Director of the
3  Immunocompromised Infectious Disease program.
4    Q    And, I guess, currently, what amount of
5  your time, approximately, do you spend on your various
6  roles?
7    A    So, um, I attend on the Immunocompromised
8  Infectious Disease consult service for nine to ten
9  weeks -- or ten to 11 weeks, I'm sorry, a year.  So in
10 that effort, I see patients who are hospitalized, who
11 have had organ transplants, bone marrow transplants,
12 have leukemia, lymphoma, and work with a team of at
13 least three --
14   Q    Yeah.  I'm sorry.  I just was asking about
15 the amount of time.  My question wasn't clear.
16   A    Okay.
17   Q    Just the approximate amount of time is --
18 maybe the percentage might be easier --
19   A    Okay.
20   Q    -- between the roles, in any given year.
21 Well, I guess, in this year, what approximately do you
22 expect the breakdown of your different roles to be as

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

9 (33 to 36)

33

1 a percentage of your working time?
2    A  So, um, it's about 15 to 20 percent
3 clinical. I think it varies a little bit year to
4 year, depending on weeks and days of the -- you know,
5 hours of the day, so 80 percent hospital epidemiology.
6 So the balance is epidemiology, with a small component
7 of teaching.
8    Q  And in, say, 2020 and 2021, was the
9 hospital epidemiology role an even larger component?
10   A  Yes. Yeah. Well, I think that because of
11 the necessity of the pandemic, it certainly took as
12 much or more time -- my clinical effort was the same,
13 so, while the percents changed, the hours worked
14 significantly increased, if that makes sense.
15   Q  It does. And as part of your role -- well,
16 do you work outside of the university?
17   A  No.
18   Q  Um, are you on any boards or work for any
19 nonprofit -- or do any work with nonprofits of any
20 kind?
21   A  Um, so I do have a couple -- so I, um -- to
22 go back for these last four years, I am on the

34

1 American Board of Internal Medicine Test Writing
2 Committee for Infectious Diseases. So that I think
3 started in -- you know, I don't want to be inaccurate,
4 but 2019 or '20, and I've been on that, served on that
5 committee since that period of time. And that
6 requires one to two meetings a year that are usually a
7 two-day meeting. It used to be in person, now often
8 virtual. And then in addition to that, I have served,
9 although I've rotated off, on the Society of Health
10 Care Epidemiology Association's Guideline Committee.
11 So I did not develop guidelines, but was part of the
12 committee that oversaw the development of guidelines,
13 and I was, worked in that capacity for a couple years.
14 Then finally, I am currently serving, and this is now
15 year three, on the ID Week Planning Committee. ID
16 Week is -- I should define what it is. ID Week is
17 one -- is an infectious disease conference that's
18 comprised of four professional societies: The
19 Infectious Disease Society of America, the Society of
20 Health Care Epidemiology, and then the HIV Medical
21 Association, and Pediatric Infectious Disease Society.
22 So it's our largest U.S. infectious disease

35

1 conference, about 10,000 people, and so I serve on
2 that planning committee.
3    Q  And any other roles with nonprofits or
4 other organizations that you are associated with
5 outside of the University of Virginia?
6    A  Outside, no.
7    Q  Um, I've seen that you speak with the media
8 with fair regularity. Is that a fair statement?
9    A  I think that's a fair statement.
10   Q  And that was -- was that even more true in
11 2020 and 2021, where there was news constantly about
12 the pandemic?
13   A  Yes, I think -- yeah, that is true.
14   Q  Did -- it seemed like every state sort of
15 seemed to have a -- Minnesota -- do you know Mike
16 Osterholm at University of Minnesota?
17   A  I do know Mike Osterholm.
18   Q  And he was relied on by the news all the
19 time as the go-to COVID guy. Were you -- to the
20 extent -- well, I guess, did you seem to be the, for
21 the media in Virginia, were you sort of a key
22 spokesperson on COVID?

36

1    A  I don't know for Virginia. I think the
2 university had a couple individuals, including myself,
3 that were used for the very frequent media requests
4 that were made to UVA. And as a hospital
5 epidemiologist, I was often asked for that. I mean,
6 it's -- I think Mike Osterholm has a national
7 presence -- international presence, so I would not
8 want to compare myself to him. But he is, you know, a
9 well-known person. I can see that analogy. But there
10 are others as well. But I did have a weekly
11 designated media conference for much of this period of
12 time from, I'm estimating, you know, sort of early
13 2021 for probably a couple years where I'd have a
14 media briefing often with our CMO, Reid Adams. And
15 that was on a Friday late morning. The reason I think
16 for that was really to sort of control, in many ways,
17 the frequent media requests, and so to provide an
18 opportunity for the media to come and ask questions on
19 a regular basis.
20   Q  And CMO, what does that stand for?
21   A  I am sorry. Chief Medical Officer.
22   Q  And so Reid Adams is the Chief Medical

---

37

1  Officer of UVA --
2      A    Of UVA Health.
3      Q    -- Health System?
4      A    Yes.
5      Q    If we say UVA Health, what do you mean by
6  that?
7      A    UVA Health System and UVA Health to me are
8  si -- kind of the same.  There was a rebranding that
9  occurred at some point in the last couple years.  But
10 to me that is the UVA Medical Center, and some of the,
11 you know, associated groups, since there's a School of
12 Medicine, School of Nursing, the library, so --
13 Transitional Care Hospital, which is now closed, but
14 that was part of the health system.
15     Q    UVA Physicians Group?
16     A    And UVA Physicians Group, yeah.
17     Q    And UVA Community Health, I understand, was
18 added more recently?  Is that fair?
19     A    That's -- that's correct.
20     Q    Um, did -- with respect to its employment
21 policies related to COVID vaccination, did UVA's role
22 as -- well, let me just step back.  Does UVA see

---

38

1  itself as sort of a leader in public health issues?
2      A    Um, I hope so.  I believe so.  I certainly
3  feel that it has been and should be.
4      Q    Is that a goal of you as, as Director of
5  Epidemiology?
6          MS. McGRAW:  Object, beyond the scope.  You
7  can answer.
8      A    Um -- um, so yes.  I don't -- the
9  stammering is that I actually want to be clear about
10 my division and sort of my view of UVA.  I was
11 attracted to come to UVA because of its well-known
12 expertise in infectious diseases and the promotion of
13 health of patients, people who are subject to
14 infectious disease problems.  Our division was founded
15 by Jerry Mandell, the -- Dr. Mandell, who has now
16 passed away.  The textbook of infectious diseases is
17 Mandell's Principles and Practices of Infectious
18 Diseases, and I think that our division is arguably,
19 has been one of the best divisions of infectious
20 disease in the nation.  There are many.  I'm not going
21 to say that we're the best.  But it's a very storied
22 and consequential infectious disease division.

---

39

1      Q    Do UVA's employment policies matter in any
2  role that it would play as being -- as a leader in
3  public health?
4      A    So, again to go back, I think that Barry
5  Farr, who was on our faculty and also is now passed
6  away, was a founder of this field that we discussed
7  earlier, hospital epidemiology.  And a core principle
8  of hospital epidemiology has been provider/health care
9  worker safety.  And I think that -- I feel that UVA,
10 our division, and the hospital, and the health system,
11 and our school of medicine have been leaders, yes.
12     Q    I've seen a number of Email exchanges where
13 different health systems or -- well, let me ask you.
14 Were these exchanges of information regarding
15 employment policies related to COVID vaccination
16 between different health systems to your knowledge?
17     A    Yes, I believe -- yes, there were.
18     Q    Is there a specific group or a group of
19 institutions that you communicated with regarding
20 employment policies related to COVID vaccination in
21 2020 or 2021?
22     A    There is a Email kind of ListServ where

---

40

1  questions are often asked along those -- were, and
2  still are, along those lines of all the efforts around
3  COVID.  To my recollection, I don't recall that that
4  question was, like, there was a detailed ex -- you
5  know, listing of health care -- of vaccination
6  policies during that time.  However, we were seeing, I
7  was seeing, and efforts around the state, around with
8  health systems adopting health vaccination policies in
9  relationship to COVID and the COVID vaccine.  And we
10 would know and hear about other institutions often
11 through, you know, Email exchanges, but actually more
12 commonly through reports we would see in the media.
13     Q    And you were on -- you were referencing an
14 Email exchange or a group.  You were on such an Email
15 list?
16     A    Uh-huh.
17     Q    That's "yes"?
18     A    That's yes.
19     Q    Sorry.  It's -- if I -- just know if I do
20 that throughout the day, I'm not -- I understood what
21 you meant if this were a normal conversation, but
22 obviously, we're trying to get the court reporter

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

11 (41 to 44)

41

1  to -- so don't take that as criticism. It just --
2  you're being a normal person, and we want you to be,
3  you know, a deposition --
4      A   Yeah.
5      Q   Do you know how the list came about that
6  you were on?
7      A   The list that I, I do not know how it came
8  about. I was included in that list probably 15 years
9  ago. Its origin probably occurred much earlier than
10 that.
11     Q   What -- do you know what, was there a theme
12 or type of institutions that were represented by the
13 recipients of that list?
14     A   I think it probably was heavily weighted
15 towards academic health systems, medical centers, but
16 not exclusively.
17     Q   What's an academic -- you said academic
18 health system? Is that the term you used?
19     A   Yeah.
20     Q   What is that?
21     A   In my mind, an academic health system is
22 one that usually would have a medical school, and most

42

1  of those are associated with universities.
2      Q   In Virginia, what academic health centers
3  are there, or health systems are there?
4      A   So, Virginia Commonwealth University, VCU,
5  Eastern Virginia Medical Center, or Medical System,
6  and then Virginia Tech.
7      Q   Did the other academic health systems in
8  Virginia implement COVID vaccinations policies around,
9  at the same time as UVA implemented such a policy?
10     A   I think, um, many of those institutions,
11 but not all, implemented them before UVA.
12     Q   When did the idea of mandating that
13 employees be vaccinated for COVID, when did that idea
14 come about at UVA?
15     A   I think the active discussions occurred in
16 May. Looking at notes, it may have come up as early
17 as April.
18     Q   When -- stepping back for a moment, when --
19 when, do you recall, did vaccines become available for
20 UVA employees for the COVID virus?
21     A   They came available the day after we got
22 our initial shipment of vaccine. And I used to have

43

1  this date committed to memory, but it was on or around
2  the second week of December 2020. Our first
3  vaccinations were in a group of six or seven frontline
4  health care providers. That included a couple nurses,
5  if I remember right, a couple housekeepers, and two
6  physicians, and a nurse.
7      Q   By -- by the time any discussion about a
8  mandatory vaccination policy, by the time that
9  discussion came up in April or May of 2021, do you
10 know how many employees approximately were vaccinated
11 in the UVA -- that worked for the UVA health system?
12     A   There was a lot of work, as I recall at
13 that time, to try to understand that number. It was
14 really challenging, because of, you know, some of the
15 reporting issues of understanding where people got --
16 you know, the fidelity of the data was challenging.
17 But it was believed to be on or around 70 percent or
18 so of health care providers, maybe even 70 percent had
19 been vaccinated at that time.
20     Q   And did you have information at that time,
21 in April or May, that these -- that the 70 percent had
22 primarily been vaccinated early, or had it been sort

44

1  of throughout the six-month period approximately
2  between December and May 20 -- December 2020 and
3  May 2021?
4      A   Yes. There was -- it was not a steady
5  number. It was definitely a bolus number.
6  Especially -- you know, so a lot of interest, effort,
7  desire to get the vaccine early as it became available
8  in end of December and through January. The vaccine
9  also was a two-, you know, shot vaccine that was
10 separated by three weeks. And so there was an effort
11 to, you know, vaccinate these individuals, our team
12 members, during this period of time, as well as
13 pushing the vaccine out to other high-risk individuals
14 during that period of time.
15        By May, we had opened up a vaccine center
16 for, for the community, as well as -- I think most
17 providers still got -- most of our team members got
18 vaccinated on grounds. But by that period of time,
19 the, you know, vaccination needs, slots were a lot
20 more open. There was not as much of an effort -- I
21 wouldn't say not as much of an effort, but not as much
22 of a queueing in order to get the vaccine. So that

45

1   vaccine center that was in one of the local shopping
2   malls, Seminole Square, in an old Big Lots retail
3   site, there was discussions to close that. And I
4   can't remember exactly when that was closed, but it
5   was summer-ish 2021.
6     Q   The discussions -- so the discussions about
7   potentially closing that vaccine center were early --
8   end of the spring, early summer.
9     A   Right.
10     Q   You said bolus. What does "bolus" mean for
11   a simple lawyer?
12     A   I'm sorry.
13     Q   No, that's okay.
14     A   So there -- so there was a lot of desire to
15   get vaccinated, so a lot of effort with many people
16   wanting to get vaccinated. We had, you know, a lot of
17   desire to get, you know, from our team members to get
18   vaccinated, and so that rush of people wanting to get
19   vaccine was considerable in January. But as that
20   initial group of individuals and we got to the
21   70 percent range, then certainly the, you know, the
22   number of people needing, or seeking vacc, I should

46

1   say -- not needing, but seeking vaccination in that
2   May time frame had dropped off.
3     Q   Fair to say that the majority of the
4   70 percent, approximately 70 percent of UVA Health
5   employees that were vaccinated by May would have been
6   vaccinated in December, January, early February? Is
7   that fair?
8     A   Yeah. Yeah. Or mid-February even. So
9   there was a bit of a tiering system, you know, to --
10   it was, you know, get the nurses working in the COVID
11   units and the physicians working the COVID units
12   vaccinated first. There was considerations around
13   other things like, you know, if people are, you know,
14   involved in what are called aerosol-generating
15   procedures, so anesthesiologists and anesthetists, to
16   get those individuals vaccinated early, people in the
17   emergency room sort of -- you know, trying to risk
18   stratify COVID exposure in the health system to
19   develop a queue to who got vaccinated first.
20     Q   And I just want to -- well, how does, does
21   COVID spread just generally? I don't need a -- I
22   guess I'm trying to ask a question with -- you know,

47

1   obviously we're not doing a scientific examination
2   today, but I want to ask some questions about that.
3   Well, I guess let me just set it up a little bit.
4     The -- any policies related to COVID and
5   stopping the spread of COVID would, might, may depend
6   on how COVID spreads; is that fair?
7     A   Yes.
8     Q   So, so in 2021, what did UVA understand how
9   COVID might spread at any of its facilities?
10     A   So, our understanding, I think this is
11   consensus understanding, and it hasn't changed since
12   then, except for maybe some nuances, but it's a
13   respiratory pathogen that is spread by respiratory
14   aerosols and droplets. And primarily by breathing
15   those in or other inoculation of the mucosal surface.
16   So, you know, your mouth, your nose, you know, the
17   conjunctiva of your eye, the virus is able to get into
18   your respiratory tract and cause infection. So the
19   practices and policies around COVID prevention
20   reflected that.
21     The nuance, I guess, is we also followed
22   CDC guidance regarding health care worker protection,

48

1   and so, again, the efforts around those would be, you
2   know, from engineering controls all the way down to
3   PPE. So by engineering controls, I mean things like
4   air exchanges; the filtering system that's used in the
5   hospital; at one time, sort of discussions around
6   physical distancing. And then as you moved down from
7   sort of the environment down to the person, things
8   like personal protective equipment, which we followed
9   CDC guidance around wearing masks, at that time eye
10   protection, still -- I guess, still at this time eye
11   protection, and then gowns and gloves.
12     Q   You referenced CDC guidance. Well, you're
13   not an attorney, correct?
14     A   Correct.
15     Q   Uh, and so I'm not asking you questions
16   personally as an attorney, but did you understand, or
17   did UVA understand the CDC guidance that you referred
18   to, was that binding, or was it a suggestion?
19     A   Yeah. It's always been a suggestion.
20     Q   And then back to, back to the spread of
21   COVID. So -- and tell me if I'm, this is a fair
22   characterization as a layperson. Someone has COVID,

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

13 (49 to 52)

49

1 they have contracted the virus, and then they have
2 some symptoms such as coughing or sneezing or runny
3 nose. And then that's -- that would be what would be
4 the aerosol -- that discharge would be the aerosol or
5 would propel the virus into the atmosphere? Is that
6 fair?
7     A   That is one way, yes. That's fair.
8     Q   Did UVA find that -- what's -- to your
9 knowledge, what's the consensus with respect to
10 asymptomatic spread?
11         MS. McGRAW: Object to the form. You can
12 answer.
13     A   Okay. I think the consensus is that like
14 other respiratory viruses I think maybe exemplified by
15 COVID, transmission can occur when people don't have
16 symptoms like coughing and sneezing that you had said
17 earlier. And that was evident, you know, through
18 epidemiologic findings that occurred, like
19 transmission after, you know, singing and things like
20 that. It's also worthwhile noting that sometimes
21 people have mild symptoms that they don't recognize
22 are infection, and so we call those people

50

1 paucisymptomatic. So the mild symptoms that they may,
2 you know, not be able to distinguish from hayfever or
3 scratchy throat, because, you know, they think the
4 air's too dry.
5 BY MR. DIEHL:
6     Q   And at some point, UVA required some
7 portion of the workforce to be -- to test for COVID on
8 a regular basis; is that correct?
9     A   That is correct.
10     Q   And tell me -- tell me about that.
11     A   Um, during, you know, for -- when vaccine
12 requirements, or when the, when that vaccine was
13 starting to be incorporated in the onboarding of new
14 team members in the summer of 2021, if individuals
15 were not vaccinated, then they were -- needed to
16 undergo regular COVID testing. So there was a
17 once-weekly test to see if they were potentially
18 asymptomatically infected, or pre-symptomatically or
19 paucisymptomatically infected. So all of those are
20 potential scenarios: People don't recognize they have
21 symptoms, they don't have symptoms, or they maybe are
22 incubating infection or shedding virus and have not

51

1 yet developed symptoms. It was a system that we were
2 also using on the academ -- well, not we, but the
3 university was employing on the academic side as well.
4 And so it was, you know, informed by that and other
5 institutions that had similar practices.
6     Q   So with respect to the vaccine policy,
7 OCH-002, that was initially changed with respect to
8 new employees? Is that correct?
9     A   That's correct.
10     Q   And when was -- did you say when that
11 change was?
12     A   Um, I -- I believe it was --
13         MS. McGRAW: You can look at --
14 BY MR. DIEHL:
15     Q   Okay. So, that -- so you've got a binder
16 here today?
17     A   I do.
18         MR. DIEHL: Do you have a copy of that
19 binder, Wendy?
20         MS. McGRAW: No. It's just the copies of
21 OCH-002 and the vaccine announcements, and actually
22 one other document I think that he didn't mention,

52

1 which is we had tried to print out a list of all the
2 COVID policies and guidance for -- unrelated to the
3 vaccine, because there was a really broad question
4 about everything you did to protect against COVID. So
5 he's got that in there.
6         MR. DIEHL: Okay. Maybe we'll make a copy
7 of that at some point here.
8         MS. McGRAW: He could give you the Bates
9 number too when he gives you the --
10         MR. DIEHL: Sure.
11     A   I did take some notes on this just to make
12 sure that I answered correctly, but it was on or
13 around -- that's TD screening -- July 1st, 2021.
14 BY MR. DIEHL:
15     Q   And, um --
16         MS. McGRAW: Can you give -- does it have
17 a -- can you return to it? Does it have a Bates
18 number on it, that number down at the bottom? Maybe
19 give him --
20         THE WITNESS: Yeah. Do you need me to --
21         MS. McGRAW: If you could just tell him the
22 Bates number so he has it.

---

53

1     THE WITNESS:  So UVA underscore 0000435.
2 BY MR. DIEHL:
3     Q     And if I read Bates numbers, or you do,
4 feel free to omit the leading zeros.  It's just a
5 little easier.
6     A     Okay.  So 435.
7     Q     And can I just see a copy of that binder
8 for a moment?
9     A     (Tendered binder to counsel as requested.)
10     Q     Okay.  We'll make a copy at some point.  I
11 don't mean to highjack this.  Outside at a break we'll
12 make a copy.  Thanks.
13     A     You're welcome.
14     Q     So you mentioned -- so the weekly testing
15 that you were talking about with -- well, actually,
16 there was one question that I had on terminology.
17 We've talked about team members and we've talked about
18 employees.
19     A     Yeah.
20     Q     I've seen -- I've heard those terms used by
21 UVA.  Is it -- am I right that "team members" might be
22 a broader group than "employees," or is it the same?

---

54

1     MS. McGRAW:  Beyond the scope, but you can
2 answer.
3     A     Okay.  So to me -- so I think that is
4 correct.  I think team member was a term that was
5 developed as a sort of, you know -- I think sort of
6 to, of -- how can I phrase this -- but a, you know,
7 very forward thinking, inclusive, sort of a term for
8 everybody that works in the health system.  It was
9 used to think -- I think to sort of be a soft term
10 for employee, to talk about, more about team building,
11 to sort of reflect the values of the institution.  But
12 I think you're also correct, team members also
13 includes people that are not employees, but people
14 like students who are in the health care environment,
15 or volunteers.  It's a more inclusive term.
16     In, in the CDC for example, or in my field,
17 we sometimes use the term "health care providers."
18 And so I think that also is an almost equivalent term,
19 although I think, you know, some would say as a
20 volunteer health care provider, that's probably -- you
21 know, and there may be some squabbles about that, but
22 I think "team member" really tries to capture

---

55

1 everybody that's in the health care environment that's
2 providing services.
3 BY MR. DIEHL:
4     Q     So for example, if you're a contractor
5 brings meals around, you might not be providing health
6 care, but you're a team member; is that fair?
7     A     That's fair.
8     Q     And with respect to the weekly testing that
9 you mentioned, what type of tests were those?
10     A     Um, so, um, there may have been different
11 iterations.  I think predominantly they were saliva
12 testing, which was the program that was occurring at
13 the time.  There was also NP testing at some point,
14 but I think it was predominantly saliva testing.
15     Q     And -- and the idea -- what was the purpose
16 of that?
17     A     So, the COVID virus, SARS CoV-2 is in
18 respiratory tissue -- respiratory -- in the
19 respiratory tract and can be captured either through
20 nose swabs, throat swabs, or saliva.  All those tests
21 have pluses and minuses, but they're all I guess -- I
22 guess the purpose is to identify presence of the virus

---

56

1 in the respiratory epithelium and secretions, or
2 secretions.
3     Q     If a virus is present, then that's when a
4 person might spread the virus.  Fair?
5     A     If the test is positive, that suggests that
6 the genetic material is there, and therefore, outside
7 of the caveat of potential false positives, then they
8 may have the ability to have virus that's
9 transmissible to other individuals.
10     Q     Did UVA measure the effectiveness of that
11 testing in any way?
12     A     Can I ask if you're talking about UVA
13 Health, or the university?
14     Q     I don't -- I don't know.
15     A     Okay.
16     Q     So I guess, did -- well, put it this way:
17 Did anyone measure the effectiveness of the testing
18 UVA was conducting weekly with employees who were
19 unvaccinated?
20     A     Yeah.  I guess, one of the questions I
21 would have is, you know, how do you measure the
22 effectiveness?  It would identify the individuals who

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

15 (57 to 60)

**57**

1    had COVID, and so -- so to that degree, that
2    effectiveness is seemed to, you know, identify
3    individuals who unbeknownst to themselves were COVID
4    positive.
5        To answer the question more broadly, the --
6    there was a broader experience at the university in
7    using COVID testing to identify clusters of infections
8    or outbreaks that occurred in dorms, and to put in
9    mitigation efforts around those in order to maintain
10   school operations that occurred prior to its use for
11   employees of the health system.
12   Q    So with respect to employees in the health
13   system, is it fair to say that UVA found that testing
14   protocol was effective in identifying employees who
15   had contracted the COVID virus?
16   A    I think it was effective. To say it was
17   completely effective, I'm not -- I don't think you
18   asked, but I think it was an important measure. It
19   was -- it was beneficial. The challenge is that it
20   was once-weekly testing, and with an incubation period
21   of time of a couple days, you know, or as short as a
22   couple days, it would be -- you know, would not be

**58**

1    effective to identify every individual potentially who
2    could have COVID because of that weekly testing
3    cadence.
4    Q    Do you know if that testing was expensive?
5    A    My understanding is it was expensive, yes.
6    It was -- and challenging from an operational
7    standpoint. Individuals would have to -- you know,
8    you have go to a laboratory, spit into a tube to
9    collect the saliva. That takes times, time away from
10   doing other efforts, like, you know, UVA providing
11   health care. We can only process so many people in so
12   much time. And I think also worth to note, it was --
13   we had a shortage of laboratory workers, just like
14   shortages of nurses and doctors, and so the personnel
15   to perform those tests and the reagents to perform
16   those tests were in short supply. Plastic at one
17   point was in short supply. This was -- you know, this
18   was earlier on rather than 2021, but we were always
19   concerned about it. Swabs were in short supply. We
20   had to manufacture our own swabs, because the outbreak
21   that hit, when it hit Italy, one of the two largest
22   manufacturers of nasopharyngeal swabs could not

**59**

1    produce any swabs because they were overrun with
2    COVID. So we had continual supply chain challenges
3    through the pandemic.
4    Q    The shortage of workers, was that -- at
5    that time in 2021, was that across the university
6    health system?
7    A    That was across the health system, yes.
8    Q    Okay. Did -- did COVID make that shortage
9    worse to your knowledge?
10   A    Um, I think it did, both directly and
11   indirectly.
12   Q    How so?
13   A    Um, so, individuals who became sick were
14   not available to work. Um, individuals whose family
15   members, let's say children were sick, had to stay
16   home to help take care of them. And you know, I think
17   everybody is familiar with sort of the, you know, the
18   burnout that occurred during COVID. We had many
19   individuals who left, you know, health care because of
20   the challenge of taking care of patients through the
21   pandemic. So, you know, it was both a supply and a
22   demand challenge.

**60**

1    Q    Did UVA undertake efforts to try to
2    alleviate that challenge, to your knowledge?
3        MS. McGRAW: Objection, beyond the scope.
4    You can answer.
5    A    Yeah, I wasn't involved in that, but
6    definitely UVA worked I think tireless --
7    significantly to try to maintain a workforce to --
8    BY MR. DIEHL:
9    Q    In terms of the expense of the testing that
10   we were just -- that you were just talking about, the
11   employee testing, do you know how expensive it was for
12   a test?
13   A    I don't.
14   Q    Do you know if there was funding available
15   from either the state or federal government to pay for
16   any employee testing?
17   A    Um, I don't. I do know that, you know, the
18   health system received, you know, funds to help, you
19   know, with the pandemic, the various, you know,
20   emergency funding efforts that were made. But how
21   those funds were distributed, I don't know.
22   Q    Why -- when -- in April or May of 2021,

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

16 (61 to 64)

**61**

1 when those discussions first -- or let me start over.

2      When discussions for, related to mandating

3 vaccination for COVID started, and I think you

4 mentioned April or May of 2021, what was the reason

5 that those started?

6     A   Yeah. They, I think, largely started for a

7 couple reasons. One was that, um, a lot of -- you

8 know, some of the issues were around workforce

9 challenges, so we were having health care providers

10 that developed COVID who, if they had not had COVID,

11 they would be available to work. We also had the

12 situation where following CDC guidance, if somebody

13 was not vaccinated and were exposed to COVID, that

14 they would be quarantined. And that could've -- that

15 exposure could occur in, at work, but it could also

16 occur -- that could be in the community. So if

17 employee health found that a team member -- a team

18 member said, I've been exposed to my son, let's say a

19 family member that has COVID, that they would then not

20 be able to work until they had completed a quarantine

21 period.

22      We saw our team members, as I said, were

**62**

1 getting sick, and we were concerned about that,

2 especially since they were on the front lines taking

3 care of patients with COVID. And importantly, we saw

4 cases of COVID that occurred from patients who were in

5 the hospital. And who were in the hospital for a long

6 enough period of time that we were confident they

7 acquired COVID during their hospitalization. So for

8 those reasons, that's when I think these conversations

9 started. So from my seat, it really largely occurred

10 with that latter issue that we were concerned about

11 our patient's well-being. But in addition, you know,

12 I think those other issues around providing a safe, a

13 safe workplace for our team members and to, you know,

14 deal with the challenges of our workforce were also, I

15 think, significant issues that were of concern at the

16 time.

17     Q   Tell me what you meant by "thinking about

18 patient's well-being" with respect to the change in

19 the policy?

20     A   Yeah. So health care work -- health care

21 acquired viral infections are well described, and so

22 we had episodes where, again, if you saw -- a patient

**63**

1 would be identified as having COVID after they had

2 been hospitalized, and understanding where they

3 acquired COVID, while challenging, not -- and it was

4 rare that we ever determined that, we understood that

5 they got it while they were in the hospital.

6     Q   How did UVA determine that patients were

7 infected with COVID while they were in the hospital?

8     A   Yeah. So I'll give scenarios which may be

9 more understandable. So if the patient's been in the

10 hospital for a long period of time, and longer than

11 the incubation period of COVID, so let's say they were

12 in for several weeks, and then they developed fevers

13 and respiratory symptoms or other issues that led to a

14 COVID test during their hospitalization, then with the

15 combination of a positive test -- and I can go into

16 more detail, but a positive test with what we would

17 consider to be a high viral load, if we were to take a

18 look at something called the cycle threshold in terms

19 of the PCR test, then we could determine that they had

20 symptoms consistent with COVID, they had a positive

21 test, they had a high viral load. And at that time,

22 we were testing all individuals coming into the health

**64**

1 system, and so we knew that when they were admitted

2 they did not have COVID. So that combination of

3 factors, COVID negative on admission, developing signs

4 and symptoms consistent with COVID, and a positive

5 test that occurs longer than the incubation period of

6 COVID during their hospital stay, we can, I think, be

7 confident in concluding that they acquired it during

8 their hospitalization.

9     Q   How did you determine -- how did UVA

10 determine if they had received or contracted COVID

11 from an employee or team member, or from another

12 patient?

13     A   That is challenging, and it depends on

14 factors. So if the patient did not have visitors, and

15 the patient was in a single room where they didn't

16 have a roommate, then that would be consistent with

17 getting, you know -- the likelihood is that they were

18 exposed to a health care provider that transmitted

19 COVID to them. It doesn't exclude, you know, rare

20 possibilities like that they got it between another

21 patient when going, for example, to a test if they

22 you were to go to, you know, to go get an X-ray or

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

17 (65 to 68)

**65**

1  something like that. So it's very difficult to
2  sometimes put these, you know, arrows, you know, on
3  patients. But we, you know -- the likelihood would be
4  if a patient was by themselves, not having visitors,
5  that they acquired it, we feel, from a health care
6  provider. We also had the precedence that this is --
7  these were seen in the past with flu outbreaks in
8  hospitals and things like that.
9      Q    Did UVA maintain any data with respect to
10 its findings regarding transmission of COVID from
11 employees to a patient?
12     A    Um, can I ask for clarification? Exactly
13 what do you mean in terms of data?
14     Q    Well, I wouldn't know.
15     A    Yeah. So we -- it was really all hands on
16 deck, so we were really sort of in the practice that
17 if we saw a cluster of infections, that we would
18 address that in the moment, and, you know, see, you
19 know, what's occurring on the unit. Are people
20 wearing masks? Are patients, you know, being quickly
21 identified who maybe had COVID and weren't being
22 tested earlier during admission? It was really less

**66**

1  of investigation of exactly what happened, but rather
2  mitigation to see that we could, you know, stem a
3  cluster of infections on a unit.
4      Q    And I guess, did anyone write down
5  information that was learned in any of these instances
6  you're referring to?
7      A    Um, you know, in -- we would have, you
8  know, like a line list of -- we call them line lists.
9  So we'd have a list of patients, and, you know, when
10 they were positive, and -- or maybe a summary of those
11 patients.
12     Q    So a summary of patients who were believed
13 to have contracted COVID from an employee or a team
14 member?
15     A    No. A summary of patients who developed
16 COVID during their hospitalization.
17     Q    And did -- did UVA make some, a finding of
18 some kind that there is a material concern related to
19 employees transmitting COVID to patients because of
20 the data we're seeing or the situations that have
21 occurred?
22     A    I think the -- I think what I described is

**67**

1  what would occur if there was the recognition that
2  there was a group of patients and/or employees in a
3  location, then we would work with a manager, let's
4  say, or with other people on that unit and say, We've
5  seen a cluster of cases here, and then address, What
6  do you think is happening? So we always start with
7  questions? Are there visitors? Are people wearing
8  masks? You know, what are the practices around, you
9  know, protection, COVID mitigation, that are occurring
10 on that unit at that time?
11     Q    That collection of information that you're
12 referring to, was that information -- well, let me
13 step back.
14          You're referring to conversations that were
15 occurring when you say -- you know, when you're
16 talking about this situation?
17     A    Uh-huh.
18     Q    Is that correct?
19     A    That's correct.
20     Q    And did anyone write that information down
21 and try to track what was occurring?
22     A    Not -- not systematically.

**68**

1      Q    Did UVA make any finding that with respect
2  to transmission of COVID at, at any UVA facility, that
3  there was some connection between vaccination status
4  and transmission of COVID in the real world at UVA
5  Health?
6      A    Yeah. No. There -- it was so busy that we
7  were not doing that. And for the most part, actually,
8  in all instances, we would not know vaccination status
9  of the team members, or health care providers, you
10 know, in these events. That was information that was
11 not, you know, privy to us.
12         MR. DIEHL: I didn't say this at the
13 beginning, but if you ever need to take a break
14 throughout the day --
15         MS. McGRAW: Yeah, we've been going a
16 while. This would be a good point.
17         MR. DIEHL: I was going to say, it's
18 probably a good time for a break. But again, if that
19 occurs later, if you feel like you need a break later
20 in the deposition, just let me know.
21         THE WITNESS: Okay.
22         (Recess taken, 10:49 a.m. to 10:59 a.m.)

69

1  BY MR. DIEHL:
2     Q    All right.  We're back on the record.  We
3  just took a short break, and we also tried to get some
4  copies related to the binder that the witness brought
5  today.  I'm going to mark that binder as it exists
6  right now as Exhibit 21, and then we'll come back to
7  that later once I have a copy as well.  Yeah, might as
8  well go ahead and mark it just so that we have it
9  marked.
10        (Exhibit 21 was marked for identification
11  and attached to the transcript.)
12  BY MR. DIEHL:
13    Q    And if -- you're welcome to refer to the
14  Post-It notes, but if you could just keep them in
15  there, you know, throughout the day.  Just leave them
16  where they are.  And obviously, if you need to look
17  under them or something, that's fine.
18        So we were talking about the reasons for,
19  or we started to talk about the reasons for
20  implementing a change in policy, OCH-002.  And we were
21  talking about one of the reasons was to prevent
22  patients from contracting COVID.  Is that fair?

70

1     A    That's fair.
2     Q    And with respect to that, that reason, that
3  particular reason for the change in the policy, what
4  data did UVA have that would indicate that that change
5  was going to be helpful in preventing the spread of
6  COVID to patients?
7     A    Um, you know, so, um, you know, the first
8  thing is experience with respiratory viruses.  So UVA,
9  and I think, more broadly I think in our field of
10  Hospital Epidemiology, Infection Prevention and
11  Control, there's experience understanding that
12  improved vaccination reduces health care associated
13  infections in patients, as well as reducing health
14  care provider to health care provider transmission of
15  the virus in the health care setting.  Some of that
16  research goes back pretty far, back to the, you know,
17  19 -- late 1980s to 1990s.  There is a seminal paper
18  that was performed from work at UVA that showed that
19  improved COVID vaccination in health care providers
20  reduced health care associated or what's sometimes
21  called nosocomial health care associated influenza in
22  patients, as well as reducing health care acquired, or

71

1  health care worker laboratory-confirmed flu.
2        So I referred to Barry Farr earlier.  He
3  was -- his work was, was cited -- that was his work,
4  and that is often cited as some of the evidence that
5  supports health care worker vaccination for influenza.
6  And during that period of time, my recollection is
7  that started, um, with the observation of health care
8  associated influenza that led to pneumonias and
9  patient death or more.  So there's that experience,
10  that respiratory viruses in the health care setting
11  can be transmitted between patients, between providers
12  and patients, and between patients and providers, and
13  that those are important factors in the reducing and
14  stemming influenza transmission in the hospital.
15        And prior to this pandemic, there had been
16  significant efforts around influenza vaccination with
17  adoption pretty significantly across the country of
18  these requirements for influenza vaccination amongst
19  health care workers.  So there was that precedence,
20  and that was with a vaccine that is about 50 percent
21  protective for influenza infection.  So, what
22  evidence -- so the evidence, if I -- just to

72

1  rephrase -- not rephrase, but to repeat what you asked
2  me, what evidence did UVA have that improved COVID
3  vaccination would reduce COVID infection within
4  patients, and I think -- I don't know if you asked
5  that, but also between providers, at that time, we
6  didn't have direct evidence.  I think that that would
7  happen, but we had, and I had, the experience of
8  understanding that if you do things to improve the net
9  state of immunity of a health care worker population,
10  that that can improve, um, or at least, stated
11  differently, reduce the risk of transmission of virus
12  between patient -- between health care providers and
13  patients, and between health care providers to other
14  health care providers in the workplace setting.
15    Q    The -- the information that you're
16  referring to in the past, or before the COVID vaccines
17  were available, that -- those were all vaccines
18  unrelated -- let me -- that was a bad question.  I'll
19  object to my own question.
20        With respect to the studies or information
21  you just referenced in your answer, that would be
22  information related to other vaccines?  Is that fair?

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

19 (73 to 76)

Page 73

1    A    Yes. To other vaccines and to other
2 viruses, yes.
3    Q    The flu vaccine, for example?
4    A    The flu vaccine, yes.
5    Q    What other vaccines are you referring to
6 that -- which vaccines were the subject of the
7 information you referenced?
8    A    You know, I think measles would be another
9 one, but maybe perhaps a little bit more of a stark
10 contrast. But measles is --
11    Q    So, I'm just asking for the vaccines, which
12 vaccines.
13    A    The vaccines? Okay.
14    Q    I don't mean to cut you off, but I don't --
15 maybe we want to talk about that. But which other
16 vaccines specifically were you referencing? So
17 measles? Flu vaccine? Is that correct? Influenza?
18    A    So influenza with the flu vaccine, measles
19 that's provided through the MMR vaccine, and pertussis
20 would be another good example.
21    Q    What is, is pertussis a virus?
22    A    Yeah, whooping cough. It's a bacterial

Page 74

1 infection actually. That's not a virus.
2    Q    And did any of that information compare the
3 value of -- well, let me ask you a different question.
4        UVA had been having unvaccinated employees
5 test on a weekly basis. Did any of the information
6 that UVA had in 2021 indicate the relative preventive
7 value regarding the spread of COVID between
8 vaccination versus weekly testing, for example?
9        MS. McGRAW: Object to the form, but you
10 can answer.
11 BY MR. DIEHL:
12    Q    Well, do you understand the question?
13    A    I understand the question.
14    Q    So just so it's clear, you know, we've been
15 talking about weekly testing. You recall that?
16    A    Prevalence testing.
17    Q    Well, weekly -- that prevalence testing
18 would refer to weekly testing of unvaccinated
19 employees for the COVID virus?
20    A    Yes.
21    Q    And so did UVA have any data or studies
22 that it could draw on with respect to the relative

Page 75

1 value in reducing prevention -- now, I can't say the
2 words.
3        Did UVA have any studies or data in 2021
4 that would indicate the relative value in preventing
5 the spread of COVID between vaccination for COVID
6 versus weekly testing?
7    A    So we did not. We did not have any
8 internal information regarding that, and, um, we did
9 not have, and I cannot recollect to you even now at
10 this time that there was information like that
11 available in the medical literature of a comparison
12 between what you've just described. If I can expand,
13 it is often in the case in a pandemic, but also often
14 with these real world examples of things that we deal
15 with, that we were implementing multiple mitigation
16 efforts at the same time. And so parsing the relative
17 benefit of one versus another is very difficult,
18 because usually you're doing multiple things at the
19 same time. And in our world, we often call that a
20 bundle of interventions. And so that's commonplace
21 with things like central line infections or surgical
22 site infection prevention. I shouldn't say central

Page 76

1 line infection, but central line infection mitigation
2 or prevention efforts.
3    Q    Fair to say any prevention effort might
4 have potential negative effects or downsides for, to
5 use a broader term?
6        MS. McGRAW: Object to the form. You can
7 answer.
8 BY MR. DIEHL:
9    Q    Well, do you understand -- do you
10 understand what I'm asking?
11    A    I understand exactly what you're asking. I
12 think, yes, all mitigation efforts have potential
13 benefits and potential costs, and those are things
14 that we consider when doing implementation.
15    Q    So with respect to adding the COVID vaccine
16 as a mandatory vaccine for team members in 2021, what
17 potential costs did UVA weigh?
18    A    So the costs, um, let me just think about
19 that a second. That the costs would include cost of
20 vaccine. The efforts around providing that additional
21 vaccine in terms of manpower to provide the vaccines.
22 The significant administrative lift to make -- to go

77

1 through the process of, you know, tracking down all of
2 the team members that needed to meet those
3 requirements, and go through that process of, you
4 know, encouraging vaccination, and the timelines
5 involved.
6       Um, there is also the challenge of, you
7 know, making sure that you're applying this, um,
8 requirement fairly and broadly across all, um,
9 affected health care providers, team members, and
10 in -- you know, so -- you know, making sure that
11 things are aligned between, you know, physicians who
12 maybe have a -- will have a different reporting
13 structure than let's say nurses or therapists, or, you
14 know, medical and nursing students.  Those are all,
15 you know, governed or sort of, they're -- the
16 reporting structure is different amongst those
17 different groups in making sure that those processes
18 are aligned and fair.
19    Q    Any other potential costs that were
20 considered?
21    A    There is always the concern that we would
22 cause health care worker team member dissatisfaction

78

1 about requirements.  That was judged significantly by,
2 you know, during this process by, by leadership, you
3 know, understanding that that could lead to
4 dissatisfaction amongst, amongst some team members.
5 So that was a concern.
6       There's a concern, I think, you know, you
7 know, that that may lead -- you know, would that be
8 looked -- you know, either as a pro or a con amongst
9 individuals in the community, and so that's -- that
10 would be sort of what's the community perception of
11 those efforts.  Um, I'm trying to think of other
12 things that I may not have expanded on.
13       I mean, I -- you know, the health system is
14 part of the broader university in making sure that
15 the, you know, that these decisions were in line with,
16 you know, I think other leaders in the university and
17 in the state.  We had, you know, governing bodies, or
18 not -- even not governing bodies, but practice
19 associations, things like that.  You know, are we,
20 "we" being UVA, is UVA, you know, acting in a way that
21 is consistent with the way other hospitals and health
22 systems are approaching mitigation of the COVID

79

1 effort?
2    Q    Explain that a little bit.  What do you
3 mean by consistency with other systems?
4    A    Um, you know, is -- it would be, I think, a
5 potential challenge or tension or, you know, I think
6 that if -- that we were -- UVA was not doing things
7 that potentially -- or is not aligned with another
8 organization, let's say another hospital in the
9 region.  So, I think that, you know, leadership was
10 also often involved in conversations to see what other
11 institutions were doing around things like this.  I
12 know for a fact that they were doing that around
13 things like visitation.  So, for example, you know,
14 how many visitors are you allowing in the institution?
15 You know, what are your requirements for visitors who
16 are coming into the health system?  Where are they
17 allowed to go?  What ages are they?  You know, to make
18 sure that -- I don't want to say to make sure, but to
19 understand what UVA practice was, it was helpful to
20 know that it was balanced compared to other
21 institutions, not out of line.  There was a lot of
22 discussions from those, the people that sort of

80

1 oversaw those efforts to see that our practices were
2 reasonably similar to others.  Of course, there's
3 going to be local variations and differences reflected
4 in, you know, maybe university -- or not university,
5 but community norms, maybe the impact of the, you
6 know, what was occurring with COVID in the community
7 at that time, and things like that.
8    Q    Who -- when you referred to leadership, I
9 guess, who -- what leaders of UVA Health were involved
10 in decisions related to COVID vaccination policy
11 changes?
12    A    Um, so, the -- I think it was, um, a
13 process that was led by Craig Kent, the EVP of the
14 health system, and included, you know, members of, of
15 the Chief's Office.  So the CEO, Wendy Horton.  The
16 Chief Medical Officer I mentioned earlier, Reid Adams.
17 We have a couple Chief Nursing Officers.  And I think
18 the leads of our Schools of Medicine and Nursing, so
19 the deans.  So, that group, so cabinet, and the heads
20 of the other entities of the -- and I should also
21 mention, the head of University Physician's Group,
22 Dr. Chhabra, I think were, you know, the core group of

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

21 (81 to 84)

81

1 individuals that were involved in this decision-making
2 process.
3    Q    And those leaders would include you
4 personally as well?
5    A    You know, I know I'm named in these. I'm
6 not -- I feel as a hospital epidemiologist I'm more of
7 a subject matter expert and advisor. But I know that
8 I'm named in these, and so -- so I think in terms of
9 this decision I would be considered a leader in that.
10 But, you know, I'm not a member of the -- I'm not a
11 chief of the hospital. I'm a subject matter expert.
12    Q    So to use a different phrase or something
13 maybe, there were other deciders, but you would
14 provide information and answer questions for the
15 deciders? Is that fair?
16    A    I think that's fair.
17    Q    With respect to the change in policy in
18 July 20, 2021, related to COVID vaccination, and then
19 there was -- well, let me just step back for a second.
20 There was another change in August, that was announced
21 in August 2021; is that correct?
22    A    That was announced in August, yes.

82

1    Q    It was announced in August.
2    A    Yeah.
3    Q    And you're referring to that's when it was
4 not just for new employees. It was for all
5 employee -- all current employees would have to be
6 vaccinated by November, some date in November 2021.
7    A    Correct.
8    Q    And with respect to those decisions, were
9 they decided at the same time, or were they decided
10 separately in the, in sort of the sequence that they
11 were announced?
12    A    Um, from my perspective, they were -- they
13 were decided sequentially. I don't recall being in
14 the room, and I'm not certain if there was a room
15 where it was ultimately decided, but my
16 recollection -- my understanding, I shouldn't say
17 recollection -- my understanding is that, you know,
18 that first step of requiring vaccinations for new
19 health care providers that were being employed, you
20 know, on or after July 1st, that that was a first
21 step. Um, and um -- and I did not hear a commitment
22 at that time to say we will do, you know, require

83

1 health care -- we will require all health care
2 providers, all team members to get vaccinated. I was
3 advocating for that, but I did not hear that
4 commitment.
5    Q    Do you know how that conversation started?
6 The conversation about changing the policy to require
7 COVID vaccination either for new employees or for
8 current employees?
9    A    I don't know how the conversation started.
10 I know that I started raising that as an issue, you
11 know, in May, and perhaps early April -- or not --
12 late April, but in that time period, in the late
13 spring of 2021.
14    Q    So you started raising the issue, and then
15 do you know how that conversation changed to let's do
16 this, or how that came about?
17    A    Um, I don't know how that came about. I do
18 distinctly remember the time I think I first raised
19 it, it was during a conference call. And, you know,
20 these were one of the executive conference calls that
21 included the members of, I'll call it Dr. Kent's
22 leadership team, and, you know, said this would --

84

1 this is going to be a discussion I foresee. I can't
2 recall at this time whether other institutions had
3 reported their move to requiring vaccinations yet or
4 not, but it was around that time that we had heard
5 that a couple other hospitals in the nation had moved
6 to requiring health care provider vaccination
7 requirements. And, um, so I raised that issue, and I
8 think there was, you know, sort of a yes, this may be
9 something we'll have to think about, with in fact some
10 of the caveats that I think you brought up earlier --
11 or not that you brought up, that I brought up, that I
12 think you -- your questions led to, which was what
13 would this -- what would our team members think of
14 this? Would this lead to dissatisfaction? What would
15 the potential costs be in terms of health care
16 providers that may decide to leave the institution
17 rather than get vaccinated?
18    Q    You -- what is -- who would be -- you
19 referred to Dr. Kent's leadership team. Who would
20 that be?
21    A    I think it would -- not I think. It
22 includes the individuals that I saw named here in this

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

22 (85 to 88)

85

1 document.

2    Q    What document's that that you're referring

3 to?

4        MS. McGRAW:  You can just give him the

5 title.

6    A    Oh sorry.  Defendant UVA's Amended Answer

7 to Plaintiffs.

8 BY MR. DIEHL:

9    Q    Let's -- let's just mark that as a new

10 exhibit.  And I believe it will be Exhibit 22.  If you

11 want to mark the copy that the witness has, please, I

12 will --

13        (Exhibit 22 was marked for identification.)

14 BY MR. DIEHL:

15    Q    So we marked Exhibit 21.  Or is it 22?

16    A    Twenty-two.

17    Q    Exhibit 22.  I'm sorry.

18        And that's UVA's Amended Answer to

19 Plaintiffs' Interrogatory Number 1.  And then at the

20 end that's dated September 4th.  So there's a

21 Certificate of Service that's the last page of that

22 that says 4th day of September.  Do you see that?  I

86

1 just want to make sure so I've got the same full

2 document you do.

3    A    This one right here?

4    Q    Yeah.  Counsel's pointing.  That --

5    A    And your name, and the Certificate of

6 Service, yes.

7    Q    And it just -- I just was trying to check

8 that since it doesn't have a Bates label or a page

9 number.  That last page says, I certify that on this

10 4th day of September, 2024 -- do you see that?  Sorry.

11 It's -- the double-sided is -- can be confusing.

12    A    If you wish to -- if you wish to show me

13 where you —

14    Q    How about this.  I'm going to just mark a

15 new exhibit, because I hate double-sided exhibits.

16        MS. McGRAW:  I'm sorry.

17        MR. DIEHL:  Let's just -- let's just cross

18 that off.  So we're not going to use that Exhibit 22.

19 I assume there are no markings or anything on that.

20 So we'll just use a new one.  It will be less

21 confusing for me and the witness I think.

22        THE WITNESS:  I apologize that I did not

87

1 see where you were referring to.

2        MR. DIEHL:  No, it's all right.

3        THE WITNESS:  I saw the September 4th.

4        (Exhibit 22 was remarked for identification

5 and attached to the transcript.)

6        MS. McGRAW:  I think -- I think it's my

7 fault, because there's no page numbers on it.

8 BY MR. DIEHL:

9    Q    There are no page numbers, which is okay.

10 But I'm just trying to sort of get a sense that we're

11 looking at the same document.  But look at Exhibit 22.

12 And if you could look kind of through the, flip

13 through the pages and make sure that's the same

14 document you were just referring to that you brought

15 to the deposition today.

16    A    Yes.  And the section that I was referring

17 to in terms of leadership team is under Amended --

18 sorry, a fly -- Amended Answer -- sorry.  That's not

19 very nice of me.  Amended Answer to Inter --

20        MS. McGRAW:  Interrogatory.

21    A    -- Interrogatory, thank you, Number 1.  So

22 Craig Kent, Wendy Horton, myself, Costi Sifri, Bobby

88

1 Chhabra, Pam Cipriano, Mitch Rosner, Mitchell Rosner,

2 David Wilkins.  So this includes those individuals.

3    Q    And did the leadership team include anyone

4 else besides those individuals that are referenced in

5 the Amended Answer to Interrogatory Number 1?

6    A    So the meeting I was referring to was a

7 Zoom meeting, and I anticipate there were other

8 individuals on the call, um, you know, from, you know,

9 other parts of the university.  It wasn't huge, but I

10 can't speak to exactly who those people were.  But I

11 would -- I think that I can say that this included —

12 that this was, is what I'm referencing in terms of his

13 whatever I got, a leadership team.

14    Q    Do you know if UVA Health records Zoom

15 meetings?

16    A    I don't think they do.  I'm not aware that

17 they record Zoom meetings.

18    Q    And have you ever used the Chat feature in

19 Zoom meetings, where you can chat to one or more

20 participants in the meeting?

21    A    Yes.

22    Q    And that would --

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

23 (89 to 92)

**89**

1    A    But I -- I'm sorry. I didn't use the chat
2 during those meetings, and I don't recall it being
3 used during those meetings.
4    Q    You specifically recall that?
5    A    Yeah, I specifically -- I recall that I did
6 not use the chat during those meetings, because I
7 don't usually use those, use the chat function in
8 meetings.
9    Q    Do you know --
10    A    Plus -- I'm sorry?
11    Q    Finish your answer.
12    A    But plus, I was -- the structure of most of
13 those meetings is they would often start with me
14 providing an epidemiologic update of the pandemic, and
15 I would go through a set of PowerPoint slides. My
16 effort and attention was towards that, and not
17 monitoring a chat.
18    Q    And do you know if anyone else on those
19 leadership meetings ever used the chat function?
20    A    I don't know.
21    Q    Do you know if -- do you recall -- the
22 specific meeting we've been talking about, about where

**90**

1 the idea of implementing a mandatory vaccination
2 policy either for new employees or current employees,
3 did you have a PowerPoint presentation at that
4 meeting?
5    A    I anticipate that I did.
6    Q    But you don't recall the specific date of
7 that? That's a meeting that could have occurred in
8 late April, early May?
9    A    April, May I think is correct.
10    Q    And do you recall how the conver -- any
11 conversation related to a mandatory vaccination policy
12 came about or occurred?
13    A    Yeah. Um, my recollection is it occurred
14 in the context of the observation of team members that
15 were, um, out either sick or being furloughed because
16 of COVID exposure. It was in the context of that.
17    Q    So the idea was, just that initial idea,
18 was that by being vaccinated, employees will be out
19 less, or be out sick less, or for shorter periods of
20 time? Is that fair?
21    A    I think that's fair.
22    Q    Was there a discussion at that time about

**91**

1 other hospital systems and what they were doing?
2    A    I don't recall that coming up in that
3 context.
4    Q    Is there -- is there someone on the
5 leadership team that is more plugged into
6 conversations with other health systems than you are?
7    A    Yes. I think it's fair to say probably,
8 um, Wendy Horton as the CEO, and Reid Adams perhaps,
9 as the Chief Medical Officer, were more plugged into
10 what other health systems were doing, at least
11 regionally.
12    Q    And what do you recall about conversations
13 with other health systems that specifically related to
14 changing UVA policy related to mandatory COVID
15 vaccination?
16    A    Um, so if we're talking about this time
17 frame, April to May, I don't recall any specific like,
18 um, conversations, or hearing about conversations like
19 that. I know in the Email notes that later on, um,
20 you know, that there were -- there was a recognition
21 of what other health systems were adopting in August.
22 And I think I referenced earlier that in the -- you

**92**

1 know, sort of in the, you know, in the public domain
2 there was understanding of what was occurring in terms
3 of vaccine requirements at, I recall, Medical
4 University of South Carolina as being an earlier
5 adopter.
6    Q    And you touched Exhibit 21 when you
7 referenced an Email I think a moment ago. Were you
8 referring to something that is an Email that's
9 included in Exhibit 21?
10    A    No.
11    Q    Okay. I saw an Email -- well, do you
12 recall any Email where there was a discussion about,
13 you know, it's almost like we agreed on the date or
14 something like that. Was there -- do you recall any
15 agreement between health systems on implementing a
16 COVID vaccination policy?
17    A    No, I don't recall. In fact, I recall the
18 opposite, that there was not agreed dates about when
19 to implement. There was checking, What are you doing?
20 What's your policy? But I don't recall any, in fact,
21 again, the opposite, if there was any decision, we
22 will implement it on X or Y date.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

24 (93 to 96)

93

1    Q    And was -- what was the purpose of checking
2  again?  You might have said this earlier, but I don't
3  recall what -- if you did.  But what's the pur -- what
4  was the purpose of UVA's leaders checking with other
5  health systems with respect to changes to its COVID
6  vaccination policy, or to implementing a COVID
7  vaccination policy?
8    A    I can't speak for why others were doing
9  that, but I'm going to hypothesize.  Part of that was
10 wanting to know if they were enter -- you know,
11 planning on doing that, that they weren't an outlier.
12 I think the other issue would be to understand what
13 the impact was.  You know, what were the costs, as you
14 said, of those policies?  How -- how did the health
15 care providers react?  What was -- what were the
16 challenges that occurred regarding implementation of
17 that type of policy?
18   Q    With respect to being an outlier, is the
19 idea -- what would be the problem or the benefit,
20 either benefit or problem of being an outlier?
21   A    I'll preface it by saying that I think -- I
22 feel you should -- oh boy -- I feel you should -- I

94

1  feel that -- I advocated to, that we should do what I
2  felt was the right thing to do; that it was okay to be
3  an early adopter, for example.  Not only okay, but I
4  would advocate it would -- that we felt that the
5  situation was such that it was justified that we
6  should do so.  I think that leadership or others may
7  have felt that if they were, you know, not, um, in
8  step with what other institutions were doing, that
9  they could be -- there could be criticism from some
10 quarters, I'm not sure whom, but you know, from health
11 care providers that were employees that they were
12 being imposed on to do, you know, to do things that
13 other institutions were not requiring, as one example.
14       And it's also fair to say, you know, to
15 state the obvious, the vaccine, you know, in some, you
16 know, circles, and is, a very unpopular idea, and so
17 that there is, I think, significant concern about, you
18 know, the consequences of making that decision.  Those
19 were not challenges that we would have had, or had to
20 face in the past with things like the flu vaccine or
21 the MMR vaccine, at least to that extent.
22   Q    Was there any discussion about why the

95

1  COVID vaccine was unpopular?
2    A    Um, in that forum, I don't recall that
3  being a topic.  But it feels like it's general
4  knowledge, common knowledge that, you know, that there
5  are individuals that are concerned, and, um, about the
6  vaccine for a host of reasons that many of us worked
7  to try to address as hard as we could.
8    Q    In 2021, I guess, what were the reasons the
9  vaccine was unpopular?
10       MS. McGRAW:  Object to the form.  You can
11 answer.
12   A    Okay.  Um, so we'll kind of step through
13 it.  So there was a perception that it was developed
14 so rapidly that there were concerns about its safety,
15 um, in some quarters.  That, you know, as my seat in
16 my role, and I think in following, you know, what we
17 knew as ID physicians and public health officials, FDA
18 and CDC felt that, and still feel to this day, that
19 the benefits of the vaccine far outweighed the harm.
20 The branding of it as a quickly developed vaccine, was
21 incorrect.  This was a vaccine that came out of
22 decades of research of mRNA technology.  And that is

96

1  just one of the vaccines that was developed as part of
2  this vaccination effort that was funded by the U.S.
3  Government.  There were, to my recollection, five or
4  six different candidate vaccines, three of which came
5  to market in the United States, you know, on or
6  around, you know, the late 2020, early 2021 period,
7  with two different platforms, mRNA, and the vector
8  based vaccine.  And then following that, other types
9  of vaccine technology, like protein based vaccine
10 technology.  And of course other places around the
11 world had different approaches.
12       So, um, it -- you know, that was certainly
13 a concern amongst some quarters, that it's a new
14 virus.  We don't understand it.  New vaccine
15 platforms.  And you know in terms -- I don't think
16 that it was -- when you talk about, you know,
17 opportunities or, you know, challenges early in the
18 pandemic, I think branding operation warp speed was
19 not helpful, because that led to a perception that
20 appropriate safety checks and oversight were not
21 performed, which was not the case.
22       And then we need to understand that, you

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

25 (97 to 100)

97

1  know, I think it's a natural human inclination not
2  to -- you know, for, amongst meany people, not to have
3  new things used for them.  There are, you know, people
4  have that -- can have that reaction.  So that was a
5  concern as well.
6        And then finally, I alluded to this
7  earlier, there became, um, you know, sort of a
8  perception that I think developed some political
9  overtones about, about vaccination, um, and/or this
10 specific vaccine.  So I think all of those were things
11 that I think played into, um, vaccine hesitancy.  But
12 we need to understand, vaccine hesitancy is something
13 that occurs with all vaccines, not just around the
14 COVID vaccine, vaccines.
15 BY MR. DIEHL:
16    Q    So just to, I guess summarize, you talked
17 about concerns related to perceptions about safety,
18 and the vaccination's -- or the vaccine's development;
19 is that fair?
20    A    That's fair.
21    Q    As kind of a category of concerns.  And
22 then you talked about political overtones and

98

1  political concerns as another category.  Is that fair?
2     A    That's fair.
3     Q    Any other concerns besides safety and
4  political concerns related to the COVID vaccines that
5  might have led to unpopularity or hesitance of
6  employees and being vaccinated?
7     A    I also alluded to sort of just general
8  hesitancy, and I think there's sort of an autonomy
9  concern that comes with things like vaccination.  So
10 that's included as well.
11    Q    Anything else besides those things that you
12 mentioned with respect to concerns that employees had
13 that led to hesitancy of being vaccinated for COVID?
14    A    Hmm.  Well, as autonomy, also corollary to
15 that is mistrust, I guess.  Maybe that's mistrust not
16 only like of the health system, but more just mistrust
17 I guess of, you know, the scientific process of
18 vaccine development perhaps.  And then there was mis,
19 you know, misinformation that feeds into those things
20 like, you know, is it going to change our DNA or
21 something like that.  You know, are they implanting
22 something that could be used to track me?  So those, I

99

1  think, are appropriately labeled as misinformation,
2  not true, that those feed into narratives of mistrust
3  of the vaccine, of vaccine development, and, you know,
4  or I guess those that are advocating for vaccination.
5     Q    Any other misinformation that you recall?
6  You mentioned, you know, might change my, someone's
7  DNA, or that might track me as getting the vaccine?
8  Is there any other misinformation that you're aware of
9  that was kind of causing employee concerns in 2021?
10    A    I will step back and say that I don't
11 recall that I heard team members that raised concerns
12 of tracking, or changing my DNA, you know, in terms of
13 their personal vaccine hesitancy.  I was speaking more
14 broadly as an Infectious Disease physician and knowing
15 these narratives and hearing of these reports.  And
16 specifically, I don't know of other concerns or themes
17 of concerns that team members brought up.
18    Q    Was there misinformation about fetal cells
19 out there, or fetal -- anything related to abortion or
20 fetal cells?
21    A    I think -- um, my understanding, yes, is
22 that there were individuals that felt -- or that

100

1  were -- thought that the vaccine contained fetal
2  cells.
3     Q    And it -- and it did not?
4     A    And it did not.
5     Q    And were there any other concerns related
6  to fetal cells or abortion in any way that you are
7  aware of?
8        MS. McGRAW:  I'm going to object that we're
9  going beyond the scope if we're getting into the
10 religious exemption process, but he can answer.
11 BY MR. DIEHL:
12    Q    Do you recall, I'm talking about
13 misinformation that you were just talking about.  I'm
14 just wondering about other categories of
15 misinformation.  Does that make sense?
16    A    It does.
17    Q    Okay.  So with respect to fetal cells,
18 anything other than fetal cells being in the vaccine
19 that you recall?
20    A    As far as misinformation.  I don't -- I
21 can't think of another, you know, like things in the
22 vaccine, no.  I know there was concern, um, about like

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

26 (101 to 104)

101

1  egg products being in the vaccine, or protein being in
2  the vaccine from, like, gelatin or animal cells.  So
3  individuals that had egg allergies, or alpha-gal,
4  which is an allergic reaction to animal protein to
5  beef that arises after people get tick bites, there
6  were concerns that the vaccine would contain those,
7  and they don't.
8      Q     And so I guess more broadly, the last
9  several questions we've been talking about, you know,
10 reasons why people might have been hesitant in 2021 to
11 get the vaccine.  Is there any hesitance that you're
12 aware of in 2021, besides what we've just talked
13 about?  Or stemming from an issue that we have not
14 talked about, I guess I should say.
15     A     So, again, broad, broadly, I think -- well,
16 to talk about within health system and health care
17 providers, not that I know of.  I know that sort of a
18 theme that's been recognized since and -- during and
19 since this period of time is that, you know, two
20 things come to mind:  One is people's perception.  And
21 I don't know if there was misinformation per se, but
22 just perception that COVID was not a big deal.  I

102

1  don't think that that was a theme I heard within our
2  team members who were on the front line seeing
3  patients and seeing the consequences of COVID.  But I
4  think that that was something that was seen elsewhere;
5  that COVID was not a big deal, and that it was just
6  another respiratory virus, another flu, and was not
7  causing the number of deaths that it was, or that that
8  was consequential to society.  And I think
9  individual's perception of their individual risks to
10 COVID, that's something that people that tell me
11 about, but is also, I think, well-recognized that if
12 individuals don't think that they are at risk for
13 COVID, they were less inclined to get a vaccine.
14     Q     Were these issues related to vaccine
15 hesitance and -- hesitance in receiving the vaccine,
16 were they discussed as part of UVA's decision-making
17 process to change its policy to require mandatory
18 vaccination?
19     A     No.  I don't recall them being discussed
20 specifically about changing policy, other than just
21 sort of an aggregate understanding that -- you know,
22 that we'd received -- it had gotten to a point of

103

1  health care provider vaccination that was sort of
2  reaching a limit, or sort of wasn't increasing
3  significantly.  It was more of a discussion that
4  occurred when we worked in the community to help
5  provide vaccines to the community.  And, you know,
6  that's -- when I say "we," you know, it was -- I was
7  involved in those efforts, but significantly across
8  the health system, we were very active in providing
9  vaccine to, to you know, to Central Virginia, to our
10 footprint in Virginia, providing early on, as many or
11 more vaccines to, to the health -- to people in our
12 area, to our community, than the health system was
13 able -- sorry, than the health department was able to
14 do in fact.  They were partners, but a lot of their
15 ability to sort of step up was informed by, you know,
16 the things that we did to address community
17 vaccination.  And as part of that we had, you know,
18 significant efforts in not only the vaccine center
19 that I told you about that was in Seminole Square
20 shopping mall, but things like outreach vaccination
21 efforts that went to nursing homes, or to people who
22 were stuck at home, at home and doing a vaccine

104

1  outreach, going to churches and providing vaccination.
2  And as part of that, when we were first developing
3  that plan -- I hope I'm not drowning on too much --
4  but we made sure to enlist what we felt were people
5  that could speak to communities very well.  So we
6  engaged and found partners amongst our team members
7  who were part of the Latino community, or part of the
8  African American community and had connections,
9  American-developed connections with, you know, black
10 churches or with our Latinx community to do vaccine
11 outreach.  And these things echoed and were the things
12 that we heard there.  And we reflected that our health
13 care providers, our team members are part of our
14 community, and so those issues that we would hear
15 about and knew we could hear about when we did this
16 outreach would be reflected in our team members.
17     Q     As part of that public health effort you
18 were just referencing, did -- did UVA consider
19 religious concerns?
20     A     Well, the -- I think that they -- concerns,
21 or religious out -- I mean, religious outreach.
22     Q     Either one, I guess.

105

1    A    So I think they worked with our, you
2 know -- "they" being, you know, some of the members of
3 that community outreach team. It was not me. But
4 they would work with the church leaders. And if there
5 were questions about religious issues, I think they
6 would -- and I'm speculating here, because I wasn't
7 part of that conversation, but they would be addressed
8 in that context. And it was, you know, outreach. It
9 was providing vaccines. You know, it was -- we had
10 this concept that, you know, vaccine hesitancy isn't
11 really always hard and fast; that often you need to
12 have conversations with people, education,
13 understanding, having time for people to think about
14 vaccination needs. Then come back and then have that
15 conversation with them later, address more concerns,
16 and then if you have that open dialogue, and
17 especially if you have an open dialogue with a person
18 that you have a relationship with, or maybe looks like
19 you in terms of, you know, race and ethnicity, that
20 those conversations can help lead people to, you know,
21 a place where they'd be vaccinated, where previously,
22 they wouldn't.

106

1        We were very concerned about that, given
2 the history that vaccination does break down along,
3 you know, sort of vaccine acceptance, along
4 socioeconomic factors. And that, you know, that in
5 terms of equity, we had to, or certainly we desired
6 significantly to address the issues of equity by doing
7 outreach as much as we were able to -- as much as we
8 could, and as thoughtfully as we could.
9    Q    And that, what you're referring to was sort
10 of a public health effort by UVA -- public health and
11 education effort? Is that fair?
12   A    Yes.
13   Q    So when we go back to the question of
14 employee and employee vaccination rates in say May of
15 2021, those public health efforts and information
16 gleaned from that would have informed the UVA's
17 discussion about implementing a mandatory policy,
18 because they would have informed just the reasons why
19 people in that community might not be vaccinated? Is
20 that fair?
21   A    I think it's -- it is fair to say that it
22 would inform my understanding. It is not the only

107

1 thing that occurred. So for example, the same process
2 of informing, addressing questions, you know, giving a
3 forum for people to understand where, you know, how to
4 learn more about vaccination, this was a significant
5 effort that started in December and continuing during
6 this period of time. So, you know, town halls or
7 meetings where I would come or somebody that, you
8 know -- somebody else would come and be able to
9 address questions from team members to ask about
10 COVID, COVID vaccination, and you know, what else --
11 you know, it's not just, you know, vaccination, but,
12 you know, other things. You know, what about travel?
13 How do I keep myself, you know, healthy? Do I need to
14 wipe down my groceries? All those types of things.
15 Many, many forums to try to address those questions.
16   Q    Because the issues that the community needs
17 in general are -- employees of UVA health are, you
18 need the same information; is that fair?
19   A    That's fair. Employees of UVA Health are
20 reflective of our community.
21        MR. DIEHL: Can we go off the record for
22 just one second?

108

1        (Recess taken, 11:50 a.m. to 11:52 a.m.)
2 BY MR. DIEHL:
3    Q    Thank you for that break.
4        We were talking about the employee
5 vaccination rate, so -- and I believe, if I recall
6 correctly, employee vaccination -- or let me start
7 that question over.
8        If I recall correctly, you testified that
9 team member vaccination rates were approximately
10 70 percent around beginning the of May 2021? Around
11 that number?
12   A    Seventy, 75 I think, yeah. I think that's
13 a ballpark. And whether that was April, May, I'm not
14 entirely certain.
15   Q    And did UVA leadership believe at that time
16 that that was about the maximum that would be -- that
17 you would reach with just voluntary vaccination?
18   A    I don't -- I can't speak for leadership,
19 but I was concerned that we were reaching sort of a
20 plateau.
21   Q    And so the idea would be -- what -- what
22 would be the goal of a number to reach in terms of

109

1 vaccination percentage of employees or team members of
2 UVA Health?
3    A    Yeah.  So not flippant, but I think that we
4 would want to have everybody as vaccinated that would
5 be able to be vaccinated, and, you know, didn't meet
6 an exemption need.  And the reason for that is that, I
7 mean, it was evident that, you know, even at
8 70 percent, and I'm not quite certain where that
9 threshold would be, that we were still seeing, you
10 know, these cases of health care transmitted COVID
11 that we were concerned were, you know, not proven, but
12 very concerned to be from team members, and we were
13 having operational issues around furloughed and sick
14 team members who were not vaccinated, that that was
15 leading to challenges to, you know, address just care
16 of patients, you know, as we had waves of COVID.  So,
17 a specific number, that didn't have a specific number.
18    Q    Was there any discussion about the issue of
19 herd immunity, and what -- that a certain percentage
20 would be good enough?
21    A    Not that came up with -- excuse me --
22 pardon my frog in my throat.  Not that came up in

110

1 those leadership meetings.  The concept of herd
2 immunity became a very -- a concept that used to be
3 just in epidemiologic circles prior to 2020, and then
4 became commonplace and I think often misunderstood I
5 guess in two thousand and -- you know, in 2021.  But,
6 I think there was sort of I think, I guess, a general
7 gestalt saying that, you know, Once the virus has --
8 once we and the virus adapt to each other, then this
9 would be -- we'll be past the pandemic.  And I was
10 often asked, When will we have -- and this is not from
11 leadership, but this is just in general conversations.
12 When will we be past this?  When will -- when will
13 this -- you know, when will we be done with this?  And
14 you know, I think it's pretty clear, that was a very
15 difficult -- you know, it was difficult to predict.
16 And often I, and I think many other people, were
17 saying, This is going on longer than we were hoping
18 and planning, but this is a worst case scenario, and
19 you know, predicting the end is difficult, and maybe
20 we're not going to know we're at the end until we look
21 back.
22    Q    So, why -- is it fair to say you

111

1 characterized what you said about herd immunity, is
2 that was sort of misplaced, or just not accurately
3 discussed in the public discussion about COVID
4 vaccination in 2021?
5    A    Yeah.
6    Q    What -- what was wrong about the general
7 gestalt, as you put it?
8    A    Well, you know, the first thing I think
9 was, and I think that comes most to mind, is that, you
10 know, once this virus affects everybody, they will
11 have -- that the pandemic will be over, and it will be
12 behind us.  And, you know, the lack of recognition
13 that that would cause so much morbidity and mortality
14 that it would be, you know, a larger tragedy than
15 already proved to be.
16    Q    Was -- was there -- was it wrong because
17 the virus was changing as well, and there were the
18 different, different -- what were they called?  Delta,
19 the variants.
20    A    The variant.
21    Q    I couldn't come up with the word "variant."
22 Sorry.  Was that part of the reason why herd immunity

112

1 was sort of a red herring for lack of a better term?
2    A    That's a way to put it.  I think there was
3 a lack -- and I couns -- this came up in my talks
4 often when I would try to teach on this, or talk about
5 this, when you take a look at coronaviruses, there are
6 four cold -- they're often called cold coronaviruses.
7 You know, they're non-pandemic viruses, perhaps is
8 another way to put them.  And if you define "pandemic"
9 as a virus that sort of changes the way that we live
10 and interact with one another.
11        So those cold coronaviruses came into the
12 human population at some point in the past.  And it
13 turns out, if you take a look genetically, in some of
14 the cases, maybe not the too far distance past.  Maybe
15 a couple hundred years, maybe a thousand years or so.
16 But at some point these viruses, which probably had an
17 animal origin, I think, you know, the coronavirus
18 experts are able to show that they likely had animal
19 origins, at that same whatever event, spillover event,
20 it got into human population so it could sustain
21 transmission.
22        Now, those viruses are just cold viruses --

113

1  "just." They, for the most part, unless you're
2  immunocompromised, they don't cause problems. And
3  there was anticipation, including amongst virologists
4  and infectious disease experts, is that this would
5  have that trajectory: Go from, you know, a pandemic
6  virus causing huge morbidity and mortality to a common
7  cold. I think what was not stated, and I think
8  probably not -- we didn't emphasize enough, "we" being
9  the scientific community, is to say, What does that
10 trajectory look like, and how long does that take, and
11 reflecting that that's an unknown. We had two other
12 more recently spillover events with potentially pan --
13 you know, epidemic coronaviruses. That was SARS CoV-1
14 and MERS. And in both of those cases, those viruses
15 caused even more mortality per case, you know,
16 mortality rates of ten to 30 percent, that, um, we
17 don't know what their trajectory would be if they were
18 sustained in the human population to a point at which
19 they became cold coronaviruses, or even, I guess
20 theoretically, whether they would ever become cold
21 coronaviruses, or would they be like -- I wouldn't
22 wish this, you know, to see this experiment, but

114

1  Ebola? What if they were like Ebola and never really
2  lost virulence, or that we adapted to combat
3  infection? So yeah, I think that that, you know, is a
4  reflection that we didn't know what that trajectory
5  could look like. And yes, as part of that, not
6  appreciated at the time, was the development of
7  variance. Because the variance could -- the virus
8  could adapt to us the same way we could adapt to it.
9  And that has been an experiment, a global experiment
10 that has occurred over the last four years.
11    Q   When you used the term "cold" in your last
12 answer, are you referring to, like, the common cold?
13    A   Yeah, common cold.
14    Q   I didn't know if there was some sort of
15 term of art about a cold virus as opposed to a hot
16 virus.
17    A   No. I'm sorry.
18    Q   No, that's okay. I just wanted to clarify
19 that.
20    A   And I'll elaborate. So there are four --
21 there's four viruses. They go by different
22 alphanumeric designations, like, gosh, HK-1. I'm

115

1  forgetting the number, 30 -- you know, 33E4, or
2  something like that, but these are, you know, viruses
3  that cause the common cold. There are other causes of
4  the common cold, but these are some of them.
5    Q   So there are viral causes of the common
6  cold that ultimately aren't sort of that big of a
7  public health event, any more at least.
8    A   Correct.
9    Q   And then the COVID, as we've been calling
10 it, the SARS CoV-2 virus, is that sort of a more -- a
11 slightly more technical version?
12    A   That is -- that's a virologic name of the
13 virus, SARS CoV-2.
14    Q   And so that is different than those cold
15 coronaviruses. It has different properties? Is that
16 fair?
17    A   It is a coronavirus. It's part of the
18 coronavirus family, but it has different genetics,
19 different structural makeup, and, of course, more
20 disease.
21    Q   More -- and more negative public health
22 effects.

116

1    A   And it is a public health concern.
2    Q   And then explain what you mean by variants
3  and why the variants were a concern in relation to the
4  herd immunity question we were talking about.
5    A   Okay. Well, starting with --
6    Q   And try to do it at a level that a civil
7  midwestern lawyer could understand.
8    A   I'll do my best. And I've had some
9  practice, but I still don't know if I'm very good at
10 it. But variants are simply descendents, or a family,
11 but they are a version of the virus that has evolved
12 from a progenitor or a, you know, a parental, a parent
13 virus. And the way viruses evolve, and this is the
14 way mostly, you know, in terms of the microbial world,
15 how microbes evolve, is that they evolve often in
16 relationship to immune pressure. In terms of other
17 things, there's other ways things can evolve, like
18 through the, you know, antibiotics or antivirals. In
19 this case, there's going to be evolution in the
20 context of that pressure.
21    So, a variant, so to talk briefly about
22 coronaviruses, coronaviruses are named after crowns.

117

1  And so the crown appearance that can be seen under a
2  special kind of microscope called an electron
3  microscope is the spike protein, which is decorating
4  the surface of the virus. That spike protein has a
5  couple properties. So the most importantly, it's one
6  of the things that helps it attach to, to dock, to a
7  receptor. It uses a specific recep -- human receptor
8  called the ACE2 receptor that's displayed on
9  epithelial tissue. So that's how the virus attaches
10 to our cells. And the attachment is the first part of
11 that virus, virus's process to get into the human
12 cell. So you have to attach before you can invade so
13 to speak.
14       A variant is -- so -- sorry. Take a step
15 back.
16       That docking mechanism is so necessary for
17 the virus, it's out there in the immunologic world,
18 and our body develops antibodies to that, to that
19 latch, to that spike protein. And there are
20 particular parts of that protein, they call them
21 epitopes, that are important for the function of that,
22 of that spike protein. If you develop an antibody to

118

1  that location, then you can block its interaction with
2  the receptor that's located on that human cell.
3       So that's how one part of our immune system
4  called antibody -- the antibody system, or humeral
5  immunity, that's how, you know, we prevent
6  developing -- or develop immunity to the COVID virus.
7  We sort of, you know, develop antibodies that are
8  interacting with that, with that latch.
9       Um, the way the virus gets around that is
10 that if the virus has the opportunity to mutate, you
11 know, through the selection process, through the
12 evolution process, there will be mutations that
13 develop in the protein, some of them -- actually the
14 vast, vast majority of them are going to be
15 disadvantageous to the virus, but a very small select
16 some of them may be advantageous. And so they can
17 mutate that protein, so it still functions, but the
18 antibody no longer recognizes it. And so that is how
19 evolution occurs, that's how the spike protein changes
20 from one virus to another, and these variants are
21 simply that virus, you know, a viral family, or a
22 viral clone I should say -- not a family, but a clone,

119

1  that's sort of developed and is more competitive, is
2  able to overcome the innate immune -- not innate, but
3  the immune system that's been developed in
4  individuals. So that's --
5       Q   So --
6       A   Yeah. Go ahead.
7       Q   Thank you. So when -- in 2021, we were
8  talking about sort of the delta variant.
9       A   Right.
10      Q   That would be a mutation that was a
11 different form of the virus? Is that fair?
12      A   Yeah. And the delta actually had six or
13 eight different mutations. As I recall, alpha, beta,
14 gamma had their own different variations, but they
15 developed these adaptations. And I'll also state that
16 that was one of the surprising things about
17 coronavirus, is that coronavirus as a virus family,
18 they are built not to have mutations. They have
19 proof, what we call proofreading polymerase. So
20 they're built not to mutate very rapidly, in contrast
21 to something like the HIV virus that is built to
22 mutate. It is a mutator beyond comparison. And

120

1  coronaviruses did not have that property, and so I
2  think, at least from my perspective, I think for many,
3  we were surprised at the ability of the virus to
4  mutate so much that they would get around immune
5  systems. But that, I think, is largely a reflection
6  that there's so much virus in the world, because so
7  many people are affected. So even though it had a
8  proofreading polymerase, even though mutations were
9  much, much, much, much less frequent than you'd see in
10 something like HIV, they still had that, an
11 opportunity to adapt and evolve in terms of their --
12 its ability to respond through human populations.
13      Q   And individuals involved in public health
14 would name those based on, what, Greek letters; is
15 that right?
16      A   That became one of the ways, yeah. There
17 are multiple ways, but yes.
18      Q   So what were the variants in 2021 that came
19 through this area of Virginia?
20      A   Well, you know, um --
21      Q   And just, just looking for the names.
22      A   In broad strokes, and just -- you know,

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

31 (121 to 124)

---

**121**

1  I'll say alpha.  I really don't -- so most viruses,
2  it's not genetically sequent, so we don't know what
3  the variants are that are coming through a population.
4  Especially at that time, because there was not
5  concerted efforts, there was not a catalog to do this.
6  That sort of evolved through, you know, 2021, became
7  more established 2022 and 2023.  But alpha was the
8  first one, so there's the original Wuhan strain.
9  Alpha became sort of the dominant strain in winter
10 2020, 2021.  I am not certain, and off the top of my
11 head I'd have to go back and look at notes to see if
12 there was these other beta and gamma.  But delta
13 became the variant that was seen predominantly here
14 and, you know, nationwide, even worldwide, in the fall
15 of 2021.
16     Q    And then omicron came about kind of as the
17 next big wave; is that fair?
18     A    Yes.  Omicron came about, emerged in South
19 Africa.  Whether that's where it was born or not so to
20 speak, we don't know.  But it first emerged
21 Thanksgiving week in 2021, then caused pandemic
22 worldwide disease by December, January, February 2021.

---

**122**

1     Q    So by December, January, omicron had
2  reached Charlottesville?
3     A    Yes.
4          MR. DIEHL:  All right.  So let's go off --
5  take a break.
6          MS. McGRAW:  Lunch break?
7          MR. DIEHL:  Yeah.
8          MS. McGRAW:  Okay.
9          (Lunch recess taken, 12:09 p.m. to
10 1:28 p.m.)
11 BY MR. DIEHL:
12     Q    All right.  Back on the record.  Dr. Sifri,
13 you understand that even though we've taken a lunch
14 break, you're still under oath today?
15     A    I understand.
16     Q    And you understand that you're still
17 testifying, and your testimony today is on behalf of
18 the University of Virginia as a spokesperson, and
19 not -- we're not deposing you in your individual
20 capacity today.  Do you understand?
21     A    Yes, I understand that.
22     Q    I want to walk through Exhibit 21, the

---

**123**

1  binder, that you have there.  Can you just describe
2  the, the different documents that are included in
3  there?  And I might ask you some question, but just to
4  get a description of them in the record.
5     A    Sure.  The first, of course, is a table of
6  contents.  After that are several versions of the
7  vaccine policy, OCH-002 for the health system.  And
8  then after that are then a list of Email
9  correspondences and notifications regarding the
10 evolution, I guess, of the vaccine policy.  And the
11 final thing I forgot to mention was a list of the
12 various COVID policies and protocols for the health
13 system that were produced.
14     Q    There is a document that I believe is the
15 last document in there that -- I'm just finding my
16 copy of it -- that has a bunch of sort of small print
17 on it I guess, for lack of a better term.  And it
18 doesn't have Bates labels.  Do you have that document?
19     A    Yes.
20     Q    And what tab is that in the binder?
21     A    F.
22     Q    What?  Sorry.

---

**124**

1     A    It's tab F.
2     Q    Okay.  Sorry, I didn't hear that.
3     A    Or tab C?
4          MS. McGRAW:  C.  There's an extra -- looks
5  like there's a --
6     A    Yeah, it's tab C.
7  BY MR. DIEHL:
8     Q    Okay.  And there is -- there is a list, it
9  looks like a print off of file names.  Is that -- is
10 that an accurate description of the document?
11     A    Yes.
12     Q    And what are all these different files?
13     A    These were produced, I think with counsel's
14 help, or recommendations, I don't know how they were
15 collated, but these are a list of the different
16 protocols, I think I just mentioned this, the
17 protocols and practices that the health system
18 employed during the COVID pandemic, regarding COVID
19 specific work.  And they include everything from --
20 and I can just go through this --
21     Q    I don't need you to go through it
22 obviously, because I can read it.

---

125

1    A    Okay.

2    Q    But the -- well, I guess, it starts with
3 number 65 and 95, and then that title continues?  Do
4 you see that?

5    A    Yes.

6    Q    And then if you go to the last page, it
7 ends with Workspace Safety?  Is that correct?

8    A    Yes, that's correct.

9    Q    And then on the right side of the document,
10 there are some dates printed next to each file name.
11 Do you see that?

12    A    I see that.

13    Q    What -- what does that date represent?

14    A    Um, my understanding, since I didn't
15 produce this, is that that was the date that that
16 document was either created or at least saved in its
17 last version.  I haven't gone through this in detail
18 to look at it, but just in reviewing it, it seems that
19 in general a document that, for example, I'll
20 reference WCH, Inpatient COVID Action Plan Version 12
21 is dated from the person who produced it,
22 September 24, 2024, and that does seem to line up with

126

1 when the -- that date is shown in the right-hand
2 column.

3    Q    And there's no page numbers either on this,
4 but if you go to, say for example the -- well, just go
5 to the last page of the document.  There is a box
6 that's checked next to Visitor Restrictions Policy
7 Limited Final, 01.03.2023 dot zip?

8    A    Uh-huh.

9    Q    Do you see that?  Yes?

10    A    I do see that.

11    Q    And above that there's a title that's --
12 it's not legible.  Do you see that?

13    A    I see that as well.

14    Q    Do you know if that is the -- well, it
15 looks like if we go to the page before, there's a
16 checkbox next to Visitor Restrictions Policy Limited
17 Final, 01.03.2023.docX?

18    A    I see that.

19    Q    And do you think that that is the cut-off
20 title so that we've got -- I guess, put it this way:
21 Are all the cut-off titles captured on the nex -- the
22 previous or next page?

127

1    A    I will say, because I'm not entirely
2 certain.  I don't know if I can speak exactly to that,
3 but the one that you referenced, the file below that,
4 Visitor Restriction Policy Limited Final, 01.03
5 2023.zip, Z-I-P, it appears to me that on the
6 subsequent page that maybe the very bottom part of
7 that line cut off.  So if that's what you're
8 referencing, I agree with -- I think that that's
9 accurate.  Although, I think you referenced the line
10 above it.

11    Q    Well, let me ask you this:  Do you know
12 where these files -- well, this document shows file
13 names, but these are real files stored somewhere,
14 correct?

15    A    Um, I -- uh, yes.

16    Q    Do you know that, or are you guessing?

17    A    I'm guessing.  I don't know that for every
18 single file.

19         MR. DIEHL:  Wendy, this is the one time
20 I'll encourage to speak.  Just joking.

21         MS. McGRAW:  Okay.  I was wondering.

22         MR. DIEHL:  But it would probably be easier

128

1 if you could tell me what this is, and --

2         MS. McGRAW:  Yeah.  So you had a very broad
3 topic on your deposition notice that I think was,
4 Everything you did to protect against COVID from 2020
5 to the present.  In an effort to provide you and the
6 witness with something to talk about with respect to
7 such a broad topic, we -- there was -- there's
8 someone, her name is Christine Hall, I believe, --

9         THE WITNESS:  Uh-huh.

10         MS. McGRAW:  -- who keeps a file of all of
11 the policies and guidance that I believe actually got
12 posted to an intranet site.  And we just did screen
13 shots of what she had in the files.  The files do
14 exist, it's there.

15         MR. DIEHL:  Okay.

16         MS. McGRAW:  But these are just screen
17 shots.  And to the extent there's like -- you said it
18 looks like there was a -- you weren't sure if
19 everything was captured, the idea was to screen shot
20 everything.  And that probably, because it's not --
21 screen shotting is not really that user friendly, --

22         MR. DIEHL:  Okay.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

33 (129 to 132)

129

1      MS. McGRAW: -- that's probably why there's
2  some overlap.  But if you -- if there's particular
3  policies that you want to see, I don't know that any
4  of them are within the scope of your request for
5  production, but I'd be happy to talk with you about
6  it.
7      MR. DIEHL: Sure.  And we'll deal with that
8  later.
9  BY MR. DIEHL:
10     Q     What was the name of the woman that we just
11 talked about, Dr. Sifri?
12     A     Christine Hall.
13     Q     And -- and what's Ms. Hall's role, to your
14 knowledge, with UVA?
15     A     That her -- she is one of the individuals,
16 I think the lead individual, there's only two that
17 come to mind, that deals with hospital policies and to
18 make sure that hospital policies are -- you know, she
19 sort of makes sure that they're up-to-date, that
20 they're meeting all requirements, are reviewed on an
21 appropriate cycle, et cetera.
22     Q     And so any of these policies re -- well,

130

1  and it's your understanding these policies relate to
2  different versions of policies related to COVID safety
3  or precautions related to COVID?  Is that fair?
4      A     I'll revise that.  I think that they are
5  all to do with COVID.  I understand now that they were
6  obtained by Christine from policies that were uploaded
7  to this working web page that we have regarding COVID
8  care in the health system.  I'll just say that
9  policies have very specific connotations in health
10 care.  Some of these are protocols or practices.
11 They're not all policies.  Policies do have sort of
12 the weight -- it's not -- I guess we're not -- it's
13 not -- and I know that we're in a deposition, but
14 certainly not legal muster.  But when we follow a
15 policy, we have expectation that the team members will
16 follow it.  The protocols and best practices and
17 flowcharts and things like that sometimes are working
18 documents to help our health care providers, team
19 members and employees to work through the process of
20 providing care.
21     Q     So fair to say these might be everything
22 ranging from suggestions or best practices all the way

131

1  to mandatory policies; is that fair?
2      A     Yeah.  So, yeah.  So the range of, as
3  examples, a policy is regarding PPE and universal
4  masking is a good example of a policy.  And a Pfizer
5  COVID-19 vaccine comparison table would be an example
6  of a product that's used for team members to be able
7  to speak either perhaps to patients, or to themselves
8  regarding that.  Or a parking FAQ would be sort of
9  frequently asked questions regarding parking.
10     Q     Right.  Okay.  So just set that aside for
11 now.
12       The -- we were talking before lunch about
13 changes to the vaccination policy, policy OCH-002.
14 And, um, the -- I wanted to ask about, um -- well, we
15 were talking about when that policy changed to
16 reference the COVID vaccine.  Do you recall that
17 testimony?
18     A     I do recall that testimony.
19     Q     And the first time that policy was changed
20 was in July with respect to a change related to new
21 employees?  Is that correct?
22       And I should say -- and I should maybe ask

132

1  a more careful question.  I'll start over.
2       The first time that policy was changed to
3  reference the COVID vaccine was in July of 2021,
4  related to new employees, but not existing employees
5  of UVA Health.  Is that correct?
6      A     I'm going to be accurate, so I want to just
7  double-check.  But July 1st -- that's the wrong one.
8  July 1st, 2021?  Yes.  Yes.
9      Q     And you're referring to a document in
10 there.  What's the Bates number for that document?
11     A     The Bates number is 435.
12     Q     Okay.  And it's UVA 435?
13     A     UVA 435.
14     Q     Thanks.  Okay.  And so that, that policy
15 was changed to reference new employees.  When did --
16 when was changing the policy to reference -- let me
17 start that over.
18       When was that policy changed to reference
19 current employees being required to receive the COVID
20 vaccine?
21     A     That is -- I'm referencing also document
22 September 1st, 2021.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

34 (133 to 136)

133

1    Q    And what Bates number are you referring to
2  there?
3    A    UVA 457.
4    Q    When was the -- that change between those
5  two documents -- and do those have different tabs in
6  your binder?
7    A    Yes.
8    Q    What is the July policy change tab?
9    A    The July policy change is tab, Tab 4.
10   Q    And then -- and then is Tab 5 the August --
11 or when was the next change?
12   A    Or, you know what?  This is interesting.
13 Yeah, I didn't recognize that before.
14        Um, the September 1st, is that the
15 question?
16   Q    Yeah.  When was the next policy change?
17   A    The next policy change was Tab 5 on
18 September 1st, 2021.
19   Q    And that September 1st change, was that the
20 change that was announced, I believe, on August 25th
21 about adding current employees require -- or excuse
22 me, yeah, adding current employees to that mandatory

134

1  COVID vaccination policy?
2    A    Yes.
3    Q    And that change between the policy in Tab 4
4  and the policy in Tab 5, when did UVA begin to think
5  about making that change to the policy?
6    A    Um, I guess UVA, sort of thinking of the
7  leadership structure, I think probably August, early
8  August or late July, in that time frame.  It was, you
9  know -- yeah.
10   Q    Was --
11   A    In that time frame.
12   Q    When UVA first -- when any leaders at UVA
13 started talking about mandating the COVID vaccine for
14 any employees, new or existing, that started in late
15 April and -- or early May?  Is that right?
16   A    Correct.  I -- that's what I said, because
17 that's when I first recall having those conversations.
18   Q    And given the decision-making structure,
19 and your role in that, you personally would have been
20 involved in leadership decisions related to COVID
21 vaccination policy changes from at least very early in
22 the process; is that fair?

135

1    A    I think that's fair.
2    Q    And isn't it true that in -- I'm just going
3  to -- I'm just going to use May.
4    A    Yes.
5    Q    Let's just assume those are being discussed
6  in May?  Is that fair?
7    A    I think that's fair.
8    Q    That change to the policy?
9         So with respect to that change to the
10 policy being discussed in May, isn't it fair that
11 mandating vaccination for all UVA Health team members
12 was discussed beginning in May?  Is that fair?
13   A    Yes, because I was involved in that, and so
14 that was one of the discussion points, yeah.
15   Q    What -- so if that was discussed at the
16 outset, why did the first policy change happen, and
17 not sort of all -- both policy changes happen at the
18 same time?
19   A    I don't know.  I think there were views of
20 different options available.  They included what
21 occurred in July, which was, you know, requiring it
22 for new hires as, you know, a way to start this

136

1  process with team members where you could collect that
2  information at the time of their hiring, what they
3  call onboarding, versus doing it for everybody at that
4  period of time.  As I said, that was something that
5  some health care institutions had done, but at least
6  in May was, I don't think, um, a common practice.  It
7  was done by a notable few.
8         And then, you know, I wasn't in part -- in
9  the decision-making process at that time to say, What
10 are the benefits and challenges of doing it -- you
11 know, to doing it for everybody starting in July, or
12 should we just do it for the people coming onboard?
13   Q    And was there an estimate of how long it
14 would take to increase the vaccination rate in a
15 significant way among team members just by mandating
16 vaccination for new employees?
17   A    No, I didn't see an estimation of time.
18 Although, I will say that there was, at that time,
19 still considered effort and interest to ask managers
20 and to put out information from -- in the information
21 channels I talked about earlier with, you know,
22 leadership -- well, not leadership, with town halls

137

1 and other written communications and online
2 communications to encourage vaccination. So there
3 were efforts around that to improve vaccination above
4 that sort of mid-70 percent rate that we talked about
5 in May, and see how far and how robust that could
6 be -- not robust, but how effective that could be
7 without a requirement.
8     Q    And as that first policy change in July was
9 implemented, did UVA gather enough information to
10 decide on the second policy change, or was it just --
11 well, just answer -- ask that -- let me ask that
12 question again, or make it more clear.
13    A    Yeah.
14    Q    As the first policy change was implemented
15 on July 1st, and then September 1st was the next
16 policy change to expand that to existing employees,
17 was that based on information gleaned from the
18 additional vaccination rate from the new employees
19 that were being added to work for UVA Health?
20    A    Um, I think it -- I think -- my
21 recollection is that at that time, there was -- it was
22 more of an appreciation that there were the challenges

138

1 with ongoing exposures, and team members being
2 furloughed, and short-staffing challenges that were
3 occurring as COVID, you know, affected team members,
4 and that the work through required vaccination of new
5 team members coming onboard and through encouraged
6 vaccination of current employees was, while maybe that
7 was having some benefit in reducing the number of
8 unvaccinated employees, was not sufficient to mitigate
9 that, those exposures and those lost health care
10 workers.
11    Q    And is it -- was there data that UVA was
12 collecting with respect to, you know, the number of
13 days, or approximate, at any given time, the number of
14 employees that were absent due to COVID exposure or
15 having COVID themselves?
16    A    There was an ongoing report that was
17 available to the leadership on that, yeah. A number
18 of -- yeah. I'm sorry.
19    Q    And -- go ahead.
20    A    As I recall, it was the number of infected
21 and furloughed health care workers, and delineated by
22 role, sort of broad stroke: Nurses, physicians.

139

1     Q    And was there an estimate of how much
2 vaccination would change those absences?
3     A    There was not. Yeah, nobody asked me, for
4 example, At what point do you think that, sorry, gap
5 is closed, or you know --
6     Q    And you believe that you would have been
7 involved in, personally, in discussions related to the
8 effectiveness of that policy change or, you know,
9 monitoring that data? Is that fair?
10    A    I think I could have been asked. There's
11 others that may have been asked, people that, like in
12 Employee Health, Work Med, sort of the Occupational
13 Health Services, or administrators over those areas
14 may have been asked about that. And they may have had
15 more information than I had. But I -- I also agree, I
16 think that I -- there's a probability that I would
17 have been asked about that.
18    Q    In any event, when you were preparing to
19 testify regarding policy changes and the reasons for
20 policy changes to OCH-002, that didn't come up. Fair?
21         MS. McGRAW: Object to the form.
22    A    Yeah, I don't recall that coming up, yeah.

140

1 BY MR. DIEHL:
2     Q    And by "that," we mean -- we're referring
3 to how much the vaccination -- the addition of
4 mandatory vaccination would change the number or
5 length of employee absences. Is that what you
6 understood?
7     A    That was one of the consider -- I think --
8 just to make sure I'm right, rephrase the question?
9 Or restate the question?
10    Q    Sure. Well, let me just ask it again just
11 so we're clear. As UVA was thinking about the policy
12 change that was reflected in the July 1st changes to
13 the policy or the September 1st changes to the policy,
14 I understand your testimony to be that an impetus for
15 both of those changes was to reduce the number of
16 absences or the length of absences of employees due to
17 COVID exposure or contracting COVID. Is that fair?
18    A    I think that's fair with the -- if you
19 would allow me to expand.
20    Q    Sure.
21    A    In my seat as a hospital epidemiologist is
22 one of those considerations. The other consideration

141

1 was concerns for transmission of COVID within the
2 hospital from health care provider to health care
3 provider or the patients. I just wanted to make sure
4 that that was clear, that was not the only
5 consideration.
6    Q   Yes. Understood. I might come back to
7 that. But I was just sort of asking about that one
8 concern. Whether there were others, there may have
9 been others. Fair?
10   A   Fair.
11   Q   Okay. So with respect to that concern,
12 did -- the concern -- well, and just so I don't have
13 to repeat it and everything's clear, I'm just going to
14 talk about employee absences, just -- or how about if
15 I say COVID-related absences? Does that make sense?
16 So by "COVID-related absences," I mean employees who
17 are absent because of contracting COVID, or because of
18 being exposed to COVID. Do you understand that? Does
19 that make sense?
20   A   Yes.
21   Q   Okay. So as those policy changes were
22 being considered, was there any data available to UVA

142

1 decision-makers that -- regarding whether those
2 changes in July -- the changes announced to the policy
3 in July or September would change the frequency or
4 amount of employee COVID-related absences?
5    A   Um, I think it's fair to say that there was
6 certainly hope that they would change those
7 employee-related absences. And um, I think it's
8 important to note that, you know, it's just not in
9 that state of absenteeism that was the concern. It
10 was that operations in a specific area may be
11 compromised when you have an exposure or group of
12 infections that occur amongst a small group of health
13 care providers. And there were examples of that as I
14 recall. And some of them were large that occurred,
15 you know, before, you know, this time period, but you
16 know, I'll give one example. So, on Halloween 2020,
17 we had a pediatric patient who was run over by a
18 family member during Halloween, who developed COVID,
19 was not tested for COVID -- or actually, I think they
20 were tested for COVID, and this person was, was sort
21 of likely incubating COVID, so not testing positive
22 at, on admission, but later manifested COVID.

143

1 And this person, child, was critically ill, and the
2 team did a lot of effort to try to -- and I can't
3 remember the outcome, if the child survived or not,
4 but was critically ill, was intubated and extubated,
5 so put on a breathing machine, taken off the breathing
6 machine, put back on the breathing machine. And the
7 child had COVID when this occurred, and exposed a
8 large fraction. And again, this is an estimate, but
9 as half or more of the ICU. And I'll just finish
10 really quickly. And that led to moral angst and
11 challenges in that, that we were -- we had to keep the
12 PICU open with those health care providers who were
13 exposed to COVID, and they were very scared of
14 transmitting COVID, should they develop it, to other
15 vulnerable patients. So that was an extreme example,
16 but that was sort of the milieu that, you know, we had
17 that experience with.
18   Q   And that -- and that, October of 2020 was
19 before employees were vaccinated, correct?
20   A   That is before the vaccine was available,
21 yeah.
22   Q   Okay. So -- so with respect to the policy

144

1 change -- and the policy change that we're talking
2 about related to mandating vaccination for new
3 employees or current UVA Health employees or team
4 members, correct?
5    A   Correct.
6    Q   So was there any data specific to
7 vaccination and any change in, in employee absences
8 related to COVID?
9       MS. McGRAW: Object to the form, data vague
10 and ambiguous.
11 BY MR. DIEHL:
12   Q   You know what I mean by "data," don't you?
13   A   I do.
14   Q   So was -- did UVA Health have any data
15 specific to the issue of the impact that a vaccination
16 mandate might have on employee absences related to
17 COVID at the time the decisions were made to change
18 the COVID vaccination policy in July or September of
19 2021?
20   A   So, I understand the word "data," and, um,
21 so we did have collated, rolled-up data that speaks
22 to that. What we did have experience with

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

37 (145 to 148)

145

1  would be a manager that have exposures amongst a group
2  of their team members, and then have operational
3  challenges in staffing their clinical operations. And
4  so I don't -- those were not -- those anecdotes were
5  not collected, but that was a very common experience
6  during this period of time.
7      Q   With respect to any of those anecdotes,
8  would those have been anecdotes from, say for example
9  the summer of 2021?
10     A   Yes.
11     Q   So, um, did UVA look at those anecdotes and
12 determine whether the spread of COVID was due to an
13 unvaccinated employee as opposed to the 70 percent or
14 more of employees who were vaccinated at that point?
15     A   No, I don't think that that -- that was not
16 done. At that period of time, we were so busy that
17 trying to do -- contact tracing is what you're
18 describing. To do contact tracing to the point of
19 being able to understand origins of infection, that
20 was not possible. We could do exposure tracing to
21 understand if team members needed to be furloughed.
22 But to understand sources of infections, those were

146

1  challenging.
2      Q   Was there any way that UVA Health leaders
3  knew that the change related to mandating vaccination
4  would have some positive effect based on any, any
5  actual data or actual information from its own or from
6  external sources?
7      A   Um, so we're talking -- you're asking
8  specifically not furloughs since exposures, but rather
9  reduced infections?
10     Q   Well, I'm asking about -- you explained
11 that there were COV -- absences related to COVID, and
12 those absences could have been related to an exposure,
13 and those absences could also be related to the
14 employee contracting COVID, fair?
15     A   Yes.
16     Q   And so with respect to those absences, was
17 there any specific information that UVA had or that it
18 relied on to determine that the change in the
19 vaccination policy in July -- let's just start with
20 July of 2021, --
21     A   Uh-huh.
22     Q   -- that that change would have a positive

147

1  impact on employee absences related to COVID?
2      A   I think -- so -- I keep saying "I think."
3  I will answer yes, in that we knew vaccinations, "we,"
4  what was reported from Employee Health and Work Med,
5  vaccination rates across health care provider groups
6  was being reported. There was an understanding of
7  when those absenteeisms occurred as a consequence of
8  exposure. So again, if you were not vaccinated and
9  you had an exposure, you didn't wear a mask, you
10 didn't wear eye protection, you were around somebody
11 that was COVID positive as a health care provider,
12 those patients were furloughed -- sorry, those health
13 care providers, those team members, were furloughed.
14 And so there was the data regarding, you know,
15 absenteeism, or it's actually furlough. There's the
16 information regarding who was sick versus who had --
17 who were off of work because of exposures. And then
18 there was, again, the anecdotal information of units
19 that were affected. And so putting those together,
20 there would be, at times, an understanding that -- and
21 I don't know these exact numbers at the time, and I
22 think they change, but if there was ten or 15 percent

148

1  of let's say a specific group of nurses were not
2  vaccinated, and, um, that 20 nurses were out because
3  of infection or because of exposure, I think there
4  would be an understanding that a way to have reduced
5  that would have been better vaccination in that, in
6  that population of health care providers.
7      Q   Well, I guess I'm not asking you to guess
8  or speculate. I'm asking about actual information,
9  actual data or studies that, that were relied on by
10 UVA in making that determination.
11     A   Studies were challenging at the time,
12 because they're -- we are overwhelmed with studies.
13 But the data that I just described, without specifics,
14 was examples of the data that were being obtained, you
15 know, I think to hospital leaders on a routine basis,
16 on a daily basis. They would have the report from the
17 dashboard, a number of employees that were off of work
18 because of infection or because of exposure, and they
19 would have the information regarding vaccination rates
20 in that specific population.
21     Q   Well, but was the data broken down by the
22 absences, and then which of those employees that were

149
1 absent were unvaccinated versus which were vaccinated?
2     A   No, I don't -- I think that was privileged
3 information, so it was population level.  Because at
4 least that's the data that I saw, sort of, This is the
5 number of team members that are vaccinated amongst
6 nurses, amongst support staff, amongst physicians, and
7 this is the number of absences.  There may have been,
8 like, examples of that, like when they would -- when,
9 you know, Employee Health did a workup, taking a look
10 at a specific group.  I didn't see that reported
11 routinely.
12    Q   Well, were employees required to report
13 their vaccination status in the summer of 2021?
14    A   Um, were they required?  I believe that
15 they were at least strongly encouraged, if not
16 required.  We had that data, and I know that Employee
17 Health and the data analytics group worked very hard
18 to try to understand that information.  Vaccination,
19 vaccines were being reported to the state through an
20 electronic server, and I think my understanding is
21 that data was then used to feed health care provider
22 vaccination rates across the team members.  And of

150
1 course, internally, there was an idea that the health
2 care providers that UVA vaccinated through work --
3 through our Employee Health services, those -- that
4 data was captured.
5     Q   But it's my understanding -- well, I want
6 to understand your testimony.  Did UVA then take what
7 information it had on employee vaccination and
8 correlate that with, you know, these ten employees are
9 absent.  How many of these are vaccinated versus how
10 many were not vaccinated?  Was that level of detail
11 available to UVA in the summer of 2021?
12    A   That required -- it sounds like a simple
13 question, but I believe that that required a
14 substantial amount of data mining.  So I think there
15 were examples that was -- that that analysis was
16 performed, but I don't recall that occurring, like, on
17 a running basis, like on a dashboard.
18    Q   Well, examples, do you mean individual
19 anecdotes, or do you mean a representative sample set?
20    A   Um, I'm not exactly sure what you mean by
21 examples, but I guess it was examples.  It was like --
22 it would be like there's, you know -- there's 20

151
1 nurses that are out -- and again, I don't want to pick
2 on nurses, but it's as examples.
3     Q   Sure.
4     A   But there are 20 nurses that are out.  How
5 many were -- you know, why are they out?  Is it
6 because of infection, or is it because of exposure?
7 How many were -- you know, what percentage of those
8 were vaccinated?  I recall there being examples of
9 that, yes.
10    Q   So I'm just trying to understand what you
11 mean by "examples."  I'm not trying to use the word
12 "examples."  So do you mean that UVA did that
13 routinely for all employees that were absent due to
14 COVID?  And by do that, I mean, analyzed whether the
15 employees were absent due to COVID and were
16 unvaccinated, or due to absent -- excuse me, or were
17 absent due to COVID and were vaccinated?  Do you know
18 if that analysis was done for employee absences across
19 the board at UVA in the summer of 2021?
20    A   Not through the summer of 2021.  So when
21 it's examples, it's exactly as I said, examples.
22 Because the individuals that were doing that work were

152
1 doing the other things like taking care of patients,
2 or taking care of employees that were sick.  So it
3 would be asked of leadership to do that analysis, and
4 I think it would occur in that context, but it was not
5 routinely reported on an ongoing basis.
6     Q   And you were aware of employees at UVA
7 Health in the summer of 2021 who were absent due to
8 COVID and who were vaccinated, correct?
9     A   Correct.
10    Q   Did you have any analysis available to show
11 the relative length of absences for employees related
12 to COVID that were vaccinated versus the length of
13 absences for employees who were absent related to
14 COVID, but were vaccinated?
15    A   Not an analysis, but we could say that what
16 we would do is that a person that was not vaccinated
17 and was exposed were furloughed.  They weren't
18 working.  If you were exposed and vaccinated -- if a
19 health care worker was exposed and vaccinated and not
20 symptomatic, they were allowed to continue to work per
21 hospital policy which followed CDC guidance.
22    Q   And so that was a policy choice by, by UVA,

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

39 (153 to 156)

153

1  correct?
2         MS. McGRAW: Object to the form.
3  BY MR. DIEHL:
4     Q    By that, I mean, the length of furloughs or
5  whether to furlough an employee due to exposure, UVA
6  chose to apply one policy with respect to vaccinated
7  employees, and one furlough policy with respect to
8  unvaccinated employees, correct?
9     A    As much as possible. And in fact, almost
10 in -- I can rarely think of any differences. We
11 followed CDC guidance. And so CDC guidance, while not
12 policy, we would use as the basis of our policy.
13        And while you said earlier that guidance is
14 guidance, it's not a policy, government doesn't set
15 that, if the health department were to come to UVA and
16 ask about our protocols, procedures, and practices,
17 they would use CDC guidance as their understanding of
18 what we should be doing. So we've always used CDC for
19 better -- for our North Star in terms of our policies
20 and practices, and kept them aligned as much as
21 possible with their guidance.
22    Q    But I guess, did you know that that

154

1  guidance was warranted based on data?
2         MS. McGRAW: Object to the form.
3     A    Um, yes.
4  BY MR. DIEHL:
5     Q    What --
6     A    So the CDC guidance is, with our
7  experience, my experience as being a hospital
8  epidemiologist for 15 years, is data driven. It's
9  based on review of the evidence at hand at the time.
10 And based on that, we feel -- I still feel very
11 comfortable knowing that it's an understanding that,
12 you know, evidence can change. Things can change.
13 But at the time, evidence -- the evidence was such
14 that that would support those protocols and practices.
15        I'll give an example to show maybe where
16 things are lockstep, but we need to -- that we follow
17 guidance.
18    Q    Well, that's the thing, I don't -- I don't
19 want you to just give me examples about guidance. I'm
20 talking -- I'm asking a question specific about data
21 on which you relied.
22    A    So I'll give an example.

155

1     Q    So with respect to data in July -- or not
2  July, but in the summer of 2021, what data are you
3  referring to that indicated that the, the UVA policy
4  or CDC guidance that drove that policy was correct
5  with respect to the length of absences for
6  unvaccinated versus vaccinated employee furloughs?
7         MS. McGRAW: And I'm going to note an
8  objection, because you cut the witness off. Go ahead.
9         MR. DIEHL: Well, I just -- it seemed like
10 an unresponsive answer.
11 BY MR. DIEHL:
12    Q    So if you understand the question, I didn't
13 mean to cut you off. I just meant that's the question
14 I'm asking, to make sure you answer that.
15    A    Okay. And I'm sorry if it was an
16 unresponsive answer.
17    Q    No, that's not an insult. It's just --
18    A    No. And not as an insult. I think it's an
19 incorrect question. So there's -- you're saying
20 there's a difference in length of absence, but there's
21 actually -- I mean, it's an infinity difference
22 between length of the absence. So if you're

156

1  vaccinated and exposed and don't have symptoms, you
2  are not furloughed. You don't remove from work, so
3  that's zero, whereas if you are not vaccinated and you
4  were exposed, then you have had a ten, and then
5  seven-day furlough at the time. So that evolved over
6  time. So what is the --
7     Q    To clarify, I guess -- yeah.
8     A    So what is --
9     Q    I think you're -- sorry. I don't mean to
10 interrupt. I just want to -- I assumed that for my
11 question, --
12    A    Yeah.
13    Q    -- just to make that clear, that there was
14 a difference in the furlough.
15    A    Right.
16    Q    Or there was no furlough, and there was a
17 furlough.
18    A    Yes.
19    Q    But what data drove that decision to have a
20 difference in furlough length?
21    A    Okay. And -- yeah. So, um, understanding
22 that the COVID vaccination -- that the COVID vaccine

157

1  is protective, and that individuals can be
2  asymptomatic, develop infection, can be presymptomatic
3  and shed virus before developing symptoms, and that we
4  cannot test health care providers on a daily basis.
5  And then finally, because COVID is a safe and
6  effective vaccine that was protective from infection,
7  that if you were unvaccinated, you were more likely to
8  develop infection for a given exposure that,
9  therefore, um, a furlough was indicated, or furlough
10  was justified for a person that did not have COVID
11  vaccination, did not have the protection of
12  preexisting immunity to COVID as best we -- compared
13  to an individual that was vaccinated. So that, that
14  are -- those was the data. Did the CDC provide --
15      Q    The --
16      A    Oh.
17          MS. McGRAW: You've got to stop cutting him
18  off.
19          MR. DIEHL: Well, I need to ask my
20  questions and get done today, so -- and I'm trying to
21  understand -- I'm trying to ask a question about
22  something he just talked about that I'm gonna, you

158

1  know, need to get back to.
2          THE WITNESS: Okay.
3  BY MR. DIEHL:
4      Q    I'm not trying to cut you off, other than
5  ask for clarification. You know, with respect to the
6  vaccine being safe and effective, and what -- well,
7  was there specific data related to the risk of
8  transmission after an exposure between the two
9  different populations of employees, vaccinated and
10  unvaccinated?
11      A    Um, we -- um, between employees? So, um,
12  yeah. So I think you're ask -- if you're asking about
13  the risk of forward transmission of somebody that is
14  vaccinated versus unvaccinated, --
15      Q    Yes.
16      A    -- that has been a topic of, of
17  considerable interest since the, since the vaccine.
18  And I'm trying not to be pedantic about this, but
19  talking about September of -- or summer 2021, that
20  information was still in evolution. There were
21  thoughts, but I don't think that there was strong
22  evidence at that time for a significant reduction in

159

1  forward -- there -- it was proven that forward
2  transmission was significantly reduced in people who
3  were vaccinated versus unvaccinated. However, I think
4  by 2022, those data came into more clear focus that
5  indeed, if you were vaccinated, you were less likely
6  to forward transmit COVID through studies that
7  involved not the health care setting, but household
8  contacts, and if I remember right, the prison setting.
9  But, you know, extrapolating from those, that -- the
10  data -- the data supported those.
11      Q    So in July 2020, for example, you were
12  aware that professional athletes had contracted COVID
13  even though they were fully vaccinated; is that
14  correct?
15      A    Uh-huh. That is correct.
16      Q    And you're aware that at that time, that
17  fully vaccinated people could spread COVID even though
18  they're fully vaccinated, correct?
19      A    That is correct.
20      Q    There was some -- if I -- is there -- was
21  there -- do you recall a study that was published -- I
22  don't know if it was a study, or some information

160

1  related to an outbreak in Massachusetts among a
2  population that was fully vaccinated, that were
3  very -- everyone was surprised that COVID spread among
4  that group. Do you recall what I'm referring to?
5      A    Yeah. So I presume you're going to be
6  talking about, it was the Barntstable outbreak in
7  amongst mostly gay men in Provincetown, I think is
8  what you're probably alluding to.
9      Q    Yeah. What -- what was the data that came
10  out of that, that, I guess, outbreak?
11      A    Yeah. So, there was a highly vaccinated,
12  in fact, if I remember right, maybe vaccination was
13  required for going to that event. I may be incorrect
14  about that. But it was a very highly vaccinated
15  population of men in Massachusetts, and that there
16  were cases, in fact about a hundred or so cases if I
17  remember right, of COVID that occurred. I can't
18  remember what the number of men that were there, but a
19  number of cases of COVID in these men that were fully
20  vaccinated.
21          So, the report that you're referring to, if
22  I remember right, was an MMWR. And the reason I

161

1 remember that is because, and unfortunately, in my
2 opinion, and reflected in some of my talks, was -- you
3 know, was the paper or the report that labeled them as
4 breakthrough infections, which is not the right term
5 that most of us -- well, not most of us, but many of
6 us in our field feel is not -- it's sort of a
7 pejorative term. It really should have been infection
8 after vaccination.
9     Q    So the term breakthrough, as if it was
10 somehow different, is not accurate. I guess, what's
11 wrong with the term breakthrough, just without getting
12 us off track, but just to understand what your comment
13 was.
14     A    Yeah, from my understanding, breakthrough
15 connotates failure of the vaccine. And there's no
16 vaccine, maybe short of maybe rabies vaccine, but even
17 that, where infections can't occur after vaccination.
18 So certainly see that with the flu. I've seen that,
19 in my knowledge, one time with rabies. So rabies is
20 pretty darn close to a hundred percent. And then most
21 other vaccines are, you know, in the middle.
22     Q    So fair to say that in the summer of 2021,

162

1 UVA Health was aware that vaccinated individuals could
2 contract COVID and could transmit COVID to others.
3 Fair?
4     A    Fair.
5     Q    And in the summer of 2021, unvaccinated
6 employees of COV -- of -- let me start over. Of
7 COVID? I don't know. I'm using too many, too many
8 terms here.
9         Starting over. In the summer of 2021, UVA
10 Health was aware, or -- see, now I'm going to object
11 to my own question again, and I just need a sip.
12         In the summer of 2021, UVA Health was
13 requiring unvaccinated team members to test on a
14 weekly basis, correct?
15     A    Correct.
16     Q    And how did UVA Health determine the
17 relative risk of transmission between employees who
18 were vaccinated and employees who were unvaccinated,
19 but were testing on a weekly basis?
20     A    I am -- it was my determination, and I know
21 I'm speaking now within in the context of the health
22 system, so the health system's anticipation would be

163

1 individuals that were not vaccinated represented a
2 greater risk for developing COVID infection, and a
3 concern that they also could, therefore, be an
4 increased risk for asymptomatic infection and for
5 transmission of the virus. And that testing was
6 unclear if it would be, um, to be able to fully close
7 the gap between the risk of the vaccinated and
8 unvaccinated, but it was a tool at hand to reduce that
9 risk. And so the concept of, again, multilayered
10 approaches to risk reduction.
11     Q    So in the summer of 2021, UVA did not have
12 data that indicated a difference in the risk of
13 transmission between unvaccinated individuals who were
14 not -- or who -- excuse me. Let me start that over.
15 Sorry. I'm just --
16         So we're talking about the difference in
17 risk of transmission between unvaccinated individuals
18 who are engaging in weekly testing for COVID, as
19 compared to vaccinated individuals who did not engage
20 in weekly testing, and with respect to the relative
21 risk of transmission between those two groups. Do you
22 understand that?

164

1     A    I understand that.
2     Q    So in the summer of 2021, there was not
3 data that UVA Health had regarding the relative risk
4 of transmission of COVID between those two
5 populations; is that fair?
6         MS. McGRAW: Object to the form, asked and
7 answered.
8     A    Yeah. So in the middle of the pandemic, we
9 were not -- did not have that information at hand, and
10 wouldn't have that ability to do that relative risk
11 comparison.
12 BY MR. DIEHL:
13     Q    And did you consider that risk and consider
14 that individuals who were unvaccinated, but were
15 testing, the testing did lower the risk of
16 transmission, or at least likely would? Is that a
17 fair assumption?
18     A    Um, it was certainly a hope that it would
19 reduce the risk. So, that was certainly a hope. Did
20 we think it absolutely did? No. But we were
21 certainly hopeful, and that's why we did it.
22     Q    Did that hope turn out to be wrong?

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

42 (165 to 168)

165

1    A   I think we identified individuals that had
2 COVID, so I think that, um, inasmuch as those
3 individuals who had asymptomatic COVID were in the
4 health care environment, that did pose risk. So I
5 think it did close some gap. It did reduce some risk,
6 yes.
7    Q   Did UVA Health, at some point, determine
8 that data indicated some comparable difference in the
9 risk of transmission between unvaccinated individuals
10 who tested on a weekly basis versus vaccinated
11 individuals?
12    A   No. I think that would have been so
13 epidemiologically challenging to collect that data and
14 to do that comparison, and at the same time, we were
15 trying to keep the other processes. And so we weren't
16 able to do that. And I actually think that -- I think
17 it's a very difficult study to do, because I think
18 it's informed by the relative risk of infection at the
19 start, right? So if you're doing a lot of weekly
20 testing, and there's very little COVID in the
21 community, then you're expending a lot of resources,
22 and perhaps the risk is not that large. But if

166

1 there's a lot of COVID in the community, then that
2 calculation changes.
3    Q   Do you know of anyone that has studied that
4 at any point after the summer of 2021, to make a
5 determination with respect to the relative risk of
6 transmission between unvaccinated individuals who are
7 testing on a weekly basis versus vaccinated
8 individuals who are not testing on a weekly basis?
9    A   I'm not aware -- not to say that there may
10 be, but I'm not aware of setting -- of that type of
11 testing in hospitals or health care systems. I
12 believe there was some analysis. I don't know if it
13 was exactly to what you speak, are speaking of, but in
14 terms of testing of college students trying to do that
15 calculation. But that very well may have been before
16 broad use of vaccines in colleges, but when they were
17 doing -- you know, testing their college campuses.
18    Q   It would be possible to control for the
19 different variables you were referencing and obtain
20 some data with respect to the relative risk between
21 those two populations; is that fair?
22       MS. McGRAW: Objection, beyond the scope,

167

1 calls for speculation. You can answer.
2    A   I think it's certainly -- I think it would
3 be possible, yes, to do that relative risk calculation
4 with enough resources and enough testing, yes.
5 BY MR. DIEHL:
6    Q   But UVA did not undertake that analysis,
7 correct?
8    A   I don't think that we would have been able
9 to do that analysis even with the personnel on hand
10 with the testing -- type of testing protocols that
11 would be needed to do, to do that analysis.
12    Q   That wouldn't have been possible at any
13 point from the summer of 2021 to the present?
14    A   No, yeah. No, yeah. Sorry. It would not
15 be possible. I think you'd have to have more testing
16 to be able to answer that, that question.
17    Q   After -- at some point, there was decisions
18 made with respect to exemptions for either religious
19 or medical reasons. You're aware of that, correct?
20    A   I am.
21    Q   And what measures were required for
22 individuals that returned to work and were not, were

168

1 granted exemptions for either medical or religious
2 reasons? What cautions were required of those
3 individuals when they returned to work? And I'm
4 talking about that time period of the fall of 2021.
5    A   They were required to undergo weekly
6 testing, and they were required to wear a mask in, at
7 work, unless they were, like, alone and closed doors
8 in their office. And there was a timing that at one
9 point where universal -- we call that universal
10 masking, where universal masking was not being
11 practiced in the health system. But right around that
12 time, and I frankly can't remember exactly if it was,
13 you know, the month, but universal masking became
14 standard for everybody in the health system, so -- but
15 it was in or around that time, around the omicron
16 surge, or maybe the end of the delta surge.
17    Q   I'm sorry. What happened around the end of
18 the delta surge and beginning of the omicron surge?
19    A   That health care providers wore masks, you
20 know, in the health care setting when seeing patients
21 and, you know, in hallways, et cetera.
22    Q   Well, masks were required before that time

169

1 period, correct?  In the pandemic?
2    A   They were.  They were.  There was a period
3 of time in the spring of 2021 where if you were
4 vaccinated, masking was not required.  Or at least
5 not -- you -- health systems could elect not to -- or,
6 yeah.  That's -- health systems could -- were advised
7 that universal masking was no longer needed.
8    Q   Were some of the initial assumptions
9 related to the effect of the vaccination on reducing
10 the risk of transmission, were some of those initial
11 assumptions wrong?
12      MS. McGRAW:  Object to the form.  Beyond
13 the scope as well.  Go ahead.
14    A   Yeah.  Yeah.  When you say the assumptions,
15 that's a pretty broad question.  The assumptions could
16 go both ways.  It could have a total benefit.  It
17 would be completely irrelevant.  What are you exactly
18 asking?
19 BY MR. DIEHL:
20    Q   Well, there were assumptions when the
21 vaccines came out that -- regarding their effect on a
22 vaccinated individual's risk of transmitting COVID.

170

1 Fair?
2    A   Yes.
3    Q   And those assumptions would have affected
4 UVA's policy making with respect to vaccination.
5 Fair?
6    A   Correct.
7    Q   And so some of those -- whatever those
8 initial assumptions were about the reducing the risk
9 of transmission when an individual's vaccinated, was
10 the initial assumptions regarding reducing
11 transmission, were some of those initial assumptions
12 overly optimistic?
13      MS. McGRAW:  Same objection.  Object to the
14 form, beyond the scope.
15    A   So there were some that assumed that COVID
16 vaccine and the vaccinated individuals would not only
17 have very, very high levels of protection from severe
18 infection and death, that not only would they have
19 that protection, but also protection from mild
20 infection and also very, very significant protection
21 from transmission, right?
22

171

1 BY MR. DIEHL:
2    Q   Those are the -- not to interrupt you, but
3 those are the initial assumptions you're referring to?
4    A   Those are some individual assumptions.
5 Again, I think that in others -- in -- amongst some
6 experts, I think that those were -- and I would
7 include myself in those -- those were unknowns, and we
8 really did effort, when we were counseling about this,
9 to talk about the difference between sterilizing
10 immunity and just reduced infection.  And
11 understanding that sterilizing immunity, which I guess
12 I should've defined, but sterilizing immunity meaning
13 that if you get a vaccine, you are at zero risk for
14 transmitting infection.  But that was not known, and
15 probably unlikely for a vaccine like COVID with --
16 that has -- affects mucosal surfaces.
17      So I think there were some optimistic hope
18 about how effective that, the COVID vaccine would be
19 to reduce forward transmission.  However, I think
20 there's also concurrently data to show that it does
21 reduce forward transmission, as we discussed earlier,
22 amongst household contacts, in prison settings, data

172

1 that were collected in and through this period of
2 time, and I think still is likely true today.
3 Although I think we have to counsel that that's always
4 informed by things like what variant is around, and
5 how long it's been since somebody's had a COVID
6 infection, and things like that.
7    Q   In the summer of 2021, when UVA was making
8 decisions regarding adding COVID, the COVID vaccine --
9 well, I just want to ask you a clarifying question on
10 terminology.  If I say COVID vaccine, do you
11 understand that I mean the available COVID vaccines?
12 I guess it's a little clunky to always refer to it in
13 the plural.  But will you understand -- just, will you
14 let me know if you think I'm referring to one vaccine,
15 but not other COVID vaccines available in 2021?
16    A   I will.  And I will say that I will be
17 answering for the vaccines that we were using.
18    Q   Okay.  Thank you.
19      So with respect to the addition of COVID
20 vaccines as a mandatory vaccine for some or all UVA
21 Health team members in the summer and early fall of
22 2021, with respect to the issue of -- we just talked a

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

44 (173 to 176)

173

1  bit about employee absences related to COVID, and the
2  hope would be to reduce those absences. Just -- do
3  you recall that?
4      A    Yes.
5      Q    Did UVA consider the fact that employees
6  who would not or could not receive the COVID vaccine,
7  mandatory vaccination would result in termination for
8  some of those employees?
9      **A    I know that that was -- yeah, that was part**
10 **of the discussion around whether to make it, you know,**
11 **encouraged versus, you know, mandatory.**
12     Q    So did anyone at UVA weigh the -- with
13 respect to absences, did anyone weigh the potential
14 for additional absences or additional length of
15 absences related to COVID for unvaccinated employees
16 versus a, some certain number that would be terminated
17 as a result of mandatory vaccination? So that would
18 be a, obviously, long-term absence until their
19 position was filled. Fair?
20     **A    I know leadership brought that up. They**
21 **asked about the -- you know, in those discussions,**
22 **what is the risk of having team members leaving the**

174

1  **institution and exacerbating our staffing shortages,**
2  **versus the opportunity to close staffing shortages by**
3  **having a higher vaccinated workforce? So yeah, those**
4  **were part -- I don't know if there were quantitatives,**
5  **but there was that, sort of that risk assessment.**
6      Q    Yeah, so that's -- I guess that's my
7  question. The issue was -- UVA leadership was aware
8  that there was a potential for employees to either
9  leave voluntarily or leave because they could not be
10 vaccinated, versus reducing employee absences due to
11 higher vaccination rates, how -- how did UVA weigh
12 that issue?
13     **A    Well, I can't speak for all of UVA. I will**
14 **speak for my perception of this. What I counseled is**
15 **that as more health care institutions in Virginia, in**
16 **our region, made the COVID vaccine requirement -- made**
17 **the COVID vaccination part of the requirement, I was**
18 **concerned that the relative proportion of our new team**
19 **members that would come onboard would be coming on to**
20 **UVA because we did not have a COVID vaccination**
21 **requirement, and therefore, we could even further**
22 **exacerbate our COVID vaccination -- or our COVID**

175

1  **exposure furlough issue, and that we would become a**
2  **safe house for unvaccinated team members and**
3  **exacerbate our problem.**
4      Q    So what you were just referring to is risk
5  on the side of not implementing a vaccine policy. But
6  with respect to implementing a policy, you understood
7  that there was a risk that employees might leave, or
8  employees might be terminated because they didn't
9  comply with the mandatory vaccination. How did UVA
10 consider the risk on the other side?
11     **A    Yeah. I think -- I mean, I acknowledged**
12 **that. Again, in my role as the hospital**
13 **epidemiologist, understood that that was a risk. We**
14 **had had the experience of influenza vaccination to**
15 **understand that that was likely a risk. We don't know**
16 **how many people maybe left the institution because of**
17 **influenza vaccine requirements, but we had heard that**
18 **there were -- there was that. And we had also heard**
19 **that as other health systems adopted vaccination**
20 **requirements, that that was -- had been seen at other**
21 **institutions. So, it was an acknowledged risk.**
22     Q    And was there anything done to quantify

176

1  that risk or look at data with respect to that risk?
2      A    Not by me.
3      Q    Well, you're testifying on behalf of UVA
4  Health with respect to their --
5      **A    For part of UVA? Yeah.**
6      Q    -- decision-making process. I guess
7  that's -- and you understand that I'm asking questions
8  about the decision-making process? Do you understand
9  that?
10     **A    Yeah. And just, again, understanding I'm**
11 **answering those for the data that I had and was**
12 **informing at the time. And so I did not have that**
13 **data nor was asked regarding those risks. That data**
14 **or some of that qualitative verse quantitative,**
15 **semi-quantitative data may have been information that**
16 **was being used by leadership looking at employee**
17 **health and the absenteeism issues that we discussed**
18 **earlier.**
19     Q    When -- when these issues were being
20 considered by leadership at UVA Health in summer of
21 2021, leadership -- well, I guess by leadership, I
22 just mean those individuals involved in

177

1  decision-making.  Do you understand that?
2      A    Yes.
3      Q    And so those individuals, those leaders,
4  they thought about, or there was consideration of the
5  fact that other institutions were also requiring
6  vaccination.  Is that fair?
7      A    Yes.
8      Q    And was part of the consideration that
9  employees would likely be vaccinated, because they
10  would have difficulty going to another institution if
11  every one of those institutions implemented a COVID
12  vaccine requirement?
13        MS. McGRAW:  Object to the form, calls for
14  speculation.  You can answer.
15      A    Yeah, I don't -- I'm not aware that that
16  was a consideration.
17  BY MR. DIEHL:
18      Q    What did UVA Health do to consider the risk
19  of just not having positions filled if employees left
20  or were terminated due to the COVID vaccine
21  requirement?
22      A    Not having positions filled and being

178

1  understaffed was a daily challenge that we were
2  working with every day.  And so, that -- that was not
3  a new challenge.  That was a challenge that was
4  occurring ongoing, that -- it was part of our -- you
5  know, part of the daily calculation of, How can we
6  continue to provide services for the health system?
7      Q    Did UVA weigh the relative risk of we can't
8  fill certain positions and, therefore, we might be
9  short-staffed, versus we have this benefit of
10  potentially having a higher COVID vaccination rate.
11  Was there weighing of those risks?
12      A    Yes.  I think that that -- there was an
13  understanding, and getting back to the discussion
14  earlier, you know, that was part of the conversation
15  that started in May.  What is the benefit in terms --
16  in terms of employees and reducing furloughs compared
17  to what the potential cost of having health care
18  providers, team members, leave because of a vaccine
19  requirement?  That was part of that discussion from,
20  from May I think, as I recall.
21      Q    I guess -- so, what was done to quantify
22  that, or put some data -- match up data with weighing

179

1  those risks?  Was there any sort of specific effort
2  done to, to analyze those issues more deeply than just
3  being aware that they existed?
4      A    So you've asked that multiple times, and
5  I'm not aware of quantitative data that's been used --
6  that was used for that.  There was a challenge of the
7  counterfactual at the time.  What was the -- you know,
8  what was -- what would happen with current state if
9  there was not a vaccine requirement?  That was part of
10  the discussion, but also it was an unknown.  How many
11  people would leave the institution because of a
12  vaccine requirement?  We had no idea.  At least I had
13  no idea, other than what I referenced before, to
14  saying that we had anecdotally perhaps some people
15  that left the health care institut -- left UVA at the
16  time of the influenza vaccination requirement, you
17  know, back in 2010 or something like that.  But I
18  don't know what the number was.
19      Q    There are employees at UVA who are -- whose
20  responsibilities include recruiting new employees.
21  Fair?
22      A    Fair.

180

1      Q    Was anyone specifically involved in
2  recruiting at UVA, at UVA Health, were they brought
3  into the discussions about the change of the COVID
4  vaccine policy to try to understand the -- any
5  difficulty or hardship involved in finding new
6  employees to fill positions that were, that were empty
7  because of a change in the policy?
8        MS. McGRAW:  Objection, beyond the scope.
9  Incorporate our objections to the notice.
10      A    I'm not aware that they were brought in to
11  make conversation or that calculation.  They may have
12  been, but I was not part of that, of those
13  discussions.
14  BY MR. DIEHL:
15      Q    It's -- in any given day you can go on UVA
16  Health's recruiting website and pull up the number of
17  job openings that are available.  Did -- as part of
18  the decision-making process with respect to changes in
19  the COVID vaccine, do you know of anyone that pulled
20  up that information and said, You know what?  Today
21  we've got 1500 open positions.  Maybe we shouldn't --
22  we shouldn't do this.  I'm not saying that

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

46 (181 to 184)

**181**

1 occurred, but did anything like that occur?

2    A   Not that I know of.

3    Q   Do you know why not?

4    A   I don't know that it did or did not. It

5 very well may have. But it did not in the leadership

6 meetings that I attended.

7    Q   And you know you're here to testify about

8 the decision-making process today?

9    A   And I do.

10    Q   Okay.

11    A   And I'm referencing the information that I

12 know. And during that decision-making process, these

13 are questions that very well may have come up, and I

14 would be -- I could anticipate they maybe did occur,

15 and others can speak to it. But I have no

16 relationship with HR, and I don't know what the HR

17 process is, or -- and never heard discussions -- they

18 didn't involve me in discussions regarding whether

19 they felt a policy would -- like this, like was

20 adopted, would be a recruitment challenge or not.

21      MR. DIEHL: It's probably a good time for a

22 short break.

**182**

1      MS. McGRAW: Okay.

2      (Recess taken, 2:40 p.m. to 2:48 p.m.)

3 BY MR. DIEHL:

4    Q   We took a short break. Thanks for that.

5      Before lunch, we talked a bit about the

6 COVID vaccines, and the COVID virus itself, and the

7 mutations. I'm trying to ask this in a way that,

8 again, like you're explaining it to a lawyer who is

9 sort of the equivalent to like a seventh grader on

10 this. Maybe not seventh grader, but like a smart

11 tenth grader. Can you just sort of briefly explain

12 how vaccines work?

13      MS. McGRAW: Any particular vaccine, Sam?

14 BY MR. DIEHL:

15    Q   Well, I'm talking about -- yeah. So it's

16 obvious we're talking about COVID vaccines, and I just

17 want to sort of generally understand how the COVID

18 vaccines we're talking about worked. Yeah. How do

19 they function?

20      MS. McGRAW: Okay. I'm going to object to

21 the form.

22    A   Yeah, it is, boy, a big question. But I

**183**

1 will try to answer it for a tenth grader. And I will

2 try to limit it to, you know, sort of a general

3 understanding of the COVID vaccine.

4      So the goal of the vaccine is to present a

5 part of the virus, because we're going to talk about

6 viruses, in this case, SARS CoV-2, that are -- have a

7 couple properties. So one is that they're required

8 for the virus to function; that they stimulate an

9 immune response that is protective, and that, you

10 know, I think probably -- those are probably the two

11 good places to start. So they're required for the

12 virus, and they stimulate an immune response.

13 BY MR. DIEHL:

14    Q   Yeah. And I don't want to interrupt you,

15 but obviously to try to get to kind of the point a

16 little bit more.

17    A   Okay.

18    Q   We talked about sort of the immune response

19 to COVID without a vaccine. Is it fair to say that

20 there's an immune response from the body, and

21 obviously, if the person doesn't die, that immune

22 response can help prevent a new COVID infection. Is

**184**

1 that fair?

2    A   That is --

3      MS. McGRAW: Object to the form. Go ahead.

4    A   Oh, I'm sorry. Yes, that is fair.

5 BY MR. DIEHL:

6    Q   And is the idea with the vaccine to sort of

7 help prompt that same immune response? Is that a

8 shorthand, or is that not accurate?

9    A   It's mostly accurate. It is to stimulate

10 an immune response that does not involve infection.

11 It's probably worth saying the immune response

12 can be somewhat different, and, you know it is

13 probably fair to say it's a, it's a portion of the

14 immune response, so, you know, a version of the immune

15 response to a -- that part of the protein, or that

16 part of the, I'm sorry, the virus, it's important for

17 infection and the immune response to infection can be

18 different, tend to be different.

19    Q   Different between a vaccine-prompted

20 response versus a body-generated immune response?

21    A   Right. So there's corollaries. There's

22 parallels. They are not a one-to-one match.

185

1       MS. McGRAW:  I'm going to get some
2   objections on the record that this line of questioning
3   is beyond the scope, and he's not here to provide
4   expert testimony today.  But you can continue.
5   BY MR. DIEHL:
6       Q    So I guess I'm coming to why this -- I'm
7   going -- I want to eventually ask why this might
8   matter for policy making.  But we talked about
9   mutations of the virus and different variants of the
10  virus.  Do you recall that?
11      A    Yes.
12      Q    And so did those variants make a difference
13  in terms of one's body's immune response from a
14  previous COVID infection?  Do you know?
15      MS. McGRAW:  Same objections.  Go ahead.
16      A    Yeah.  From the way you've phrased it, I
17  think I'd actually put the -- it's the other
18  direction.  Your immune response is, you know, that
19  there's robustness -- maybe I'll use that word -- but
20  there's robustness differences between different
21  variants.  Does that --
22

186

1   BY MR. DIEHL:
2       Q    And does the immune response, does that
3   corollate to symptoms of having COVID?  Is that -- is
4   that a correlation?
5       MS. McGRAW:  Can I just get a standing
6   objection?
7       MR. DIEHL:  Sure.
8       MS. McGRAW:  Thank you.
9       A    Um, gosh.  Um, in general, more symptom --
10  more symptoms are reflective of a stronger immune
11  response in general.  But there is, of course,
12  exceptions both directions.
13  BY MR. DIEHL:
14      Q    So I guess my question is, or a related
15  question is when the vaccine mutated --
16      A    The virus.
17      Q    It's the same word -- same letter, but let
18  me start that over.
19      When the virus mutated, I understand there
20  were changes to the vaccine, or -- well, maybe changes
21  to the vaccine is the wrong term.  Well, it's my
22  understanding that at some point boosters were

187

1   created.  Is that -- do you know what I -- what are
2   boosters?  And we'll refer to the fall of 2021.
3       A    Fall of twenty -- it's again, a term -- you
4   know, terms that some of us were not fans of, that we
5   wanted a third dose of vaccine, or the next dose of
6   vaccine, right?  But booster is a vernacular probably
7   used to say another dose of vaccine to restimulate the
8   immune system.
9       Q    And did the -- so, you say that a third
10  dose or a new dose of the vaccine is a better term
11  than booster?
12      A    Yeah, I think so, because -- yeah.
13      Q    So I'm just going to use the term "new
14  dose," just to pick one.
15      A    Yeah.
16      Q    So why would a new dose of vaccine be
17  necessary because of a variant of the COVID virus?
18      A    Okay.  So this is a broad question, and if
19  you'll indulge me, it goes into sort of virus biology
20  and vaccinology a little bit, if that's okay.
21      Q    Sure.
22      A    Okay.  So an immune re -- so the immune

188

1   response to COVID or to the product that the vaccine
2   produces, which is the spike protein, again, that
3   protein that latches on to human cells and is the
4   target of neutralizing antibodies, the antibodies that
5   kill the virus or kill virally-infected cells, that
6   immune response is multifaceted.  It includes, again,
7   the antibodies, we call that the humoral immune
8   system, and there's also cellular immune responses,
9   including specifically cytotoxic T cells.  And I've
10  used this analogy in the past.  One way to think about
11  this that's, I think, kind of accurate when you're
12  thinking about the spike protein is a stalk of
13  asparagus.  The stalk of asparagus, the outside part
14  of the asparagus is the, sort of the working end of
15  the spike protein.  That is the thing that latches on
16  to the ACE2 receptor that's displayed on human cells.
17  That's how a virus attaches, docks to a cell, and then
18  eventually gets inside.  But that stalk also has the
19  stem and all the other parts of the piece of broccoli
20  to get up to that point.
21      The cellular immune response is directed
22  towards parts of -- that are elsewhere in that

189

1 broccoli: In the stem, maybe in the crown, maybe in a
2 leaf. Elsewhere. And so the cellular immune response
3 is important, because that's the part of the immune
4 system that produces memory. And what memory is is
5 the ability to remember that this thing, this broccoli
6 stalk, this spike protein, is not, is not me. It is a
7 foreign invader. And so when it's seen again by the
8 immune system, it can be the general that activates
9 the army, and then causes the production of
10 antibodies, the B cell or humoral part of the immune
11 system, and then the cellular immune system, the
12 cytotoxic T cell system. So both of those systems
13 can, therefore, then, you know, fight infection, as --
14 you know, triggered by this broccoli stalk.
15        There's also a third part of the immune
16 system that I won't go into that's called the innate
17 immune system, but just basically recognizes that this
18 is a virus and not human. And that's triggered as
19 soon as the body sees it, or like, within -- you know,
20 within a very short period of time. And that
21 stimulates the entire kit and caboodle. So innate
22 immune response stimulates, then the adaptive immune

190

1 response that's composed of antibodies, which are the
2 humoral immune response, and then the cellular immune
3 response.
4     Q    So, I guess, why would any of that be
5 affected by a new variant of the COVID virus?
6     A    Yes. So, the -- what happens with a new
7 variant is that it changes the composition of the
8 broccoli stalk, so that those antibodies don't
9 recognize it as readily. So antibodies live for a
10 period of time in the body. They eventually sort of
11 go down if there's not some continuing stimulation for
12 their production. If we stimulated all the antibodies
13 that we could produce, our blood would be like Jell-O.
14 So we need to sort of shut down those processes at
15 some point. So you produce it, they're around for a
16 while, and then after a period of time sort of,
17 you know, slowly dec -- are reduced, and then, you
18 know, even close to disappear within the immune
19 system.
20        The broccoli stalk, again, the variant
21 changes, that spike protein changes. Those antibodies
22 can get revved up, but maybe they're not quite as

191

1 effective because that broccoli stalk has changed as
2 it's mutated and evolved. But the cellular immune
3 response and the innate immune response that sort of
4 triggers the whole thing, those things haven't
5 changed. And so they stimulate the whole process.
6 And ideally what happens is when you have that new
7 antigen that's displayed on that spike receptor, sort
8 of that evolved version of the broccoli stalk, new
9 antibodies are formed that can attack that broccoli.
10 It's also important to say that the old antibodies
11 that were produced before also probably are effective
12 to some degree, but perhaps less, if there's a
13 mutation that's specific for that -- you know, that
14 neutralizing antibody. So maybe if it worked a
15 hundred percent before, whatever that measure of a
16 hundred percent is, maybe it's only 80 percent now.
17 But it's still effective.
18        And so what's the concept of a booster?
19 The booster is, it gives you that spike protein. It's
20 showing your immune system that broccoli stalk again.
21 It revs up the cellular immune response to produce
22 more antibodies, those B cells that are the factories

192

1 of the antibodies get revved up, they produce the
2 antibodies, and they're there -- they're then able to
3 combat or fight that new variant. Maybe not quite as
4 effectively, but still, hopefully, pretty effectively.
5 And then as you've seen through the pandemic, the
6 evolution in vaccinology is to say, Okay, let's
7 actually update the spike protein, you know, that's
8 being produced by the vaccine, whether it's a protein
9 vaccine, or an mRNA vaccine, or, not in the U.S., you
10 know, other vaccines to update that spike protein. So
11 you've changed that broccoli stalk, the antibodies,
12 that broccoli stalk displayed, so those antibodies are
13 updated now, better able to combat that new version of
14 COVID, that variant.
15     Q    When the -- there was some press reports
16 about the vaccines are -- the original COVID vaccines
17 are effective for a certain period of time, and then
18 one needs a booster or a new shot. What -- what was
19 being referred to about the period of time that the
20 initial vaccine was effective?
21        MS. McGRAW: Objection, beyond the scope,
22 calls for speculation. I think if -- you can show

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

49 (193 to 196)

193

1  him, put a document in front of him if you're asking
2  him to comment on a document.
3  BY MR. DIEHL:
4      Q    Do you know what I'm talking about?
5      A    Uh-huh.
6      Q    That's "yes"?
7      A    Yes.
8      Q    Yeah.  So, if you could explain what was
9  referred to in -- and I'm talking about -- well, let
10  me say this:  There was -- I see there was a
11  discussion about boosters in sort of the early fall
12  of -- like late summer, early fall of 2021.  Does that
13  sound correct to you?
14      A    Well, there certainly was conversation
15  then.  But I'll say that the concept of need for
16  boosters dates back to the start of the COVID vaccine.
17  So my recollection is when we first started
18  vaccinating our health care providers, they asked,
19  Will we need to get an annual COVID shot like we need
20  to get an annual flu shot to provide protection?  And
21  the answer at that time was, I don't know.  We'll see.
22  I think that's the exact same answer the CDC gave, and

194

1  the sort of the other experts that would be asked
2  about that would.  It was, We don't know yet.
3          And so yes, that conversation also
4  occurred, you know, through the initial vaccination
5  process, and certainly, you know, continued into the
6  fall of 2021.
7      Q    In -- I -- I've seen information where
8  boosters really -- the CDC I believe recommended
9  boosters beginning in about September 2021.  Does that
10  sound correct to you?
11      A    That sounds, yeah.  Yeah, I think that was
12  during the delta that you were talking about -- we
13  were talking about three-quarters before.
14      Q    Yeah, that's what I was going to ask.  Was
15  that related to the delta variant mutation?
16      A    I think -- I think now in retrospect it was
17  due both to that and to the loss of humoral immunity
18  that we were talking about.  But I think it was both
19  factors, both the -- yeah.
20      Q    Is the loss of humoral -- and how do you
21  spell "humoral"?
22      A    H-U-M-O-R-A-L.

195

1      Q    Is that like the humerus bone?
2      A    It's like humor, which is blood.  Plasma or
3  blood.
4      Q    Okay.  So with respect to humoral immunity,
5  is that -- what you're referring to there, is that
6  sort of like the vaccine kind of waning in
7  effectiveness over time, just kind of wearing off?  Is
8  that a fair analogy?
9      A    It -- the analogy I would use is that it's
10  the loss of the antibody response that we talked about
11  earlier.
12      Q    And so --
13      A    Well, and again, it's not loss.  It is just
14  a declination.  So risk is sort of, you know, sort of
15  the antibodies go down over time, and risk for
16  infection then goes up over time.
17      Q    By the fall of 2021, was there an
18  understanding that the initial COVID vaccine's
19  effectiveness would have waned sufficiently either
20  because of losing effectiveness or diminishing
21  effectiveness, or because of a new variant, that
22  they'd become ineffective or less effective by the

196

1  fall of 2021?  Does that sound correct?
2          MS. McGRAW:  Objection, compound.
3      A    So, we talked earlier about the Barnstable
4  experience in Provincetown, in Barnstable County.  I
5  think that that was an example of that where, after a
6  period of time of somebody being fully vaccinated,
7  developing infection.  What I think was less
8  recognized and I think not well covered in the media,
9  or perhaps maybe not as clearly expressed by many of
10  us, I feel I worked hard to do this, is to
11  differentiate infection from disease and severe
12  disease.  So, broadly speaking in terms of vacc -- the
13  vaccine used for, for the population, the COVID
14  vaccine demonstrated continued excellence at reducing
15  hospitalization and death from COVID.  And, um, what
16  was seen was that after a period of time, infection
17  and mild disease was less well protected.
18  BY MR. DIEHL:
19      Q    Would the, the difference in those two
20  issues, the sort of severity of the illness versus
21  prevention of -- well, what's a short -- what was the
22  last -- I don't want to mischaracterize it, and I feel

197

1 like I missed. So the first issue you mentioned was
2 reducing hospitalization or the severity of illness.
3 Is that a fair shorthand?
4    **A    Yeah. So um, I think then and, as been**
5 **consistent through the pandemic, vaccination has**
6 **proven to be very robust to be protective against**
7 **hospitalization, and particularly severe**
8 **hospitalization outcomes, ICU care for example, and**
9 **death.**
10    Q    So -- and then the other issue would be
11 contracting the virus, having symptoms, spreading the
12 virus. Is that fair?
13    **A    That's right. So mild infection, or well,**
14 **you know, what you could say is mild disease versus**
15 **asymptomatic infection. That was the higher bar, very**
16 **difficult, I think, for any vaccine to sort of have**
17 **that type of effect over a long period of time.**
18    Q    And when we're talking about the fall of
19 2021, that second issue, that issue of symptoms or
20 contracting the disease and having mild symptoms, but
21 still having symptoms, that's the issue that had waned
22 in effectiveness from the vaccine by the fall of 2021?

198

1    **A    Yes. I think that was what being**
2 **observed, and that I think led in part to CDC -- FDA's**
3 **and then CDC's, and then advisory committees to make**
4 **the recommendation for a third vaccination in a normal**
5 **host, you know, a so-called booster dose. But there**
6 **was also -- because I really don't want to paint too**
7 **broad a stroke here -- there was also a recognition**
8 **that, you know, while I said it was still robust in**
9 **preventing hospitalization and death, there was**
10 **evidence, as I recall, that there was, um, some**
11 **increase, there was a notable increase, a**
12 **significant -- you know, statistically significant and**
13 **meaningful increase in disease leading to death and**
14 **ICU stay, and hospitalization that was occurring**
15 **particularly in higher risk populations, patients that**
16 **were older, age 65 or 75 years of age and older. And**
17 **before that, in immunocompromised patients, which is**
18 **why a third dose of vaccine became recommended well**
19 **before that for immunocompromised patients who just,**
20 **because of their immune system, are less -- have a**
21 **less robust immune response to vaccination. So it's**
22 **in that context that a third booster recommended**

199

1    **for, you know, for the U.S. population.**
2    Q    And in -- and I'm correct that that
3 recommendation, at least from the CDC, came out in I
4 believe September 2021; is that correct?
5    **A    About, yeah.**
6    Q    And then it's my understanding that UVA
7 Health did, at one point, decide to require a third
8 dose of the vaccine; is that correct?
9    **A    That's correct.**
10    Q    And when was that?
11    **A    I'm gonna refer to my dates again, if**
12 **that's okay.**
13    Q    Sure. If you'll just tell us what page
14 you're referring to.
15    **A    I will do that. I'll give that number. It**
16 **was December 23rd, 2021. And UVA 372.**
17    Q    And that's behind what tab in the binder?
18    **A    Number seven.**
19    Q    So with respect to that change, it's my
20 understanding that that policy change did not last.
21 It was another change. When was the next change
22 related to the issue of a third vaccine or boosters?

200

1    **A    That was January 19th, 2022.**
2    Q    And what was that change on January 19th,
3 2022?
4    **A    Yes. And I'll just say it was behind**
5 **Tab 8, and that was to remove the booster requirement.**
6 **So that, I guess, third dose or booster dose**
7 **requirement was stopped at that time.**
8    Q    So why did -- so fair to say that in
9 December, UVA determined that boosters were necessary,
10 and necessary enough to mandate that employees receive
11 the booster or third shot. And then why did that
12 change to not requiring it in January?
13    **A    There were two factors. So the first**
14 **factor is that this was the start of the height of the**
15 **omicron wave, and the health care workers, we were all**
16 **stretched so much that closing and finishing the**
17 **required booster vaccination was challenging work that**
18 **required time and effort, and it was overwhelming at**
19 **the time. That was one factor I think.**
20    **The other factor, in my estimation perhaps**
21 **the broader, bigger factor was that Governor Youngkin**
22 **took office, and had an executive order shortly after**

---

**201**

1  he was in office saying that vaccination, booster
2  vaccination, or vaccination could not be imposed on
3  state employees. But paraphrasing.
4      Q    It was my understanding that there was a --
5  well, first of all, what is CMS? If I say CMS, do you
6  know what that refers to?
7      A    Centers for Medicare and Medicaid Services.
8      Q    So federal agency that's part of the
9  Department of Health and Human Services?
10     A    Correct.
11     Q    And that agency is involved in paying
12 for -- funding Medicare or, and Medicaid; is that
13 correct?
14     A    Yeah. For reimbursement of Medicare and
15 Medicaid services, yes.
16     Q    And so I understand -- I understand that
17 there was a CMS mandate, for lack of a better term, or
18 CMS rule related to COVID vaccination. What was that?
19     A    That was -- yes, there is. Or was. And
20 that was instituted on or around the first week of
21 November, as I recall. Don't quote me on the exact
22 date, but yes. A requirement for COVID vaccination --

**202**

1  COVID, I guess, primary vaccination, which was again
2  two doses of the messenger RNA vaccine, or at the
3  time, a dose of the Johnson and Johnson vaccine.
4      Q    But in the fall of 2021, I thought that the
5  third dose was kind of the -- well, I don't want to
6  put words in your mouth. Was the third dose important
7  in the fall of 2021, the third dose of vaccine?
8      A    I'm not sure what "important" means in your
9  context, but it was what was recommended by the CDC.
10 But -- yeah. CMS required completion of the primary
11 series. They did not require a booster dose.
12     Q    Well, do you know why, why the CDC
13 recommended the third dose of the vaccine, what has
14 been referred to as a booster dose of the vaccine in
15 the fall of 2021?
16          MS. McGRAW: Object to the form, beyond the
17 scope. Go ahead.
18 BY MR. DIEHL:
19     Q    Yeah. And I should -- I think I might have
20 said "required," but the CDC recommended; is that
21 correct?
22          MS. McGRAW: Same objection.

**203**

1  BY MR. DIEHL:
2      Q    Okay. So why did the CDC recommend a third
3  dose of the vaccine in the fall of 2021, as opposed to
4  just recommending the original vaccine?
5          MS. McGRAW: Same objection, asked and
6  answered. Go ahead.
7      A    Yeah. So -- and I didn't answer it fully
8  last time. Again, the epidemiology was demonstrating
9  that individuals, particularly at-risk individuals who
10 were elderly or had other increased risk factors for
11 COVID, were starting to have an increase in, in, um,
12 negative severe outcomes of COVID compared to
13 individuals who had a third dose of vaccine or were
14 more recently vaccinated. My recollection is that
15 most of that data -- much of that data came from
16 places like Israel that had nationwide vaccine
17 programs and had strong epidemiology that informed
18 those decisions. And so the CDC made that
19 recommendation to get a -- for a -- for a third dose, or
20 boosters of the vaccine, at the time based on the data
21 that they analyzed in August-ish/September-ish 2021.
22

**204**

1  BY MR. DIEHL:
2      Q    The CDC is part of the Department of Health
3  and Human Services, isn't it?
4          MS. McGRAW: Object to the form, beyond the
5  scope. Go ahead.
6      A    I think so. But yeah, I'm not a government
7  wonk, and -- yeah. I believe so.
8  BY MR. DIEHL:
9      Q    I'm not asking you to guess, but do you --
10 similarly, with respect to CMS, do you know why CMS
11 didn't say, We recommended getting the third dose or
12 just the booster shot, or all three doses of any COVID
13 vaccine?
14          MS. McGRAW: Same objection, beyond the
15 scope, calls for speculation. You can answer.
16     A    I don't know, and in -- I had wondered the
17 same thing, and wondered if there would have been a
18 decision to actually add a booster requirement at some
19 point. But that never occurred.
20 BY MR. DIEHL:
21     Q    But specifically to UVA, the decision was
22 made to add the booster requirement, and then the

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

52 (205 to 208)

205

1  decision was revoked as a result of Governor
2  Youngkin's Executive Order; is that correct?
3      A    Also with the caveat that in the middle of
4  omicron, it was very challenging to close that, you
5  know, the -- I want to say the vaccination gap. A lot
6  of it, again, was just the information, the
7  information process. Like, who's been vaccinated?
8  Who's got a booster? Who doesn't have a booster? But
9  yeah, I think that the governor's decision was, was
10 key to that.
11     MS. McGRAW: And Sam, I'm just going to
12 note, I want him to be able to answer your questions,
13 and I think he has, but if we're going to get into
14 discussions with counsel about the impact, I want to
15 stay away from that.
16     MR. DIEHL: Sure.
17 BY MR. DIEHL:
18     Q    I'm not asking about anything that lawyers
19 have said about Governor Youngkin's Executive Order.
20     But you mentioned something a few minutes
21 ago about being stretched so thin; that that was --
22 that was a factor as well in early 2022, while the

206

1  omicron virus was at its height, I think you said,
2  that was a factor as well?
3      A    I -- yes.
4      Q    And it was a factor with respect to UVA's
5  decision to not require the third dose, or a booster
6  dose of vaccine, of the COVID vaccine?
7      A    It was certainly a stress. In terms of
8  leadership, I don't know how heavily they made that
9  calculation, but certainly Occupational Health
10 Services were very challenged to try to do the
11 vaccination, do the accounting of who'd been
12 vaccinated, who hadn't been vaccinated, and help take
13 care of, through the health care management, of team
14 members that had COVID. And we had hundreds of health
15 care workers who had COVID.
16     Q    And being stretched so thin, part of that
17 is just needing more staff to do all the things that
18 health care staff do, correct?
19     MS. McGRAW: Object to form, beyond the
20 scope.
21     A    Yes. The efforts to take care of the
22 patients that were being seen in the clinic and --

207

1  clinics and in the hospitals with less workforce, yes.
2  BY MR. DIEHL:
3      Q    Um, did, did UVA ever consider the fact
4  that terminating several hundred employees in the fall
5  of 2021 might have contributed to being -- staff being
6  stretched thin?
7      MS. McGRAW: Object to the form,
8  mischaracterizes the record. Go ahead. You can
9  respond.
10     A    I have no recollec -- I have -- not that I
11 am aware of. That was never a discussion that I was
12 involved with at that time.
13 BY MR. DIEHL:
14     Q    Do you -- at the time you -- well, so you
15 personally were involved in leadership decision-making
16 with respect to the change in policy to add the
17 requirement of a booster and then to remove that; is
18 that fair?
19     A    I think it's fair to say that I was an
20 advocate for the vaccination, and as part of -- yeah,
21 considered leadership team under the -- I'll go back
22 to my original comments that I was subject matter

208

1  expert, all that, so I was not part of the inner part
2  of an executive leadership. But yes, I was part of
3  that.
4      The discontinuation of the booster
5  requirement was something that I was not, you know --
6  it was announced, and I think that I -- you know, that
7  we needed to do this in reflection of what was going
8  on with the census, and Dr. Youngkin's -- Governor
9  Youngkin's Executive Order.
10     Q    What do you mean by the census?
11     A    Census is, like, the number of patients in
12 the hospital. I'm sorry.
13     Q    That's okay. I mean, I -- that's why --
14 that's why I ask questions.
15     So, wait. So leadership at UVA Health made
16 a decision to add the booster shot as a requirement as
17 part of OCH-002 in December 2021, correct?
18     A    Yes.
19     Q    And then -- and then there was a decision
20 made in January to remove that booster requirement,
21 correct?
22     A    Correct.

---

**209**

1  Q    And I'm trying to understand -- you know, I
2  asked about you personally being involved in those
3  decisions.  I'm not -- I understand from your -- well,
4  is it -- I understand from your earlier testimony that
5  you were asked questions, and you helped inform the
6  decision-making process with respect to COVID vaccine
7  policy changes; is that fair?
8  A    That's fair.
9  Q    And so with respect to either the
10 December 2021 or January 2022 change, did the leaders
11 and decision-makers at UVA Health ask you questions to
12 inform their decision-making?
13 A    Yes.  So, between -- well, I'll say --
14 coming up to the December 23rd revision, yes.  So with
15 the revision of the policy on December 23rd, yes.
16 With revision to the policy on January 19th, um, as a
17 governor's executive order, I think that there was not
18 much discussion, and certainly not discussions with me
19 as to whether I felt we should follow the governor's
20 order or not follow the governor's order.
21 Q    And I'm not asking about any
22 attorney-client privileged discussions, but did

---

**210**

1  leaders of UVA Health come to you and say, What is the
2  risk of making this policy change?  What is the danger
3  in making this policy change?
4  A    On January 19th?
5  Q    Well, sometime before January 19th I guess
6  it would have to be, right?
7  A    Yeah.  I think it was January 18th perhaps.
8  So no, that question didn't come to me.
9  Q    Did you have an opinion about boosters --
10      MS. McGRAW:  Objection, beyond the scope.
11 BY MR. DIEHL:
12 Q    -- after the -- well, you -- let me ask --
13 let me step back.  Strike that last, whatever that
14 was, gobbledygook.
15      With respect to the December 23rd, 2021,
16 change, you --
17 A    Yeah.
18 Q    -- you were an advocate for adding
19 boosters, correct?
20 A    Yes.  Yeah.
21 Q    Why?
22 A    So omicron, I saw the first reports of

---

**211**

1  omicron on Thanksgiving week, one month before that,
2  the initial reports from South Africa.  I was working
3  in the hospital, my family was away, and I was
4  attentive to what was going on, because nothing else
5  going on in my life except for taking care of
6  patients.  And so I saw those initial reports, and was
7  very concerned by what I saw within, within a week of
8  how quickly omicron was spreading in South Africa, and
9  early reports of its spread in other places like, like
10 Europe.
11      This was also of concern to people in the
12 rest of the university and health system as, for
13 example, students are away finishing up finals, and
14 then going to be, you know, heading for holiday,
15 dispersing around the country and around the world,
16 and then come back to UVA to start spring semester.
17 So that's the university part.  And so there was a
18 desire at the university to protect -- not protect,
19 but to have as immune a student population and student
20 faculty community as possible.  And so the -- there
21 were discussions with the adoption of a booster
22 requirement for students in or around that time.

---

**212**

1       In the same way, I was concerned with the
2  breadth and significance of what appeared to be the
3  omicron wave, what became the omicron wave, that
4  the -- an important tool that we had to try to
5  maintain operations would also be to have a
6  highly-vaccinated workforce.  And so I recommended a
7  booster requirement, which the CDC by that time, as
8  outlined previously, that you outlined, had been a
9  recommendation for healthy adults a couple months
10 earlier.  So it was a recommended vaccine, and we
11 adopted it as to a requirement in the face of what
12 appeared to be a tidal wave of infection that was
13 circulating around the globe.
14 Q    Um, and you said that concern arose when
15 your family was out of town?  Was that over Thanks --
16 did you say that was Thanksgiving time period?
17 A    It was thanksgiving week, yeah.
18 Q    So Thanksgiving 2021, whenever that
19 occurred?
20 A    Yeah.  I think it was Wednesday, if I
21 recall, is when I saw the first reports.  It was
22 Tuesday or Wednesday.

---

213

1    Q    I don't suppose, if you're a medical
2    provider, people don't stop getting sick when you want
3    to eat turkey or whatever, so you have to continue to
4    work over the holiday?
5    **A    It's pretty common that I'm working on a**
6    **holiday, Thanksgiving or Christmas or New Year's,**
7    **every year.**
8    Q    You were involved in -- well, I guess, were
9    you personally involved in issues related to any
10   analysis regarding what is or isn't an undue hardship
11   when employees are granted an exemption from a
12   vaccination requirement?
13   **A    Yes.**
14   Q    And with respect to undue -- the issue of
15   undue hardship, whatever that hardship might be, is
16   the hardship different when an employee is
17   unvaccinated as a result of a religious motivation or
18   belief as opposed to a medical issue that prevents
19   vaccination?
20        MS. McGRAW:  Objection to the extent you're
21   asking for a legal conclusion.
22   **A    So my understanding, especially later,**

---

214

1    **because when I was first asked about this, I didn't**
2    **understand, or was not familiar with the term "undue**
3    **hardship."  But I was advised -- no, no, no, no.**
4    **Okay.**
5         MS. McGRAW:  We're not going to talk about
6    what -- yeah.
7    **A    What I was advised?  No.**
8    **BY MR. DIEHL:**
9    Q    No, I'm not asking about what you were
10   advised.  I'm just asking what you understood an undue
11   hardship to be in either the -- and I'm talking about
12   in the fall of 2021.
13   **A    Yeah.**
14   Q    So with respect to an exemption related to
15   a medical issue, or an exemption related to a
16   religious belief or practice.
17        MS. McGRAW:  And same objection with
18   respect to the legal conclusion.  I think you can ask
19   him what the analysis was, but I don't think you can
20   ask him what an undue hardship is under the law.
21   BY MR. DIEHL:
22   Q    Well, I'm not asking about -- well, you

---

215

1    testified that you were part of the process of
2    analyzing undue hardship, correct?
3    **A    Correct.**
4    Q    And so you had to have some understanding
5    to analyze that issue, correct?
6    **A    Correct.**
7    Q    So what was that understanding you used?
8    **A    So my understanding was that I would do an**
9    **analysis to see if a person who had an exemption due**
10   **to a medical or religious reason represented a**
11   **significant risk and, um, and I'll use the term now,**
12   **an undue risk for a specific location in the health**
13   **system.  And so that could, you know, probably most**
14   **easily be defined as a, you know, high-risk**
15   **population.**
16   Q    And how did you determine -- how did you
17   make that determination?
18   **A    So I used my, my clinical experience as a**
19   **hospital epidemiologist and an infectious disease**
20   **physician that specializes in highly immunocompromised**
21   **patients with organ transplants and cancer.  So the**
22   **approach was to identify those patient populations**

---

216

1    **that were either highest risk for poor outcomes due to**
2    **COVID, or -- and/or didn't respond to the therapeutic**
3    **interventions that we had available like vaccines.**
4    **So, you know, in that analysis, a patient population,**
5    **as an example, cancer patients who have had a bone**
6    **marrow transplant, and don't respond to vaccines after**
7    **vaccinate -- you know, after immunization, or an organ**
8    **transplant recipient that cannot respond to a vaccine,**
9    **those were examples of populations that were at high**
10   **risk -- I deemed to be highest risk for complications**
11   **from COVID.**
12   Q    So you mentioned cancer patients.  Was it
13   all cancer patients, or just certain types of cancer
14   patients?
15   **A    It was really targeting leukemia, lymphoma,**
16   **bone marrow transplant patients, those are the**
17   **patients that are, have, you know, either cancer of**
18   **their immune system or have had bone marrow**
19   **transplants and are on immunosuppressive medications**
20   **that have long periods of time, months, if not**
21   **indefinite, where they don't respond to vaccines and**
22   **are at significant risk of these types of infections,**

217

1 which we saw clinically in patients who had bad
2 outcomes due to COVID.
3     Q    Other than those patients that you just
4 described, what other -- were there any other patients
5 that you determined were at substantial risk, or I
6 guess -- well, any other patient populations that you
7 determined were relevant to your undue hardship
8 analysis?
9     A    Yeah.  It was a case-by-case basis, taking
10 a look at, you know, the patient groups that that
11 specific health care worker would be working with, and
12 those were the, what we've just described -- what I've
13 just described, cancer and bone marrow patients and
14 leukemia/lymphoma patients are the, you know, the vast
15 majority of pat -- well, I think they're the only
16 examples that I recall having undue hardship analysis
17 sort of come up.  There could be others that I could
18 think about, but they didn't come up.
19     Q    What -- sorry.  What would have been those
20 others that would have been such a high risk that it
21 would have been a much higher risk than, say, other --
22 working with other patient populations?

218

1     A    You know, an inpatient geriatric clinic or
2 something like that, I think I would have had some --
3 you know, I would have concerns about.
4     Q    Any other patient groups or treatment areas
5 that would have been substantially high risk than
6 others?
7     A    Um, I think I'd say that those were the
8 highest risk that I considered.
9     Q    I guess, would there have been any others
10 based on your knowledge of the hospital and COVID in
11 the fall of 2021, would there have been any other
12 areas where you would have determined that a patient
13 with an -- or excuse me, an employee with an exemption
14 could not work in the fall of 2021?
15     A    Yeah.  I think those are, those are the
16 ones that I can on -- those are the only ones that I
17 can think of.  And it was important, I also said this,
18 it also was important to think about what that health
19 care provider did, what their interaction of patients
20 was, you know, their potential -- you know, the
21 potential for exposure in those locations.
22     Q    So, it would be individuals who worked

219

1 directly with cancer patients, targeting with
2 leukemia, lymphoma, and then inpatient geriatrics.
3 Can you -- can you, as you sit here, think of any
4 other areas that would have been determined -- you
5 would have determined that employees with an exemption
6 could not work there?
7     A    Yeah.  Not off the top of my head.  And
8 I'll say that inpatient geriatrics is a theoretical,
9 because we don't have such a unit.  So those are the
10 ones.
11     Q    What about -- what about dialysis?
12     A    Dialysis represented a patient group that
13 are increased risk, but not a -- not as high risk.
14     Q    What about the emergency room?
15     A    Oh, definitely not the emergency room.  So
16 part of this analysis was this patient population
17 primarily represented -- so this is sort of -- the
18 high-risk patients are who you are dealing with most
19 of the day, as a clinician, most of the time.  A place
20 like an emergency room, you're going to have
21 20-year-olds, 40-year-olds, and high-risk patients all
22 in that same patient population.  And that's true, you

220

1 know, across the health system.  You can go to a
2 private practice and they'll have high-risk patients
3 interspersed with low-risk patients.
4     Q    And if you take your time, look at any
5 documents before you, can you think of any other
6 patient populations that would be too high of a risk
7 to allow individuals with an exemption to have worked
8 with them in the fall of 2021, regardless of whether
9 you did or not, didn't make that determination?
10     A    You know, I can think of other practice
11 settings that aren't represented at UVA that would
12 give pause to concern.  If you had —
13     Q    And I should caveat that.  I'm asking about
14 UVA, at UVA, not theoretical settings.
15     A    So yeah.  So without theoreticals, no.
16     Q    And I started to ask about this, but I
17 don't know that I actually got done.  Was the analysis
18 with respect to those risk populations and working,
19 having been granted an exemption, is that risk
20 analysis different if the person is unvaccinated
21 because of a medical reason as opposed to if they're
22 unvaccinated because of a religious reason?

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

56 (221 to 224)

221

1    A    No.  That's not how I did those
2 determinations.
3    Q    The analysis of the risk and hardship would
4 have been the same?
5    A    Yes.
6    Q    And you did -- as part of your analysis,
7 you did -- and I'm correct that you did not review any
8 risks related to filling jobs, or figuring out whether
9 this person could fill a different role at the UVA
10 Health System if their job's terminated, and the risk
11 of -- related to their termination, you did not
12 evaluate that issue?
13        MS. McGRAW:  Object to the form.
14 BY MR. DIEHL:
15        Well, that was a long clunky question, so
16 I'll ask again.
17        We talked earlier about risks to the UVA
18 Health System from employees being absent from the
19 workplace.
20    A    Yeah.
21    Q    Fair?
22    A    Fair.

222

1    Q    And did you, as part of analyzing the
2 hardship in granting an exemption, did you analyze the
3 risks of the hardship to UVA Health System's business
4 and having workers to do that work?
5    A    You know, that's a good question.  I
6 believe there was one that came up either -- I
7 actually don't know, and I can't recall if it was a
8 theoretical or if it was something that was worked
9 out.  But there was, as I recall, a number of
10 employees that were not vaccinated, and I don't know
11 for what reason, who worked in Sterilization and --
12 Sterilization.  Sterilization and Disinfection,
13 Sterile Processing.  And there was a manager that
14 reached out saying, We have a new hire that is in --
15 you know, is in this domain, and you know, going to be
16 working in this capacity, and I already have a couple
17 other individuals.  Is that a risk?
18        And the analysis was -- and I don't recall
19 now whether that team mem -- that health care team
20 member, Sterile Processing person got vaccinated or
21 they were working on a different shift, so the risk
22 was reduced, but there was a discussion.  I asked if

223

1 there were to be a cluster of infections between these
2 unvaccinated individuals so that they were either
3 infected or exposed and furloughed, would you be able
4 to maintain operations?  And that was part of that
5 discussion.  That's -- I -- so there was that -- at
6 least that example.
7    Q    And by "that," you mean -- that being part
8 of the discussion, that was -- the "that" in your
9 answer was the issue of replacing the worker.  It's --
10 they're having trouble filling positions?  Was that
11 what the issue is?
12    A    No.  It was more does this represent undue
13 hardship, that if something were to happen, we would
14 not -- would we -- would UVA be able to maintain the
15 ability to do the surgery?  So it was not the, Is
16 there another place to accommodate the team member?
17 Again, my recollection is that it sorted out, because
18 the team member, you know, worked on a third shift, or
19 it could have even been a temporary employee.  But it
20 ended up being moot.
21    Q    So the issue was that we need people to
22 sterilize equipment to do surgeries.  It's going to be

224

1 very hard for us if this person can't work here.  That
2 was the hardship?  Is that what you were discussing?
3        MS. McGRAW:  Objection, mischaracterizes.
4        MR. DIEHL:  Well, I'm trying to understand.
5    A    And so I can answer?
6        MS. McGRAW:  You can answer.  Just try to
7 explain it again.
8    A    I think I answered it, but yes.
9        MR. DIEHL:  I'm not trying to --
10        MS. McGRAW:  He just didn't understand it.
11 BY MR. DIEHL:
12    Q    Well, I didn't understand it.  I'm trying
13 to understand --
14    A    Oh.  Yeah, yeah.
15    Q    I'm trying to understand the answer.  I'm
16 not trying to put a different -- to be clear, I
17 genuinely, like didn't understand the hyp -- not even
18 the hypothetical, but the situation you were talking
19 about.
20    A    Okay.  And I apologize for that, because I
21 thought I was clear.
22    Q    It's okay.

225

1    A    But yeah, that is exactly right.  The undue
2 hardship is if we have another person that's
3 unvaccinated in this environment, there's other
4 individuals who are not vaccinated as well, could we
5 risk having a situation where these team members are
6 furloughed or off of work because of infection or
7 exposure and we are not able to process enough sterile
8 equipment to continue to do surgery?
9    Q    So was a decision made with respect to that
10 employee to which you're referring that they should
11 not be granted exemption because of that concern?
12    A    So this is again my recollection, is that
13 when I asked that question about what is occurring
14 with that employee, they were working on a different
15 shift or they got vaccinated, and so that theo -- I
16 don't want to call it theoretical, but that concern
17 ended up being resolved without having to say this
18 person's accommodation can be met or not.
19    Q    So you never made a determination specific
20 to the potential hardship, because the issue resolved
21 in some other means.
22    A    Exactly.

226

1    Q    All right.
2    A    So sorry about that.  But it was -- I just
3 brought it up as an example where it was entertained,
4 but it did not happen.
5    Q    And as you were making any determinations
6 in the fall of 2021, were you able to determine the
7 relative risk between allowing an employee to work
8 while being tested, even though they're unvaccinated,
9 versus having an employee work that was vaccinated but
10 untested?
11    MS. McGRAW:  Objection, asked and answered.
12    A    Um, I think I did answer that before, that
13 that relative risk calculation was not performed by
14 me, or anybody that I know of in the health system.
15 BY MR. DIEHL:
16    Q    And to the extent it matters, I'm asking
17 about a -- I'm trying to ask about a different time
18 period.  So as opposed to the summer, I'm asking about
19 the fall.  But just to be clear about that, the
20 analysis related to any hardships related to
21 exemptions, that was an issue that you -- whatever you
22 did to review that, that was undertaken in the fall of

227

1 2021?
2    A    Um, yes.  So the hardships were evaluated
3 in fall.  And if it's okay, I'll answer the previous
4 question, because I understand it now.  So, again,
5 that risk calculation that you just outlined between
6 unvaccinated and tested versus vaccinated and not
7 tested, like the early fall, late summer, that -- an
8 analysis of that relative risk was not performed by me
9 or people that I know of in the, you know, December
10 time frame that you're speaking of.
11    Q    Do you know why not?
12    A    Again, I think because they were very
13 difficult to measure, and we were busy dealing with a
14 pandemic, and so both, what's the metric -- you know,
15 how do you measure that metric and how do you have
16 time to do that analysis when you're taking care of
17 patient populations with COVID, and other things,
18 trying to maintain operations?
19    MR. DIEHL:  Do you need a break?  I'm
20 finding the way.  I just am --
21    THE WITNESS:  I'm good.
22    MS. McGRAW:  I'm good.

228

1    MR. DIEHL:  So am I.  I just lose track of
2 time a little bit.
3    MS. McGRAW:  Go another 15 minutes or so.
4    MR. DIEHL:  Yeah.
5 BY MR. DIEHL:
6    Q    So at some point UVA's policy changed
7 again, and I'm talking about OCH-002, to omit any
8 vaccination requirement; is that correct?
9    A    Yes, that is correct.
10    Q    And when was that?
11    A    A couple versions.  August 4th, 2023.
12    Q    Why was the August 4th, 2023, change made?
13    A    That coincided with the removal of COVID
14 vaccine requirements by CMS, by the Centers for
15 Medicare and Medicaid Services.
16    Q    And other than CMS, any change by CMS, did
17 you advocate to maintain the requirement for COVID
18 vaccination or implement a new requirement in 2023?
19    A    Um, I did not advocate for it, but I --
20 that was a calculation that I made understanding
21 that -- my understanding, that is not that of a
22 lawyer's, but with the removal of CMS's requirement,

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

58 (229 to 232)

229

1  that Governor Youngkin's Executive Order, while
2  perhaps challengeable as a health system, that would
3  have led to those types of discussions.
4      Q    Did -- who at -- to your knowledge, do you
5  know who at UVA Health was responsible for
6  complying -- compliance with the CMS rule or mandate?
7      A    Um, well, you know, we have an office that
8  specifically deals with regulatory issues to make sure
9  that we are compliant with all CMS requirements, as
10 well as other, other requirements, like the entity
11 called the Joint Commission, which is not a governing
12 body, but they do sort of -- are the -- probably the
13 easiest way to describe is that they are the, you
14 know, a non-governmental organization that's
15 contracted to do evaluations of hospitals to make sure
16 they're compliant with CMS rules and regulations.
17 And, you know, so you have to follow their guidance in
18 order to have, you know --
19     Q    Is it sort of an accrediting process?
20     A    It's an accreditation process.  Thank you
21 very much.
22         MS. McGRAW:  I'm going to make some belated

230

1  beyond-the-scope objections.  I mean --
2          MR. DIEHL:  I'm just trying to understand
3  his testimony.
4      A    So yes, there is an office that deals with
5  that.
6  BY MR. DIEHL:
7      Q    You mentioned in the binder there was some
8  changes in the COVID-19 policy between January 2022,
9  and August of 2023; is that correct?  Am I correct in
10 assuming that there were changes in your binder or
11 otherwise?
12     A    There are, yeah.
13     Q    What were those changes to the policy and
14 when did they occur?  To ask a compound question.
15     A    Yeah.  So on December 1st, 2022, and, you
16 know, I understand who I'm testifying for now, on
17 behalf of the entire university, but please understand
18 that I may not have captured all changes.  This was my
19 read of the policy changes.  So on December 1st, 2022,
20 there was a changes -- there was a change in the
21 entities that define the health system, or UVA Health.
22 It included adding the Monticello Surgery Center.  Let

231

1  me make sure I have the correct name.  Monticello
2  Community Surgery Center, LLC.  And -- I'm sorry.
3      Q    And what is the Bates number of the
4  document you're looking at there?
5      A    I'm sorry.  Yeah, UVA 329.  So it was the
6  addition of the Monticello Community Surgery Center,
7  and the removal of the Transitional Care Hospital
8  which had been closed as a long-term care facility at
9  that time.  So there was that update.
10         And then also per my review, an update from
11 that same -- well, maybe not.  Let me make sure I have
12 this right.  I believe in that update was, in Appendix
13 J, which is UVA 341, that is when the approved --
14 approved vaccines shall include without limitation,
15 sort of describing the COVID vaccines available.
16 BioNTech, Pfizer's mRNA vaccine, Moderna's vaccine,
17 and Novavax's vaccine.
18     Q    So the addition was the Novavax two-dose
19 vaccine?
20     A    I believe that was the addition.  Although
21 my recollection is in the previous versions of
22 OCH-002, the manufacturer was not specifically

232

1  delineated in previous versions of the policy.
2      Q    So the policy would have referenced an
3  approved COVID vaccine?
4      A    Approved or authorized I think.
5      Q    And with respect to --
6      A    Prior to that.
7      Q    -- your review of the policies and policy
8  changes for your testimony today, is it your
9  understanding that you've identified the material
10 changes, the meaningful changes, for lack of a better
11 term?
12     A    Yes.
13     Q    If -- I'm not sure which tab this is, but
14 there's a document that is, has the Bates label UVA
15 13824.  It's an Email message.  I'll just hold it up
16 so you can see it, and if you could find that message
17 in your binder.  It's my understanding that's in the
18 binder.  So December 22nd, 2021, Email message.  It
19 says that's when it was sent.
20         MS. McGRAW:  You might be able to see it on
21 the Table of Contents.
22         THE WITNESS:  Oh, that's a good idea.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

59 (233 to 236)

233

1 December 22nd, 2021. Eighteen.
2 BY MR. DIEHL:
3    Q    That's Tab 18 in your binder?
4    A    Tab 18.
5    Q    In the binder we've identified as
6 Exhibit 21 to the deposition.
7         MS. McGRAW:  Is that right?  Did that match
8 up to it?
9         THE WITNESS:  Can you repeat the number?
10        MR. DIEHL:  The Bates number is 13824.
11        MS. McGRAW:  No, that's not --
12        MR. DIEHL:  Actually, let's do this.  Let's
13 take a short break, and I'll do that, as there's a
14 train, and I've got to go to the bathroom, and --
15        MS. McGRAW:  What's the date of the
16 document?
17        MR. DIEHL:  I'll just show it to you.
18 That's what I'm referring to.  So -- and maybe -- it
19 could be another exhibit I guess, but I just want
20 to -- if it's not -- if it's not in there --
21        THE REPORTER:  Are we off the record?
22        MR. DIEHL:  Yeah, we're off the record.

234

1         (Recess taken, 3:50 p.m. to 4:04 p.m.)
2 BY MR. DIEHL:
3    Q    Thanks for that.  We took a short break.
4 Who's Mary Bessesen, B-E-S-S-E-S-E-N?
5    A    I don't know.  Bessesen?
6    Q    Bessesen.  Did you work closely with the
7 Virginia Department of Health during your -- as part
8 of your role for UVA Health in 2021, or 2020?
9    A    I mean, closely.  I worked a lot with the
10 head Department of Health with many contacts.  Yes.
11 She --
12   Q    Did you -- sorry.
13   A    I'm not sure if she was at the Virginia
14 Department of Health or not, no.
15        MS. McGRAW:  And I'm just going to object,
16 beyond the scope.  But you can ask the questions.
17 BY MR. DIEHL:
18   Q    Did the Virginia Department of the Health
19 promulgate any rules or requirements for hospital
20 employees related to vaccines?
21   A    No.
22   Q    Did the Virginia Department of Health

235

1 promulgate any guidance for hospitals or hospital
2 systems related to COVID vaccination in 2020 or 2021?
3    A    Yes.  So, VDH largely would reiterate CDC
4 guidance, echo it in form, health systems, hospitals
5 and practicing physicians.
6         MR. DIEHL:  Um, I'm going to mark the next
7 exhibit, and I do not remember the number.
8         THE REPORTER:  Twenty-three.
9         MR. DIEHL:  Twenty-three?  Thank you.
10        (Exhibit 23 was marked for identification
11 and attached to the transcript.)
12 BY MR. DIEHL:
13   Q    Have you seen Exhibit 23 before?
14        MS. McGRAW:  Has this been produced?
15        MR. DIEHL:  It -- well, we can talk about
16 it later.
17        MS. McGRAW:  I take that as a "no."
18        MR. DIEHL:  It's evidence in the case, is
19 my understanding.
20        If it helps, I'm not trying to be smart.  I
21 believe it was an exhibit offered at the preliminary
22 injunction hearing last July.

236

1         MS. McGRAW:  Okay.  I'll take your
2 representation for that.
3    A    Um, I don't recall seeing this.
4 BY MR. DIEHL:
5    Q    The second paragraph, do you see that
6 begins, As you undoubtedly know?
7    A    Yes, I see that.
8         MS. McGRAW:  I'm going to object to the
9 whole line of questioning as beyond the scope.  It's
10 not even a document that has been produced by UVA.
11 It's not clear it's even part of anybody's document
12 production at this point.  You can go ahead.
13   A    I see the second paragraph starting, As you
14 undoubtedly know.
15 BY MR. DIEHL:
16   Q    Did UVA Health leaders consider the issue
17 referenced in that second paragraph of Exhibit 23?
18 Did they consider that or similar issues with respect
19 to UVA's COVID vaccination policy changes?
20        MS. McGRAW:  Object to the form, asked and
21 answered.
22   A    I'm not aware that this was viewed or

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

60 (237 to 240)

237

1  considered.
2  BY MR. DIEHL:
3      Q    Well, not this specifically, but the issue
4  described in the second paragraph, was that issue
5  considered by UVA Health leaders at any point?
6          MS. McGRAW:  Objection, asked and answered.
7      A    So, if the question is was UVA, to my
8  knowledge, did there -- were there discussions about
9  stopping to follow CMS rules regarding COVID
10 vaccination, um, at this time, or after, no, I am not
11 aware that there were any discussions.
12         MR. DIEHL:  Let's mark Exhibit 24.
13         (Exhibit 24 was marked for identification
14 and attached to the transcript.)
15 BY MR. DIEHL:
16     Q    I would note I don't see your name on the
17 Email, and I believe the second page is an attachment
18 to that Email that is Exhibit 24, but have you seen
19 Exhibit 24 before?
20     A    If you'll give me a second, I'll take a
21 look at it carefully.
22         MS. McGRAW:  And while he's doing that, I'm

238

1  going to object, because it's beyond the scope.
2      A    (Perusing document)  Um, I don't recall
3  seeing this document in this format.  I think that I
4  have seen similar discussions maybe just more around
5  the number vaccinated earlier than this.  But this is
6  more detailed than has been shared with me.
7  BY MR. DIEHL:
8      Q    And you're referring to the attachment, the
9  second page that's Bates labeled 14461?
10     A    Yes, I'm referring to the attachment,
11 14461.
12     Q    And were these numbers or similar numbers
13 part of UVA's decision-making with respect to any
14 policy changes after November 2021?
15     A    Um, they were not involved -- they were not
16 discussed sort of with granularity in the discussions
17 that I was involved with, no.
18     Q    Were they discussed generally with respect
19 to the number of employees that had been granted
20 exemptions or not granted exemptions, or I guess in
21 any general way?
22         MS. McGRAW:  Objection, beyond the scope.

239

1      A    I'm not aware -- you know, that's such an
2  open-ended question, I don't know.  I think other than
3  the generality of exemptions, there's an exemption
4  process that are being eval -- exemption processes
5  that are being evaluated.
6  BY MR. DIEHL:
7      Q    So I guess bringing that back to the topics
8  today, you're testifying with respect to the reasons
9  and -- the reasons for policy changes with respect to
10 UVA Health's COVID vaccination policies as that
11 changed between 2021 and 2023, correct?
12         MS. McGRAW:  Objection, beyond the scope,
13 we incorporate the objections in the designations that
14 were made for the witness.
15 BY MR. DIEHL:
16     Q    Well, let me ask you this:  You brought a
17 binder with a bunch of different versions of OCH-002
18 to the deposition, correct?
19     A    Correct.
20     Q    And you did so because those policies are
21 relevant to the topics that you're testifying about
22 today, correct?

240

1      A    Correct.
2      Q    So with respect to those policy changes
3  reflected in your binder, with respect to OCH-002,
4  were the number of employees that were exempted, not
5  exempted, or terminated as a result of denials of
6  exemptions, were those issues discussed generally with
7  respect to any of the policy changes that you are here
8  to testify about today?
9          MS. McGRAW:  Same objection.
10     A    And as answered previously, they were
11 discussed in general.  And what you have given me is a
12 communication from one individual to an administrator
13 in Employee Health and Work Med, Edward "Jack"
14 Jackson, with others CCed, that are providing specific
15 numbers.  So, I -- you're asking me if this was
16 shared.  Was the concept and discussions around this
17 discussed in the forums that I was discussing?  Yes.
18 Was the information as we discussed on the attachment
19 in granular detail discussed in the meetings that I
20 attended?  I am not -- I do not recall that they were.
21 BY MR. DIEHL:
22     Q    Okay.  Just real quick, you talked about

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

61 (241 to 244)

241

1 the employee -- do you know who the individuals are on
2 the Email?
3    A    Um, I do know some of them.
4    Q    Who do you know they are?  And again, I
5 guess, at this time, what was their role?  I'm not
6 asking just, you know, about them personally.  Just
7 what was their role, to your knowledge, in
8 December 2021?
9    A    Uh, so, Lisa Badeau is the head of the
10 Communications Team.  Jack Jackson is, at that time,
11 an administrator in the Occupational Health Services,
12 so Employee Health and Work Med.  And then Susanna and
13 Eric are part of the Communications Team, and I don't
14 know Miriam Mason.
15    Q    Or Eric Swensen?
16    A    Oh, I said Eric.
17    Q    Sorry.
18    A    I said Susanna Brent and Eric Swensen are
19 part of the Communication Team.
20    Q    Okay.  And so, I know you testified that
21 this specific document and these specific numbers on
22 the page Bates labeled 14461 were not discussed as

242

1 part of your discussions about policy changes with the
2 leadership of UVA Health.  But what were you referring
3 to when you said similar issues or general issues were
4 discussed?  I want to understand what was discussed.
5       MS. McGRAW:  Object to the form.  Go ahead.
6    A    So this date as of December 7th, 2021,
7 occurred --
8       MS. McGRAW:  Twenty-seventh.
9       THE WITNESS:  Did I say --
10      MS. McGRAW:  Oh, I'm sorry.  You're right.
11      THE WITNESS:  Yeah.  I'm sorry.
12      MS. McGRAW:  The cover Email has a
13 different date.
14    A    The cover Email has a different date.  But
15 the data that is according to this line is
16 December 7th, 2021, which was after the adoption of
17 the required COVID vaccination, but before the
18 booster.  Actually -- I'm actually looking through
19 this, because I didn't look to specifically see if
20 that was addressed, but this was prior to that.  It
21 appears to me, as a, you know, a review in the number
22 of people that were vaccinated, um, what percent that

243

1 included in the number of individuals that had
2 exemptions for medical reasons, and the number of
3 individuals who had had it for -- wait, unvaccinated
4 and not holding exemptions.  I'm sorry.  So the rollup
5 of medical and religious is the third line.  And then
6 the fourth line is unvaccinated and not holding
7 exemptions.  And then it goes through on the next set
8 of lines.
9 BY MR. DIEHL:
10   Q    So maybe -- I'm intentionally interrupting,
11 not to be rude, but just -- I'm not asking you to
12 interpret this document.  Because you didn't see this
13 document, correct?
14   A    Correct.
15   Q    So you referred to, generally, similar
16 issues or something to that effect.  I'm not trying to
17 mischaracterize your testimony.  What was -- what were
18 you referring to that was discussed?
19   A    Yeah.  And so my apologies.  I'm going
20 through this to make sure that I fully understand the
21 data that's been -- or the document that's been
22 presented to me.

244

1    Q    Well, if you need to read through it, let
2 me know and you can read through it.  But just when
3 you're ready to testify about what you referred to
4 earlier in your testimony about issues related --
5 related issues or related information was generally
6 discussed.  I'm not trying to put words in your mouth,
7 I just want to understand that earlier testimony.
8    A    Okay.
9       MS. McGRAW:  And I maintain the objection
10 as to form, vague and ambiguous.
11      MR. DIEHL:  That's exactly what I'm trying
12 to understand.
13   A    (Perusing document) Okay.  So, when I
14 referred to sort of the overview that were discussed
15 at this period of time, it was what fraction, what
16 percent of our team members are fully vaccinated,
17 which ones are not vaccinated, and what are the
18 reasons for that?  Um, because that could include
19 individuals that have not only exempt -- you know,
20 medical and religious exemptions, to my understanding,
21 that would be long-term, but individuals that would
22 also receive exemptions, because at the time of

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

62 (245 to 248)

245

1 onboarding, for example, they could not get COVID
2 vaccinated, or at the time of that rule. And so it's
3 a delineation of those.
4 So, you know, December 2021, not a huge
5 active area of discussion, but it would have been, we
6 are at 97 percent, 97.3 percent, vaccinated of our
7 health care worker workforce.
8 BY MR. DIEHL:
9 Q Did -- did -- when UVA Health leaders were
10 talking about decisions regarding the mandating the
11 booster or a third dose of vaccine, or subsequent
12 policy changes until August of 2023, did the number of
13 employees that had been terminated as a result of
14 denials, of exemptions, did that issue come up?
15 A Um, they didn't come up directly with me
16 when I was, you know, having those discussions in
17 forums. Whether they came up in, you know, amongst
18 Dr. Kent's executive team, I don't -- I'm not aware.
19 I can't speak to. Um, yeah. So, I would have thought
20 that many of the individuals who would not have
21 accepted a primary series would also not have accepted
22 a booster. And then most of those individuals who had

246

1 a, finished a primary series would accept a booster.
2 But that was not an active area of discussion that I
3 was participating in.
4 Q With respect to any policy changes between
5 2021 and 2023, with respect to OCH-002, was there any
6 discussion about sort of regret for losing a
7 significant number of good workers as a result of
8 policy mandates related to COVID vaccination?
9 MS. McGRAW: Objection, beyond the scope of
10 the topics he's designated for.
11 A I'm not aware that there were any
12 discussions of regret for adopting OCH-002. Amongst
13 the leadership team or amongst my team.
14 BY MR. DIEHL:
15 Q Were you involved in the decisions related
16 to changes in the religious accommodation procedures
17 at any point between 2021 and 2023?
18 MS. McGRAW: Objection to the form, beyond
19 the scope.
20 A No.
21 BY MR. DIEHL:
22 Q Did you professionally, as part of your

247

1 work for UVA Health, study any issues related to
2 vaccine exemptions?
3 MS. McGRAW: Object to the form, beyond the
4 scope.
5 A I had done previous, yeah. So, um, study.
6 There are, you know, papers and, you know, reviews
7 regarding the exemption process. And as part of that
8 effort, we had developed the exemption process in
9 OCH-002 prior to the pandemic.
10 BY MR. DIEHL:
11 Q So prior to the pandemic, there was a
12 process that was developed as part of your work?
13 A Yeah.
14 MS. McGRAW: Objection, beyond the scope.
15 BY MR. DIEHL:
16 Q OCH-002, when that changed in 2021,
17 starting in July, that we've -- that you've testified
18 about before, that was a change to a policy that was
19 already in existence, correct?
20 A I think it was -- it was adoption as a
21 health system policy. I think OCH is a health system
22 policy, so it encompassed, I guess, replaced a couple

248

1 other policies. One that was for UPG, and one for the
2 medical center.
3 Q Do you know when the policy that was in
4 effect in June 2021, do you know when that policy was
5 adopted?
6 A Two thousand and nineteen. Oh wait. In --
7 yeah. I'm referring to my binder, but July 2019.
8 Q And what, what specific policy are you
9 referring to in your binder that was adopted in
10 July 2019?
11 A OCH-002.
12 Q And in your binder, is there a tab or a --
13 A Oh, I'm sorry.
14 Q Can you give me a tab and a Bates label to
15 identify that July 2019 policy?
16 A Yes. Tab 3, and it starts with Bates label
17 UVA 438.
18 Q And who were the decision-makers with
19 respect to that adoption of that policy you just
20 referred to in July of 2019?
21 MS. McGRAW: Objection, beyond the scope.
22 A So it was a health system policy. This

249

1 policy was adopted by leadership team that preceded
2 Dr. Kent. And so that would be Dr. Rick Shannon, Pam
3 Sutton Wallace, and the rest of the leadership team.
4 BY MR. DIEHL:
5     Q    Were you personally involved in decisions
6 related to the July 2019 OCH-002 policy?
7     A    Yes. Oh, sorry. July 2022? Did you mean
8 July 2019?
9     Q    I mean July 2019.
10     A    Okay. Yes. If there was a July 2022,
11 yeah, we can speak to that as well, but I'm not sure
12 there is.
13     Q    Did I misspeak? I meant to say -- well,
14 let me just be clear. There is a July 2019 version of
15 OCH-002 that has a Bates label -- that begins with
16 Bates label page UVA 438. Do you see that?
17     A    Yes. Yes.
18     Q    And were you involved in the decisions of
19 adoption of that July 2019 version of OCH-002?
20     A    Yes, I was.
21     Q    What was your role in that decision-making?
22     A    So this is --

250

1         MS. McGRAW: Objection, beyond the scope.
2 Do you want to give me a standing objection?
3         MR. DIEHL: Sure. I don't know how it
4 could be beyond the scope since this is the policy
5 that was in place, but -- and you brought it in your
6 binder. But anyway.
7         MS. McGRAW: I think we were very clear
8 about -- the fact that it's in his binder doesn't mean
9 he's going to answer a hundred questions about it. We
10 were very clear in the designation that he was being
11 produced to testify about OCH-002 as it existed during
12 the 2021 time period, which is the only time period
13 relevant to the case. But I'll take the standing
14 objection.
15 BY MR. DIEHL:
16     Q    Then let's ask about that. So this policy
17 was in effect until this policy was adopted in
18 July 2019, and begins with the Bates labels UVA 438,
19 that policy was in effect in January, February, March,
20 April, May and June 2021, correct?
21     A    Yes, it was.
22         MS. McGRAW: Same objection. I mean, I'll

251

1 take the standing. I'm not trying to interrupt you.
2 It's just I've got to make the objection.
3         MR. DIEHL: Okay. Okay. Got it.
4 BY MR. DIEHL:
5     Q    You -- what was your role in this, with
6 respect to decisions regarding this policy, the 2019
7 OCH-002? Same standing objection.
8     A    It was based on my recommendation to update
9 this policy to reflect CDC guidance that had changed
10 for Tuberculosis screening amongst health care
11 providers. And so to expand, the material change is
12 on -- and maybe there's others, but material change is
13 on UVA 441 regarding Tuberculosis screening. At this
14 time, this was a reflection that CDC's guidance
15 changed from performing annual screening for all
16 health care providers with, in a sort of an easy
17 parlance, patient-facing roles, interactions where
18 they see patients on a daily basis, to perform annual
19 TB screening, which was the prior recommendation. But
20 based -- so but -- so I would say but based on review
21 of that practice, it was probably 20 years or more,
22 the CDC revised their guidance to perform a risk

252

1 analysis, and to -- and that institutions could then
2 direct annual TB screening to individuals deemed to be
3 at increased risk for TB.
4         Now, we went through that risk assessment.
5 I was involved with that risk assessment. And based
6 on that, we decided that individuals that were
7 infectious disease physicians or pulmonologists, or
8 other APPs, so-called nurse practitioners -- not --
9 so-called APPs, nurse practitioners or physician's
10 assistants in those same disciplines, or respiratory
11 therapists, that they were individuals at increased
12 risk for TB exposure as a consequence of their job,
13 and therefore, that group of individuals should
14 undergo annual TB screening. All onboarded team
15 members need to get TB screening on hire. What this
16 did was reduce the TB screening requirements for most
17 health care providers, except for the ones that I
18 outlined in those disciplines.
19     Q    The next iteration of policy OCH-002 is the
20 July 2021 version, correct?
21         MS. McGRAW: And I'll just note for the
22 record, and maybe I missed it, but I think you may

253

1  have skipped the first one.
2      A    Well, he said the one before this.
3          MS. McGRAW:  Oh, okay.
4      A    So if that is --
5          MS. McGRAW:  Okay.
6          MR. DIEHL:  Well, let me just understand, I
7  guess, Wendy's testimony.
8          MS. McGRAW:  I'm trying to help you out.
9  BY MR. DIEHL:
10     Q    What were you just referring -- I'll come
11  back to what I was going to ask you about, but there
12  was an earlier version you were referring to?
13     A    Yes.  So this is not the first --
14     Q    And I'm sorry.  It's an earlier version of
15  OCH-002?
16     A    Correct.  So July 1st, 2019, is not first
17  version of OCH-002.  The first version of OCH-002 is
18  January 1st, 2019.
19     Q    And what Bates label does that document
20  begin with?
21     A    UVA 460.
22     Q    And -- and the change you were talking

254

1  about with respect to that, was it TB?  That was the
2  change in July 2019?
3      A    That was the July -- correct.  That changed
4  from January 2019 to the July -- that was the change
5  from the January 2019 through to the July 2019
6  versions of OCH-002.
7      Q    Look at the language on the second page of
8  that January 2019 version of OCH-002, and I'm talking
9  about the page Bates labeled UVA 461.  There's
10  discussion about exemptions.  Do you see that
11  language?
12     A    Yes, I do.
13     Q    And then kind of keeping that page
14  available to you, if you could look at the, the page
15  related to exempt -- that references exemptions on the
16  next iteration of OCH-002.  And that page I'm
17  referring to is UVA 439.
18     A    Okay.
19     Q    Do you see that language related to
20  exemptions on UVA 439?
21     A    I do.
22     Q    And then do you know if there was any

255

1  changes between the exemptions or the reference to
2  exemptions under -- between these two policies?
3          MS. McGRAW:  Just object to the extent the
4  documents speak for themselves.  But he can answer
5  subject to my other objections.
6      A    I am not aware of any changes between those
7  two statements.
8  BY MR. DIEHL:
9      Q    And then what is the first page of the
10  July 2021 version of OCH-002?
11     A    Um, what number is it?
12     Q    Yeah, what's the first Bates label page?
13     A    UVA, yeah, 423.  The July 2021?  Yeah.
14     Q    So I just want to get that up as well,
15  since I don't have a binder.
16     A    Yes.
17     Q    The -- if you could go to the second page
18  of the July 2021 version of OCH-002.  Well, I'm
19  looking for the -- any references to exemptions.
20  Where are references to the -- is there a similar
21  reference to exemptions in the July 2021 version of
22  the policy as compared to the prev -- previous

256

1  July 2019 version of OCH-002?
2          MS. McGRAW:  Objection, beyond the scope.
3  He's not here to testify about religious exemptions,
4  and also the document speaks for itself.
5  BY MR. DIEHL:
6      Q    Let me just clarify that.  You understand
7  you're here to talk about policy changes to OCH-002,
8  correct?
9      A    Correct.
10         MS. McGRAW:  Objection.  The designation
11  was very specific.
12  BY MR. DIEHL:
13     Q    Did you understand that general topic to be
14  within the ambit of your testimony today?
15         MS. McGRAW:  Objection.
16         MR. DIEHL:  I'm asking him a question.
17         MS. McGRAW:  It doesn't matter what he
18  thinks.  He -- what matters is what he's been
19  designated to testify for on behalf of UVA.  He's not
20  here to give his personal opinion.  He's been
21  designated to testify about the COVID vaccine policy
22  in effect in 2021.  You can check the objections that

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

65 (257 to 260)

257

1  are made part of the record.
2      A   Okay. I --
3  BY MR. DIEHL:
4      Q   The objections, I'm seeing that you're here
5  to testify regarding the policy in effect in 2021,
6  that affected and impacted plaintiffs in this lawsuit
7  and others. And with respect to that 2021 policy, the
8  development, formulation, establishment, and
9  implementation of policy or policy changes. Is that
10 your understanding?
11     A   Yes. And I can --
12     Q   Okay.
13     A   And I can also clarify that the differences
14 seen in the structure between the previous iterations
15 of OCH-002 to the development of an appendix in July
16 of 2021 was a process that was performed by hospital
17 counsel that developed policy. So -- so you will
18 notice that, that the vaccine and health care
19 processes that were outlined in the version of OCH-002
20 for example, the July 1st, 2019, that we were
21 referencing regarding the Tuberculosis screening, that
22 those were included essentially in the narrative, I

258

1  guess, if that's a proper word, of policy. Whereas in
2  July of 2021, those became appendices in order to
3  actually make the policy more clear and readable and
4  understandable.
5      Q   What appendix are you referring to
6  specifically in the July 2021 version of policy
7  OCH-002?
8      A   So if we start on, um, page five, which has
9  a number UVA 426, it's labeled Appendix A, that
10 appendix is titled Measles, or secondarily titled
11 Measles, and so it re -- you know, reviews the
12 specific requirements, or I should not say reviews,
13 but delineates specific requirements around measles.
14         Appendix B, which is on the following
15 number, UVA 427, is Mumps and Rubella. So those are
16 what I mean by appendices. So each vaccine
17 preventable disease or Tuberculosis screening was in a
18 different appendix.
19     Q   Am I missing, does yours have a page four?
20 Your version of this policy, the July 2021 policy?
21     A   You are not missing it. Or at least mine
22 does not have -- I don't have a page four either.

259

1      Q   So your -- the numbering goes from
2  page three, which is Bates labeled UVA00 -- well, UVA
3  425, and then the next page is labeled page five, UVA
4  426? Is that your -- the way yours reads?
5      A   That's the way mine reads as well.
6      Q   And then it looks like on page two, there's
7  a discussion about exemptions from the policy. Do you
8  see that language at the bottom of page two, which is
9  Bates labeled UVA 424?
10     A   I do.
11     Q   Do you know the reason for the policy
12 change between the July 2019 policy language related
13 to exemption requests and the exemption request
14 information in -- the exemption request language in
15 the July 2021 version of UVA Policy OCH-002?
16     A   Um, my recollection I think is reflected
17 here that there was a codification or a clear outline
18 of the entities responsible for medical exemptions,
19 and the entities responsible for religious exemptions.
20     Q   What do you mean by "the entities"?
21     A   Well, medical center hospital
22 epidemiologist and designee would review medical

260

1  exemptions, and then UVA HR would review applications
2  for religious exemptions. And, um —
3      Q   Is -- go ahead.
4      A   And that was, I don't think clear — I —
5  let's see. I am just reviewing what you showed before
6  as to whether that was as well described in the
7  previous iteration of the policy.
8          Yeah. In the other policy, it talks about
9  providing information to Employee Health Work Med
10 regarding medical documentation of contraindications.
11 And then the second one doesn't — the second line
12 of — I'm specifically referring to UVA 439 — says
13 Tier 1 Team Members, so those are team members that
14 are on the health care — in the health care facility
15 at least once a year are also responsible for
16 informing about other claimed grounds for exemptions.
17 And so I think one of the differences between these
18 two is saying what other claimed grounds are.
19     Q   Is your understanding of the difference you
20 just discussed, is that based on reading the two
21 policies?
22     A   No. So I know that when I was in the

261

1 process of -- that the process of reviewing exemptions
2 for influenza or other vaccines prior to the July 1
3 OCH-002, medical exemptions would come to me, and it
4 would be determined between me and a physician in
5 Employee Health, and other exemptions were reviewed
6 through an HR process.
7    Q   With requests -- with respect to requests
8 for medical exemptions from OCH-002, did the process
9 change in any significant way as a result of the
10 July 2021 policy change?
11   A   No. Not in terms of medical exemptions
12 specifically that I can speak to. In fact, that was
13 one of the things that we noted with considering COVID
14 vaccine requirement for new hires when the, when that
15 policy was changed. We, you know, spe -- at least I
16 specifically advocated that we should use our current
17 infrastructure for doing that process, and recommended
18 that at the time.
19   Q   And by "infrastructure," what do you mean?
20   A   That exemption requests that would occur
21 through VaxTrax, which was the electronic portal that
22 was used for this documentation, that that would be

262

1 sent to Employee Health, and that would be shared with
2 me for review with, you know, an Occupational Health
3 physician, and we made a determination as to whether
4 that requirement, you know, met criteria for medical
5 exemption.
6    Q   In -- in the -- at the beginning of 2021,
7 say in January 2021, the UVA Health had a requirement
8 for employees to receive the influenza vaccine,
9 correct?
10   A   That's correct.
11   Q   And so if an individual was a new employee
12 and applied for a medical exemption in January 2021,
13 with respect to the requirement of the influenza
14 vaccine, would that process have been the same in
15 January 2021 as the process for considering a medical
16 exemption in, say, September of 2021 with respect to a
17 COVID vaccine?
18   A   Yeah. Yes.
19   Q   And so UVA Health would apply the same
20 standard?
21       MS. McGRAW: Object to the form.
22 Mischaracterizes.

263

1    A   Um, yes.
2 BY MR. DIEHL:
3    Q   Well, I mean, there was a standard that was
4 applied. And I don't mean a legal standard. I mean,
5 there was some criteria for granting or denying an
6 exemption, correct?
7    A   Yes. Between those two dates, yes.
8    Q   And you personally -- well, you were the
9 medical center hospital epidemiologist? Is that
10 correct?
11   A   That is correct.
12   Q   And you mentioned something about you
13 advocated for the same process. I'm not trying to put
14 words in your mouth, but what did you say about the
15 exemption process with respect to the addition of
16 COVID vaccination?
17   A   I'll take a step back, but -- and just say
18 that when there were discussions about COVID
19 vaccination as a requirement, as, you know, a
20 requirement for work, that I advocated for its
21 inclusion under the structure that we had developed
22 for other vaccine requirements for work. And so those

264

1 are the policies within OCH-002, but also the
2 infrastructure of tracking that. Now, there were
3 opportunities to improve that, you know, but yeah.
4    Q   But in general, you advocated for the same
5 process, procedure, personnel? Is that fair?
6       MS. McGRAW: Objection, mischaracterizes.
7       MR. DIEHL: Well, I'm trying to understand.
8       MS. McGRAW: It's asked and answered.
9    A   Well, from the medical exemption
10 standpoint, I advocated that medical exemptions be
11 handled the exact same way that we do influenza
12 vaccinations.
13 BY MR. DIEHL:
14   Q   Were there any decisions made with respect
15 to the policy changes at UVA Health by the leadership
16 to change either the medical exemption or the
17 religious exemption process?
18       MS. McGRAW: Objection, beyond the scope.
19 We've made clear he's not here to talk about the
20 religious exemption process.
21   A   So no changes for the medical exemption
22 process.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

67 (265 to 268)

265

1 BY MR. DIEHL:
2    Q    I'm talking about decision-making with
3 respect to changes in the policy itself.
4         MS. McGRAW:  Object to the form.
5 BY MR. DIEHL:
6    Q    Was there a discussion about changing the
7 policy resulting in changes to either the medical
8 exemption or the religious exemption process?
9         MS. McGRAW:  Object to the form.
10   **A    So again, I can speak to medical exemption**
11 **process.  Well, no change to either that I'm aware of,**
12 **and no structural change to the mechanism and the**
13 **practice of medical exemptions for influenza and**
14 **COVID, and other vaccines.**
15 BY MR. DIEHL:
16   Q    So with respect to Topic 4 on Exhibit 20,
17 the subjects of the deposition, it's my understanding
18 that subject to -- tell me when you've got that in
19 front of you.  I don't mean to --
20   **A    Yeah, thank you.  Four?**
21   Q    It's page six of Exhibit 20 is where
22 Subject 4 or Topic 4 is listed.

266

1         And then if you could go to Defense
2 Exhibit 2, and the -- thank you -- and the second page
3 of that, just to kind of have those two in front of
4 you.
5    **A    Okay.**
6    Q    And if you could -- do you see your name
7 there next to, next to number one?
8    **A    Yes.**
9    Q    And then it says, Topic 4 as it relates to
10 medical exemptions.  What is your understanding of
11 what you're to testify about with respect to Topic 4
12 on Exhibit 20?
13        MS. McGRAW:  Object to the form.  It calls
14 for legal discussions with counsel.  Objection to the
15 extent it's attorney-client privilege.
16        MR. DIEHL:  Anything else?
17        MS. McGRAW:  Yeah.  I mean, he can -- I
18 don't want him to answer with --
19        MR. DIEHL:  I'm not asking about
20 discussions with counsel.  I'm asking about your
21 understanding about that subject and topic.
22        MS. McGRAW:  Understanding that you didn't

267

1 get from counsel.
2         MR. DIEHL:  Well --
3         MS. McGRAW:  You can ask him questions.
4 BY MR. DIEHL:
5    Q    You're prepared to testify about that
6 topic, correct?
7    **A    I'm prepared to testify about that topic.**
8    Q    Okay.  What topic did you prepare to
9 testify about?
10   **A    Through the evaluation process of medical**
11 **exemptions.**
12   Q    But the topic refers to differences in the
13 process.  What's your understanding of differences
14 between the medical exemption process as compared to
15 the religious exemption process?
16        MS. McGRAW:  Objection, beyond the scope.
17 He's not here to talk about the religious exemption
18 process.  You just had him review the designation,
19 which very clearly said he would tell you what the
20 mech --
21        MR. DIEHL:  So how am I supposed to get an
22 understanding of the differences if he doesn't know

268

1 what the differences are, and the other witness is not
2 going testify about the medical process?  So neither
3 of them are going to talk about the differences?
4 Okay.  I'm not understanding.
5         MS. McGRAW:  You can determine that -- you
6 can find out what the process was, and then you can
7 compare them.  They're not going to compare them for
8 you.  He's here to testify about the medical exemption
9 process.  You can ask your questions about the medical
10 exemption process.  He's not going to do a comparison.
11 BY MR. DIEHL:
12   Q    Walk me through the medical exemption
13 process as it existed in -- well, throughout 2021, did
14 the medical exemption process change?
15   **A    It did not.**
16   Q    So walk me through the medical exemption
17 process in 2021.
18   **A    So in 2021, if a person submitted a request**
19 **for a medical exemption process, that would be done**
20 **through VaxTrax.  They would be instructed to, you**
21 **know, state the request, why they have a medical**
22 **exemption.  They would be provided, actually in that**

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

68 (269 to 272)

269

1 electronic product, as I recall, a link to CDC
2 guidance regarding contraindications and precautions
3 around influenza vaccination -- and I'm sorry, we're
4 talking about COVID vaccination, but it was the same
5 process -- and guidance that they would, to get a
6 letter from their health care provider regarding their
7 specific medical, you know, contraindication to said
8 vaccination, COVID or influenza. That electronic
9 document would be uploaded to VaxTrax where I would
10 review it in collaboration with, again, another
11 physician, that's Dr. Josh Eby, or Joshua Eby in
12 Employee Health, and we'd make a determination as to
13 whether that medical exemption request was supported
14 by CDC guidance, ACIP guidelines, or whether it did
15 not.
16     Q     How do you spell Dr. Eby's last name?
17     A     E-B-Y.
18     Q     And what -- were employees required to
19 provide some sort of documentation from a medical
20 provider with respect to contraindications or
21 conditions that might -- that they believed prevented
22 them from vacci -- or receiving the COVID vaccine?

270

1     A     Yes, that is correct.
2     Q     And so, for example, if an employee had
3 requested a medical exemption and they didn't include
4 the, any information from a medical provider, what
5 would happen then?
6     A     They would be returned to the employee
7 saying, You need to include a letter from your health
8 care provider regarding your request for a medical
9 exemption.
10     Q     What about a -- well, were there any
11 situations in 2021 where an employee's medical
12 provider provided information, but it wasn't clear
13 enough, or there wasn't certainty as to what the
14 provider was saying?
15     A     Yes, there were occasions. In 2021? That
16 has occurred over the years of this process, and I
17 think I'm con -- I'm confident that it occurred in
18 2021, yes.
19     Q     And would you indicate -- in any response
20 to the employee, would you indicate what information
21 was missing or should be provided to make a
22 determination whether this, the exemption request

271

1 could be granted or not?
2     A     Yes, we would -- you know, each situation
3 was different, but we had occasion to say we don't
4 have enough information from this, from your provider.
5 Can you have them provide more information?
6     Q     Was that true with respect to any issue
7 where there might be a deficiency in the information
8 provided, but -- you know, the information might exist
9 or the provider might be able to provide the
10 information, but you just -- it just wasn't there.
11 Would you make a -- would you inform the employee of
12 what information was missing?
13     MS. McGRAW:  Objection, incomplete
14 hypothetical, calls for speculation, but you can
15 answer.
16 BY MR. DIEHL:
17     Q     Well, do you understand the hypothetical
18 I'm referencing?
19     A     I understand the hypothetical, and I can
20 testify. Again, maybe not specifically in 2021, but
21 yes, we've had to, you know, make those requests. Can
22 you provide specific -- specifically more information

272

1 on, you know, a certain medical topic.
2     Q     Is there a -- sorry. Didn't mean -- is
3 there a reason you would do that as opposed to just
4 saying, Your request is denied; you can resubmit if
5 you want?
6     A     Because -- yes. And the reason was, was
7 that some of them, when we would ask for
8 clarification, they could meet the criteria for a
9 medical exemption. But the information provided was
10 not clear. There were some that would not meet, and
11 we were able to say, you know, Sorry, but your
12 exemption request is not approved. It is not a CDC
13 contraindication to vaccination.
14     Q     So -- so in those situations where an
15 employee might be able to provide additional
16 information, or the provider might be able to provide
17 additional information, it was only fair to inform the
18 employee of what was missing; is that correct?
19     MS. McGRAW:  Object to the form.
20     A     Um, I think it's fair. We were also -- we
21 want to have people who, you know, are working, yeah,
22 so we would work with them to, you know, if there was

273

1 unclear information from their health care
2 providers -- from their, yeah, exactly, health care
3 providers. The health care provider's primary care
4 provider. And just to be clear, it's sometimes
5 because that primary care physician would provide no
6 information, or just a signed document saying,
7 Approved -- you know, I think approved, you know,
8 meets criteria. And we actually needed the
9 information, request the information as to why they
10 met criteria for having a medical exemption.
11 BY MR. DIEHL:
12    Q    In -- at any point between January 2021,
13 and just to bookend, December 2022, so that two-year
14 period, did UVA Health prohibit visitors from seeing
15 patients in -- that were being treated by UVA Health?
16    A    Yes.
17    Q    What period of time was that?
18        MS. McGRAW: Objection, beyond the scope.
19    A    It was a broad question. So there was a
20 lot of reasons that vis -- you know, that visitors may
21 not be allowed to visit. If those visitors were known
22 to have COVID, they were not allowed to visit. If the

274

1 visitors were visiting a COVID positive patient, those
2 visitors could not see those COVID positive patients,
3 except out of exception with a health care team,
4 usually in collaboration or at least request of review
5 of myself or somebody on my team. And then finally --
6 well, I shouldn't say finally. I anticipate there
7 were other restrictions -- during this period of time,
8 there certainly were other restrictions around age.
9 You know, so people young of age may not have been
10 allowed to visit portions of that period of time. And
11 then finally, around the time of the omicron surge,
12 there was a period of time that was on the order of
13 several weeks or a couple months where there were no
14 visitors except, except out of exception.
15 BY MR. DIEHL:
16    Q    And when was that period of time when no
17 visitors other than exceptions were allowed?
18    A    January and February 2021. Sorry, 2022.
19 January, February 2022.
20        And then finally, not to belabor this, but
21 at times there were -- there were restrictions
22 without -- that there were more defined. So there is

275

1 a visitor status called "designated visitors." And so
2 those are visitors that are spelled out by the patient
3 that says, This is a person that is, you know,
4 important for their care of me, and those individuals
5 often spent the night in the hospital. So a common
6 example, for example, could be a spouse or a parent
7 that stays in the hospital. And so there were --
8 would be at times where a designated visitor was
9 allowed, but a regular visitor, for lack of a better
10 word, was not, or they had shorter visitation hours.
11    Q    Um, the designated visitor, that issue, or
12 that limitation, was that related to COVID and
13 limiting visitors because of the COVID virus?
14    A    Yeah. Yes.
15    Q    And other than the period of January and
16 February 2022, some visitors were allowed for patients
17 other than perhaps patients that had COVID -- or
18 excuse me, visitors that had COVID or visitors that
19 might be trying to visit someone who had COVID
20 themselves?
21    A    There was so much going on, there may have
22 been other times when more heightened restrictions of

276

1 visitors occurred. But to my recollection, that was
2 the only period of time where we said no visitors.
3 And I'll also say, I said January, February. It may
4 have extended longer or shorter, but it was a period
5 of time within that significant certain strain during
6 omicron.
7    Q    So it might have been two months, but it
8 probably wasn't longer than three months? Is that
9 fair?
10    A    I -- to my recollection, it wasn't longer
11 than three months. I actually think that it may have
12 been shorter than that. But again, my memory is --
13 may be a little bit fuzzy around that detail.
14    Q    Was -- did UVA Health ever impose any
15 limitations on employees out -- activities outside of
16 work for the purpose of limiting their exposure to
17 COVID?
18    A    Um, yes. The one that comes to mind were
19 travel restrictions with faculty. So faculty were
20 not, I don't want to say not allowed, but there was a
21 process where travel was restricted. The way that
22 manifested was university-approved travel, so you

277

1  think about people going to national conferences or
2  international trips, much of that was, you know,
3  curtailed or went through an approval process,
4  certainly in 2020, and I think at times in 2021.
5      Q     Other than faculty travel, were there
6  travel restrictions on any other employees of UVA
7  Health related to COVID?
8          MS. McGRAW:  Objection, beyond the scope.
9      A     Not that I recall.
10 BY MR. DIEHL:
11     Q     So with respect to safety preventive
12 measures in response to COVID-19 -- well, I just said
13 COVID-19 instead of COVID.  Did the COVID-19 get
14 dropped at some point?  I'm just sort of -- this is
15 just maybe beyond the scope.  I'll object as beyond
16 the scope.
17         MS. McGRAW:  Thank you.
18 BY MR. DIEHL:
19     Q     Did the term COVID versus COVID-19, did
20 that -- is there a difference in that?
21     A     There's no difference in that.  I think
22 people just dropped the 19 because it's easier.  But

278

1  the disease designation by the, I think it was the
2  World Health Organization, but I may be wrong, was
3  COVID-19, reflecting that there may be other
4  coronaviruses that cause outbreaks during other years.
5      Q     And with respect to any activities or
6  issues outside the workplace, did -- from January 2020
7  to the present, do you know of any preventive measures
8  or preventive policies that UVA Health adopted or
9  implemented for employee activities outside of work,
10 other than the travel issue related to faculty you
11 just mentioned?
12         MS. McGRAW:  Objection, beyond the scope.
13     A     So the question was towards policy, and
14 that's the one policy that, off the top of my head, I
15 can think of that sort of fits within what you were
16 describing.  There was a considerable amount of
17 education that occurred during this period of time
18 with things like, You may want to consider things like
19 elective travel.  You may, if you're to do that, be --
20 you know, measures to protect yourself while traveling
21 on airplanes, in airports, on public transportation.
22         You know, at some point, there was -- and I

279

1  can't say when that was, but there -- it would
2  certainly come up that after travel, employees may
3  seek out, you know, COVID testing after their return.
4  And this was certainly probably more of an issue, I
5  think, that occurred in 2020 than some of the time
6  frame you've been laying out in 2021 and 2022.  But
7  you know, some of those practices I think were still
8  occurring.
9          In addition, sort of the general counsel,
10 being aware of COVID in your community, potential
11 risks for COVID, and, you know, ways to mitigate risk.
12 You know, having dinner parties outside, opening up
13 windows, all those types of things were discussed and
14 counseled, and, you know, questions that came up
15 during educational sessions.
16 BY MR. DIEHL:
17     Q     With respect to transmission of COVID,
18 or -- excuse me.  Let me start that over.
19         With respect to employees of UVA Health
20 that contracted COVID, did UVA undertake any effort to
21 determine how often that occurred outside of work
22 versus how often that might have occurred at work?

280

1      A     Not like in a running tally type of way,
2  because it was very difficult to tell.  You know,
3  however, anecdotally, it seemed that we saw more
4  transmission that occurred in the community than we
5  saw in the hospital, especially once we had, you know,
6  you know, some of the efforts around admission testing
7  for COVID patients, universal masking, and those types
8  of mitigation efforts.
9          MR. DIEHL:  Let's take a quick, a quick
10 break.
11         (Recess taken, 5:04 p.m. to 5:12 p.m.)
12 BY MR. DIEHL:
13     Q     We talked earlier about a gentleman who
14 had -- who you talked to in preparation for today, who
15 has responsibilities related to contractors or those
16 types of issues?
17     A     Right.
18     Q     What was his name?
19     A     Adam Momper.
20     Q     And your personal duties don't involve
21 managing contractors or contracts relationships for
22 UVA, do they?

281
1    A    They do not.
2    Q    So Mr. Momper would have a better
3 day-to-day understanding of UVA's relationship with
4 contractors and their workers that are at UVA than
5 you?  Fair?
6        MS. McGRAW:  Objection, beyond the scope.
7    A    Yes.
8 BY MR. DIEHL:
9    Q    Is there anyone else, to your knowledge, at
10 UVA, that has day-to-day responsibility for either
11 overseeing contract relationships or contract worker
12 relationships at UVA?
13    A    So Jack Simpson is a person that comes to
14 mind, but he reports to Adam Momper.  So I think
15 they're like in the same office, but Adam is the
16 administrator of that office.
17    Q    Is -- sorry, go ahead.
18    A    And I was going to say, you know, there's a
19 group of, of team members, of health care providers
20 that we consider, or at least -- and we have always,
21 "we" being my office, Hospital Epidemiology and
22 Infection Prevention and Control have always

282
1 considered to be part of our family.  They're
2 day-to-day employees, health care worker, frontline
3 providers.  I'm specifically talking about our
4 housekeepers and our food and nutrition workers.  They
5 get their health care -- their employee health care
6 through Employee Health.  We sort of treat them as UVA
7 employees even though they're, you know, they're
8 there -- I guess, under the name as, I think, contract
9 vendors.
10    Q    So they're paid by somebody else, but
11 they're in UVA Health's facilities, providing services
12 to UVA patients?
13    A    Yeah, correct.  And visitors.  Like, for
14 example, with, you know, food and nutrition, you think
15 about the cafeteria.  And I am not certain, but I
16 don't believe, that they report through Adam Mompar.
17    Q    Would those workers that you were just
18 referring to, would those be given direction by nurses
19 or workers, UVA Health workers in those areas?
20        MS. McGRAW:  Objection, beyond the scope.
21    A    You know, they have their own reporting
22 chain and reporting that goes up to the Chief

283
1 Operations Officer, and so there's a Hospitality
2 Services Director and that's who oversees those, those
3 groups.  They certainly work in collaboration with
4 nurses and administrators.
5 BY MR. DIEHL:
6    Q    Who's that person that you referenced,
7 the -- I forgot the name.
8    A    Chief Operating Officer.
9    Q    Well, the person that is responsible -- the
10 UVA leader that's responsible for those workers I
11 guess, or those -- whatever you just said.
12    A    I guess Min Lee is the COO, the Chief
13 Operations Officer.  And then -- is that who you were
14 asking about?  Because I also brought the
15 administrator who is hospitality.
16    Q    Can I look back?  I just -- there was --
17 can we just pause for a second off the record?
18        MS. McGRAW:  I think he said Hospitality
19 Services Director.
20    A    Which is not the right term, but --
21 BY MR. DIEHL:
22    Q    Do you recall -- who are you trying to

284
1 refer to, I guess, when you said Hospitality Services
2 Director?
3    A    Bush Bell.
4    Q    How do you spell that?
5    A    Bush is B-U-S-H; Bell is B-E-L-L.
6    Q    And do you know what his or her title is?
7    A    Clearly, I don't have a strong grasp on it,
8 but it's Hospitality and Ancillary Services or
9 something along those lines, yes.
10        And I should also caveat that in my role,
11 I'm not entirely certain that that's exactly correct,
12 although I think he's usually in those conversations.
13 I think that they do report to him, but I really --
14 don't view me as an expert on that management
15 structure process.
16        MR. DIEHL:  No further questions.
17        MS. McGRAW:  Just a couple of follow-ups
18 for clarity.
19 EXAMINATION BY COUNSEL FOR DEFENDANT THE RECTOR AND
20    VISITORS OF THE UNIVERSITY OF VIRGINIA
21 BY MS. McGRAW:
22    Q    Adam Momper, do you know if he manages

285

1 contractors versus vendors?

2     A   Vendors. I know he manages vendors.

3     Q   Okay.

4     A   Yeah. Thank you. I think contractors is,

5 yeah, the proper name for EVS and food and nutrition,

6 which are Crothall and Morrison.

7     Q   And can you give an example of what we mean

8 by a vendor in the hospital context?

9     A   Yeah. So a vendor could be an individual

10 that is in the health system providing, you know,

11 equipment, or, you know, like telephone lines, or

12 photocopiers, but also health care associated

13 products. Things like implants, artificial knees,

14 artificial joints, and, you know, they service UVA and

15 maybe have another hospital or two that they go to.

16     Q   And you were asked a lot of questions about

17 the medical exemption process for the flu vaccine and

18 the COVID vaccine. Were -- were the criteria, like

19 what would actually qualify as an exemption, the same

20 under both the flu vaccine and the COVID vaccine?

21     A   No. Because the contraindications to

22 vaccination for flu and for COVID are different. The

286

1 parallel is that we would follow CDC guidance saying

2 What is a medical contraindication to this vaccine?

3 So --

4     Q   In terms of the review during the COVID

5 medical exemptions, you mentioned Dr. Eby. Were there

6 ever any nurse practitioners involved in the review

7 process?

8     A   I think that there was an initial process,

9 like, to make sure that the vaccine, that the

10 exemption letter was attached -- sometimes that didn't

11 come through -- or if there was an exemption and we

12 had gotten to the point of stipulating of what is not

13 qualifying as a medical exemption. If it met those

14 criteria, I think those were -- my understanding is

15 those exemptions were dismissed -- or not dismissed --

16 were not approved or didn't come to us, because they,

17 you know, they were already on the

18 this-does-not-count -- pregnancy or something like

19 that, as an example.

20     Q   And was that just with respect to the COVID

21 vaccine?

22     A   That was with the flu vaccine as well, to

287

1 my recollection, yeah.

2     Q   Okay. And is that a proc -- the use of the

3 nurse practitioners and the list of things that

4 weren't going to be recognized, is that -- is that

5 something that started in 2021?

6     MR. DIEHL: Objection, vague.

7     A   It started before 2021.

8 BY MS. McGRAW:

9     Q   Okay.

10     A   I'll add that I don't think it's been a

11 continuous process, because some of those nurse

12 prac -- for a while, we had no nurse practitioners.

13 So they would all come to us without filter.

14     MS. McGRAW: Okay. Those are the only

15 questions I had.

16     MR. DIEHL: I have a couple follow-ups.

17     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

18 BY MR. DIEHL:

19     Q   With respect to, I think you said

20 contraindications that would qualify an individual for

21 a medical exemption, um, did UVA -- well, I want to

22 ask about those. And I'm going to ask about the time

288

1 period of January, or -- yeah, January 2019 through

2 the present. Did UVA always follow whatever the CDC's

3 guidance was with respect to medical contraindications

4 for either the flu vaccine or the COVID vaccine

5 medical exemptions?

6     A   Yes.

7     Q   And do you recall any time where UVA Health

8 decided to depart from CDC guidance with respect to

9 medical contraindications during that time period?

10     A   No. Um, the reason I'm hesitating is there

11 are examples -- I'll give you this example. This is a

12 good one. And I'm sorry to belabor this, but I just

13 want to be accurate. So for flu vaccine, there are

14 individuals that claim -- or request a medical

15 exemption for an egg allergy. The CDC does not

16 consider an egg allergy to be a contraindication to

17 flu vaccination, including flu vaccines that are

18 produced in eggs. I believe they used to, but that is

19 not considered to be an exemption now. We, um, rather

20 than say that is not a medical exemption, we direct

21 those team members to say we have an alternative

22 product that's called the Flublok that's not produced

289

1  in eggs, but it's produced in insect cell line, called
2  S2 cells. And so that protein vaccine called the
3  Flublok, F-L-U-B-L-O-K, can be given to individuals
4  regardless of egg allergy, but this is a way for us to
5  provide a vaccine to team members who are concerned
6  about egg allergies.
7      Last year, that vaccine was not available,
8  um, because of a production problem. And my
9  recollection is that for that year, we allowed egg
10 allergy exemptions, even though the CDC does not
11 recognize them. So, that's a place where we departed
12 from CDC contra -- listed contraindications for
13 influenza vaccines.
14    Q   With respect to the medical exemptions
15 granted after July 2019 with respect to the COVID
16 vaccine, do you know approximately how many medical
17 exemptions were granted for UVA Health employees with
18 respect to the flu -- I did it. Let me step back.
19      So I'm asking about the time period of
20 July 2021 through the end of 2021 with respect to
21 medical exemptions granted with respect to the COVID
22 vaccine. Do you know how many medical exemptions were

290

1  granted by UVA Health during that period?
2      A   I'm not entirely certain about that time
3  frame, if it aligns, but I believe around 20, 21
4  medical exemptions were granted during that period of
5  time, or approximately that period of time.
6      Q   Was there ever a process by which someone
7  that had a medical contraindication with respect to
8  the influenza vaccine would be automatically granted
9  an exemption with respect to the COVID vaccine?
10     A   There was not.
11     MR. DIEHL: No further questions.
12     MS. McGRAW: Okay. We're done. We have
13 the -- you have the right to read and sign the
14 deposition, and we recommend that you do that. So if
15 you'd tell the court reporter that.
16     MR. DIEHL: I don't know that he does
17 have -- I'm just joking.
18     MS. McGRAW: He does not waive. We would
19 like to read and sign.
20     THE WITNESS: I do not waive. I will read
21 and sign.
22     THE REPORTER: Can I get you to state your

291

1  transcript orders, please?
2      MR. DIEHL: I would like to order a
3  transcript. Actually, no. I would like the
4  transcript in one week.
5      THE REPORTER: So by next Thursday you want
6  that?
7      MR. DIEHL: Yeah.
8      MS. McGRAW: Once he pays for the expedite,
9  does that mean I get it, or do I still have to pay for
10 the expedited?
11     THE REPORTER: If you want it early, you --
12     MS. McGRAW: I don't think I need it
13 expedited. Just regular turnaround. But I would like
14 the full transcript and a mini version, just
15 electronic.
16     MR. O'MALLEY: We would also like a copy.
17     (Off the record, 5:26 p.m.)
18
19
20
21
22

292

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2      I, Michelle L. Lonas, RPR, CCR, the officer
3  before whom the foregoing deposition was taken, do
4  hereby certify that the foregoing transcript is a true
5  and correct record of the testimony given; that said
6  testimony was taken by me stenographically and
7  thereafter reduced to typewriting by me; that reading
8  and signing was requested; and that I am neither
9  counsel for, related to, nor employed by any of the
10 parties to this case and have no interest, financial
11 or otherwise, in its outcome.
12     IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 11th day of
14 September, 2024, in Shenandoah County, Virginia.
15
16     _Michelle L Lonas_
17     Michelle L. Lonas, Notary Public #169569
18     Commonwealth of Virginia at Large
19     REGISTERED PROFESSIONAL REPORTER
20     CERTIFIED COURT REPORTER #0313254
21
22 My commission expires on the 31st day of May, 2027.

**A**

**ability**
12:4, 56:8,
103:15, 120:3,
120:12, 164:10,
189:5, 223:15
**able**
47:17, 50:2,
61:20, 103:13,
106:7, 107:8,
109:5, 112:18,
119:2, 131:6,
145:19, 163:6,
165:16, 167:8,
167:16, 192:2,
192:13, 205:12,
223:3, 223:14,
225:7, 226:6,
232:20, 271:9,
272:11, 272:15,
272:16
**abortion**
99:19, 100:6
**above**
126:11, 127:10,
137:3
**absence**
155:20, 155:22,
173:18
**absences**
139:2, 140:5,
140:16, 141:14,
141:15, 141:16,
142:4, 142:7,
144:7, 144:16,
146:11, 146:12,
146:13, 146:16,
147:1, 148:22,
149:7, 151:18,
152:11, 152:13,
155:5, 173:1,
173:2, 173:13,
173:14, 173:15,
174:10
**absent**
138:14, 141:17,
149:1, 150:9,

151:13, 151:15,
151:16, 151:17,
152:7, 152:13,
221:18
**absenteeism**
142:9, 147:15,
176:17
**absenteeisms**
147:7
**absolutely**
21:21, 164:20
**academ**
51:2
**academic**
41:15, 41:17,
41:21, 42:2,
42:7, 51:3
**accept**
246:1
**acceptance**
106:3
**accepted**
245:21
**accommodate**
223:16
**accommodation**
225:18, 246:16
**according**
242:15
**accounting**
206:11
**accreditation**
229:20
**accrediting**
229:19
**accurate**
124:10, 127:9,
132:6, 161:10,
184:8, 184:9,
188:11, 288:13
**accurately**
111:2
**ace2**
117:8, 188:16
**acip**
269:14
**acknowledged**
175:11, 175:21

**acquired**
62:7, 62:21,
63:3, 64:7,
65:5, 70:22
**across**
59:5, 59:7,
71:17, 77:8,
103:7, 147:5,
149:22, 151:18,
220:1
**acting**
78:20
**action**
1:7, 125:20
**activates**
189:8
**active**
42:15, 103:8,
245:5, 246:2
**activities**
276:15, 278:5,
278:9
**actual**
21:15, 146:5,
148:8, 148:9
**actually**
38:9, 40:11,
51:21, 53:15,
68:7, 74:1,
118:13, 119:12,
128:11, 142:19,
147:15, 155:21,
165:16, 185:17,
192:7, 204:18,
220:17, 222:7,
233:12, 242:18,
258:3, 268:22,
273:8, 276:11,
285:19, 291:3
**adam**
22:8, 23:4,
280:19, 281:14,
281:15, 282:16,
284:22
**adam's**
22:13
**adams**
36:14, 36:22,

**80:16, 91:8**
**adapt**
110:8, 114:8,
120:11
**adaptations**
119:15
**adapted**
114:2
**adaptive**
189:22
**add**
21:17, 204:18,
204:22, 207:16,
208:16, 287:10
**added**
37:18, 137:19
**adding**
76:15, 133:21,
133:22, 172:8,
210:18, 230:22
**addition**
24:11, 24:17,
34:8, 62:11,
140:3, 172:19,
231:6, 231:18,
231:20, 263:15,
279:9
**additional**
76:20, 137:18,
173:14, 272:15,
272:17
**address**
65:18, 67:5,
95:7, 103:16,
105:15, 106:6,
107:9, 107:15,
109:15
**addressed**
105:7, 242:20
**addressing**
107:2
**administrative**
76:22
**administrator**
22:19, 240:12,
241:11, 281:16,
283:15
**administrators**
139:13, 283:4

admission
64:3, 65:22,
142:22, 280:6
admitted
64:1
adopted
175:19, 181:20,
212:11, 248:5,
248:9, 249:1,
250:17, 278:8
adopter
92:5, 94:3
adopting
40:8, 91:21,
246:12
adoption
71:17, 211:21,
242:16, 247:20,
248:19, 249:19
adult
29:6
adults
212:9
advantageous
118:16
advised
169:6, 214:3,
214:7, 214:10
advisor
81:7
advisory
198:3
advocate
94:4, 207:20,
210:18, 228:17,
228:19
advocated
28:6, 94:1,
261:16, 263:13,
263:20, 264:4,
264:10
advocating
83:3, 99:4
aerosol
49:4
aerosol-generati-
ng
46:14

aerosols
47:14
affected
77:9, 120:7,
138:3, 147:19,
170:3, 190:5,
257:6
affects
111:10, 171:16
affixed
292:13
africa
121:19, 211:2,
211:8
african
104:8
after
42:21, 49:19,
63:1, 82:20,
101:5, 116:22,
123:6, 123:8,
158:8, 161:8,
161:17, 166:4,
167:17, 190:16,
196:5, 196:16,
200:22, 210:12,
216:6, 216:7,
237:10, 238:14,
242:16, 279:2,
279:3, 289:15
again
16:7, 21:7,
39:4, 48:1,
62:22, 68:18,
92:21, 93:2,
101:15, 137:12,
140:10, 143:8,
147:8, 147:18,
151:1, 162:11,
163:9, 171:5,
175:12, 176:10,
182:8, 187:3,
188:2, 188:6,
189:7, 190:20,
191:20, 195:13,
199:11, 202:1,
203:8, 205:6,
221:16, 223:17,

224:7, 225:12,
227:4, 227:12,
228:7, 241:4,
265:10, 269:10,
271:20, 276:12
against
8:22, 52:4,
128:4, 197:6
age
198:16, 274:8,
274:9
agency
201:8, 201:11
ages
79:17
aggregate
102:21
ago
41:9, 92:7,
205:21
agree
8:8, 26:9,
127:8, 139:15
agreed
92:13, 92:18
agreement
2:13, 92:15
ahead
7:12, 69:8,
119:6, 138:19,
155:8, 169:13,
184:3, 185:15,
202:17, 203:6,
204:5, 207:8,
236:12, 242:5,
260:3, 281:17
air
48:4
air's
50:4
airplanes
278:21
airports
278:21
al
1:5, 1:10
aligned
77:11, 77:18,

79:7, 153:20
aligns
290:3
all
7:8, 7:21,
9:11, 14:11,
17:5, 18:5,
18:7, 18:9,
25:9, 28:9,
35:18, 40:2,
42:11, 48:2,
50:19, 52:1,
55:20, 55:21,
63:22, 65:15,
68:8, 69:2,
72:17, 76:12,
77:1, 77:8,
77:14, 82:4,
82:5, 83:1,
83:2, 87:2,
97:10, 97:13,
107:14, 122:4,
122:12, 124:12,
126:21, 128:10,
129:20, 130:5,
130:11, 130:22,
135:11, 135:17,
151:13, 172:20,
174:13, 188:19,
190:12, 200:15,
201:5, 204:12,
206:17, 208:1,
216:13, 219:21,
226:1, 229:9,
230:18, 251:15,
252:14, 279:13,
287:13
allergic
101:4
allergies
101:3, 289:6
allergy
288:15, 288:16,
289:4, 289:10
alleviate
60:2
allow
140:19, 220:7

allowed
79:17, 152:20,
273:21, 273:22,
274:10, 274:17,
275:9, 275:16,
276:20, 289:9
allowing
79:14, 226:7
alluded
97:6, 98:7
alluding
160:8
almost
54:18, 92:13,
153:9
alone
168:7
along
40:1, 40:2,
106:2, 106:3,
284:9
alpha
119:13, 121:1,
121:7, 121:9
alpha-gal
101:3
alphanumeric
114:22
already
16:6, 24:17,
25:1, 111:15,
222:16, 247:19,
286:17
also
7:9, 11:21,
12:17, 17:21,
21:17, 23:9,
27:15, 28:1,
29:18, 31:15,
39:5, 44:9,
47:21, 49:20,
51:2, 54:12,
54:18, 55:13,
58:12, 61:11,
61:15, 62:14,
65:6, 69:3,
72:5, 75:13,
77:6, 79:10,

80:20, 94:14,
98:7, 98:14,
102:11, 119:15,
132:21, 139:15,
146:13, 163:3,
170:19, 170:20,
171:20, 175:18,
177:5, 179:10,
188:8, 188:18,
189:15, 191:10,
191:11, 194:3,
198:6, 198:7,
205:3, 211:11,
212:5, 218:17,
218:18, 231:10,
244:22, 245:21,
256:4, 257:13,
260:15, 264:1,
272:20, 276:3,
283:14, 284:10,
285:12, 291:16
alternative
288:21
although
31:12, 31:15,
32:1, 34:9,
54:19, 127:9,
136:18, 172:3,
231:20, 284:12
always
48:19, 58:18,
67:6, 77:21,
105:11, 153:18,
172:3, 172:12,
281:20, 281:22,
288:2
ambiguous
144:10, 244:10
ambit
256:14
ambulatory
30:1
amended
5:15, 5:21,
6:21, 7:18,
85:6, 85:18,
87:17, 87:18,
87:19, 88:5

america
34:19
american
34:1, 104:8
american-develop-
ed
104:9
among
136:15, 160:1,
160:3
amongst
71:18, 77:16,
78:4, 78:8,
96:13, 97:2,
104:6, 113:3,
142:12, 145:1,
149:5, 149:6,
160:7, 171:5,
171:22, 245:17,
246:12, 246:13,
251:10
amount
32:4, 32:15,
32:17, 142:4,
150:14, 278:16
analogy
30:14, 36:9,
188:10, 195:8,
195:9
analysis
150:15, 151:18,
152:3, 152:10,
152:15, 166:12,
167:6, 167:9,
167:11, 213:10,
214:19, 215:9,
216:4, 217:8,
217:16, 219:16,
220:17, 220:20,
221:3, 221:6,
222:18, 226:20,
227:8, 227:16,
252:1
analytics
149:17
analyze
179:2, 215:5,
222:2

analyzed
151:14, 203:21
analyzing
215:2, 222:1
ancillary
284:8
andrews
3:14
anecdotal
147:18
anecdotally
179:14, 280:3
anecdotes
145:4, 145:7,
145:8, 145:11,
150:19
anesthesiologists
46:15
anesthetists
46:15
angst
143:10
animal
101:2, 101:4,
112:17, 112:18
announced
81:20, 81:22,
82:1, 82:11,
133:20, 142:2,
208:6
announcements
51:21
annual
193:19, 193:20,
251:15, 251:18,
252:2, 252:14
another
64:11, 64:20,
73:8, 73:20,
75:17, 79:7,
79:8, 81:20,
98:1, 100:21,
102:6, 112:8,
112:10, 118:20,
177:10, 187:7,
199:21, 223:16,
225:2, 228:3,
233:19, 269:10,

**answer**
5:21, 9:20,
11:6, 11:20,
11:22, 12:9,
26:5, 26:6,
27:3, 38:7,
49:12, 54:2,
57:5, 60:4,
72:21, 74:10,
76:7, 81:14,
85:6, 85:18,
87:18, 87:19,
88:5, 89:11,
95:11, 100:10,
114:12, 137:11,
147:3, 155:10,
155:14, 155:16,
167:1, 167:16,
177:14, 183:1,
193:21, 193:22,
203:7, 204:15,
205:12, 223:9,
224:5, 224:6,
224:15, 226:12,
227:3, 250:9,
255:4, 266:18,
271:15
**answered**
52:12, 164:7,
203:6, 224:8,
226:11, 236:21,
237:6, 240:10,
264:8
**answering**
11:3, 172:17,
176:11
**answers**
11:12
**antibiotics**
116:18
**antibodies**
117:18, 118:7,
188:4, 188:7,
189:10, 190:1,
190:8, 190:9,
190:12, 190:21,
191:9, 191:10,

191:22, 192:1,
192:2, 192:11,
192:12, 195:15
**antibody**
117:22, 118:4,
118:18, 191:14,
195:10
**anticipate**
88:7, 90:5,
181:14, 274:6
**anticipation**
113:3, 162:22
**antigen**
191:7
**antivirals**
116:18
**anybody**
226:14
**anybody's**
236:11
**anymore**
30:4
**anyone**
19:13, 23:4,
25:11, 56:17,
66:4, 67:20,
88:3, 89:18,
166:3, 173:12,
173:13, 180:1,
180:19, 281:9
**anything**
20:15, 21:13,
22:1, 23:22,
24:8, 24:9,
24:11, 24:22,
28:8, 86:19,
98:11, 99:19,
100:18, 175:22,
181:1, 205:18,
266:16
**anyway**
250:6
**apologies**
243:19
**apologize**
9:16, 9:17,
86:22, 224:20
**appearance**
117:1

**appeared**
212:2, 212:12
**appears**
127:5, 242:21
**appendices**
258:2, 258:16
**appendix**
231:12, 257:15,
258:5, 258:9,
258:10, 258:14,
258:18
**applications**
260:1
**applied**
262:12, 263:4
**apply**
153:6, 262:19
**applying**
77:7
**appreciated**
114:6
**appreciation**
137:22
**approach**
215:22
**approaches**
96:11, 163:10
**approaching**
78:22
**appropriate**
96:20, 129:21
**appropriately**
99:1
**approval**
277:3
**approved**
231:13, 231:14,
232:3, 232:4,
272:12, 273:7,
286:16
**approximate**
32:17, 138:13
**approximately**
25:12, 32:5,
32:21, 43:10,
44:1, 46:4,
108:9, 289:16,
290:5

**apps**
252:8, 252:9
**april**
42:17, 43:9,
43:21, 60:22,
61:4, 83:11,
83:12, 90:8,
90:9, 91:17,
108:13, 134:15,
250:20
**apropos**
31:14
**area**
103:12, 120:19,
142:10, 245:5,
246:2
**areas**
139:13, 218:4,
218:12, 219:4,
282:19
**aren't**
115:6, 220:11
**arguably**
38:18
**arises**
101:5
**army**
189:9
**arose**
212:14
**around**
20:3, 20:6,
21:6, 30:20,
31:6, 31:12,
40:2, 40:7,
42:8, 43:1,
43:17, 46:12,
47:19, 48:1,
48:5, 48:9,
52:13, 55:5,
57:9, 61:8,
62:12, 67:8,
71:16, 76:20,
79:11, 79:12,
84:4, 96:6,
96:10, 97:13,
108:10, 109:13,
118:9, 120:4,

137:3, 147:10,
168:11, 168:15,
168:17, 172:4,
173:10, 190:15,
201:20, 211:15,
211:22, 212:13,
238:4, 240:16,
258:13, 269:3,
274:8, 274:11,
276:13, 280:6,
290:3
**arrows**
65:2
**art**
114:15
**artificial**
285:13, 285:14
**aside**
131:10
**asked**
18:3, 23:18,
36:5, 40:1,
57:18, 72:1,
72:4, 110:10,
131:9, 139:3,
139:10, 139:11,
139:14, 139:17,
152:3, 164:6,
173:21, 176:13,
179:4, 193:18,
194:1, 203:5,
209:2, 209:5,
214:1, 222:22,
225:13, 226:11,
236:20, 237:6,
264:8, 285:16
**asking**
10:11, 10:12,
11:3, 17:22,
19:7, 19:9,
25:5, 26:12,
29:14, 32:14,
48:15, 73:11,
76:10, 76:11,
141:7, 146:7,
146:10, 148:7,
148:8, 154:20,
155:14, 158:12,

169:18, 176:7,
193:1, 204:9,
205:18, 209:21,
213:21, 214:9,
214:10, 214:22,
220:13, 226:16,
226:18, 240:15,
241:6, 243:11,
256:16, 266:19,
266:20, 283:14,
289:19
**asparagus**
188:13, 188:14
**assessment**
174:5, 252:4,
252:5
**assistants**
252:10
**associated**
30:19, 30:21,
31:2, 35:4,
37:11, 42:1,
70:12, 70:20,
70:21, 71:8,
285:12
**association**
34:21
**association's**
34:10
**associations**
78:19
**assume**
12:10, 17:11,
18:20, 27:6,
86:19, 135:5
**assumed**
156:10, 170:15
**assuming**
230:10
**assumption**
164:17
**assumptions**
169:8, 169:11,
169:14, 169:15,
169:20, 170:3,
170:8, 170:10,
170:11, 171:3,
171:4

**asymptomatic**
49:10, 157:2,
163:4, 165:3,
197:15
**asymptomatically**
50:18
**at-risk**
203:9
**athletes**
159:12
**atmosphere**
49:5
**attach**
117:6, 117:12
**attached**
5:12, 8:13,
13:9, 69:11,
87:5, 235:11,
237:14, 286:10
**attaches**
117:9, 188:17
**attachment**
117:10, 237:17,
238:8, 238:10,
240:18
**attack**
191:9
**attend**
32:7
**attended**
181:6, 240:20
**attention**
89:16
**attentive**
211:4
**attorney**
19:10, 48:13,
48:16
**attorney-client**
19:9, 209:22,
266:15
**attorneys**
8:21
**attracted**
38:11
**audibly**
11:6
**august**
81:20, 81:21,

81:22, 82:1,
91:21, 133:10,
133:20, 134:7,
134:8, 228:11,
228:12, 230:9,
245:12
**august-ish**
203:21
**authorized**
232:4
**automatically**
290:8
**autonomy**
98:8, 98:14
**auxiliary**
23:12, 23:16,
23:17
**available**
42:19, 42:21,
44:7, 59:14,
60:14, 61:11,
72:17, 75:11,
135:20, 138:17,
141:22, 143:20,
150:11, 152:10,
172:11, 172:15,
180:17, 216:3,
231:15, 254:14,
289:7
**aware**
88:16, 99:8,
100:7, 101:12,
152:6, 159:12,
159:16, 162:1,
162:10, 166:9,
166:10, 167:19,
174:7, 177:15,
179:3, 179:5,
180:10, 207:11,
236:22, 237:11,
239:1, 245:18,
246:11, 255:6,
265:11, 279:10
**away**
38:16, 39:6,
58:9, 205:15,
211:3, 211:13

**B**

**b) (6**
1:13, 2:1,

5:16, 6:18,
6:22, 7:15,
7:18, 26:19
**b-e-l-l**
284:5
**b-e-s-s-e-s-e-n**
234:4
**b-u-s-h**
284:5
**back**
20:4, 25:20,
25:21, 27:5,
27:8, 27:20,
28:12, 29:1,
33:22, 37:22,
39:4, 42:18,
48:20, 67:13,
69:2, 69:6,
70:16, 81:19,
99:10, 105:14,
106:13, 110:21,
117:15, 121:11,
122:12, 141:6,
143:6, 158:1,
178:13, 179:17,
193:16, 207:21,
210:13, 211:16,
239:7, 253:11,
263:17, 283:16,
289:18
**bacterial**
73:22
**bad**
72:18, 217:1
**badeau**
6:8, 241:9
**baked**
21:20
**balance**
33:6
**balanced**
79:20
**ballpark**
108:13
**bar**
197:15
**barnstable**
196:3, 196:4

**barntstable**
160:6
**barry**
39:4, 71:2
**based**
96:8, 96:9,
120:14, 137:17,
146:4, 154:1,
154:9, 154:10,
203:20, 218:10,
251:8, 251:20,
252:5, 260:20
**basically**
189:17
**basis**
36:19, 50:8,
74:5, 148:15,
148:16, 150:17,
152:5, 153:12,
157:4, 162:14,
162:19, 165:10,
166:7, 166:8,
217:9, 251:18
**bates**
52:8, 52:17,
52:22, 53:3,
86:8, 123:18,
132:10, 132:11,
133:1, 231:3,
232:14, 233:10,
238:9, 241:22,
248:14, 248:16,
249:15, 249:16,
250:18, 253:19,
254:9, 255:12,
259:2, 259:9
**bathroom**
233:14
**bear**
11:16
**became**
44:7, 59:13,
97:7, 110:2,
110:4, 113:19,
120:16, 121:6,
121:9, 121:13,
168:13, 198:18,
212:3, 258:2

**because**
11:4, 11:5,
18:19, 21:19,
33:10, 38:11,
43:14, 50:3,
52:3, 58:2,
58:20, 59:1,
59:19, 66:19,
75:18, 86:15,
87:7, 89:6,
90:15, 96:19,
105:6, 106:18,
107:16, 111:16,
114:7, 120:6,
121:4, 124:22,
127:1, 128:20,
134:16, 135:13,
141:17, 147:17,
148:2, 148:3,
148:12, 148:18,
149:3, 151:6,
151:22, 155:8,
157:5, 161:1,
165:17, 174:9,
174:20, 175:8,
175:16, 177:9,
178:18, 179:11,
180:7, 183:5,
187:12, 187:17,
189:3, 191:1,
195:20, 195:21,
198:6, 198:20,
211:4, 214:1,
219:9, 220:21,
220:22, 223:17,
224:20, 225:6,
225:11, 225:20,
227:4, 227:12,
238:1, 239:20,
242:19, 243:12,
244:18, 244:22,
272:6, 273:5,
275:13, 277:22,
280:2, 283:14,
285:21, 286:16,
287:11, 289:8
**become**
42:19, 113:20,

175:1, 195:22
**beef**
101:5
**been**
8:15, 9:19,
18:21, 19:16,
24:3, 24:15,
24:20, 34:4,
38:3, 38:19,
39:8, 39:11,
43:19, 43:22,
46:5, 48:19,
55:10, 61:18,
63:2, 63:9,
68:15, 71:15,
74:4, 74:14,
89:22, 101:9,
101:10, 101:18,
114:9, 115:9,
119:3, 134:19,
139:6, 139:10,
139:11, 139:14,
139:17, 141:9,
145:8, 146:12,
148:5, 149:7,
158:16, 161:7,
165:12, 166:15,
167:8, 167:12,
172:5, 175:20,
176:15, 179:5,
180:12, 197:4,
202:14, 204:17,
205:7, 206:11,
206:12, 212:8,
217:19, 217:20,
217:21, 218:5,
218:9, 218:11,
219:4, 220:19,
221:4, 223:19,
231:8, 235:14,
236:10, 238:6,
238:19, 243:21,
245:5, 245:13,
256:18, 256:20,
262:14, 274:9,
275:22, 276:7,
276:12, 279:6,
287:10

**before**
2:13, 7:3,
9:20, 10:2,
11:22, 12:13,
13:13, 15:1,
18:15, 42:11,
72:16, 117:12,
126:15, 131:12,
133:13, 142:15,
143:19, 143:20,
157:3, 166:15,
168:22, 179:13,
182:5, 191:11,
191:15, 194:13,
198:17, 198:19,
210:5, 211:1,
220:5, 226:12,
235:13, 237:19,
242:17, 247:18,
253:2, 260:5,
287:7, 292:3
**begin**
134:4, 253:20
**beginning**
14:17, 68:13,
108:10, 135:12,
168:18, 194:9,
262:6
**begins**
236:6, 249:15,
250:18
**behalf**
3:2, 3:11, 4:2,
5:13, 6:2, 6:12,
7:4, 10:7,
122:17, 176:3,
230:17, 256:19
**behind**
111:12, 199:17,
200:4
**being**
39:2, 41:2,
65:20, 65:21,
78:20, 82:13,
82:19, 89:2,
90:15, 90:18,
92:4, 93:18,
93:20, 94:12,

95:3, 98:6,
98:13, 100:18,
101:1, 102:19,
105:2, 113:8,
132:19, 135:5,
135:10, 137:19,
138:1, 141:18,
141:22, 145:19,
147:6, 148:14,
149:19, 151:8,
154:7, 158:6,
168:10, 176:16,
176:19, 177:22,
179:3, 192:8,
192:19, 196:6,
198:1, 205:21,
206:16, 206:22,
207:5, 209:2,
221:18, 223:7,
223:20, 225:17,
226:8, 239:4,
239:5, 250:10,
273:15, 279:10,
281:21
**belabor**
274:20, 288:12
**belated**
229:22
**belief**
213:18, 214:16
**believe**
18:9, 18:16,
22:15, 38:2,
39:17, 51:12,
85:10, 108:5,
108:15, 123:14,
128:8, 128:11,
133:20, 139:6,
149:14, 150:13,
166:12, 194:8,
199:4, 204:7,
222:6, 231:12,
231:20, 235:21,
237:17, 282:16,
288:18, 290:3
**believed**
43:17, 66:12,
269:21

**bell**
284:3, 284:5
**below**
127:3
**beneficial**
57:19
**benefit**
75:17, 93:19,
93:20, 138:7,
169:16, 178:9,
178:15
**benefits**
76:13, 95:19,
136:10
**besides**
22:2, 23:4,
23:6, 24:8,
88:4, 98:3,
98:11, 101:12
**bessesen**
234:4, 234:5,
234:6
**best**
30:14, 30:20,
31:7, 38:19,
38:21, 116:8,
130:16, 130:22,
157:12
**beta**
119:13, 121:12
**better**
27:14, 112:1,
123:17, 148:5,
153:19, 187:10,
192:13, 201:17,
232:10, 275:9,
281:2
**between**
19:10, 29:9,
32:20, 39:16,
44:2, 64:20,
68:3, 71:11,
71:12, 72:5,
72:12, 72:13,
74:7, 75:5,
75:12, 77:11,
92:15, 133:4,
134:3, 155:22,

158:8, 158:11,
162:17, 163:7,
163:13, 163:17,
163:21, 164:4,
165:9, 166:6,
166:20, 171:9,
184:19, 185:20,
209:13, 223:1,
226:7, 227:5,
230:8, 239:11,
246:4, 246:17,
255:1, 255:2,
255:6, 257:14,
259:12, 260:17,
261:4, 263:7,
267:14, 273:12
**beyond**
26:4, 26:14,
38:6, 54:1,
60:3, 100:9,
119:22, 166:22,
169:12, 170:14,
180:8, 185:3,
192:21, 202:16,
204:4, 204:14,
206:19, 210:10,
234:16, 236:9,
238:1, 238:22,
239:12, 246:9,
246:18, 247:3,
247:14, 248:21,
250:1, 250:4,
256:2, 264:18,
267:16, 273:18,
277:8, 277:15,
278:12, 281:6,
282:20
**beyond-the-scope**
230:1
**big**
45:2, 101:22,
102:5, 115:6,
121:17, 182:22
**bigger**
200:21
**binder**
5:19, 51:15,
51:19, 53:7,

53:9, 69:4,
69:5, 123:1,
123:20, 133:6,
199:17, 230:7,
230:10, 232:17,
232:18, 233:3,
233:5, 239:17,
240:3, 248:7,
248:9, 248:12,
250:6, 250:8,
255:15
**binding**
48:18
**biology**
187:19
**biontech**
231:16
**bit**
10:4, 18:15,
33:3, 46:9,
47:3, 73:9,
79:2, 173:1,
182:5, 183:16,
187:20, 228:2,
276:13
**bites**
101:5
**black**
104:9
**bladder**
31:1
**block**
118:1
**blood**
190:13, 195:2,
195:3
**board**
23:12, 23:17,
34:1, 151:19
**boards**
33:18
**bobby**
87:22
**bodies**
78:17, 78:18
**body**
117:18, 183:20,
189:19, 190:10,

229:12
**body's**
185:13
**body-generated**
184:20
**bolus**
44:5, 45:10
**bone**
32:11, 195:1,
216:5, 216:16,
216:18, 217:13
**bookend**
273:13
**booster**
187:6, 187:11,
191:18, 191:19,
192:18, 198:5,
198:22, 200:5,
200:6, 200:11,
200:17, 201:1,
202:11, 202:14,
204:12, 204:18,
204:22, 205:8,
206:5, 207:17,
208:4, 208:16,
208:20, 211:21,
212:7, 242:18,
245:11, 245:22,
246:1
**boosters**
186:22, 187:2,
193:11, 193:16,
194:8, 194:9,
199:22, 200:9,
203:20, 210:9,
210:19
**born**
121:19
**both**
59:10, 59:21,
113:14, 135:17,
140:15, 169:16,
186:12, 189:12,
194:17, 194:18,
194:19, 227:14,
285:20
**bottom**
52:18, 127:6,

259:8
**box**
4:9, 126:5
**boy**
93:22, 182:22
**branding**
95:20, 96:18
**breadth**
30:16, 212:2
**break**
53:11, 68:13,
68:18, 68:19,
69:3, 106:2,
108:3, 122:5,
122:6, 122:14,
181:22, 182:4,
227:19, 233:13,
234:3, 280:10
**breakdown**
32:22
**breakthrough**
161:4, 161:9,
161:11, 161:14
**breathing**
47:14, 143:5,
143:6
**brent**
241:18
**briefing**
36:14
**briefly**
116:21, 182:11
**bring**
12:17
**bringing**
239:7
**brings**
55:5
**broad**
52:3, 101:15,
120:22, 128:2,
128:7, 138:22,
166:16, 169:15,
187:18, 198:7,
273:19
**broader**
53:22, 57:6,
76:5, 78:14,

200:21
**broadly**
28:9, 57:5,
70:9, 77:8,
99:14, 101:8,
101:15, 196:12
**broccoli**
188:19, 189:1,
189:5, 189:14,
190:8, 190:20,
191:1, 191:8,
191:9, 191:20,
192:11, 192:12
**broken**
148:21
**brought**
69:4, 84:10,
84:11, 87:14,
99:17, 173:20,
180:2, 180:10,
226:3, 239:16,
250:5, 283:14
**building**
54:10
**built**
119:18, 119:20,
119:21
**bullet**
16:16
**bunch**
123:16, 239:17
**bundle**
75:20
**burnout**
59:18
**bush**
284:3, 284:5
**business**
222:3
**busy**
68:6, 145:16,
227:13
**byrd**
3:16

| C |
| --- |

**c**
4:1, 6:1

c-o-s-t-i
9:3
cabinet
80:19
caboodle
189:21
cadence
58:3
cafeteria
282:15
calculation
166:2, 166:15,
167:3, 178:5,
180:11, 206:9,
226:13, 227:5,
228:20
call
9:16, 26:11,
30:5, 49:22,
66:8, 75:19,
83:19, 83:21,
88:8, 117:20,
119:19, 136:3,
168:9, 188:7,
225:16
called
9:19, 20:13,
46:14, 63:18,
70:21, 111:18,
112:6, 117:2,
117:8, 118:4,
189:16, 229:11,
275:1, 288:22,
289:1, 289:2
calling
115:9
calls
26:2, 26:3,
83:20, 167:1,
177:13, 192:22,
204:15, 266:13,
271:14
came
41:5, 41:7,
42:21, 43:9,
83:16, 83:17,
90:12, 95:21,
96:4, 109:21,

109:22, 112:3,
112:11, 120:18,
121:16, 121:18,
159:4, 160:9,
169:21, 199:3,
203:15, 222:6,
245:17, 279:14
campuses
166:17
can't
19:8, 26:15,
26:16, 26:18,
45:4, 75:1,
84:1, 88:10,
93:8, 100:21,
108:18, 143:2,
160:17, 161:17,
168:12, 174:13,
178:7, 222:7,
224:1, 245:19,
279:1
cancer
215:21, 216:5,
216:12, 216:13,
216:17, 217:13,
219:1
candidate
96:4
cannot
75:9, 157:4,
216:8
capacity
10:12, 26:7,
26:13, 34:13,
122:20, 222:16
capture
54:22
captured
55:19, 126:21,
128:19, 150:4,
230:18
careful
132:1
carefully
237:21
carolina
92:4
case
17:5, 75:13,

96:21, 110:18,
113:15, 116:19,
183:6, 235:18,
250:13, 292:10
case-by-case
217:9
cases
62:4, 67:5,
109:10, 112:14,
113:14, 160:16,
160:19
catalog
121:5
categories
100:14
category
97:21, 98:1
catheters
31:1
cause
47:18, 77:22,
111:13, 113:2,
115:3, 278:4
caused
113:15, 121:21
causes
115:3, 115:5,
189:9
causing
99:9, 102:7,
113:6
cautions
168:2
caveat
56:7, 205:3,
220:13, 284:10
caveats
84:10
cced
240:14
ccr
1:22, 292:2
cdc
47:22, 48:9,
48:12, 48:17,
54:16, 61:12,
95:18, 152:21,
153:11, 153:17,

153:18, 154:6,
155:4, 157:14,
193:22, 194:8,
198:2, 199:3,
202:9, 202:12,
202:20, 203:2,
203:18, 204:2,
212:7, 235:3,
251:9, 251:22,
269:1, 269:14,
272:12, 286:1,
288:8, 288:15,
289:10, 289:12
cdc's
198:3, 251:14,
288:2
cell
117:12, 118:2,
188:17, 189:10,
189:12, 289:1
cells
99:18, 99:20,
100:2, 100:6,
100:17, 100:18,
101:2, 117:10,
188:3, 188:5,
188:9, 188:16,
191:22, 289:2
cellular
188:8, 188:21,
189:2, 189:11,
190:2, 191:2,
191:21
census
208:8, 208:10,
208:11
center
37:10, 42:5,
44:15, 45:1,
45:7, 103:18,
230:22, 231:2,
231:6, 248:2,
259:21, 263:9
centers
6:4, 41:15,
42:2, 201:7,
228:14
central
30:22, 75:21,

75:22, 76:1,
103:9
**ceo**
80:15, 91:8
**certain**
15:6, 23:18,
82:14, 108:14,
109:8, 109:19,
121:10, 127:2,
173:16, 178:8,
192:17, 216:13,
272:1, 276:5,
282:15, 284:11,
290:2
**certainly**
33:11, 38:2,
45:21, 96:12,
106:5, 130:14,
142:6, 161:18,
164:18, 164:19,
164:21, 167:2,
193:14, 194:5,
206:7, 206:9,
209:18, 274:8,
277:4, 279:2,
279:4, 283:3
**certainty**
270:13
**certificate**
85:21, 86:5,
292:1
**certified**
2:14, 292:20
**certify**
86:9, 292:4
**cetera**
15:15, 129:21,
168:21
**chain**
59:2, 282:22
**challenge**
57:19, 59:20,
59:22, 60:2,
77:6, 79:5,
178:1, 178:3,
179:6, 181:20
**challengeable**
229:2

**challenged**
206:10
**challenges**
20:10, 59:2,
61:9, 62:14,
93:16, 94:19,
96:17, 109:15,
136:10, 137:22,
138:2, 143:11,
145:3
**challenging**
28:21, 43:14,
43:16, 58:6,
63:3, 64:13,
146:1, 148:11,
165:13, 200:17,
205:4
**chance**
16:11
**change**
22:4, 51:11,
62:18, 69:20,
70:3, 70:4,
81:17, 81:20,
98:20, 99:6,
102:17, 131:20,
133:4, 133:8,
133:9, 133:11,
133:16, 133:17,
133:19, 133:20,
134:3, 134:5,
135:8, 135:9,
135:16, 137:8,
137:10, 137:14,
137:16, 139:2,
139:8, 140:4,
140:12, 142:3,
142:6, 144:1,
144:7, 144:17,
146:3, 146:18,
146:22, 147:22,
154:12, 180:3,
180:7, 199:19,
199:20, 199:21,
200:2, 200:12,
207:16, 209:10,
210:2, 210:3,
210:16, 228:12,

228:16, 230:20,
247:18, 251:11,
251:12, 253:22,
254:2, 254:4,
259:12, 261:9,
261:10, 264:16,
265:11, 265:12,
268:14
**changed**
33:13, 47:11,
51:7, 83:15,
131:15, 131:19,
132:2, 132:15,
132:18, 191:1,
191:5, 192:11,
228:6, 239:11,
247:16, 251:9,
251:15, 254:3,
261:15
**changes**
80:11, 93:5,
112:9, 118:19,
131:13, 134:21,
135:17, 139:19,
139:20, 140:12,
140:13, 140:15,
141:21, 142:2,
166:2, 180:18,
186:20, 190:7,
190:21, 209:7,
230:8, 230:10,
230:13, 230:18,
230:19, 230:20,
232:8, 232:10,
236:19, 238:14,
239:9, 240:2,
240:7, 242:1,
245:12, 246:4,
246:16, 255:1,
255:6, 256:7,
257:9, 264:15,
264:21, 265:3,
265:7
**changing**
83:6, 91:14,
99:12, 102:20,
111:17, 132:16,
265:6

**channels**
136:21
**characterization**
48:22
**characterized**
111:1
**charlottesville**
1:3, 1:17, 2:6,
2:9, 122:2
**chat**
88:18, 88:19,
89:1, 89:6,
89:7, 89:17,
89:19
**check**
86:7, 256:22
**checkbox**
126:16
**checked**
126:6
**checking**
92:19, 93:1,
93:4
**checks**
96:20
**chhabra**
80:22, 88:1
**chief**
36:21, 36:22,
80:16, 80:17,
81:11, 91:9,
282:22, 283:8,
283:12
**chief's**
80:15
**child**
143:1, 143:3,
143:7
**children**
59:15
**choice**
152:22
**chose**
153:6
**christine**
128:8, 129:12,
130:6
**christmas**
213:6

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

84

church
105:4
churches
104:1, 104:10
cipriano
88:1
circles
94:16, 110:3
circulating
212:13
cited
71:3, 71:4
civil
1:7, 116:6
claim
288:14
claimed
260:16, 260:18
clarification
10:21, 65:12,
158:5, 272:8
clarify
27:12, 114:18,
156:7, 256:6,
257:13
clarifying
172:9
clarity
284:18
clear
26:10, 32:15,
38:9, 74:14,
110:14, 137:12,
140:11, 141:4,
141:13, 156:13,
159:4, 224:16,
224:21, 226:19,
236:11, 249:14,
250:7, 250:10,
258:3, 259:17,
260:4, 264:19,
270:12, 272:10,
273:4
clearly
196:9, 267:19,
284:7
clinic
206:22, 218:1

clinical
33:3, 33:12,
145:3, 215:18
clinically
217:1
clinician
219:19
clinics
30:2, 207:1
clone
118:22
close
45:3, 161:20,
163:6, 165:5,
174:2, 190:18,
205:4
closed
37:13, 45:4,
139:5, 168:7,
231:8
closely
234:6, 234:9
closing
45:7, 200:16
clunky
172:12, 221:15
cluster
65:17, 66:3,
67:5, 223:1
clusters
57:7
cmo
36:14, 36:20
cms
201:5, 201:17,
201:18, 202:10,
204:10, 228:14,
228:16, 229:6,
229:9, 229:16,
237:9
cms's
228:22
codification
259:17
coincided
228:13
cold
112:6, 112:11,

112:22, 113:7,
113:19, 113:20,
114:11, 114:12,
114:13, 114:15,
115:3, 115:6,
115:14
collaboration
269:10, 274:4,
283:3
collated
124:15, 144:21
collect
58:9, 136:1,
165:13
collected
145:5, 172:1
collecting
138:12
collection
67:11
college
166:14, 166:17
colleges
166:16
column
126:2
combat
114:2, 192:3,
192:13
combination
63:15, 64:2
come
23:1, 28:17,
36:18, 38:11,
42:14, 42:16,
69:6, 101:20,
105:14, 107:7,
107:8, 111:21,
129:17, 139:20,
141:6, 153:15,
174:19, 181:13,
210:1, 210:8,
211:16, 217:17,
217:18, 245:14,
245:15, 253:10,
261:3, 279:2,
286:11, 286:16,
287:13

comes
10:22, 17:14,
98:9, 111:9,
276:18, 281:13
comfortable
154:11
coming
63:22, 79:16,
91:2, 121:3,
136:12, 138:5,
139:22, 174:19,
185:6, 209:14
comment
161:12, 193:2
comments
207:22
commission
229:11, 292:22
commit
18:13
commitment
82:21, 83:4
committed
43:1
committee
34:2, 34:5,
34:10, 34:12,
34:15, 35:2
committees
198:3
common
23:20, 95:4,
113:6, 114:12,
114:13, 115:3,
115:4, 115:5,
136:6, 145:5,
213:5, 275:5
commonly
40:12
commonplace
75:20, 110:4
commonwealth
2:15, 42:4,
292:18
communicated
39:19
communication
240:12, 241:19

communications
137:1, 137:2,
241:10, 241:13
communities
104:5
community
37:17, 44:16,
61:16, 78:9,
78:10, 80:5,
80:6, 103:4,
103:5, 103:12,
103:16, 104:7,
104:8, 104:10,
104:14, 105:3,
106:19, 107:16,
107:20, 113:9,
165:21, 166:1,
211:20, 231:2,
231:6, 279:10,
280:4
companies
23:1
comparable
165:8
compare
36:8, 74:2,
268:7
compared
79:20, 157:12,
163:19, 178:16,
203:12, 255:22,
267:14
comparison
75:11, 119:22,
131:5, 164:11,
165:14, 268:10
competitive
119:1
completed
61:20
completely
57:17, 169:17
completion
202:10
compliance
229:6
compliant
229:9, 229:16

complications
216:10
comply
175:9
complying
229:6
component
33:6, 33:9
composed
190:1
composition
190:7
compound
196:2, 230:14
compounding
31:13
comprised
23:14, 34:18
compromised
142:11
con
78:8, 270:17
concept
105:10, 110:1,
110:2, 163:9,
191:18, 193:15,
240:16
concern
62:15, 66:18,
77:21, 78:5,
78:6, 94:17,
96:13, 97:5,
98:9, 100:22,
116:1, 116:3,
141:8, 141:11,
141:12, 142:9,
163:3, 211:11,
212:14, 220:12,
225:11, 225:16
concerned
58:19, 62:1,
62:10, 95:5,
106:1, 108:19,
109:11, 109:12,
174:18, 211:7,
212:1, 289:5
concerns
95:14, 97:17,

97:21, 98:1,
98:3, 98:4,
98:12, 99:9,
99:11, 99:16,
99:17, 100:5,
101:6, 104:19,
104:20, 105:15,
141:1, 218:3
concerted
121:5
concluding
64:7
conclusion
213:21, 214:18
concurrently
171:20
conditions
269:21
conducting
56:18
conference
34:17, 35:1,
36:11, 83:19,
83:20
conferences
277:1
confident
62:6, 64:7,
270:17
confidential
1:10
confusing
86:11, 86:21
conjunctiva
47:17
connection
68:3
connections
104:8, 104:9
connotates
161:15
connotations
130:9
consensus
47:11, 49:9,
49:13
consequence
147:7, 252:12

consequences
94:18, 102:3
consequential
38:22, 102:8
consider
63:17, 76:14,
104:18, 140:7,
164:13, 173:5,
175:10, 177:18,
207:3, 236:16,
236:18, 278:18,
281:20, 288:16
considerable
45:19, 158:17,
278:16
consideration
140:22, 141:5,
177:4, 177:8,
177:16
considerations
46:12, 140:22
considered
77:20, 81:9,
136:19, 141:22,
176:20, 207:21,
218:8, 237:1,
237:5, 282:1,
288:19
considering
261:13, 262:15
consistency
79:3
consistent
63:20, 64:4,
64:16, 78:21,
197:5
constantly
35:11
consult
32:8
contact
145:17, 145:18
contacts
159:8, 171:22,
234:10
contain
101:6
contained
100:1

contains
1:10
contents
123:6, 232:21
context
90:14, 90:16,
91:3, 105:8,
116:20, 152:4,
162:21, 198:22,
202:9, 285:8
continual
59:2
continue
12:12, 12:14,
152:20, 178:6,
185:4, 213:3,
225:8
continued
194:5, 196:14
continues
125:3
continuing
24:21, 107:5,
190:11
continuous
287:11
contra
289:12
contract
22:10, 162:2,
281:11, 282:8
contracted
49:1, 57:15,
64:10, 66:13,
159:12, 229:15,
279:20
contracting
69:22, 140:17,
141:17, 146:14,
197:11, 197:20
contractor
55:4
contractors
280:15, 280:21,
281:4, 285:1,
285:4
contracts
280:21

contraindication
269:7, 272:13,
286:2, 288:16,
290:7
contraindications
260:10, 269:2,
269:20, 285:21,
287:20, 288:3,
288:9, 289:12
contrast
73:10, 119:20
contributed
207:5
control
29:5, 36:16,
70:11, 166:18,
281:22
controls
48:2, 48:3
conver
90:10
conversation
11:2, 22:8,
22:11, 40:21,
83:5, 83:6,
83:9, 83:15,
90:11, 105:7,
105:15, 178:14,
180:11, 193:14,
194:3
conversations
19:10, 62:8,
67:14, 79:10,
91:6, 91:12,
91:18, 105:12,
105:20, 110:11,
134:17, 284:12
coo
283:12
copies
8:1, 12:19,
51:20, 69:4
copy
8:2, 51:18,
52:6, 53:7,
53:10, 53:12,
69:7, 85:11,
123:16, 291:16

core
39:7, 80:22
corollaries
184:21
corollary
98:14
corollate
186:3
coronavirus
112:17, 115:17,
115:18, 119:17
coronaviruses
112:5, 112:6,
112:11, 113:13,
113:19, 113:21,
115:15, 116:22,
120:1, 278:4
corporate
1:15, 2:3
correct
9:7, 16:22,
17:1, 17:6,
24:6, 24:7,
25:18, 37:19,
48:13, 48:14,
50:8, 50:9,
51:8, 51:9,
54:4, 54:12,
67:18, 67:19,
73:17, 81:21,
82:7, 90:9,
115:8, 125:7,
125:8, 127:14,
131:21, 132:5,
134:16, 143:19,
144:4, 144:5,
152:8, 152:9,
153:1, 153:8,
155:4, 159:14,
159:15, 159:18,
159:19, 162:14,
162:15, 167:7,
167:19, 169:1,
170:6, 193:13,
194:10, 196:1,
199:2, 199:4,
199:8, 199:9,
201:10, 201:13,

202:21, 205:2,
206:18, 208:17,
208:21, 208:22,
210:19, 215:2,
215:3, 215:5,
215:6, 221:7,
228:8, 228:9,
230:9, 231:1,
239:11, 239:18,
239:19, 239:22,
240:1, 243:13,
243:14, 247:19,
250:20, 252:20,
253:16, 254:3,
256:8, 256:9,
262:9, 262:10,
263:6, 263:10,
263:11, 267:6,
270:1, 272:18,
282:13, 284:11,
292:5
correctly
52:12, 108:6,
108:8
correlate
150:8
correlation
186:4
correspondences
123:9
cost
76:19, 178:17
costi
1:16, 2:3, 5:3,
8:14, 9:2, 9:3,
87:22
costs
76:13, 76:17,
76:18, 76:19,
77:19, 84:15,
93:13
cough
73:22
coughing
49:2, 49:16
could
7:19, 7:20,
52:8, 52:21,

58:2, 58:22,
61:15, 61:16,
63:19, 66:2,
69:14, 74:22,
78:3, 87:12,
90:7, 94:9,
95:7, 98:22,
104:5, 104:15,
106:8, 112:20,
114:5, 114:7,
114:8, 115:4,
116:7, 128:1,
136:1, 137:5,
137:6, 139:10,
145:20, 146:12,
146:13, 152:15,
159:17, 162:1,
162:2, 163:3,
169:5, 169:6,
169:15, 169:16,
173:6, 174:9,
174:21, 181:14,
190:13, 193:8,
197:14, 201:2,
215:13, 217:17,
218:14, 219:6,
221:9, 223:19,
225:4, 232:16,
233:19, 244:18,
245:1, 250:4,
252:1, 254:14,
255:17, 266:1,
266:6, 271:1,
272:8, 274:2,
275:6, 285:9
**could've**
61:14
**couldn't**
111:21
**couns**
112:3
**counsel**
8:17, 15:9,
18:22, 19:6,
23:6, 25:10,
27:14, 53:9,
172:3, 205:14,
257:17, 266:14,

266:20, 267:1,
279:9, 284:19,
287:17, 292:9
**counsel's**
86:4, 124:13
**counseled**
174:14, 279:14
**counseling**
171:8
**counterfactual**
179:7
**country**
71:17, 211:15
**county**
196:4, 292:14
**couple**
33:21, 34:13,
36:2, 36:13,
37:9, 43:4,
43:5, 57:21,
57:22, 61:7,
80:17, 84:5,
112:15, 117:5,
183:7, 212:9,
222:16, 228:11,
247:22, 274:13,
284:17, 287:16
**course**
28:3, 80:2,
96:10, 115:19,
123:5, 150:1,
186:11
**courses**
30:3
**court**
1:1, 2:15, 7:9,
11:5, 12:20,
12:22, 27:8,
40:22, 290:15,
292:20
**cov**
146:11, 162:6
**cov-1**
113:13
**cov-2**
55:17, 115:10,
115:13, 183:6
**cover**
242:12, 242:14

**covered**
196:8
**covid-related**
141:15, 141:16,
142:4
**craig**
80:13, 87:22
**created**
125:16, 187:1
**criteria**
262:4, 263:5,
272:8, 273:8,
273:10, 285:18,
286:14
**critically**
143:1, 143:4
**criticism**
41:1, 94:9
**cross**
86:17
**crosscastle**
3:4
**crothall**
285:6
**crown**
117:1, 189:1
**crowns**
116:22
**current**
29:2, 82:5,
83:8, 90:2,
132:19, 133:21,
133:22, 138:6,
144:3, 179:8,
261:16
**currently**
32:4, 34:14
**curtailed**
277:3
**cut**
73:14, 127:7,
155:8, 155:13,
158:4
**cut-off**
126:19, 126:21
**cutting**
157:17
**cycle**
63:18, 129:21

**cytotoxic**
188:9, 189:12

---

### D

**d-1**
6:15, 8:5, 8:12
**d-2**
6:19, 8:5, 8:12
**daily**
148:16, 157:4,
178:1, 178:5,
251:18
**danger**
210:2
**darn**
161:20
**dashboard**
148:17, 150:17
**data**
43:16, 65:9,
65:13, 66:20,
70:4, 74:21,
75:3, 138:11,
139:9, 141:22,
144:6, 144:9,
144:12, 144:14,
144:20, 144:21,
146:5, 147:14,
148:9, 148:13,
148:14, 148:21,
149:4, 149:16,
149:17, 149:21,
150:4, 150:14,
154:1, 154:8,
154:20, 155:1,
155:2, 156:19,
157:14, 158:7,
159:4, 159:10,
160:9, 163:12,
164:3, 165:8,
165:13, 166:20,
171:20, 171:22,
176:1, 176:11,
176:13, 176:15,
178:22, 179:5,
203:15, 203:20,
242:15, 243:21
**date**
43:1, 82:6,

90:6, 92:13,
92:22, 125:13,
125:15, 126:1,
201:22, 233:15,
242:6, 242:13,
242:14
**dated**
6:7, 6:9,
85:20, 125:21
**dates**
20:4, 92:18,
125:10, 193:16,
199:11, 263:7
**david**
9:2, 9:4, 88:2
**day**
10:10, 17:13,
19:8, 21:9,
33:5, 40:20,
42:21, 68:14,
69:15, 85:22,
86:10, 95:18,
178:2, 180:15,
219:19, 292:13,
292:22
**day-to-day**
281:3, 281:10,
282:2
**days**
33:4, 57:21,
57:22, 138:13
**deal**
13:1, 62:14,
75:14, 101:22,
102:5, 129:7
**dealing**
219:18, 227:13
**deals**
129:17, 229:8,
230:4
**deans**
80:19
**death**
71:9, 170:18,
196:15, 197:9,
198:9, 198:13
**deaths**
102:7

**dec**
190:17
**decades**
95:22
**december**
27:22, 43:2,
44:2, 44:8,
46:6, 107:5,
121:22, 122:1,
199:16, 200:9,
208:17, 209:10,
209:14, 209:15,
210:15, 227:9,
230:15, 230:19,
232:18, 233:1,
241:8, 242:6,
242:16, 245:4,
273:13
**decide**
84:16, 137:10,
199:7
**decided**
82:9, 82:13,
82:15, 252:6,
288:8
**deciders**
81:13, 81:15
**decision**
81:9, 92:21,
94:18, 156:19,
204:18, 204:21,
205:1, 205:9,
206:5, 208:16,
208:19, 225:9
**decision-makers**
142:1, 209:11,
248:18
**decision-making**
81:1, 102:16,
134:18, 136:9,
176:6, 176:8,
177:1, 180:18,
181:8, 181:12,
207:15, 209:6,
209:12, 238:13,
249:21, 265:2
**decisions**
78:15, 80:10,

82:8, 134:20,
144:17, 167:17,
172:8, 203:18,
209:3, 245:10,
246:15, 249:5,
249:18, 251:6,
264:14
**deck**
65:16
**declination**
195:14
**decorating**
117:3
**deemed**
216:10, 252:2
**deeply**
179:2
**defendant**
3:11, 4:2,
5:21, 6:12,
6:15, 6:19,
7:12, 7:16,
85:6, 284:19
**defendant's**
7:12, 7:15,
7:19, 8:4
**defendants**
1:11, 5:16
**defense**
15:9, 15:12,
15:20, 16:14,
16:17, 266:1
**deficiency**
271:7
**define**
34:16, 112:8,
230:21
**defined**
171:12, 215:14,
274:22
**definitely**
44:5, 60:6,
219:15
**definition**
21:22
**definitions**
13:18
**degree**
57:1, 191:12

**delineated**
138:21, 232:1
**delineates**
258:13
**delineation**
245:3
**delta**
111:18, 119:8,
119:12, 121:12,
168:16, 168:18,
194:12, 194:15
**demand**
59:22
**demonstrated**
196:14
**demonstrating**
203:8
**demote**
9:17
**denials**
240:5, 245:14
**denied**
272:4
**denying**
263:5
**depart**
288:8
**departed**
289:11
**department**
103:13, 153:15,
201:9, 204:2,
234:7, 234:10,
234:14, 234:18,
234:22
**depend**
47:5
**depending**
33:4
**depends**
64:13
**deposing**
122:19
**deposition**
1:13, 2:1,
5:16, 6:18,
6:22, 7:15,
7:18, 10:2,

10:6, 13:20,
14:17, 14:20,
16:21, 18:6,
25:21, 26:11,
41:3, 68:20,
87:15, 128:3,
130:13, 233:6,
239:18, 265:17,
290:14, 292:3
**depositions**
10:5, 11:1,
12:15
**descendents**
116:10
**describe**
123:1, 229:13
**described**
62:21, 66:22,
75:12, 148:13,
217:4, 217:12,
217:13, 237:4,
260:6
**describing**
145:18, 231:15,
278:16
**description**
5:14, 6:3,
6:14, 123:4,
124:10
**designated**
14:2, 15:6,
19:17, 24:3,
24:15, 24:20,
25:15, 36:11,
246:10, 256:19,
256:21, 275:1,
275:8, 275:11
**designation**
16:4, 30:11,
250:10, 256:10,
267:18, 278:1
**designations**
7:11, 114:22,
239:13
**designee**
259:22
**desire**
44:7, 45:14,

45:17, 211:18
**desired**
106:5
**detail**
63:16, 125:17,
150:10, 240:19,
276:13
**detailed**
40:4, 238:6
**determination**
148:10, 162:20,
166:5, 215:17,
220:9, 225:19,
262:3, 269:12,
270:22
**determinations**
221:2, 226:5
**determine**
63:6, 63:19,
64:9, 64:10,
145:12, 146:18,
162:16, 165:7,
215:16, 226:6,
268:5, 279:21
**determined**
63:4, 200:9,
217:5, 217:7,
218:12, 219:4,
219:5, 261:4
**develop**
34:11, 46:19,
117:22, 118:6,
118:7, 118:13,
143:14, 157:2,
157:8
**developed**
23:11, 51:1,
54:5, 61:10,
63:12, 66:15,
95:13, 95:20,
96:1, 97:8,
119:1, 119:3,
119:15, 142:18,
247:8, 247:12,
257:17, 263:21
**developing**
64:3, 104:2,
118:6, 157:3,

163:2, 196:7
**development**
19:4, 20:13,
21:6, 34:12,
97:18, 98:18,
99:3, 114:6,
257:8, 257:15
**develops**
117:18
**device**
30:21
**dialogue**
105:16, 105:17
**dialysis**
219:11, 219:12
**didactic**
30:4, 30:5
**die**
183:21
**difference**
155:20, 155:21,
156:14, 156:20,
163:12, 163:16,
165:8, 171:9,
185:12, 196:19,
260:19, 277:20,
277:21
**differences**
80:3, 153:10,
185:20, 257:13,
260:17, 267:12,
267:13, 267:22,
268:1, 268:3
**different**
8:10, 11:4,
16:18, 23:14,
29:9, 29:10,
32:22, 39:13,
39:16, 55:10,
74:3, 77:12,
77:16, 77:17,
81:12, 96:4,
96:7, 96:11,
111:18, 114:21,
115:14, 115:15,
115:18, 115:19,
119:11, 119:13,
119:14, 123:2,

124:12, 124:15,
130:2, 133:5,
135:20, 158:9,
161:10, 166:19,
184:12, 184:18,
184:19, 185:9,
185:20, 213:16,
220:20, 221:9,
222:21, 224:16,
225:14, 226:17,
239:17, 242:13,
242:14, 258:18,
271:3, 285:22
**differentiate**
196:11
**differently**
72:11
**difficult**
65:1, 75:17,
110:15, 110:19,
165:17, 197:16,
227:13, 280:2
**difficulty**
177:10, 180:5
**diminishing**
195:20
**dinner**
279:12
**direct**
32:1, 72:6,
252:2, 288:20
**directed**
188:21
**direction**
185:18, 282:18
**directions**
186:12
**directly**
59:10, 219:1,
245:15
**director**
29:4, 29:7,
30:8, 31:20,
32:2, 38:4,
283:2, 283:19,
284:2
**disadvantageous**
118:15

disappear
190:18
discharge
49:4
disciplines
252:10, 252:18
discontinuation
208:4
discuss
23:8, 23:11
discussed
22:9, 23:8,
39:6, 102:16,
102:19, 111:3,
135:5, 135:10,
135:12, 135:15,
171:21, 176:17,
238:16, 238:18,
240:6, 240:11,
240:17, 240:18,
240:19, 241:22,
242:4, 243:18,
244:6, 244:14,
260:20, 279:13
discussing
224:2, 240:17
discussion
31:14, 43:7,
43:9, 84:1,
90:22, 92:12,
94:22, 103:3,
106:17, 109:18,
111:3, 135:14,
173:10, 178:13,
178:19, 179:10,
193:11, 207:11,
209:18, 222:22,
223:5, 223:8,
245:5, 246:2,
246:6, 254:10,
259:7, 265:6
discussions
19:5, 21:6,
42:15, 45:3,
45:6, 48:5,
61:1, 61:2,
79:22, 139:7,
173:21, 180:3,

180:13, 181:17,
181:18, 205:14,
209:18, 209:22,
211:21, 229:3,
237:8, 237:11,
238:4, 238:16,
240:16, 242:1,
245:16, 246:12,
263:18, 266:14,
266:20
disease
29:8, 30:12,
30:13, 32:3,
32:8, 34:17,
34:19, 34:21,
34:22, 38:14,
38:20, 38:22,
99:14, 113:4,
115:20, 121:22,
196:11, 196:12,
196:17, 197:14,
197:20, 198:13,
215:19, 252:7,
258:17, 278:1
diseases
20:4, 29:6,
29:21, 34:2,
38:12, 38:16,
38:18
disinfection
31:11, 222:12
dismissed
286:15
dispersing
211:15
displayed
117:8, 188:16,
191:7, 192:12
dissatisfaction
77:22, 78:4,
84:14
distance
112:14
distancing
48:6
distinctly
83:18
distinguish
50:2

distributed
60:21
district
1:1, 1:2
division
1:3, 38:10,
38:14, 38:18,
38:22, 39:10
divisions
38:19
dna
98:20, 99:7,
99:12
dock
117:6
docking
117:16
docks
188:17
doctor
9:6
doctors
58:14
document
8:6, 15:8,
51:22, 85:1,
86:2, 87:11,
87:14, 123:14,
123:15, 123:18,
124:10, 125:9,
125:16, 125:19,
126:5, 127:12,
132:9, 132:10,
132:21, 193:1,
193:2, 231:4,
232:14, 233:16,
236:10, 236:11,
238:2, 238:3,
241:21, 243:12,
243:13, 243:21,
244:13, 253:19,
256:4, 269:9,
273:6
document's
85:2
documentation
260:10, 261:22,
269:19

documents
1:11, 5:19,
15:3, 19:19,
19:20, 20:12,
20:15, 20:22,
21:2, 22:1,
22:3, 23:7,
25:11, 123:2,
130:18, 133:5,
220:5, 255:4
docx
126:17
doe
4:2
doing
11:10, 28:4,
47:1, 58:10,
68:7, 75:18,
76:14, 79:6,
79:11, 79:12,
91:1, 91:10,
92:19, 93:8,
93:11, 94:8,
103:22, 106:6,
136:3, 136:10,
136:11, 151:22,
152:1, 153:18,
165:19, 166:17,
237:22, 261:17
domain
92:1, 222:15
dominant
121:9
done
110:13, 136:5,
136:7, 145:16,
151:18, 157:20,
175:22, 178:21,
179:2, 220:17,
247:5, 268:19,
290:12
doors
168:7
dorms
57:8
dose
187:5, 187:7,
187:10, 187:14,

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

91

187:16, 198:5,
198:18, 199:8,
200:6, 202:3,
202:5, 202:6,
202:7, 202:11,
202:13, 202:14,
203:3, 203:13,
203:19, 204:11,
206:5, 206:6,
245:11
**doses**
202:2, 204:12
**dot**
126:7
**double-check**
12:15, 132:7
**double-sided**
86:11, 86:15
**down**
11:5, 18:19,
48:2, 48:6,
48:7, 52:18,
66:4, 67:20,
77:1, 106:2,
107:14, 148:21,
190:11, 190:14,
195:15
**downsides**
76:4
**dr**
5:20, 9:9,
15:14, 17:15,
38:15, 80:22,
83:21, 84:19,
122:12, 129:11,
208:8, 245:18,
249:2, 269:11,
269:16, 286:5
**draw**
74:22
**driven**
154:8
**droplets**
47:14
**dropped**
46:2, 277:14,
277:22
**drove**
155:4, 156:19

**drowning**
104:3
**dry**
50:4
**due**
28:21, 138:14,
140:16, 145:12,
151:13, 151:15,
151:16, 151:17,
152:7, 153:5,
174:10, 177:20,
194:17, 215:9,
216:1, 217:2
**duly**
8:15
**during**
20:9, 23:20,
29:17, 40:6,
44:12, 44:14,
50:11, 59:18,
62:7, 63:14,
64:6, 64:7,
65:22, 66:16,
71:6, 78:2,
83:19, 89:2,
89:3, 89:6,
101:18, 107:5,
124:18, 142:18,
145:6, 181:12,
194:12, 234:7,
250:11, 274:7,
276:5, 278:4,
278:17, 279:15,
286:4, 288:9,
290:1, 290:4
**duties**
280:20
**dwayne**
1:5

**E**

**e-b-y**
269:17
**e4**
115:1
**each**
18:12, 19:14,
110:8, 125:10,

258:16, 271:2
**earlier**
28:3, 28:5,
28:20, 39:7,
41:9, 49:17,
58:18, 65:22,
71:2, 80:16,
84:10, 91:22,
92:4, 93:2,
97:7, 136:21,
153:13, 171:21,
176:18, 178:14,
195:11, 196:3,
209:4, 212:10,
221:17, 238:5,
244:4, 244:7,
253:12, 253:14,
280:13
**early**
20:11, 27:20,
27:21, 36:12,
42:16, 43:22,
44:7, 45:7,
45:8, 46:6,
46:16, 83:11,
90:8, 94:3,
96:6, 96:17,
103:10, 134:7,
134:15, 134:21,
172:21, 193:11,
193:12, 205:22,
211:9, 227:7,
291:11
**easier**
19:14, 32:18,
53:5, 127:22,
277:22
**easiest**
229:13
**easily**
215:14
**east**
3:15, 3:16
**eastern**
42:5
**easy**
251:16
**eat**
213:3

**ebola**
114:1
**eby**
269:11, 286:5
**eby's**
269:16
**echo**
235:4
**echoed**
104:11
**education**
105:12, 106:11,
278:17
**educational**
27:17, 279:15
**edward**
6:8, 240:13
**effect**
10:19, 146:4,
169:9, 169:21,
197:17, 243:16,
248:4, 250:17,
250:19, 256:22,
257:5
**effective**
57:14, 57:16,
57:17, 58:1,
137:6, 157:6,
158:6, 171:18,
191:1, 191:11,
191:17, 192:17,
192:20, 195:22
**effectively**
192:4
**effectiveness**
56:10, 56:17,
56:22, 57:2,
139:8, 195:7,
195:19, 195:20,
195:21, 197:22
**effects**
76:4, 115:22
**effort**
27:17, 29:22,
30:16, 31:16,
32:10, 33:12,
44:6, 44:10,
44:20, 44:21,

45:15, 76:3,
79:1, 89:16,
96:2, 104:17,
106:10, 106:11,
107:5, 128:5,
136:19, 143:2,
171:8, 179:1,
200:18, 247:8,
279:20
**efforts**
28:20, 30:18,
31:5, 31:7,
40:2, 40:7,
48:1, 57:9,
58:10, 60:1,
60:20, 71:16,
75:16, 76:2,
76:12, 76:20,
78:11, 80:1,
103:7, 103:18,
103:21, 106:15,
121:5, 137:3,
206:21, 280:6,
280:8
**egg**
101:1, 101:3,
288:15, 288:16,
289:4, 289:6,
289:9
**eggs**
288:18, 289:1
**eight**
119:13
**eighteen**
233:1
**either**
30:3, 55:19,
60:15, 78:8,
83:7, 90:2,
90:15, 93:20,
104:22, 125:16,
126:3, 131:7,
167:18, 168:1,
174:8, 195:19,
209:9, 214:11,
216:1, 216:17,
222:6, 223:2,
258:22, 264:16,

265:7, 265:11,
281:10, 288:4
**elaborate**
114:20
**elderly**
203:10
**elect**
169:5
**elective**
278:19
**electron**
117:2
**electronic**
149:20, 261:21,
269:1, 269:8,
291:15
**else**
19:18, 20:15,
22:1, 23:22,
24:22, 25:11,
28:8, 88:4,
89:18, 98:11,
107:8, 107:10,
211:4, 266:16,
281:9, 282:10
**elsewhere**
102:4, 188:22,
189:2
**email**
6:8, 21:5,
22:2, 39:12,
39:22, 40:11,
40:14, 91:19,
92:7, 92:8,
92:11, 92:12,
123:8, 232:15,
232:18, 237:17,
237:18, 241:2,
242:12, 242:14
**emerged**
121:18, 121:20
**emergency**
46:17, 60:20,
219:14, 219:15,
219:20
**emphasize**
113:8
**employed**
82:19, 124:18,

292:9
**employee**
31:16, 54:10,
60:11, 60:16,
61:17, 64:11,
66:13, 82:5,
99:9, 106:14,
108:4, 108:6,
139:12, 140:5,
141:14, 142:4,
144:7, 144:16,
145:13, 146:14,
147:1, 147:4,
149:9, 149:16,
150:3, 150:7,
151:18, 153:5,
155:6, 173:1,
174:10, 176:16,
213:16, 218:13,
223:19, 225:10,
225:14, 226:7,
226:9, 240:13,
241:1, 241:12,
260:9, 261:5,
262:1, 262:11,
269:12, 270:2,
270:6, 270:20,
271:11, 272:15,
272:18, 278:9,
282:5, 282:6
**employee's**
270:11
**employee-related**
142:7
**employees**
42:13, 42:20,
43:10, 46:5,
51:8, 53:18,
53:22, 54:13,
56:18, 57:11,
57:12, 57:14,
65:11, 66:19,
67:2, 74:4,
74:19, 82:4,
82:5, 83:7,
83:8, 90:2,
90:18, 94:11,
98:6, 98:12,

107:17, 107:19,
109:1, 130:19,
131:21, 132:4,
132:15, 132:19,
133:21, 133:22,
134:14, 136:16,
137:16, 137:18,
138:6, 138:8,
138:14, 140:16,
141:16, 143:19,
144:3, 145:14,
148:17, 148:22,
149:12, 150:8,
151:13, 151:15,
152:2, 152:6,
152:11, 152:13,
153:7, 153:8,
158:9, 158:11,
162:6, 162:17,
162:18, 173:5,
173:8, 173:15,
174:8, 175:7,
175:8, 177:9,
177:19, 178:16,
179:19, 179:20,
180:6, 200:10,
201:3, 207:4,
213:11, 219:5,
221:18, 222:10,
234:20, 238:19,
240:4, 245:13,
262:8, 269:18,
276:15, 277:6,
279:2, 279:19,
282:2, 282:7,
289:17
**employing**
51:3
**employment**
37:20, 39:1,
39:15, 39:20
**empty**
180:6
**encompassed**
247:22
**encourage**
127:20, 137:2
**encouraged**
138:5, 149:15,

173:11
**encouraging**
77:4
**end**
44:8, 45:8,
85:20, 110:19,
110:20, 168:16,
168:17, 188:14,
289:20
**ended**
28:3, 223:20,
225:17
**ends**
125:7
**engage**
163:19
**engaged**
104:6
**engaging**
163:18
**engineering**
48:2, 48:3
**enlist**
104:4
**enough**
62:6, 109:20,
113:8, 137:9,
167:4, 200:10,
225:7, 270:13,
271:4
**enter**
93:10
**entertained**
226:3
**entire**
189:21, 230:17
**entirely**
15:4, 18:12,
23:18, 108:14,
127:1, 284:11,
290:2
**entities**
27:18, 80:20,
230:21, 259:18,
259:19, 259:20
**entity**
229:10
**environment**
48:7, 54:14,

55:1, 165:4,
225:3
**epidemic**
113:13
**epidemiologic**
49:18, 89:14,
110:3
**epidemiologically**
165:13
**epidemiologist**
20:5, 36:5,
81:6, 140:21,
154:8, 175:13,
215:19, 259:22,
263:9
**epidemiology**
29:4, 30:8,
30:10, 31:21,
33:5, 33:6,
33:9, 34:10,
34:20, 38:5,
39:7, 39:8,
70:10, 203:8,
203:17, 281:21
**episodes**
62:22
**epithelial**
117:9
**epithelium**
56:1
**epitopes**
117:21
**equipment**
48:8, 223:22,
225:8, 285:11
**equity**
106:5, 106:6
**equivalent**
54:18, 182:9
**eric**
241:13, 241:15,
241:16, 241:18
**especially**
44:6, 62:2,
105:17, 121:4,
213:22, 280:5
**esquire**
3:3, 3:13, 4:4

**essentially**
257:22
**established**
121:7
**establishment**
257:8
**estimate**
25:13, 136:13,
139:1, 143:8
**estimating**
36:12
**estimation**
136:17, 200:20
**et**
1:5, 1:10,
15:15, 129:21,
168:21
**ethnicity**
105:19
**europe**
211:10
**eval**
239:4
**evaluate**
221:12
**evaluated**
227:2, 239:5
**evaluation**
267:10
**evaluations**
229:15
**even**
33:9, 35:10,
43:18, 46:8,
75:9, 78:18,
109:7, 113:15,
113:19, 120:7,
120:8, 121:14,
122:13, 159:13,
159:17, 161:16,
167:9, 174:21,
190:18, 223:19,
224:17, 226:8,
236:10, 236:11,
282:7, 289:10
**event**
112:19, 115:7,
139:18, 160:13

**events**
68:10, 113:12
**eventually**
185:7, 188:18,
190:10
**ever**
10:1, 10:20,
11:17, 19:8,
63:4, 68:13,
88:18, 89:19,
113:20, 207:3,
276:14, 286:6,
290:6
**every**
14:21, 17:13,
17:22, 18:18,
35:14, 58:1,
127:17, 177:11,
178:2, 213:7
**everybody**
54:8, 55:1,
59:17, 109:4,
111:10, 136:3,
136:11, 168:14
**everyone**
160:3
**everything**
30:17, 52:4,
124:19, 128:4,
128:19, 128:20,
130:21
**everything's**
141:13
**evidence**
71:4, 71:22,
72:2, 72:6,
154:9, 154:12,
154:13, 158:22,
198:10, 235:18
**evident**
49:17, 109:7
**evolution**
116:19, 118:12,
118:19, 123:10,
158:20, 192:6
**evolve**
116:13, 116:15,
116:17, 120:11

**evolved**
116:11, 121:6,
156:5, 191:2,
191:8
**evp**
80:13
**evs**
285:5
**ex**
40:4
**exacerbate**
174:22, 175:3
**exacerbating**
174:1
**exact**
15:4, 147:21,
193:22, 201:21,
264:11
**exactly**
45:4, 65:12,
66:1, 76:11,
88:10, 127:2,
144:22, 150:20,
151:21, 166:13,
168:12, 169:17,
225:1, 225:22,
244:11, 273:2,
284:11
**examination**
8:17, 47:1,
284:19, 287:17
**examined**
8:15
**example**
54:16, 55:4,
64:21, 73:3,
73:20, 74:8,
79:13, 94:3,
94:13, 107:1,
125:19, 126:4,
131:4, 131:5,
139:4, 142:16,
143:15, 145:8,
154:15, 154:22,
159:11, 196:5,
197:8, 211:13,
216:5, 223:6,
226:3, 245:1,

257:20, 270:2,
275:6, 282:14,
285:7, 286:19,
288:11
**examples**
75:14, 131:3,
142:13, 148:14,
149:8, 150:15,
150:18, 150:21,
151:2, 151:8,
151:11, 151:12,
151:21, 154:19,
216:9, 217:16,
288:11
**excellence**
196:14
**except**
17:5, 17:16,
47:12, 211:5,
252:17, 274:3,
274:14
**exception**
274:3, 274:14
**exceptions**
186:12, 274:17
**exchange**
40:14
**exchanges**
21:5, 22:2,
39:12, 39:14,
40:11, 48:4
**exclude**
64:19
**exclusively**
30:12, 41:16
**excuse**
109:21, 133:21,
151:16, 163:14,
218:13, 275:18,
279:18
**executive**
83:20, 200:22,
205:2, 205:19,
208:2, 208:9,
209:17, 229:1,
245:18
**exemplified**
49:14

**exempt**
244:19, 254:15
**exempted**
240:4, 240:5
**exemption**
100:10, 109:6,
213:11, 214:14,
214:15, 215:9,
218:13, 219:5,
220:7, 220:19,
222:2, 225:11,
239:3, 239:4,
247:7, 247:8,
259:13, 259:14,
261:20, 262:5,
262:12, 262:16,
263:6, 263:15,
264:9, 264:16,
264:17, 264:20,
264:21, 265:8,
265:10, 267:14,
267:15, 267:17,
268:8, 268:10,
268:12, 268:14,
268:16, 268:19,
268:22, 269:13,
270:3, 270:9,
270:22, 272:9,
272:12, 273:10,
285:17, 285:19,
286:10, 286:11,
286:13, 287:21,
288:15, 288:19,
288:20, 290:9
**exemptions**
24:5, 24:15,
167:18, 168:1,
226:21, 238:20,
239:3, 240:6,
243:2, 243:4,
243:7, 244:20,
244:22, 245:14,
247:2, 254:10,
254:15, 254:20,
255:1, 255:2,
255:19, 255:21,
256:3, 259:7,
259:18, 259:19,

260:1, 260:2,
260:16, 261:1,
261:3, 261:5,
261:8, 261:11,
264:10, 265:13,
266:10, 267:11,
286:5, 286:15,
288:5, 289:10,
289:14, 289:17,
289:21, 289:22,
290:4
**exhibit**
7:12, 7:15,
13:6, 13:7,
13:8, 13:11,
13:15, 13:18,
13:19, 13:20,
14:4, 14:5,
14:8, 14:10,
14:12, 14:13,
14:18, 15:9,
15:13, 15:20,
16:1, 16:15,
16:17, 16:22,
17:3, 18:7,
18:14, 24:16,
24:22, 25:5,
69:6, 69:10,
85:10, 85:13,
85:15, 85:17,
86:15, 86:18,
87:4, 87:11,
92:6, 92:9,
122:22, 233:6,
233:19, 235:7,
235:10, 235:13,
235:21, 236:17,
237:12, 237:13,
237:18, 237:19,
265:16, 265:21,
266:2, 266:12
**exhibits**
7:21, 8:12,
12:18, 12:21,
16:5, 86:15
**exist**
8:10, 17:11,
128:14, 271:8

**existed**
179:3, 250:11, 268:13
**existence**
247:19
**existing**
132:4, 134:14, 137:16
**exists**
69:5
**expand**
75:12, 137:16, 140:19, 251:11
**expanded**
78:12
**expect**
27:16, 32:22
**expectation**
130:15
**expedite**
291:8
**expedited**
291:10, 291:13
**expending**
165:21
**expense**
60:9
**expensive**
58:4, 58:5, 60:11
**experience**
20:3, 20:7, 57:6, 70:8, 70:11, 71:9, 72:7, 143:17, 144:22, 145:5, 154:7, 175:14, 196:4, 215:18
**experiment**
113:22, 114:9
**expert**
81:7, 81:11, 185:4, 208:1, 284:14
**expertise**
38:12
**experts**
31:3, 112:18,

113:4, 171:6, 194:1
**expires**
292:22
**explain**
79:2, 116:2, 182:11, 193:8, 224:7
**explained**
146:10
**explaining**
182:8
**exposed**
61:13, 61:18, 64:18, 141:18, 143:7, 143:13, 152:17, 152:18, 152:19, 156:1, 156:4, 223:3
**exposure**
46:18, 61:15, 90:16, 138:14, 140:17, 142:11, 145:20, 146:12, 147:8, 147:9, 148:3, 148:18, 151:6, 153:5, 157:8, 158:8, 175:1, 218:21, 225:7, 252:12, 276:16
**exposures**
138:1, 138:9, 145:1, 146:8, 147:17
**expressed**
196:9
**extended**
276:4
**extent**
35:20, 94:21, 128:17, 213:20, 226:16, 255:3, 266:15
**external**
146:6
**extra**
12:18, 124:4

**extrapolating**
159:9
**extreme**
143:15
**extubated**
143:4
**eye**
47:17, 48:9, 48:10, 147:10

**F**

**f-l-u-b-l-o-k**
289:3
**face**
94:20, 212:11
**facilities**
47:9, 282:11
**facility**
68:2, 231:8, 260:14
**fact**
79:12, 84:9, 92:17, 92:20, 103:14, 153:9, 160:12, 160:16, 173:5, 177:5, 207:3, 250:8, 261:12
**factor**
200:14, 200:19, 200:20, 200:21, 205:22, 206:2, 206:4
**factories**
191:22
**factors**
64:3, 64:14, 71:13, 106:4, 194:19, 200:13, 203:10
**faculty**
39:5, 211:20, 276:19, 277:5, 278:10
**failure**
161:15
**fair**
12:10, 35:8,

35:9, 37:18, 46:3, 46:7, 47:6, 48:21, 49:6, 49:7, 55:6, 55:7, 56:4, 57:13, 69:22, 70:1, 72:22, 76:3, 77:18, 81:15, 81:16, 90:20, 90:21, 91:7, 94:14, 97:19, 97:20, 98:1, 98:2, 106:11, 106:20, 106:21, 107:18, 107:19, 110:22, 115:16, 119:11, 121:17, 130:3, 130:21, 131:1, 134:22, 135:1, 135:6, 135:7, 135:10, 135:12, 139:9, 139:20, 140:17, 140:18, 141:9, 141:10, 142:5, 146:14, 161:22, 162:3, 162:4, 164:5, 164:17, 166:21, 170:1, 170:5, 173:19, 177:6, 179:21, 179:22, 183:19, 184:1, 184:4, 184:13, 195:8, 197:3, 197:12, 200:8, 207:18, 207:19, 209:7, 209:8, 221:21, 221:22, 264:5, 272:17, 272:20, 276:9, 281:5
**fairly**
77:8
**fall**
121:14, 168:4, 172:21, 187:2, 187:3, 193:11,

193:12, 194:6,
195:17, 196:1,
197:18, 197:22,
202:4, 202:7,
202:15, 203:3,
207:4, 214:12,
218:11, 218:14,
220:8, 226:6,
226:19, 226:22,
227:3, 227:7
**false**
56:7
**familiar**
59:17, 214:2
**family**
59:14, 61:19,
115:18, 116:10,
118:21, 118:22,
119:17, 142:18,
211:3, 212:15,
282:1
**fans**
187:4
**faq**
131:8
**far**
11:10, 22:1,
70:16, 95:19,
100:20, 112:14,
137:5
**farr**
39:5, 71:2
**fashions**
23:14
**fast**
105:11
**fault**
87:7
**fda**
95:17
**fda's**
198:2
**feature**
88:18
**february**
46:6, 121:22,
250:19, 274:18,
274:19, 275:16,

276:3
**federal**
60:15, 201:8
**feed**
99:2, 149:21
**feeds**
98:19
**feel**
9:10, 38:3,
39:9, 53:4,
65:5, 68:19,
81:6, 93:22,
94:1, 95:18,
154:10, 161:6,
196:10, 196:22
**feels**
95:3
**fellow**
30:5
**fellows**
29:18
**felt**
94:2, 94:4,
94:7, 95:18,
99:22, 104:4,
181:19, 209:19
**fetal**
99:18, 99:19,
99:20, 100:1,
100:6, 100:17,
100:18
**fevers**
63:12
**few**
136:7, 205:20
**fidelity**
43:16
**field**
39:6, 54:16,
70:9, 161:6
**fight**
189:13, 192:3
**figure**
13:4
**figuring**
221:8
**file**
124:9, 125:10,

127:3, 127:12,
127:18, 128:10
**files**
124:12, 127:12,
127:13, 128:13
**fill**
178:8, 180:6,
221:9
**filled**
173:19, 177:19,
177:22
**filling**
221:8, 223:10
**filter**
287:13
**filtering**
48:4
**final**
6:10, 123:11,
126:7, 126:17,
127:4
**finally**
34:14, 97:6,
157:5, 274:5,
274:6, 274:11,
274:20
**finals**
211:13
**financial**
292:10
**find**
28:22, 49:8,
232:16, 268:6
**finding**
66:17, 68:1,
123:15, 180:5,
227:20
**findings**
49:18, 65:10
**fine**
8:3, 9:22,
21:12, 69:17
**finish**
11:11, 11:12,
11:19, 11:22,
89:11, 143:9
**finished**
246:1

**finishing**
200:16, 211:13
**first**
14:7, 43:2,
46:12, 46:19,
61:1, 70:7,
82:18, 82:20,
83:18, 104:2,
111:8, 117:10,
121:8, 121:20,
123:5, 131:19,
132:2, 134:12,
134:17, 135:16,
137:8, 137:14,
193:17, 197:1,
200:13, 201:5,
201:20, 210:22,
212:21, 214:1,
253:1, 253:13,
253:16, 253:17,
255:9, 255:12
**fit**
11:15
**fits**
278:15
**five**
15:22, 96:3,
258:8, 259:3
**flip**
87:12
**flippant**
109:3
**flowcharts**
130:17
**flu**
65:7, 71:1,
73:3, 73:4,
73:17, 73:18,
94:20, 102:6,
161:18, 193:20,
285:17, 285:20,
285:22, 286:22,
288:4, 288:13,
288:17, 289:18
**flublok**
288:22, 289:3
**fly**
87:18

focus
159:4
foley
30:22
follow
130:14, 130:16,
154:16, 209:19,
209:20, 229:17,
237:9, 286:1,
288:2
follow-ups
284:17, 287:16
followed
47:21, 48:8,
152:21, 153:11
following
14:1, 15:14,
17:15, 61:12,
95:16, 96:8,
258:14
follows
8:16
food
282:4, 282:14,
285:5
footprint
31:16, 103:10
foregoing
292:3, 292:4
foreign
189:7
foremost
28:22
foresee
84:1
forgetting
115:1
forgot
123:11, 283:7
form
17:7, 26:2,
49:11, 74:9,
76:6, 95:10,
119:11, 139:21,
144:9, 153:2,
154:2, 164:6,
169:12, 170:14,
177:13, 182:21,

184:3, 202:16,
204:4, 206:19,
207:7, 221:13,
235:4, 236:20,
242:5, 244:10,
246:18, 247:3,
262:21, 265:4,
265:9, 266:13,
272:19
format
238:3
formed
191:9
formulation
257:8
forum
95:2, 107:3
forums
107:15, 240:17,
245:17
forward
54:7, 158:13,
159:1, 159:6,
171:19, 171:21
found
57:13, 61:17,
104:6
founded
38:14
founder
39:6
four
13:19, 15:22,
16:15, 16:22,
17:3, 18:6,
33:22, 34:18,
112:6, 114:10,
114:20, 114:21,
258:19, 258:22,
265:20
fourth
243:6
fraction
143:8, 244:15
frame
20:12, 46:2,
91:17, 134:8,
134:11, 227:10,

279:6, 290:3
frank
9:5
frankly
168:12
free
53:4
frequency
142:3
frequent
36:3, 36:17,
120:9
frequently
131:9
friday
36:15
friendly
128:21
frog
109:22
front
15:10, 62:2,
102:2, 193:1,
265:19, 266:3
frontline
43:3, 282:2
full
86:1, 291:14
fully
159:13, 159:17,
159:18, 160:2,
160:19, 163:6,
196:6, 203:7,
243:20, 244:16
function
89:7, 89:19,
117:21, 182:19,
183:8
functions
118:17
funded
96:2
funding
60:14, 60:20,
201:12
funds
60:18, 60:21
furlough
147:15, 153:5,

153:7, 156:5,
156:14, 156:16,
156:17, 156:20,
157:9, 175:1
furloughed
90:15, 109:13,
138:2, 138:21,
145:21, 147:12,
147:13, 152:17,
156:2, 223:3,
225:6
furloughs
146:8, 153:4,
155:6, 178:16
further
174:21, 284:16,
290:11
fuzzy
276:13

G

gamma
119:14, 121:12
gap
139:4, 163:7,
165:5, 205:5
gaps
20:10
gather
137:9
gave
193:22
gay
160:7
gelatin
101:2
general
10:5, 95:3,
98:7, 107:17,
110:6, 110:11,
111:6, 125:19,
183:2, 186:9,
186:11, 189:8,
238:21, 240:11,
242:3, 256:13,
264:4, 279:9
generality
239:3

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

98

generally
22:17, 46:21,
182:17, 238:18,
240:6, 243:15,
244:5
genetic
56:6
genetically
112:13, 121:2
genetics
115:18
gentleman
280:13
genuinely
224:17
geriatric
218:1
geriatrics
219:2, 219:8
gestalt
110:7, 111:7
getting
62:1, 64:17,
99:7, 100:9,
161:11, 178:13,
204:11, 213:2
give
21:22, 23:19,
52:8, 52:16,
52:19, 63:8,
85:4, 142:16,
154:15, 154:19,
154:22, 199:15,
220:12, 237:20,
248:14, 250:2,
256:20, 285:7,
288:11
given
32:20, 106:1,
134:18, 138:13,
157:8, 180:15,
240:11, 282:18,
289:3, 292:5
gives
52:9, 191:19
giving
107:2
gleaned
106:16, 137:17

glenn
6:5
global
114:9
globe
212:13
gloves
48:11
go
7:11, 15:8,
15:12, 18:18,
19:14, 23:2,
33:22, 39:4,
58:8, 63:15,
64:22, 69:8,
76:22, 77:3,
79:17, 89:15,
106:13, 107:21,
113:5, 114:21,
119:6, 121:11,
122:4, 124:20,
124:21, 125:6,
126:4, 126:15,
138:19, 155:8,
169:13, 169:16,
180:15, 184:3,
185:15, 189:16,
190:11, 195:15,
202:17, 203:6,
204:5, 207:8,
207:21, 220:1,
228:3, 233:14,
236:12, 242:5,
255:17, 260:3,
266:1, 281:17,
285:15
go-to
35:19
goal
38:4, 108:22,
183:4
gobbledygook
210:14
goes
70:16, 187:19,
195:16, 243:7,
259:1, 282:22
going
7:7, 9:10,

9:15, 12:12,
12:14, 13:4,
14:16, 17:2,
17:11, 17:22,
18:18, 18:20,
25:6, 27:20,
38:20, 64:21,
68:15, 68:17,
69:5, 70:5,
80:3, 84:1,
86:14, 86:18,
93:9, 98:20,
100:8, 100:9,
104:1, 110:17,
110:20, 116:19,
118:14, 132:6,
135:2, 135:3,
141:13, 155:7,
160:5, 160:13,
162:10, 177:10,
182:20, 183:5,
185:1, 185:7,
187:13, 194:14,
205:11, 205:13,
208:7, 211:4,
211:5, 211:14,
214:5, 219:20,
222:15, 223:22,
229:22, 234:15,
235:6, 236:8,
238:1, 243:19,
250:9, 253:11,
268:2, 268:3,
268:7, 268:10,
275:21, 277:1,
281:18, 287:4,
287:22
gone
18:15, 125:17
gonna
157:22, 199:11
good
68:16, 68:18,
73:20, 109:20,
116:9, 131:4,
181:21, 183:11,
222:5, 227:21,
227:22, 232:22,

246:7, 288:12
gosh
114:22, 186:9
gotten
102:22, 286:12
governed
77:15
governing
78:17, 78:18,
229:11
government
60:15, 96:3,
153:14, 204:6
governor
6:5, 6:6,
200:21, 205:1,
205:19, 208:8,
229:1
governor's
205:9, 209:17,
209:19, 209:20
gowns
48:11
grader
182:9, 182:10,
182:11, 183:1
grand
30:5
granted
168:1, 213:11,
220:19, 225:11,
238:19, 238:20,
271:1, 289:15,
289:17, 289:21,
290:1, 290:4,
290:8
granting
222:2, 263:5
granular
240:19
granularity
238:16
grasp
284:7
great
11:10, 12:2,
27:10
greater
163:2

greek
120:14
groceries
107:14
grounds
44:18, 260:16,
260:18
group
23:13, 37:15,
37:16, 39:18,
40:14, 43:3,
45:20, 53:22,
67:2, 80:19,
80:21, 80:22,
142:11, 142:12,
145:1, 148:1,
149:10, 149:17,
160:4, 219:12,
252:13, 281:19
groups
23:21, 37:11,
77:17, 147:5,
163:21, 217:10,
218:4, 283:3
guess
18:14, 19:14,
23:3, 32:4,
32:21, 35:20,
46:22, 47:3,
47:21, 48:10,
55:21, 55:22,
56:16, 56:20,
66:4, 80:9,
95:8, 97:16,
98:15, 98:17,
99:4, 101:8,
101:14, 104:22,
110:5, 110:6,
113:19, 123:10,
123:17, 125:2,
126:20, 130:12,
134:6, 148:7,
150:21, 153:22,
156:7, 160:10,
161:10, 171:11,
172:12, 174:6,
176:6, 176:21,
178:21, 185:6,

186:14, 190:4,
200:6, 202:1,
204:9, 210:5,
213:8, 217:6,
218:9, 233:19,
238:20, 239:7,
241:5, 247:22,
253:7, 258:1,
282:8, 283:11,
283:12, 284:1
guessing
127:16, 127:17
guidance
47:22, 48:9,
48:12, 48:17,
52:2, 61:12,
128:11, 152:21,
153:11, 153:13,
153:14, 153:17,
153:21, 154:1,
154:6, 154:17,
154:19, 155:4,
229:17, 235:1,
235:4, 251:9,
251:14, 251:22,
269:2, 269:5,
269:14, 286:1,
288:3, 288:8
guideline
34:10
guidelines
31:9, 34:11,
34:12, 269:14
guy
35:19

## H

h-u-m-o-r-a-l
194:22
half
143:9
hall
128:8, 129:12
hall's
129:13
halloween
142:16, 142:18
halls
107:6, 136:22

hallways
168:21
hand
30:20, 154:9,
163:8, 164:9,
167:9, 292:13
handing
18:10
handled
264:11
hands
65:15
happen
72:7, 135:16,
135:17, 179:8,
223:13, 226:4,
270:5
happened
66:1, 168:17
happening
67:6
happens
190:6, 191:6
happy
129:5
hard
95:7, 105:11,
149:17, 196:10,
224:1
hardship
24:5, 180:5,
213:10, 213:15,
213:16, 214:3,
214:11, 214:20,
215:2, 217:7,
217:16, 221:3,
222:2, 222:3,
223:13, 224:2,
225:2, 225:20
hardships
226:20, 227:2
harm
95:19
hate
86:15
hayfever
50:2
head
80:21, 121:11,

219:7, 234:10,
241:9, 278:14
heading
211:14
heads
80:19
health's
180:16, 239:10,
282:11
healthy
107:13, 212:9
hear
19:12, 40:10,
82:21, 83:3,
104:14, 104:15,
124:2
heard
53:20, 84:4,
99:11, 102:1,
104:12, 175:17,
175:18, 181:17
hearing
91:18, 99:15,
235:22
heavily
41:14, 206:8
height
200:14, 206:1
heightened
275:22
held
2:4, 29:10
help
59:16, 60:18,
103:4, 105:20,
124:14, 130:18,
183:22, 184:7,
206:12, 253:8
helped
209:5
helpful
70:5, 79:19,
96:19
helps
117:6, 235:20
herd
109:19, 110:1,
111:1, 111:22,

116:4
**here**
11:5, 13:5,
19:11, 19:15,
24:20, 25:6,
26:21, 51:16,
52:7, 67:5,
84:22, 86:3,
105:6, 121:13,
162:8, 181:7,
185:3, 198:7,
219:3, 224:1,
240:7, 256:3,
256:7, 256:20,
257:4, 259:17,
264:19, 267:17,
268:8
**hereby**
292:4
**hereunto**
292:12
**herring**
112:1
**hesitance**
98:5, 101:11,
102:15
**hesitancy**
97:11, 97:12,
98:8, 98:13,
99:13, 105:10
**hesitant**
101:10
**hesitating**
288:10
**high**
31:11, 63:17,
63:21, 170:17,
216:9, 217:20,
218:5, 219:13,
220:6
**high-risk**
44:13, 215:14,
219:18, 219:21,
220:2
**higher**
174:3, 174:11,
178:10, 197:15,
198:15, 217:21

**highest**
28:18, 216:1,
216:10, 218:8
**highjack**
53:11
**highly**
160:11, 160:14,
215:20
**highly-vaccinated**
212:6
**highway**
3:5
**hire**
222:14, 252:15
**hires**
135:22, 261:14
**hiring**
136:2
**history**
106:2
**hit**
58:21
**hiv**
34:20, 119:21,
120:10
**hk-1**
114:22
**hmm**
98:14
**hold**
29:9, 31:21,
232:15
**holding**
243:4, 243:6
**holiday**
211:14, 213:4,
213:6
**home**
59:16, 103:22
**homes**
103:21
**honest**
15:2
**hope**
12:18, 38:2,
104:3, 142:6,
164:18, 164:19,
164:22, 171:17,

173:2
**hopeful**
164:21
**hopefully**
192:4
**hoping**
110:17
**horton**
80:15, 87:22,
91:8
**hospital**
20:5, 20:8,
23:10, 23:11,
29:4, 30:8,
30:10, 31:20,
33:5, 33:9,
36:4, 37:13,
39:7, 39:8,
39:10, 48:5,
62:5, 63:5,
63:7, 63:10,
64:6, 70:10,
71:14, 79:8,
81:6, 81:11,
91:1, 129:17,
129:18, 140:21,
141:2, 148:15,
152:21, 154:7,
175:12, 208:12,
211:3, 215:19,
218:10, 231:7,
234:19, 235:1,
257:16, 259:21,
263:9, 275:5,
275:7, 280:5,
281:21, 285:8,
285:15
**hospitality**
283:1, 283:15,
283:18, 284:1,
284:8
**hospitalization**
62:7, 63:14,
64:8, 66:16,
196:15, 197:2,
197:7, 197:8,
198:9, 198:14
**hospitalized**
29:20, 29:21,

32:10, 63:2
**hospitals**
65:8, 78:21,
84:5, 166:11,
207:1, 229:15,
235:1, 235:4
**host**
95:6, 198:5
**hot**
114:15
**hours**
25:13, 33:5,
33:13, 275:10
**house**
175:2
**household**
159:7, 171:22
**housekeepers**
43:5, 282:4
**however**
40:6, 159:3,
171:19, 280:3
**hr**
181:16, 260:1,
261:6
**huge**
88:9, 113:6,
245:4
**human**
97:1, 112:12,
112:20, 113:18,
117:7, 117:11,
118:2, 120:12,
188:3, 188:16,
189:18, 201:9,
204:3
**humeral**
118:4
**humerus**
195:1
**humor**
195:2
**humoral**
188:7, 189:10,
190:2, 194:17,
194:20, 194:21,
195:4
**hundred**
112:15, 160:16,

161:20, 191:15, 191:16, 207:4, 250:9

**hundreds**
206:14

**hunton**
3:14

**hygiene**
30:21

**hyp**
224:17

**hypothesize**
93:9

**hypothetical**
224:18, 271:14, 271:17, 271:19

**I**

**icu**
143:9, 197:8, 198:14

**id**
34:15, 34:16, 95:17

**idea**
42:12, 42:13, 55:15, 90:1, 90:17, 93:19, 94:16, 108:21, 128:19, 150:1, 179:12, 179:13, 184:6, 232:22

**ideally**
191:6

**identification**
8:13, 13:8, 69:10, 85:13, 87:4, 235:10, 237:13

**identified**
63:1, 65:21, 165:1, 232:9, 233:5

**identify**
55:22, 56:12, 57:2, 57:7, 58:1, 215:22, 248:15

**identifying**
57:14

**ill**
143:1, 143:4

**illness**
196:20, 197:2

**imagine**
19:8

**immune**
116:16, 118:3, 119:2, 119:3, 120:4, 183:9, 183:12, 183:18, 183:20, 183:21, 184:7, 184:10, 184:11, 184:14, 184:17, 184:20, 185:13, 185:18, 186:2, 186:10, 187:8, 187:22, 188:6, 188:7, 188:8, 188:21, 189:2, 189:3, 189:8, 189:10, 189:11, 189:15, 189:17, 189:22, 190:2, 190:18, 191:2, 191:3, 191:20, 191:21, 198:20, 198:21, 211:19, 216:18

**immunity**
72:9, 109:19, 110:2, 111:1, 111:22, 116:4, 118:5, 118:6, 157:12, 171:10, 171:11, 171:12, 194:17, 195:4

**immunization**
216:7

**immunocompromised**
29:7, 32:3, 32:7, 113:2, 198:17, 198:19, 215:20

**immunologic**
117:17

**immunosuppressive**
216:19

**impact**
80:5, 93:13, 144:15, 147:1, 205:14

**impacted**
257:6

**impediment**
12:3

**impetus**
140:14

**implanting**
98:21

**implants**
285:13

**implement**
42:8, 92:19, 92:22, 228:18

**implementation**
76:14, 93:16, 257:9

**implemented**
42:9, 42:11, 137:9, 137:14, 177:11, 278:9

**implementing**
69:20, 75:15, 90:1, 92:15, 93:6, 106:17, 175:5, 175:6

**important**
11:6, 57:18, 71:13, 117:21, 142:8, 184:16, 189:3, 191:10, 202:6, 202:8, 212:4, 218:17, 218:18, 275:4

**importantly**
27:15, 62:3, 117:5

**impose**
276:14

**imposed**
94:12, 201:2

**improve**
72:8, 72:10,

137:3, 264:3

**improved**
70:12, 70:19, 72:2

**improvement**
27:19

**improving**
28:19

**inaccurate**
34:3

**inasmuch**
165:2

**inclination**
97:1

**inclined**
102:13

**include**
27:19, 29:18, 76:19, 81:3, 88:3, 124:19, 171:7, 179:20, 231:14, 244:18, 270:3, 270:7

**included**
28:5, 41:8, 43:4, 80:14, 83:21, 88:11, 92:9, 98:10, 123:2, 135:20, 230:22, 243:1, 257:22

**includes**
27:15, 30:17, 30:22, 54:13, 84:22, 88:2, 188:6

**including**
20:7, 36:2, 113:3, 188:9, 288:17

**inclusion**
263:21

**inclusive**
54:7, 54:15

**incomplete**
271:13

**incorporate**
180:9, 239:13

**incorporated**
50:13
**incorrect**
95:21, 155:19,
160:13
**increase**
136:14, 198:11,
198:13, 203:11
**increased**
33:14, 163:4,
203:10, 219:13,
252:3, 252:11
**increasing**
103:2
**incubating**
50:22, 142:21
**incubation**
57:20, 63:11,
64:5
**indeed**
159:5
**indefinite**
216:21
**indicate**
70:4, 74:6,
75:4, 270:19,
270:20
**indicated**
155:3, 157:9,
163:12, 165:8
**indirectly**
59:11
**individual**
26:11, 26:12,
58:1, 102:9,
122:19, 129:16,
150:18, 157:13,
171:4, 240:12,
262:11, 285:9,
287:20
**individual's**
102:9, 169:22,
170:9
**individuals**
30:11, 36:2,
44:11, 44:13,
45:20, 46:16,
50:14, 56:9,

56:22, 57:3,
58:7, 59:13,
59:14, 59:19,
63:22, 78:9,
81:1, 84:22,
88:2, 88:4,
88:8, 95:5,
99:22, 101:3,
102:12, 119:4,
120:13, 129:15,
151:22, 157:1,
162:1, 163:1,
163:13, 163:17,
163:19, 164:14,
165:1, 165:3,
165:9, 165:11,
166:6, 166:8,
167:22, 168:3,
170:16, 176:22,
177:3, 203:9,
203:13, 218:22,
220:7, 222:17,
223:2, 225:4,
241:1, 243:1,
243:3, 244:19,
244:21, 245:20,
245:22, 252:2,
252:6, 252:11,
252:13, 275:4,
288:14, 289:3
**indulge**
187:19
**indwelling**
31:1
**ineffective**
195:22
**infected**
50:18, 50:19,
63:7, 138:20,
223:3
**infection**
29:4, 47:18,
49:22, 50:22,
70:10, 71:21,
72:3, 74:1,
75:22, 76:1,
114:3, 145:19,
148:3, 148:18,

151:6, 157:2,
157:6, 157:8,
161:7, 163:2,
163:4, 165:18,
170:18, 170:20,
171:10, 171:14,
172:6, 183:22,
184:10, 184:17,
185:14, 189:13,
195:16, 196:7,
196:11, 196:16,
197:13, 197:15,
212:12, 225:6,
281:22
**infections**
31:3, 31:4,
57:7, 62:21,
65:17, 66:3,
70:13, 75:21,
142:12, 145:22,
146:9, 161:4,
161:17, 216:22,
223:1
**infectious**
20:4, 29:6,
29:7, 29:21,
30:12, 30:13,
32:3, 32:8,
34:2, 34:17,
34:19, 34:21,
34:22, 38:12,
38:14, 38:16,
38:17, 38:19,
38:22, 99:14,
113:4, 215:19,
252:7
**infinity**
155:21
**influenza**
20:6, 70:21,
71:5, 71:8,
71:14, 71:16,
71:18, 71:21,
73:17, 73:18,
175:14, 175:17,
179:16, 261:2,
262:8, 262:13,
264:11, 265:13,

269:3, 269:8,
289:13, 290:8
**inform**
106:22, 209:5,
209:12, 271:11,
272:17
**information**
39:14, 43:20,
66:5, 67:11,
67:12, 67:20,
68:10, 72:15,
72:20, 72:22,
73:7, 74:2,
74:5, 75:8,
75:10, 81:14,
106:15, 107:18,
136:2, 136:20,
137:9, 137:17,
139:15, 146:5,
146:17, 147:16,
147:18, 148:8,
148:19, 149:3,
149:18, 150:7,
158:20, 159:22,
164:9, 176:15,
180:20, 181:11,
194:7, 205:6,
205:7, 240:18,
244:5, 259:14,
260:9, 270:4,
270:12, 270:20,
271:4, 271:5,
271:7, 271:8,
271:10, 271:12,
271:22, 272:9,
272:16, 272:17,
273:1, 273:6,
273:9
**informed**
51:4, 103:15,
106:16, 106:18,
165:18, 172:4,
203:17
**informing**
107:2, 176:12,
260:16
**infrastructure**
261:17, 261:19,

264:2
**inhibit**
12:3
**initial**
8:5, 42:22,
45:20, 90:17,
169:8, 169:10,
170:8, 170:10,
170:11, 171:3,
192:20, 194:4,
195:18, 211:2,
211:6, 286:8
**initially**
51:7
**injunction**
235:22
**innate**
119:2, 189:16,
189:21, 191:3
**inner**
208:1
**inoculation**
47:15
**inpatient**
125:20, 218:1,
219:2, 219:8
**insect**
289:1
**inside**
188:18
**instances**
66:5, 68:8
**instead**
11:7, 277:13
**institut**
179:15
**instituted**
201:20
**institution**
54:11, 79:14,
84:16, 174:1,
175:16, 177:10,
179:11
**institutions**
39:19, 40:10,
41:12, 42:10,
51:5, 79:11,
79:21, 84:2,

94:8, 94:13,
136:5, 174:15,
175:21, 177:5,
177:11, 252:1
**instructed**
18:22, 268:20
**insult**
155:17, 155:18
**intentionally**
243:10
**inter**
87:19
**interact**
112:10
**interacting**
118:8
**interaction**
118:1, 218:19
**interactions**
251:17
**interest**
44:6, 136:19,
158:17, 292:10
**interesting**
133:12
**internal**
29:18, 34:1,
75:8
**internally**
150:1
**international**
36:7, 277:2
**interpret**
243:12
**interrogatory**
5:22, 85:19,
87:20, 87:21,
88:5
**interrupt**
156:10, 171:2,
183:14, 251:1
**interrupting**
243:10
**interspersed**
220:3
**interventions**
75:20, 216:3
**intranet**
128:12

**introduced**
8:19
**intubated**
143:4
**invade**
117:12
**invader**
189:7
**invested**
23:13
**investigation**
66:1
**involve**
181:18, 184:10,
280:20
**involved**
23:13, 46:14,
60:5, 77:5,
79:10, 80:9,
81:1, 103:7,
120:13, 134:20,
135:13, 139:7,
159:7, 176:22,
180:1, 180:5,
201:11, 207:12,
207:15, 209:2,
213:8, 213:9,
238:15, 238:17,
246:15, 249:5,
249:18, 252:5,
286:6
**irrelevant**
169:17
**israel**
203:16
**issue**
62:10, 83:10,
83:14, 84:7,
93:12, 101:13,
109:18, 144:15,
172:22, 174:7,
174:12, 175:1,
197:1, 197:10,
197:19, 197:21,
199:22, 213:14,
213:18, 214:15,
215:5, 221:12,
223:9, 223:11,

223:21, 225:20,
226:21, 236:16,
237:3, 237:4,
245:14, 271:6,
275:11, 278:10,
279:4
**issues**
20:6, 28:21,
38:1, 43:15,
61:8, 62:12,
62:15, 63:13,
102:14, 104:14,
105:5, 106:6,
107:16, 109:13,
176:17, 176:19,
179:2, 196:20,
213:9, 229:8,
236:18, 240:6,
242:3, 243:16,
244:4, 244:5,
247:1, 278:6,
280:16
**italy**
58:21
**iteration**
252:19, 254:16,
260:7
**iterations**
19:4, 55:11,
257:14
**itself**
38:1, 182:6,
256:4, 265:3

**J**

**jack**
240:13, 241:10,
281:13
**jackson**
6:9, 240:14,
241:10
**january**
6:7, 44:8,
45:19, 46:6,
121:22, 122:1,
200:1, 200:2,
200:12, 208:20,
209:10, 209:16,

210:4, 210:5,
210:7, 230:8,
250:19, 253:18,
254:4, 254:5,
254:8, 262:7,
262:12, 262:15,
273:12, 274:18,
274:19, 275:15,
276:3, 278:6,
288:1

**jell-o**
190:13

**jerry**
38:15

**jim**
6:6

**job**
1:20, 11:10,
30:10, 180:17,
252:12

**job's**
221:10

**jobs**
221:8

**john**
4:4

**johnson**
202:3

**joint**
229:11

**joints**
285:14

**joking**
127:20, 290:17

**josh**
269:11

**joshua**
269:11

**judged**
78:1

**july**
52:13, 81:18,
82:20, 131:20,
132:3, 132:7,
132:8, 133:8,
133:9, 134:8,
135:21, 136:11,
137:8, 137:15,

140:12, 142:2,
142:3, 144:18,
146:19, 146:20,
155:1, 155:2,
159:11, 235:22,
247:17, 248:7,
248:10, 248:15,
248:20, 249:6,
249:7, 249:8,
249:9, 249:10,
249:14, 249:19,
250:18, 252:20,
253:16, 254:2,
254:3, 254:4,
254:5, 255:10,
255:13, 255:18,
255:21, 256:1,
257:15, 257:20,
258:2, 258:6,
258:20, 259:12,
259:15, 261:2,
261:10, 289:15,
289:20

**june**
248:4, 250:20

**justice**
6:6

**justified**
94:5, 157:10

**K**

**keep**
69:14, 107:13,
143:11, 147:2,
165:15

**keeping**
254:13

**keeps**
128:10

**kent**
80:13, 87:22,
249:2

**kent's**
83:21, 84:19,
245:18

**kept**
153:20

**key**
35:21, 205:10

**kill**
188:5

**kind**
33:20, 37:8,
39:22, 66:18,
87:12, 95:12,
97:21, 99:9,
117:2, 121:16,
183:15, 188:11,
195:6, 195:7,
202:5, 254:13,
266:3

**kit**
189:21

**knees**
285:13

**knew**
64:1, 95:17,
104:15, 146:3,
147:3

**knowing**
99:14, 154:11

**knowledge**
23:17, 39:16,
49:9, 59:9,
60:2, 95:4,
129:14, 161:19,
218:10, 229:4,
237:8, 241:7,
281:9

**known**
171:14, 273:21

**kurth**
3:14

**L**

**label**
86:8, 232:14,
248:14, 248:16,
249:15, 249:16,
253:19, 255:12

**labeled**
99:1, 161:3,
238:9, 241:22,
254:9, 258:9,
259:2, 259:3,
259:9

**labels**
123:18, 250:18

**laboratory**
58:8, 58:13

**laboratory-confi-
rmed**
71:1

**lack**
111:12, 112:1,
112:3, 123:17,
201:17, 232:10,
275:9

**language**
21:20, 254:7,
254:11, 254:19,
259:8, 259:12,
259:14

**large**
22:22, 142:14,
143:8, 165:22,
292:18

**largely**
23:15, 61:6,
62:9, 120:5,
235:3

**larger**
33:9, 111:14

**largest**
34:22, 58:21

**last**
12:16, 13:6,
22:13, 27:8,
33:22, 37:9,
85:21, 86:9,
101:8, 114:10,
114:11, 123:15,
125:6, 125:17,
126:5, 196:22,
199:20, 203:8,
210:13, 235:22,
269:16, 289:7

**latch**
117:19, 118:8

**latches**
188:3, 188:15

**late**
27:21, 36:15,
70:17, 83:12,
90:8, 96:6,
134:8, 134:14,

193:12, 227:7
**later**
8:5, 68:19,
69:7, 91:19,
105:15, 129:8,
142:22, 213:22,
235:16
**latino**
104:7
**latinx**
104:10
**latter**
62:10
**law**
2:4, 214:20
**lawsuit**
8:21, 257:6
**lawyer**
45:11, 116:7,
182:8
**lawyer's**
228:22
**lawyers**
205:18
**laying**
279:6
**layperson**
48:22
**lead**
31:2, 78:3,
78:7, 84:14,
105:20, 129:16
**leader**
38:1, 39:2,
81:9, 283:10
**leaders**
39:11, 78:16,
80:9, 81:3,
93:4, 105:4,
134:12, 146:2,
148:15, 177:3,
209:10, 210:1,
236:16, 237:5,
245:9
**leadership**
20:8, 23:10,
78:2, 79:9,
80:8, 83:22,

84:19, 87:17,
88:3, 88:13,
89:19, 91:5,
94:6, 108:15,
108:18, 110:1,
110:11, 134:7,
134:20, 136:22,
138:17, 152:3,
173:20, 174:7,
176:16, 176:20,
176:21, 181:5,
206:8, 207:15,
207:21, 208:2,
208:15, 242:2,
246:13, 249:1,
249:3, 264:15
**leading**
53:4, 109:15,
198:13
**leads**
80:18
**leaf**
189:2
**learn**
107:4
**learned**
66:5
**least**
25:14, 32:13,
72:10, 91:10,
94:21, 115:7,
120:2, 125:16,
134:21, 136:5,
149:4, 149:15,
164:16, 169:4,
179:12, 199:3,
223:6, 258:21,
260:15, 261:15,
274:4, 281:20
**leave**
69:15, 84:16,
174:9, 175:7,
178:18, 179:11
**leaving**
173:22
**lectures**
30:3, 30:5
**led**
20:12, 63:13,

71:8, 80:13,
84:12, 96:19,
98:5, 98:13,
143:10, 198:2,
229:3
**lee**
283:12
**left**
59:19, 175:16,
177:19, 179:15
**legal**
130:14, 213:21,
214:18, 263:4,
266:14
**legible**
126:12
**length**
140:5, 140:16,
152:11, 152:12,
153:4, 155:5,
155:20, 155:22,
156:20, 173:14
**less**
65:22, 86:20,
90:19, 102:13,
120:9, 159:5,
191:12, 195:22,
196:7, 196:17,
198:20, 198:21,
207:1
**let's**
59:15, 61:18,
63:11, 67:3,
77:13, 79:8,
83:15, 85:9,
86:17, 122:4,
135:5, 146:19,
148:1, 192:6,
233:12, 237:12,
250:16, 260:5,
280:9
**letter**
6:4, 19:16,
186:17, 269:6,
270:7, 286:10
**lettered**
16:21, 19:15
**letters**
120:14

**leukemia**
32:12, 216:15,
217:14, 219:2
**level**
31:11, 116:6,
149:3, 150:10
**levels**
170:17
**library**
37:12
**life**
211:5
**lift**
76:22
**likelihood**
64:17, 65:3
**likely**
112:18, 142:21,
157:7, 159:5,
164:16, 172:2,
175:15, 177:9
**limit**
103:2, 183:2
**limitation**
231:14, 275:12
**limitations**
16:5, 276:15
**limited**
18:21, 126:7,
126:16, 127:4
**limiting**
275:13, 276:16
**line**
66:8, 75:21,
76:1, 78:15,
79:21, 102:2,
125:22, 127:7,
127:9, 185:2,
236:9, 242:15,
243:5, 243:6,
260:11, 289:1
**lines**
30:22, 40:2,
62:2, 243:8,
284:9, 285:11
**link**
269:1
**lisa**
6:8, 241:9

**list**
28:18, 40:15,
41:5, 41:7,
41:8, 41:13,
52:1, 66:8,
66:9, 123:8,
123:11, 124:8,
124:15, 287:3
**listed**
14:3, 15:13,
15:20, 15:22,
16:16, 265:22,
289:12
**listing**
40:5
**lists**
66:8
**listserv**
39:22
**literature**
75:11
**little**
10:4, 11:4,
18:15, 33:3,
47:3, 53:5,
73:9, 79:2,
165:20, 172:12,
183:16, 187:20,
228:2, 276:13
**live**
112:9, 190:9
**llc**
231:2
**llp**
3:14
**load**
63:17, 63:21
**local**
45:1, 80:3
**located**
118:2
**location**
67:3, 118:1,
215:12
**locations**
218:21
**lockstep**
154:16

**lonas**
1:22, 2:14,
292:2, 292:17
**long**
62:5, 63:10,
113:10, 136:13,
172:5, 197:17,
216:20, 221:15
**long-term**
173:18, 231:8,
244:21
**longer**
63:10, 64:5,
110:17, 118:18,
169:7, 276:4,
276:8, 276:10
**look**
16:12, 18:13,
19:19, 20:1,
20:7, 21:5,
51:13, 63:18,
69:16, 87:11,
87:12, 110:20,
112:5, 112:13,
113:10, 114:5,
121:11, 125:18,
145:11, 149:9,
176:1, 217:10,
220:4, 237:21,
242:19, 254:7,
254:14, 283:16
**looked**
16:14, 18:5,
18:8, 18:9,
19:12, 19:18,
20:16, 23:9,
25:20, 28:12,
78:8
**looking**
13:22, 42:16,
87:11, 120:21,
176:16, 231:4,
242:18, 255:19
**looks**
105:18, 124:4,
124:9, 126:15,
128:18, 259:6
**lose**
228:1

**losing**
195:20, 246:6
**loss**
194:17, 194:20,
195:10, 195:13
**lost**
114:2, 138:9
**lot**
22:22, 23:21,
43:12, 44:6,
44:19, 45:14,
45:15, 45:16,
61:7, 79:21,
103:14, 143:2,
165:19, 165:21,
166:1, 205:5,
234:9, 273:20,
285:16
**lots**
45:2
**low-risk**
220:3
**lower**
17:5, 164:15
**lunch**
13:1, 122:6,
122:9, 122:13,
131:12, 182:5
**lymphoma**
32:12, 216:15,
217:14, 219:2

**M**

**m-o-m-p-e-r**
22:15
**machine**
143:5, 143:6
**made**
7:11, 16:4,
17:12, 18:21,
28:15, 36:4,
60:20, 104:4,
144:17, 167:18,
174:16, 203:18,
204:22, 206:8,
208:15, 208:20,
225:9, 225:19,
228:12, 228:20,

239:14, 257:1,
262:3, 264:14,
264:19
**maintain**
57:9, 60:7,
65:9, 212:5,
223:4, 223:14,
227:18, 228:17,
244:9
**major**
22:5
**majority**
29:16, 46:3,
118:14, 217:15
**make**
8:3, 11:8,
11:9, 11:15,
11:21, 18:11,
21:11, 21:16,
26:1, 27:11,
27:12, 27:13,
28:2, 28:4,
52:6, 52:11,
53:10, 53:12,
59:8, 66:17,
68:1, 76:22,
79:17, 79:18,
86:1, 87:13,
100:15, 129:18,
137:12, 140:8,
141:3, 141:15,
141:19, 155:14,
156:13, 166:4,
173:10, 180:11,
185:12, 198:3,
215:17, 220:9,
229:8, 229:15,
229:22, 231:1,
231:11, 243:20,
251:2, 258:3,
269:12, 270:21,
271:11, 271:21,
286:9
**makes**
21:17, 33:14,
129:19
**makeup**
115:19

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

107

**making**
31:6, 77:7,
77:10, 77:17,
78:14, 94:18,
134:5, 148:10,
170:4, 172:7,
185:8, 210:2,
210:3, 226:5
**mall**
103:20
**malls**
45:2
**management**
206:13, 284:14
**manager**
67:3, 145:1,
222:13
**managers**
136:19
**manages**
284:22, 285:2
**managing**
280:21
**mandate**
144:16, 200:10,
201:17, 229:6
**mandates**
246:8
**mandating**
42:12, 61:2,
134:13, 135:11,
136:15, 144:2,
146:3, 245:10
**mandatory**
43:8, 76:16,
90:1, 90:11,
91:14, 102:17,
106:17, 131:1,
133:22, 140:4,
172:20, 173:7,
173:11, 173:17,
175:9
**mandell**
38:15
**mandell's**
38:17
**manifested**
142:22, 276:22

**manpower**
76:21
**manufacture**
58:20
**manufacturer**
231:22
**manufacturers**
58:22
**many**
15:21, 18:8,
27:18, 36:16,
38:20, 42:10,
43:10, 45:15,
58:11, 59:18,
79:14, 95:6,
103:10, 107:15,
110:16, 120:2,
120:7, 150:9,
150:10, 151:5,
151:7, 161:5,
162:7, 175:16,
179:10, 196:9,
234:10, 245:20,
289:16, 289:22
**march**
250:19
**mark**
7:12, 7:19,
7:21, 8:3, 8:11,
13:4, 69:5,
69:8, 85:9,
85:11, 86:14,
235:6, 237:12
**marked**
8:12, 13:8,
14:7, 15:9,
69:9, 69:10,
85:13, 85:15,
235:10, 237:13
**market**
96:5
**marking**
8:4
**markings**
86:19
**marrow**
32:11, 216:6,
216:16, 216:18,

217:13
**mary**
234:4
**mask**
147:9, 168:6
**masking**
131:4, 168:10,
168:13, 169:4,
169:7, 280:7
**masks**
48:9, 65:20,
67:8, 168:19,
168:22
**mason**
241:14
**massachusetts**
160:1, 160:15
**match**
178:22, 184:22,
233:7
**material**
56:6, 66:18,
232:9, 251:11,
251:12
**matter**
31:3, 39:1,
81:7, 81:11,
185:8, 207:22,
256:17
**matters**
226:16, 256:18
**maximum**
108:16
**maybe**
25:13, 32:18,
43:18, 47:12,
49:14, 50:21,
52:6, 52:18,
65:21, 66:10,
73:9, 73:15,
77:12, 80:4,
80:5, 81:13,
98:15, 105:18,
110:19, 112:14,
112:15, 127:6,
131:22, 138:6,
154:15, 160:12,
161:16, 168:16,

175:16, 180:21,
180:22, 181:14,
182:10, 185:19,
186:20, 189:1,
190:22, 191:14,
191:16, 192:3,
196:9, 231:11,
233:18, 238:4,
243:10, 251:12,
252:22, 271:20,
277:15, 285:15
**meals**
55:5
**mean**
20:18, 21:13,
36:5, 37:5,
45:10, 48:3,
53:11, 65:13,
73:14, 78:13,
79:3, 104:21,
109:7, 116:2,
140:2, 141:16,
144:12, 150:18,
150:19, 150:20,
151:11, 151:12,
151:14, 153:4,
155:13, 155:21,
156:9, 172:11,
175:11, 176:22,
208:10, 208:13,
223:7, 230:1,
234:9, 249:7,
249:9, 250:8,
250:22, 258:16,
259:20, 261:19,
263:3, 263:4,
265:19, 266:17,
272:2, 285:7,
291:9
**meaning**
171:12
**meaningful**
198:13, 232:10
**means**
202:8, 225:21
**meant**
40:21, 62:17,
155:13, 249:13

meany
97:2
measles
73:8, 73:10,
73:17, 73:18,
258:10, 258:11,
258:13
measure
56:10, 56:17,
56:21, 57:18,
191:15, 227:13,
227:15
measures
167:21, 277:12,
278:7, 278:20
mech
267:20
mechanism
117:16, 265:12
med
139:12, 147:4,
240:13, 241:12,
260:9
media
35:7, 35:21,
36:3, 36:11,
36:14, 36:17,
36:18, 40:12,
196:8
medicaid
6:5, 201:7,
201:12, 201:15,
228:15
medical
9:6, 24:5,
24:14, 29:5,
29:19, 31:12,
32:1, 32:2,
34:20, 36:21,
36:22, 37:10,
41:15, 41:22,
42:5, 75:11,
77:14, 80:16,
91:9, 92:3,
167:19, 168:1,
213:1, 213:18,
214:15, 215:10,
220:21, 243:2,

243:5, 244:20,
248:2, 259:18,
259:21, 259:22,
260:10, 261:3,
261:8, 261:11,
262:4, 262:12,
262:15, 263:9,
264:9, 264:10,
264:16, 264:21,
265:7, 265:10,
265:13, 266:10,
267:10, 267:14,
268:2, 268:8,
268:9, 268:12,
268:14, 268:16,
268:19, 268:21,
269:7, 269:13,
269:19, 270:3,
270:4, 270:8,
270:11, 272:1,
272:9, 273:10,
285:17, 286:2,
286:5, 286:13,
287:21, 288:3,
288:5, 288:9,
288:14, 288:20,
289:14, 289:16,
289:21, 289:22,
290:4, 290:7
medicare
6:4, 201:7,
201:12, 201:14,
228:15
medications
216:19
medicine
29:3, 29:19,
34:1, 37:12,
39:11, 80:18
meet
77:2, 109:5,
272:8, 272:10
meeting
25:10, 34:7,
88:6, 88:7,
88:20, 89:22,
90:4, 90:7,
129:20

meetings
34:6, 88:15,
88:17, 88:19,
89:2, 89:3,
89:6, 89:8,
89:13, 89:19,
107:7, 110:1,
181:6, 240:19
meets
273:8
mem
222:19
member
54:4, 54:22,
55:6, 61:17,
61:18, 61:19,
64:11, 66:14,
77:22, 81:10,
108:9, 142:18,
222:20, 223:16,
223:18
members
27:15, 44:12,
44:17, 45:17,
50:14, 53:17,
53:21, 54:12,
59:15, 61:22,
62:13, 68:9,
76:16, 77:2,
77:9, 78:4,
80:14, 83:2,
83:21, 84:13,
90:14, 99:11,
99:17, 102:2,
104:6, 104:13,
104:16, 105:2,
107:9, 109:1,
109:12, 109:14,
130:15, 130:19,
131:6, 135:11,
136:1, 136:15,
138:1, 138:3,
138:5, 144:4,
145:2, 145:21,
147:13, 149:5,
149:22, 162:13,
172:21, 173:22,
174:19, 175:2,

178:18, 206:14,
225:5, 244:16,
252:15, 260:13,
281:19, 288:21,
289:5
memory
13:22, 43:1,
189:4, 276:12
men
160:7, 160:15,
160:18, 160:19
mention
51:22, 80:21,
123:11
mentioned
19:18, 21:3,
25:1, 30:7,
53:14, 55:9,
61:4, 80:16,
98:12, 99:6,
124:16, 197:1,
205:20, 216:12,
230:7, 263:12,
278:11, 286:5
mers
113:14
message
232:15, 232:16,
232:18
messenger
202:2
met
225:18, 262:4,
273:10, 286:13
metric
227:14, 227:15
michelle
1:22, 2:13,
292:2, 292:17
microbes
116:15
microbial
116:14
microscope
117:2, 117:3
mid
20:11, 137:4
mid-february
46:8

**middle**
161:21, 164:8,
205:3
**midwestern**
116:7
**might**
12:3, 21:22,
32:18, 47:5,
47:9, 53:21,
55:5, 56:4,
69:7, 76:3,
93:2, 98:5,
99:6, 99:7,
101:10, 106:19,
123:3, 130:21,
141:6, 144:16,
175:7, 175:8,
178:8, 185:7,
202:19, 207:5,
213:15, 232:20,
269:21, 271:7,
271:8, 271:9,
272:15, 272:16,
275:19, 276:7,
279:22
**mike**
35:15, 35:17,
36:6
**mild**
49:21, 50:1,
170:19, 196:17,
197:13, 197:14,
197:20
**milieu**
143:16
**min**
283:12
**mind**
28:18, 41:21,
101:20, 111:9,
129:17, 276:18,
281:14
**mine**
258:21, 259:5
**mini**
291:14
**mining**
150:14

**minnesota**
35:15, 35:16
**minnetonka**
3:7
**minuses**
55:21
**minute**
29:1
**minutes**
205:20, 228:3
**miriam**
241:14
**mis**
98:18
**mischaracterize**
196:22, 243:17
**mischaracterizes**
207:8, 224:3,
262:22, 264:6
**misinformation**
98:19, 99:1,
99:5, 99:8,
99:18, 100:13,
100:15, 100:20,
101:21
**misplaced**
111:2
**missed**
197:1, 252:22
**missing**
258:19, 258:21,
270:21, 271:12,
272:18
**misspeak**
249:13
**mistakes**
25:22, 27:10,
27:11, 27:13,
28:15
**mister**
9:17, 9:19
**mistrust**
98:15, 98:16,
99:2
**misunderstood**
110:4
**mitch**
88:1

**mitchell**
88:1
**mitigate**
138:8, 279:11
**mitigation**
57:9, 66:2,
67:9, 75:15,
76:1, 76:12,
78:22, 280:8
**mmr**
73:19, 94:21
**mmwr**
160:22
**mn**
3:7
**moderna's**
231:16
**moment**
42:18, 53:8,
65:18, 92:7
**mompar**
282:16
**momper**
22:8, 22:15,
23:5, 280:19,
281:2, 281:14,
284:22
**monitoring**
89:17, 139:9
**month**
168:13, 211:1
**months**
212:9, 216:20,
274:13, 276:7,
276:8, 276:11
**monticello**
230:22, 231:1,
231:6
**moot**
223:20
**moral**
143:10
**morbidity**
111:13, 113:6
**more**
33:12, 35:10,
37:18, 40:11,
44:20, 54:10,

54:15, 57:5,
63:9, 63:16,
70:9, 71:9,
73:9, 81:6,
88:19, 91:5,
91:9, 98:16,
99:13, 101:8,
103:3, 103:11,
105:15, 107:4,
113:12, 113:15,
115:7, 115:10,
115:11, 115:19,
115:21, 119:1,
121:7, 132:1,
137:12, 137:22,
139:15, 143:9,
145:14, 157:7,
159:4, 167:15,
174:15, 179:2,
183:16, 186:9,
186:10, 191:22,
203:14, 206:17,
223:12, 238:4,
238:6, 251:21,
271:22, 274:22,
275:22, 279:4,
280:3
**morning**
36:15
**morrison**
285:6
**mortality**
111:13, 113:6,
113:15, 113:16
**most**
41:22, 44:16,
44:17, 68:7,
89:12, 111:9,
113:1, 117:5,
121:1, 161:5,
161:20, 203:15,
215:13, 219:18,
219:19, 245:22,
252:16
**mostly**
116:14, 160:7,
184:9

motivation
213:17
mouth
47:16, 202:6,
244:6, 263:14
move
84:3
moved
48:6, 84:5
mrna
95:22, 96:7,
192:9, 231:16
much
25:12, 29:22,
33:12, 36:11,
41:9, 44:20,
44:21, 58:12,
104:3, 106:7,
111:13, 120:4,
120:6, 120:9,
139:1, 140:3,
153:9, 153:20,
200:16, 203:15,
209:18, 217:21,
229:21, 275:21,
277:2
mucosal
47:15, 171:16
mullen
2:6, 4:5, 12:22
multifaceted
188:6
multilayered
163:9
multiple
75:15, 75:18,
120:17, 179:4
mumps
258:15
muster
130:14
mutate
118:10, 118:17,
119:20, 119:22,
120:4
mutated
186:15, 186:19,
191:2

mutation
119:10, 191:13,
194:15
mutations
118:12, 119:13,
119:18, 120:8,
182:7, 185:9
mutator
119:22
myself
8:19, 36:2,
36:8, 87:22,
107:13, 171:7,
274:5

              N

name
8:20, 9:1, 9:2,
21:15, 22:13,
86:5, 115:12,
120:14, 125:10,
128:8, 129:10,
231:1, 237:16,
266:6, 269:16,
280:18, 282:8,
283:7, 285:5
named
81:5, 81:8,
84:22, 116:22
names
120:21, 124:9,
127:13
narrative
257:22
narratives
99:2, 99:15
nasopharyngeal
58:22
nation
38:20, 84:5
national
36:6, 277:1
nationwide
121:14, 203:16
natural
97:1
nd
232:18, 233:1

necessary
117:16, 187:17,
200:9, 200:10
necessity
33:11
need
12:15, 13:1,
13:4, 16:7,
17:13, 27:12,
46:21, 52:20,
68:13, 68:19,
69:16, 96:22,
97:12, 105:11,
107:13, 107:18,
109:6, 124:21,
154:16, 157:19,
158:1, 162:11,
190:14, 193:15,
193:19, 223:21,
227:19, 244:1,
252:15, 270:7,
291:12
needed
50:15, 77:2,
145:21, 167:11,
169:7, 208:7,
273:8
needing
45:22, 46:1,
206:17
needs
44:19, 105:14,
107:16, 192:18
negative
26:17, 64:3,
76:4, 115:21,
203:12
neither
268:2, 292:8
nervous
9:11
net
72:8
neutralizing
188:4, 191:14
never
114:1, 181:17,
204:19, 207:11,

225:19
new
50:13, 51:8,
82:4, 82:18,
83:7, 85:9,
86:15, 86:20,
90:2, 96:13,
96:14, 97:3,
131:20, 132:4,
132:15, 134:14,
135:22, 136:16,
137:18, 138:4,
144:2, 174:18,
178:3, 179:20,
180:5, 183:22,
187:10, 187:13,
187:16, 190:5,
190:6, 191:6,
191:8, 192:3,
192:13, 192:18,
195:21, 213:6,
222:14, 228:18,
261:14, 262:11
news
35:11, 35:18
nex
126:21
next
13:17, 13:19,
14:1, 14:17,
121:17, 125:10,
126:6, 126:16,
126:22, 133:11,
133:16, 133:17,
137:15, 187:5,
199:21, 235:6,
243:7, 252:19,
254:16, 259:3,
266:7, 291:5
nice
87:19
night
275:5
nine
32:8
nineteen
248:6
nobody
139:3

non-governmental
229:14
non-pandemic
112:7
nonprofit
33:19
nonprofits
33:19, 35:3
normal
11:16, 40:21,
41:2, 198:4
norms
80:5
north
153:19
nose
47:16, 49:3,
55:20
nosocomial
31:5, 70:21
notable
136:7, 198:11
notarial
292:13
notary
2:15, 292:17
note
7:5, 7:9, 16:3,
58:12, 142:8,
155:7, 205:12,
237:16, 252:21
noted
261:13
notes
42:16, 52:11,
69:14, 91:19,
121:11
nothing
24:17, 211:4
notice
5:15, 6:17,
6:22, 7:14,
7:18, 26:19,
128:3, 180:9,
257:18
notifications
123:9
noting
49:20

novavax
231:18
novavax's
231:17
november
27:22, 82:6,
201:21, 238:14
np
55:13
nuance
47:21
nuances
47:12
number
12:16, 14:21,
25:14, 39:12,
43:13, 44:5,
45:22, 52:9,
52:18, 52:22,
85:19, 86:9,
87:21, 88:5,
102:7, 108:11,
108:22, 109:17,
115:1, 125:3,
132:10, 132:11,
133:1, 138:7,
138:12, 138:13,
138:17, 138:20,
140:4, 140:15,
148:17, 149:5,
149:7, 160:18,
160:19, 173:16,
179:18, 180:16,
199:15, 199:18,
208:11, 222:9,
231:3, 233:9,
233:10, 235:7,
238:5, 238:19,
240:4, 242:21,
243:1, 243:2,
245:12, 246:7,
255:11, 258:9,
258:15, 266:7
numbered
16:21
numbering
12:13, 12:14,
259:1

numbers
53:3, 87:7,
87:9, 126:3,
147:21, 238:12,
240:15, 241:21
nurse
43:6, 252:8,
252:9, 286:6,
287:3, 287:11,
287:12
nurses
43:4, 46:10,
58:14, 77:13,
138:22, 148:1,
148:2, 149:6,
151:1, 151:2,
151:4, 282:18,
283:4
nursing
37:12, 77:14,
80:17, 80:18,
103:21
nutrition
282:4, 282:14,
285:5

## O

o'malley
4:4, 291:16
oath
8:16, 122:14
object
17:7, 26:2,
38:6, 49:11,
72:19, 74:9,
76:6, 95:10,
100:8, 139:21,
144:9, 153:2,
154:2, 162:10,
164:6, 169:12,
170:13, 177:13,
182:20, 184:3,
202:16, 204:4,
206:19, 207:7,
221:13, 234:15,
236:8, 236:20,
238:1, 242:5,
247:3, 255:3,

262:21, 265:4,
265:9, 266:13,
272:19, 277:15
objection
7:17, 17:9,
19:17, 24:4,
26:17, 27:1,
27:7, 60:3,
155:8, 166:22,
170:13, 180:8,
186:6, 192:21,
196:2, 202:22,
203:5, 204:14,
210:10, 213:20,
214:17, 224:3,
226:11, 237:6,
238:22, 239:12,
240:9, 244:9,
246:9, 246:18,
247:14, 248:21,
250:1, 250:2,
250:14, 250:22,
251:2, 251:7,
256:2, 256:10,
256:15, 264:6,
264:18, 266:14,
267:16, 271:13,
273:18, 277:8,
278:12, 281:6,
282:20, 287:6
objections
6:16, 6:20,
7:8, 7:10, 7:14,
8:9, 16:4, 17:8,
17:11, 17:12,
17:19, 18:17,
18:20, 180:9,
185:2, 185:15,
230:1, 239:13,
255:5, 256:22,
257:4
observation
71:7, 90:14
observed
198:2
obtain
166:19
obtained
130:6, 148:14

**obvious**
94:15, 182:16
**obviously**
8:8, 8:20,
11:4, 40:22,
47:1, 69:16,
124:22, 173:18,
183:15, 183:21
**occasion**
271:3
**occasionally**
30:2
**occasions**
270:15
**occupational**
19:3, 20:2,
20:10, 21:15,
31:17, 139:12,
206:9, 241:11,
262:2
**occur**
49:15, 61:15,
61:16, 67:1,
142:12, 152:4,
161:17, 181:1,
181:14, 230:14,
261:20
**occurred**
22:10, 37:9,
41:9, 42:15,
49:18, 57:8,
57:10, 59:18,
62:4, 62:9,
66:21, 90:7,
90:12, 90:13,
93:16, 103:4,
107:1, 114:10,
135:21, 142:14,
143:7, 147:7,
160:17, 181:1,
194:4, 204:19,
212:19, 242:7,
270:16, 270:17,
276:1, 278:17,
279:5, 279:21,
279:22, 280:4
**occurring**
55:12, 65:19,

67:9, 67:15,
67:21, 80:6,
92:2, 138:3,
150:16, 178:4,
198:14, 225:13,
279:8
**occurs**
29:17, 64:5,
68:19, 97:13,
118:19
**och**
20:14, 21:7,
21:10, 21:14,
21:18, 23:9,
28:5, 51:7,
51:21, 69:20,
123:7, 131:13,
139:20, 208:17,
228:7, 231:22,
239:17, 240:3,
246:5, 246:12,
247:9, 247:16,
247:21, 248:11,
249:6, 249:15,
249:19, 250:11,
251:7, 252:19,
253:15, 253:17,
254:6, 254:8,
254:16, 255:10,
255:18, 256:1,
256:7, 257:15,
257:19, 258:7,
259:15, 261:3,
261:8, 264:1
**october**
143:18
**offered**
235:21
**office**
23:3, 80:15,
168:8, 200:22,
201:1, 229:7,
230:4, 281:15,
281:16, 281:21
**officer**
30:14, 36:21,
37:1, 80:16,
91:9, 283:1,

283:8, 283:13,
292:2
**officers**
80:17
**offices**
2:4
**officials**
95:17
**often**
21:18, 21:19,
30:4, 34:7,
36:5, 36:14,
40:1, 40:10,
71:4, 75:13,
75:19, 79:10,
89:13, 105:11,
110:4, 110:10,
110:16, 112:4,
112:6, 116:15,
275:5, 279:21,
279:22
**oh**
14:9, 22:12,
85:6, 93:22,
157:16, 184:4,
219:15, 224:14,
232:22, 241:16,
242:10, 248:6,
248:13, 249:7,
253:3
**okay**
9:10, 9:13,
13:2, 14:9,
16:14, 17:10,
17:20, 18:17,
20:21, 22:16,
22:21, 27:1,
27:3, 32:16,
32:19, 45:13,
49:13, 51:15,
52:6, 53:6,
53:10, 54:3,
56:15, 59:8,
68:21, 73:13,
87:9, 92:11,
94:2, 94:3,
95:12, 100:17,
114:18, 116:5,

122:8, 124:2,
124:8, 125:1,
127:21, 128:15,
128:22, 131:10,
132:12, 132:14,
141:11, 141:21,
143:22, 155:15,
156:21, 158:2,
172:18, 181:10,
182:1, 182:20,
183:17, 187:18,
187:20, 187:22,
192:6, 195:4,
199:12, 203:2,
208:13, 214:4,
224:20, 224:22,
227:3, 236:1,
240:22, 241:20,
244:8, 244:13,
249:10, 251:3,
253:3, 253:5,
254:18, 257:2,
257:12, 266:5,
267:8, 268:4,
285:3, 287:2,
287:9, 287:14,
290:12
**old**
45:2, 191:10
**older**
198:16
**omicron**
121:16, 121:18,
122:1, 168:15,
168:18, 200:15,
205:4, 206:1,
210:22, 211:1,
211:8, 212:3,
274:11, 276:6
**omit**
53:4, 228:7
**onboard**
136:12, 138:5,
174:19
**onboarded**
252:14
**onboarding**
50:13, 136:3,

245:1
**once**
69:7, 110:7,
110:8, 111:10,
260:15, 280:5,
291:8
**once-weekly**
50:17, 57:20
**one**
8:20, 13:5,
14:21, 15:4,
16:17, 17:3,
18:3, 19:16,
19:21, 23:10,
34:6, 34:17,
38:19, 41:22,
45:1, 48:5,
49:7, 51:22,
53:16, 56:20,
58:16, 58:21,
61:7, 69:21,
73:9, 75:17,
83:20, 86:3,
86:20, 88:19,
94:13, 96:1,
101:20, 104:22,
107:22, 112:10,
117:5, 118:3,
118:20, 119:16,
120:16, 121:8,
127:3, 127:19,
129:15, 132:7,
135:14, 140:7,
140:22, 141:7,
142:16, 153:6,
153:7, 161:19,
168:8, 172:14,
177:11, 183:7,
187:14, 188:10,
192:18, 199:7,
200:19, 211:1,
222:6, 240:12,
248:1, 253:1,
253:2, 260:11,
260:17, 261:13,
266:7, 276:18,
278:14, 288:12,
291:4

**one's**
185:13
**one-to-one**
184:22
**ones**
22:5, 218:16,
219:10, 244:17,
252:17
**ongoing**
138:1, 138:16,
152:5, 178:4
**online**
137:1
**only**
58:11, 94:3,
98:16, 103:18,
106:22, 129:16,
141:4, 170:16,
170:18, 191:16,
217:15, 218:16,
244:19, 250:12,
272:17, 276:2,
287:14
**open**
44:20, 105:16,
105:17, 143:12,
180:21
**open-ended**
239:2
**opened**
44:15
**opening**
279:12
**openings**
180:17
**operating**
283:8
**operation**
96:18
**operational**
58:6, 109:13,
145:2
**operations**
57:10, 142:10,
145:3, 212:5,
223:4, 227:18,
283:1, 283:13
**opinion**
26:3, 161:2,

210:9, 256:20
**opportunities**
27:14, 27:18,
28:19, 96:17,
264:3
**opportunity**
28:2, 28:4,
36:18, 118:10,
120:11, 174:2
**opposed**
114:15, 145:13,
203:3, 213:18,
220:21, 226:18,
272:3
**opposite**
92:18, 92:21
**optimal**
31:8
**optimistic**
170:12, 171:17
**options**
135:20
**order**
44:22, 57:9,
200:22, 205:2,
205:19, 208:9,
209:17, 209:20,
229:1, 229:18,
258:2, 274:12,
291:2
**orders**
291:1
**organ**
32:11, 215:21,
216:7
**organization**
79:8, 229:14,
278:2
**organizations**
35:4
**origin**
41:9, 112:17
**original**
12:21, 121:8,
192:16, 203:4,
207:22
**origins**
112:19, 145:19

**osterholm**
35:16, 35:17,
36:6
**others**
6:9, 36:10,
80:2, 93:8,
94:6, 139:11,
141:8, 141:9,
162:2, 171:5,
181:15, 217:17,
217:20, 218:6,
218:9, 240:14,
251:12, 257:7
**otherwise**
230:11, 292:11
**out**
13:4, 44:13,
52:1, 79:21,
90:15, 90:18,
90:19, 95:21,
99:19, 104:21,
112:13, 117:17,
136:20, 148:2,
151:1, 151:4,
151:5, 160:10,
164:22, 169:21,
199:3, 212:15,
221:8, 222:9,
222:14, 223:17,
253:8, 268:6,
274:3, 274:14,
275:2, 276:15,
279:3, 279:6
**outbreak**
58:20, 160:1,
160:6, 160:10
**outbreaks**
57:8, 65:7,
278:4
**outcome**
143:3, 292:11
**outcomes**
197:8, 203:12,
216:1, 217:2
**outlier**
93:11, 93:18,
93:20
**outline**
259:17

**outlined**
212:8, 227:5,
252:18, 257:19
**outreach**
103:20, 104:1,
104:11, 104:16,
104:21, 105:3,
105:8, 106:7
**outset**
135:16
**outside**
33:16, 35:5,
35:6, 53:11,
56:6, 188:13,
276:15, 278:6,
278:9, 279:12,
279:21
**outweighed**
95:19
**over**
13:1, 18:15,
61:1, 108:7,
111:11, 114:10,
132:1, 132:17,
139:13, 142:17,
156:5, 162:6,
162:9, 163:14,
186:18, 195:7,
195:15, 195:16,
197:17, 212:15,
213:4, 270:16,
279:18
**overbroad**
26:3
**overcome**
119:2
**overlap**
129:2
**overly**
170:12
**overrun**
59:1
**oversaw**
34:12, 80:1
**overseeing**
281:11
**overseers**
31:9

**oversees**
22:20, 283:2
**oversight**
96:20
**overtones**
97:9, 97:22
**overview**
244:14
**overwhelmed**
148:12
**overwhelming**
200:18
**own**
7:6, 58:20,
72:19, 119:14,
146:5, 162:11,
282:21

**P**
**page**
5:2, 5:14, 6:3,
6:14, 13:14,
13:17, 13:18,
13:19, 14:7,
14:13, 14:17,
15:12, 15:20,
16:17, 17:3,
24:16, 24:21,
25:4, 85:21,
86:8, 86:9,
87:7, 87:9,
125:6, 126:3,
126:5, 126:15,
126:22, 127:6,
130:7, 199:13,
237:17, 238:9,
241:22, 249:16,
254:7, 254:9,
254:13, 254:14,
254:16, 255:9,
255:12, 255:17,
258:8, 258:19,
258:22, 259:2,
259:3, 259:6,
259:8, 265:21,
266:2
**pages**
1:21, 14:1,

15:22, 16:15,
16:22, 18:6,
87:13
**paid**
282:10
**paint**
198:6
**pam**
88:1, 249:2
**pan**
113:12
**pandemic**
20:6, 23:20,
29:22, 33:11,
35:12, 59:3,
59:21, 60:19,
71:15, 75:13,
89:14, 96:18,
110:9, 111:11,
112:8, 113:5,
121:21, 124:18,
164:8, 169:1,
192:5, 197:5,
227:14, 247:9,
247:11
**paper**
70:17, 161:3
**papers**
247:6
**paragraph**
236:5, 236:13,
236:17, 237:4
**parallel**
286:1
**parallels**
184:22
**paraphrasing**
201:3
**pardon**
109:22
**parent**
116:12, 275:6
**parental**
116:12
**parking**
131:8, 131:9
**parlance**
251:17

**parsing**
75:16
**part**
24:1, 31:13,
33:15, 34:11,
37:14, 68:7,
78:14, 93:9,
96:1, 102:16,
103:17, 104:2,
104:7, 104:13,
104:17, 105:7,
111:22, 113:1,
114:5, 115:17,
117:10, 118:3,
127:6, 136:8,
173:9, 174:4,
174:17, 176:5,
177:8, 178:4,
178:5, 178:14,
178:19, 179:9,
180:12, 180:17,
183:5, 184:15,
184:16, 188:13,
189:3, 189:10,
189:15, 198:2,
201:8, 204:2,
206:16, 207:20,
208:1, 208:2,
208:17, 211:17,
215:1, 219:16,
221:6, 222:1,
223:4, 223:7,
234:7, 236:11,
238:13, 241:13,
241:19, 242:1,
246:22, 247:7,
247:12, 257:1,
282:1
**participants**
88:20
**participating**
246:3
**particular**
10:17, 70:3,
117:20, 129:2,
182:13
**particularly**
197:7, 198:15,

203:9
parties
279:12, 292:10
partners
103:14, 104:6
parts
88:9, 117:20,
188:19, 188:22
passed
38:16, 39:5
past
65:7, 72:16,
94:20, 110:9,
110:12, 112:12,
112:14, 188:10
pat
217:15
pathogen
47:13
pathogens
30:19
patient
29:17, 31:18,
62:22, 64:12,
64:14, 64:15,
64:21, 65:4,
65:11, 71:9,
72:12, 142:17,
215:22, 216:4,
217:6, 217:10,
217:22, 218:4,
218:12, 219:12,
219:16, 219:22,
220:6, 227:17,
274:1, 275:2
patient's
62:11, 62:18,
63:9
patient-facing
251:17
patients
29:20, 30:1,
32:10, 38:13,
59:20, 62:3,
62:4, 63:6,
65:3, 65:20,
66:9, 66:11,
66:12, 66:15,

66:19, 67:2,
69:22, 70:6,
70:13, 70:22,
71:11, 71:12,
72:4, 72:13,
102:3, 109:16,
131:7, 141:3,
143:15, 147:12,
152:1, 168:20,
198:15, 198:17,
198:19, 206:22,
208:11, 211:6,
215:21, 216:5,
216:12, 216:13,
216:14, 216:16,
216:17, 217:1,
217:3, 217:4,
217:13, 217:14,
218:19, 219:1,
219:18, 219:21,
220:2, 220:3,
251:18, 273:15,
274:2, 275:16,
275:17, 280:7,
282:12
paucisymptomatic
50:1
paucisymptomatic-
ally
50:19
pause
11:17, 13:5,
220:12, 283:17
pay
60:15, 291:9
paying
201:11
pays
291:8
pcr
63:19
pdf
6:11
pedantic
158:18
pediatric
34:21, 142:17
pejorative
161:7

people
9:21, 23:15,
35:1, 38:13,
43:15, 45:15,
45:18, 45:22,
46:13, 46:16,
49:15, 49:21,
49:22, 50:20,
54:13, 58:11,
65:19, 67:4,
67:7, 79:22,
88:10, 97:2,
97:3, 101:5,
101:10, 102:10,
103:11, 103:21,
104:4, 105:12,
105:13, 105:20,
106:19, 107:3,
110:16, 120:7,
136:12, 139:11,
159:2, 159:17,
175:16, 179:11,
179:14, 211:11,
213:2, 223:21,
227:9, 242:22,
272:21, 274:9,
277:1, 277:22
people's
101:20
percent
33:2, 33:5,
43:17, 43:18,
43:21, 45:21,
46:4, 71:20,
108:10, 109:8,
113:16, 137:4,
145:13, 147:22,
161:20, 191:15,
191:16, 242:22,
244:16, 245:6
percentage
32:18, 33:1,
109:1, 109:19,
151:7
percents
33:13
perception
78:10, 95:13,

96:19, 97:8,
101:20, 101:22,
102:9, 174:14
perceptions
97:17
perform
58:15, 251:18,
251:22
performed
70:18, 96:21,
150:16, 226:13,
227:8, 257:16
performing
251:15
perhaps
73:9, 83:11,
91:8, 98:18,
112:7, 131:7,
165:22, 179:14,
191:12, 196:9,
200:20, 210:7,
229:2, 275:17
period
20:9, 27:21,
34:5, 36:11,
44:1, 44:12,
44:14, 44:18,
57:20, 61:21,
62:6, 63:10,
63:11, 64:5,
71:6, 83:12,
96:6, 101:19,
107:6, 136:4,
142:15, 145:6,
145:16, 168:4,
169:1, 169:2,
172:1, 189:20,
190:10, 190:16,
192:17, 192:19,
196:6, 196:16,
197:17, 212:16,
226:18, 244:15,
250:12, 273:14,
273:17, 274:7,
274:10, 274:12,
274:16, 275:15,
276:2, 276:4,
278:17, 288:1,

288:9, 289:19,
290:1, 290:4,
290:5
**periods**
90:19, 216:20
**person**
34:7, 36:9,
41:2, 48:7,
56:4, 105:17,
125:21, 142:20,
143:1, 152:16,
157:10, 183:21,
215:9, 220:20,
221:9, 222:20,
224:1, 225:2,
268:18, 275:3,
281:13, 283:6,
283:9
**person's**
225:18
**personal**
7:6, 25:16,
25:22, 26:3,
26:7, 26:20,
26:22, 48:8,
99:13, 256:20,
280:20
**personally**
10:18, 10:19,
29:14, 48:16,
81:4, 134:19,
139:7, 207:15,
209:2, 213:9,
241:6, 249:5,
263:8
**personnel**
58:14, 167:9,
264:5
**perspective**
82:12, 120:2
**pertussis**
73:19, 73:21
**perusing**
238:2, 244:13
**pfizer**
131:4
**pfizer's**
231:16

**pharmaceutical**
31:13
**phillips**
1:5
**photocopiers**
285:12
**phrase**
54:6, 81:12
**phrased**
185:16
**physical**
48:6
**physician**
99:14, 215:20,
261:4, 262:3,
269:11, 273:5
**physician's**
80:21, 252:9
**physicians**
37:15, 37:16,
43:6, 46:11,
77:11, 95:17,
138:22, 149:6,
235:5, 252:7
**pick**
151:1, 187:14
**picu**
143:12
**piece**
188:19
**place**
105:21, 219:19,
223:16, 250:5,
289:11
**placed**
16:5
**places**
96:10, 183:11,
203:16, 211:9
**plaintiff's**
5:15
**plaintiffs**
1:6, 3:2, 5:13,
5:22, 6:2, 6:17,
6:21, 7:14,
7:17, 8:17,
8:21, 85:7,
85:19, 257:6,

**287:17**
**plan**
104:3, 125:20
**planning**
34:15, 35:2,
93:11, 110:18
**plasma**
195:2
**plastic**
58:16
**plateau**
108:20
**platforms**
96:7, 96:15
**play**
39:2
**played**
25:16, 97:11
**plaza**
3:15
**please**
9:1, 11:1,
27:6, 85:11,
230:17, 291:1
**pllc**
3:4
**plugged**
91:5, 91:9
**plural**
172:13
**plus**
89:10, 89:12
**pluses**
55:21
**pneumonia**
31:5
**pneumonias**
71:8
**point**
16:16, 37:9,
50:6, 52:7,
53:10, 55:13,
58:17, 102:22,
112:12, 112:16,
113:18, 139:4,
145:14, 145:18,
165:7, 166:4,
167:13, 167:17,

**168:9, 183:15,**
186:22, 188:20,
190:15, 199:7,
204:19, 228:6,
236:12, 237:5,
246:17, 273:12,
277:14, 278:22,
286:12
**pointing**
86:4
**points**
28:16, 135:14
**policies**
19:2, 19:4,
19:13, 19:18,
37:21, 39:1,
39:15, 39:20,
40:6, 40:8,
42:8, 47:4,
47:19, 52:2,
93:14, 123:12,
128:11, 129:3,
129:17, 129:18,
129:22, 130:1,
130:2, 130:6,
130:9, 130:11,
131:1, 153:19,
232:7, 239:10,
239:20, 248:1,
255:2, 260:21,
264:1, 278:8
**political**
97:8, 97:22,
98:1, 98:4
**polymerase**
119:19, 120:8
**poor**
216:1
**population**
72:9, 112:12,
112:20, 113:18,
121:3, 148:6,
148:20, 149:3,
160:2, 160:15,
196:13, 199:1,
211:19, 215:15,
216:4, 219:16,
219:22

populations
120:12, 158:9,
164:5, 166:21,
198:15, 215:22,
216:9, 217:6,
217:22, 220:6,
220:18, 227:17
portal
261:21
portion
50:7, 184:13
portions
274:10
pose
165:4
position
20:5, 25:16,
29:2, 173:19
positions
8:10, 177:19,
177:22, 178:8,
180:6, 180:21,
223:10
positive
56:5, 57:4,
63:15, 63:16,
63:20, 64:4,
66:10, 142:21,
146:4, 146:22,
147:11, 274:1,
274:2
positives
56:7
possibilities
64:20
possible
145:20, 153:9,
153:21, 166:18,
167:3, 167:12,
167:15, 211:20
post-it
69:14
posted
128:12
potential
50:20, 56:7,
76:4, 76:12,
76:13, 76:17,

77:19, 79:5,
84:15, 173:13,
174:8, 178:17,
218:20, 218:21,
225:20, 279:10
potentially
45:7, 50:17,
58:1, 79:7,
113:12, 178:10
powerpoint
20:7, 23:8,
23:10, 89:15,
90:3
powerpoints
23:9
ppe
28:19, 48:3,
131:3
prac
287:12
practice
65:16, 78:18,
79:19, 116:9,
136:6, 214:16,
220:2, 220:10,
251:21, 265:13
practiced
168:11
practices
30:20, 31:7,
31:8, 38:17,
47:19, 51:5,
67:8, 80:1,
124:17, 130:10,
130:16, 130:22,
153:16, 153:20,
154:14, 279:7
practicing
235:5
practitioners
252:8, 252:9,
286:6, 287:3,
287:12
pre-symptomatica-
lly
50:18
precautions
130:3, 269:2

preceded
249:1
precedence
65:6, 71:19
predict
110:15
predicting
110:19
predominantly
29:18, 30:13,
55:11, 55:14,
121:13
preexisting
157:12
preface
93:21
pregnancy
286:18
preliminary
235:21
preparation
24:1, 25:6,
25:9, 280:14
preparations
19:6, 19:12
prepare
19:1, 20:16,
20:22, 24:9,
24:10, 24:22,
267:8
prepared
16:9, 17:2,
17:4, 17:8,
18:21, 25:21,
28:12, 267:5,
267:7
preparing
21:3, 23:22,
139:18
presence
36:7, 55:22
present
56:3, 128:5,
167:13, 183:4,
278:7, 288:2
presentation
90:3
presented
20:8, 243:22

press
192:15
pressure
116:16, 116:20
presume
160:5
presymptomatic
157:2
pretty
23:20, 30:16,
70:16, 71:17,
110:14, 161:20,
169:15, 192:4,
213:5
prev
255:22
prevalence
74:16, 74:17
prevent
69:21, 118:5,
183:22
preventable
258:17
prevented
269:21
preventing
31:4, 70:5,
75:4, 198:9
prevention
29:5, 47:19,
70:10, 75:1,
75:22, 76:2,
76:3, 196:21,
281:22
preventive
74:6, 277:11,
278:7, 278:8
prevents
213:18
previous
12:14, 126:22,
185:14, 227:3,
231:21, 232:1,
247:5, 255:22,
257:14, 260:7
previously
105:21, 212:8,
240:10

**primarily**
43:22, 47:14,
219:17
**primary**
202:1, 202:10,
245:21, 246:1,
273:3, 273:5
**principle**
39:7
**principles**
38:17
**print**
52:1, 123:16,
124:9
**printed**
125:10
**prior**
57:10, 71:15,
110:3, 232:6,
242:20, 247:9,
247:11, 251:19,
261:2
**prison**
159:8, 171:22
**private**
220:2
**privilege**
266:15
**privileged**
19:10, 149:2,
209:22
**privy**
68:11
**pro**
78:8
**probability**
139:16
**probably**
11:13, 21:18,
28:17, 30:14,
36:13, 41:8,
41:9, 41:14,
54:20, 68:18,
91:7, 112:16,
113:8, 127:22,
128:20, 129:1,
134:7, 160:8,
171:15, 181:21,

183:10, 184:11,
184:13, 187:6,
191:11, 215:13,
229:12, 251:21,
276:8, 279:4
**problem**
10:1, 93:19,
93:20, 175:3,
289:8
**problems**
38:14, 113:2
**proc**
287:2
**procedure**
264:5
**procedures**
46:15, 153:16,
246:16
**process**
58:11, 77:1,
77:3, 78:2,
80:13, 81:2,
98:17, 100:10,
102:17, 107:1,
117:11, 118:11,
118:12, 130:19,
134:22, 136:1,
136:9, 176:6,
176:8, 180:18,
181:8, 181:12,
181:17, 191:5,
194:5, 205:7,
209:6, 215:1,
225:7, 229:19,
229:20, 239:4,
247:7, 247:8,
247:12, 257:16,
261:1, 261:6,
261:8, 261:17,
262:14, 262:15,
263:13, 263:15,
264:5, 264:17,
264:20, 264:22,
265:8, 265:11,
267:10, 267:13,
267:14, 267:15,
267:18, 268:2,
268:6, 268:9,

268:10, 268:13,
268:14, 268:17,
268:19, 269:5,
270:16, 276:21,
277:3, 284:15,
285:17, 286:7,
286:8, 287:11,
290:6
**processes**
77:17, 165:15,
190:14, 239:4,
257:19
**processing**
222:13, 222:20
**procurement**
22:20
**produce**
59:1, 125:15,
190:13, 190:15,
191:21, 192:1
**produced**
7:10, 123:13,
124:13, 125:21,
191:11, 192:8,
235:14, 236:10,
250:11, 288:18,
288:22, 289:1
**produces**
188:2, 189:4
**product**
131:6, 188:1,
269:1, 288:22
**production**
129:5, 189:9,
190:12, 236:12,
289:8
**products**
31:12, 101:1,
285:13
**professional**
2:14, 34:18,
159:12, 292:19
**professionally**
246:22
**professor**
29:3, 29:14,
31:20
**progenitor**
116:12

**program**
29:8, 32:3,
55:12
**programs**
203:17
**prohibit**
273:14
**promoting**
30:20
**promotion**
38:12
**prompt**
184:7
**promulgate**
234:19, 235:1
**proof**
119:19
**proofreading**
119:19, 120:8
**propel**
49:5
**proper**
258:1, 285:5
**properties**
115:15, 117:5,
183:7
**property**
120:1
**proportion**
174:18
**protect**
52:4, 128:4,
211:18, 278:20
**protected**
196:17
**protection**
47:22, 48:10,
48:11, 67:9,
147:10, 157:11,
170:17, 170:19,
170:20, 193:20
**protective**
48:8, 71:21,
157:1, 157:6,
183:9, 197:6
**protein**
96:9, 101:1,
101:4, 117:3,

117:4, 117:19,
117:20, 117:22,
118:13, 118:17,
118:19, 184:15,
188:2, 188:3,
188:12, 188:15,
189:6, 190:21,
191:19, 192:7,
192:8, 192:10,
289:2

**protocol**
57:14

**protocols**
123:12, 124:16,
124:17, 130:10,
130:16, 153:16,
154:14, 167:10

**proved**
111:15

**proven**
109:11, 159:1,
197:6

**provide**
23:2, 23:19,
36:17, 76:21,
81:14, 103:5,
128:5, 157:14,
178:6, 185:3,
193:20, 269:19,
271:5, 271:9,
271:22, 272:15,
272:16, 273:5,
289:5

**provided**
23:10, 73:19,
268:22, 270:12,
270:21, 271:8,
272:9

**provider**
39:8, 54:20,
64:18, 65:6,
70:14, 84:6,
103:1, 141:2,
141:3, 147:5,
147:11, 149:21,
213:2, 218:19,
269:6, 269:20,
270:4, 270:8,

270:12, 270:14,
271:4, 271:9,
272:16, 273:4

**provider's**
273:3

**providers**
43:4, 43:18,
44:17, 54:17,
61:9, 68:9,
70:19, 71:11,
71:12, 72:5,
72:12, 72:13,
72:14, 77:9,
82:19, 83:2,
84:16, 93:15,
94:11, 101:17,
104:13, 130:18,
142:13, 143:12,
147:13, 148:6,
150:2, 157:4,
168:19, 178:18,
193:18, 251:11,
251:16, 252:17,
273:2, 273:3,
281:19, 282:3

**providing**
55:2, 55:5,
58:10, 62:12,
76:20, 89:14,
103:8, 103:10,
104:1, 105:9,
130:20, 240:14,
260:9, 282:11,
285:10

**provincetown**
160:7, 196:4

**provision**
21:18

**public**
2:15, 7:7,
23:15, 27:14,
30:14, 38:1,
39:3, 92:1,
95:17, 104:17,
106:10, 106:15,
111:3, 115:7,
115:21, 116:1,
120:13, 278:21,

292:1, 292:17

**published**
159:21

**pull**
180:16

**pulled**
180:19

**pulmonologists**
252:7

**pur**
93:3

**purpose**
55:15, 55:22,
93:1, 93:4,
276:16

**pursuant**
2:13, 7:10

**pushing**
44:13

**put**
16:6, 56:16,
57:8, 65:2,
111:7, 112:2,
112:8, 126:20,
136:20, 143:5,
143:6, 178:22,
185:17, 193:1,
202:6, 224:16,
244:6, 263:13

**putting**
147:19

---

## Q

**qualify**
285:19, 287:20

**qualifying**
286:13

**qualitative**
176:14

**quality**
31:10

**quantify**
175:22, 178:21

**quantitative**
176:14, 179:5

**quantitatives**
174:4

**quarantine**
61:20

**quarantined**
61:14

**quarters**
94:10, 95:15,
96:13

**question**
10:17, 11:15,
11:16, 11:22,
12:6, 12:9,
12:10, 24:13,
26:20, 26:21,
26:22, 27:4,
27:6, 27:8,
32:15, 40:4,
46:22, 52:3,
53:16, 57:5,
72:18, 72:19,
74:3, 74:12,
74:13, 106:13,
108:7, 116:4,
123:3, 132:1,
133:15, 137:12,
140:8, 140:9,
150:13, 154:20,
155:12, 155:13,
155:19, 156:11,
157:21, 162:11,
167:16, 169:15,
172:9, 174:7,
182:22, 186:14,
186:15, 187:18,
210:8, 221:15,
222:5, 225:13,
227:4, 230:14,
237:7, 239:2,
256:16, 273:19,
278:13

**questioning**
185:2, 236:9

**questions**
10:11, 10:12,
11:3, 11:6,
11:12, 11:14,
36:18, 40:1,
47:2, 48:15,
56:20, 67:7,
81:14, 84:12,
101:9, 105:5,

107:2, 107:9,
107:15, 131:9,
157:20, 176:7,
181:13, 205:12,
208:14, 209:5,
209:11, 234:16,
250:9, 267:3,
268:9, 279:14,
284:16, 285:16,
287:15, 290:11
**queue**
46:19
**queueing**
44:22
**quick**
240:22, 280:9
**quickly**
65:20, 95:20,
143:10, 211:8
**quite**
109:8, 190:22,
192:3
**quote**
201:21

**R**

**r-i**
9:5
**r-i-f**
9:4
**rabies**
161:16, 161:19
**race**
105:19
**raised**
83:18, 84:7,
99:11
**raising**
83:10, 83:14
**range**
45:21, 131:2
**ranging**
130:22
**rapidly**
95:14, 119:20
**rare**
63:4, 64:19
**rarely**
153:10

**rate**
108:5, 136:14,
137:4, 137:18,
178:10
**rates**
106:14, 108:9,
113:16, 147:5,
148:19, 149:22,
174:11
**rather**
58:18, 66:1,
84:17, 146:8,
288:19
**rd**
199:16, 209:14,
209:15, 210:15
**reach**
108:17, 108:22
**reached**
122:2, 222:14
**reaching**
103:2, 108:19
**react**
93:15
**reaction**
97:4, 101:4
**read**
27:5, 27:8,
53:3, 124:22,
230:19, 244:1,
244:2, 290:13,
290:19, 290:20
**readable**
258:3
**readily**
190:9
**reading**
260:20, 292:7
**reads**
259:4, 259:5
**ready**
16:13, 244:3
**reagents**
58:15
**real**
68:4, 75:14,
127:13, 240:22
**really**
14:16, 25:3,

36:16, 43:14,
52:3, 54:22,
62:9, 65:15,
65:16, 65:22,
105:11, 114:1,
121:1, 128:21,
143:10, 161:7,
171:8, 194:8,
198:6, 216:15,
284:13
**reason**
36:15, 61:4,
70:2, 70:3,
109:6, 111:22,
160:22, 215:10,
220:21, 220:22,
222:11, 259:11,
272:3, 272:6,
288:10
**reasonably**
80:2
**reasons**
61:7, 62:8,
69:18, 69:19,
69:21, 95:6,
95:8, 101:10,
106:18, 139:19,
167:19, 168:2,
239:8, 239:9,
243:2, 244:18,
273:20
**rebranding**
37:8
**recall**
12:16, 15:2,
20:22, 21:2,
23:22, 40:3,
42:19, 43:12,
74:15, 82:13,
84:2, 89:2,
89:4, 89:5,
89:21, 90:6,
90:10, 91:2,
91:12, 91:17,
92:3, 92:12,
92:14, 92:17,
92:20, 93:3,
95:2, 99:5,

99:11, 100:12,
100:19, 102:19,
108:5, 108:8,
119:13, 131:16,
131:18, 134:17,
138:20, 139:22,
142:14, 150:16,
151:8, 159:21,
160:4, 173:3,
178:20, 185:10,
198:10, 201:21,
212:21, 217:16,
222:7, 222:9,
222:18, 236:3,
238:2, 240:20,
269:1, 277:9,
283:22, 288:7
**receive**
132:19, 173:6,
200:10, 244:22,
262:8
**received**
60:18, 64:10,
102:22
**receiving**
102:15, 269:22
**recently**
37:18, 113:12,
203:14
**recep**
117:7
**receptor**
117:7, 117:8,
118:2, 188:16,
191:7
**recess**
68:22, 108:1,
122:9, 182:2,
234:1, 280:11
**recipient**
216:8
**recipients**
41:13
**recognition**
67:1, 91:20,
111:12, 198:7
**recognize**
13:11, 49:21,

50:20, 133:13,
190:9, 289:11
**recognized**
101:18, 196:8,
287:4
**recognizes**
118:18, 189:17
**recollec**
207:10
**recollect**
75:9
**recollection**
40:3, 71:6,
82:16, 82:17,
90:13, 96:3,
137:21, 193:17,
203:14, 223:17,
225:12, 231:21,
259:16, 276:1,
276:10, 287:1,
289:9
**recommend**
203:2, 290:14
**recommendation**
198:4, 199:3,
203:19, 212:9,
251:8, 251:19
**recommendations**
124:14
**recommended**
31:8, 194:8,
198:18, 198:22,
202:9, 202:13,
202:20, 204:11,
212:6, 212:10,
261:17
**recommending**
203:4
**record**
7:5, 8:19, 9:1,
16:3, 16:7,
69:2, 88:17,
107:21, 122:12,
123:4, 185:2,
207:8, 233:21,
233:22, 252:22,
257:1, 283:17,
291:17, 292:5

**records**
88:14
**recruiting**
179:20, 180:2,
180:16
**recruitment**
181:20
**rector**
1:8, 1:13, 2:1,
3:11, 5:17,
6:12, 6:15,
6:19, 7:13,
7:16, 10:7,
284:19
**red**
112:1
**reduce**
30:18, 72:3,
72:11, 140:15,
163:8, 164:19,
165:5, 171:19,
171:21, 173:2,
252:16
**reduced**
70:20, 146:9,
148:4, 159:2,
171:10, 190:17,
222:22, 292:7
**reduces**
70:12
**reducing**
30:17, 31:4,
70:13, 70:22,
71:13, 75:1,
138:7, 169:9,
170:8, 170:10,
174:10, 178:16,
196:14, 197:2
**reduction**
158:22, 163:10
**refer**
9:9, 16:20,
21:9, 21:19,
69:13, 74:18,
172:12, 187:2,
199:11, 284:1
**reference**
125:20, 131:16,

132:3, 132:15,
132:16, 132:18,
255:1, 255:21
**referenced**
22:3, 48:12,
72:21, 73:7,
88:4, 91:22,
92:7, 127:3,
127:9, 179:13,
232:2, 236:17,
283:6
**references**
254:15, 255:19,
255:20
**referencing**
40:13, 73:16,
88:12, 104:18,
127:8, 132:21,
166:19, 181:11,
257:21, 271:18
**referred**
15:21, 48:17,
71:2, 80:8,
84:19, 192:19,
193:9, 202:14,
243:15, 244:3,
244:14, 248:20
**referring**
66:6, 67:12,
67:14, 72:16,
73:5, 82:3,
85:2, 87:1,
87:14, 87:16,
88:6, 92:8,
106:9, 114:12,
132:9, 133:1,
140:2, 155:3,
160:4, 160:21,
171:3, 172:14,
175:4, 195:5,
199:14, 225:10,
233:18, 238:8,
238:10, 242:2,
243:18, 248:7,
248:9, 253:10,
253:12, 254:17,
258:5, 260:12,
282:18

**refers**
201:6, 267:12
**reflect**
54:11, 251:9
**reflected**
47:20, 80:3,
104:12, 104:16,
140:12, 161:2,
240:3, 259:16
**reflecting**
113:11, 278:3
**reflection**
114:4, 120:5,
208:7, 251:14
**reflective**
107:20, 186:10
**refresh**
13:22
**regarding**
15:14, 17:15,
19:3, 19:6,
20:2, 21:6,
39:14, 39:19,
47:22, 65:10,
74:7, 75:8,
93:16, 123:9,
124:18, 130:7,
131:3, 131:8,
131:9, 139:19,
142:1, 147:14,
147:16, 148:19,
164:3, 169:21,
170:10, 172:8,
176:13, 181:18,
213:10, 237:9,
245:10, 247:7,
251:6, 251:13,
257:5, 257:21,
260:10, 269:2,
269:6, 270:8
**regardless**
220:8, 289:4
**region**
79:9, 174:16
**regionally**
91:11
**registered**
2:14, 292:19

**regret**
246:6, 246:12
**regular**
36:19, 50:8,
50:16, 275:9,
291:13
**regularity**
35:8
**regulations**
229:16
**regulatory**
229:8
**reid**
36:14, 36:22,
80:16, 91:8
**reimbursement**
201:14
**reiterate**
235:3
**relate**
130:1
**related**
22:3, 37:21,
39:15, 39:20,
47:4, 61:2,
66:18, 69:4,
72:22, 80:10,
81:18, 90:11,
91:13, 91:14,
97:17, 98:4,
99:19, 100:5,
102:14, 130:2,
130:3, 131:20,
132:4, 134:20,
139:7, 144:2,
144:8, 144:16,
146:3, 146:11,
146:12, 146:13,
147:1, 152:11,
152:13, 158:7,
160:1, 169:9,
173:1, 173:15,
186:14, 194:15,
199:22, 201:18,
213:9, 214:14,
214:15, 221:8,
221:11, 226:20,
234:20, 235:2,

244:4, 244:5,
246:8, 246:15,
247:1, 249:6,
254:15, 254:19,
259:12, 275:12,
277:7, 278:10,
280:15, 292:9
**relates**
24:4, 24:14,
266:9
**relation**
116:3
**relationship**
40:9, 105:18,
116:16, 181:16,
281:3
**relationships**
280:21, 281:11,
281:12
**relative**
74:6, 74:22,
75:4, 75:16,
152:11, 162:17,
163:20, 164:3,
164:10, 165:18,
166:5, 166:20,
167:3, 174:18,
178:7, 226:7,
226:13, 227:8
**released**
7:7
**relevant**
217:7, 239:21,
250:13
**relied**
35:18, 146:18,
148:9, 154:21
**religious**
100:10, 104:19,
104:21, 105:5,
167:18, 168:1,
213:17, 214:16,
215:10, 220:22,
243:5, 244:20,
246:16, 256:3,
259:19, 260:2,
264:17, 264:20,
265:8, 267:15,

267:17
**remarked**
87:4
**remember**
18:11, 43:5,
45:4, 83:18,
143:3, 159:8,
160:12, 160:17,
160:18, 160:22,
161:1, 168:12,
189:5, 235:7
**removal**
228:13, 228:22,
231:7
**remove**
156:2, 200:5,
207:17, 208:20
**repeat**
17:13, 72:1,
141:13, 233:9
**rephrase**
72:1, 140:8
**replaced**
247:22
**replacing**
223:9
**report**
6:10, 138:16,
148:16, 149:12,
160:21, 161:3,
282:16, 284:13
**reported**
1:22, 84:3,
147:4, 147:6,
149:10, 149:19,
152:5
**reporter**
2:14, 2:15,
7:2, 11:5,
12:21, 12:22,
27:9, 40:22,
233:21, 235:8,
290:15, 290:22,
291:5, 291:11,
292:19, 292:20
**reporter-notary**
292:1
**reporting**
43:15, 77:12,

77:16, 282:21,
282:22
**reports**
40:12, 99:15,
192:15, 210:22,
211:2, 211:6,
211:9, 212:21,
281:14
**represent**
125:13, 223:12
**representation**
236:2
**representative**
1:15, 2:3,
150:19
**representatives**
23:1
**represented**
41:12, 163:1,
215:10, 219:12,
219:17, 220:11
**representing**
8:21, 19:11
**request**
26:15, 129:4,
259:13, 259:14,
268:18, 268:21,
269:13, 270:8,
270:13, 270:22, 272:4,
272:12, 273:9,
274:4, 288:14
**requested**
53:9, 270:3,
292:8
**requests**
22:10, 36:3,
36:17, 259:13,
261:7, 261:20,
271:21
**require**
82:22, 83:1,
83:6, 102:17,
133:21, 199:7,
202:11, 206:5
**required**
50:6, 132:19,
138:4, 149:12,
149:14, 149:16,

150:12, 150:13,
160:13, 167:21,
168:2, 168:5,
168:6, 168:22,
169:4, 183:7,
183:11, 200:17,
200:18, 202:10,
202:20, 242:17,
269:18

**requirement**
28:3, 77:8,
137:7, 174:16,
174:17, 174:21,
177:12, 177:21,
178:19, 179:9,
179:12, 179:16,
200:5, 200:7,
201:22, 204:18,
204:22, 207:17,
208:5, 208:16,
208:20, 211:22,
212:7, 212:11,
213:12, 228:8,
228:17, 228:18,
228:22, 261:14,
262:4, 262:7,
262:13, 263:19,
263:20

**requirements**
22:10, 50:12,
71:18, 77:3,
78:1, 79:15,
84:7, 92:3,
129:20, 175:17,
175:20, 228:14,
229:9, 229:10,
234:19, 252:16,
258:12, 258:13,
263:22

**requires**
34:6

**requiring**
82:18, 84:3,
84:6, 94:13,
135:21, 162:13,
177:5, 200:12

**research**
70:16, 95:22

**reserved**
26:11

**reserving**
7:8

**residents**
29:19, 30:5

**resolved**
225:17, 225:20

**resources**
165:21, 167:4

**respiratory**
47:13, 47:18,
49:14, 55:18,
55:19, 56:1,
63:13, 70:8,
71:10, 102:6,
252:10

**respond**
120:12, 207:9,
216:2, 216:6,
216:8, 216:21

**response**
183:9, 183:12,
183:18, 183:20,
183:22, 184:7,
184:10, 184:11,
184:14, 184:15,
184:17, 184:20,
185:13, 185:18,
186:2, 186:11,
188:1, 188:6,
188:21, 189:2,
189:22, 190:1,
190:2, 190:3,
191:3, 191:21,
195:10, 198:21,
270:19, 277:12

**responses**
6:17, 6:21,
7:14, 7:17,
188:8

**responsibilities**
179:20, 280:15

**responsibility**
281:10

**responsible**
229:5, 259:18,
259:19, 260:15,

283:9, 283:10

**rest**
211:12, 249:3

**restate**
27:4, 140:9

**restimulate**
187:7

**restricted**
276:21

**restriction**
127:4

**restrictions**
126:6, 126:16,
274:7, 274:8,
274:21, 275:22,
276:19, 277:6

**resubmit**
272:4

**result**
173:7, 173:17,
205:1, 213:17,
240:5, 245:13,
246:7, 261:9

**resulting**
265:7

**retail**
45:2

**retrospect**
27:17, 194:16

**return**
52:17, 279:3

**returned**
167:22, 168:3,
270:6

**review**
154:9, 221:7,
226:22, 231:10,
232:7, 242:21,
251:20, 259:22,
260:1, 262:2,
267:18, 269:10,
274:4, 286:4,
286:6

**reviewed**
5:19, 19:2,
21:3, 22:2,
129:20, 261:5

**reviewing**
16:2, 20:22,

25:11, 125:18,
260:5, 261:1

**reviews**
247:6, 258:11,
258:12

**revise**
130:4

**revised**
251:22

**revision**
21:7, 209:14,
209:15, 209:16

**revoked**
205:1

**revs**
191:21

**revved**
190:22, 192:1

**richmond**
3:17, 4:8, 4:10

**rick**
249:2

**right**
7:21, 9:15,
14:11, 18:5,
18:10, 26:11,
29:15, 43:5,
45:9, 53:21,
69:2, 69:6,
86:3, 87:2,
94:2, 119:9,
120:15, 122:4,
122:12, 125:9,
131:10, 134:15,
140:8, 156:15,
159:8, 160:12,
160:17, 160:22,
161:4, 165:19,
168:11, 170:21,
184:21, 187:6,
197:13, 210:6,
225:1, 226:1,
231:12, 233:7,
242:10, 280:17,
283:20, 290:13

**right-hand**
126:1

**risk**
46:17, 72:11,

102:12, 158:7,
158:13, 162:17,
163:2, 163:4,
163:7, 163:9,
163:10, 163:12,
163:17, 163:21,
164:3, 164:10,
164:13, 164:15,
164:19, 165:4,
165:5, 165:9,
165:18, 165:22,
166:5, 166:20,
167:3, 169:10,
169:22, 170:8,
171:13, 173:22,
174:5, 175:4,
175:7, 175:10,
175:13, 175:15,
175:21, 176:1,
177:18, 178:7,
195:14, 195:15,
198:15, 203:10,
210:2, 215:11,
215:12, 216:1,
216:10, 216:22,
217:5, 217:20,
217:21, 218:5,
218:8, 219:13,
220:6, 220:18,
220:19, 221:3,
221:10, 222:17,
222:21, 225:5,
226:7, 226:13,
227:5, 227:8,
251:22, 252:3,
252:4, 252:5,
252:12, 279:11
**risks**
102:9, 176:13,
178:11, 179:1,
221:8, 221:17,
222:3, 279:11
**riverfront**
3:15
**rna**
202:2
**robust**
137:5, 137:6,

197:6, 198:8,
198:21
**robustness**
185:19, 185:20
**role**
10:17, 22:17,
22:19, 22:22,
23:16, 25:16,
25:22, 30:7,
30:9, 31:19,
31:20, 33:9,
33:15, 37:21,
39:2, 95:16,
129:13, 134:19,
138:22, 175:12,
221:9, 234:8,
241:5, 241:7,
249:21, 251:5,
284:10
**roles**
29:9, 29:10,
31:21, 32:6,
32:20, 32:22,
35:3, 251:17
**rolled-up**
144:21
**rollout**
27:21
**rollup**
243:4
**room**
46:17, 64:15,
82:14, 219:14,
219:15, 219:20
**roommate**
64:16
**rosner**
88:1
**rotated**
34:9
**rounds**
30:6
**routine**
148:15
**routinely**
149:11, 151:13,
152:5
**rpr**
1:22, 292:2

**rubella**
258:15
**rude**
243:11
**rule**
1:13, 2:1,
5:16, 6:18,
6:22, 7:15,
7:18, 201:18,
229:6, 245:2
**rules**
229:16, 234:19,
237:9
**run**
142:17
**running**
150:17, 280:1
**runny**
49:2
**rush**
45:18

**S**

**s2**
289:2
**safe**
62:12, 62:13,
157:5, 158:6,
175:2
**safety**
31:15, 31:18,
39:9, 95:14,
96:20, 97:17,
98:3, 125:7,
130:2, 277:11
**said**
22:7, 41:17,
45:10, 49:16,
61:18, 61:22,
83:22, 93:2,
93:14, 111:1,
128:17, 134:16,
136:4, 151:21,
153:13, 180:20,
198:8, 202:20,
205:19, 206:1,
212:14, 218:17,
241:16, 241:18,

242:3, 253:2,
267:19, 269:7,
276:2, 276:3,
277:12, 283:11,
283:18, 284:1,
287:19, 292:5
**saliva**
55:11, 55:14,
55:20, 58:9
**sam**
8:20, 9:4,
182:13, 205:11
**same**
20:19, 24:13,
27:6, 33:12,
37:8, 42:9,
53:22, 75:16,
75:19, 82:9,
86:1, 87:11,
87:13, 107:1,
107:18, 112:19,
114:8, 135:18,
165:14, 170:13,
184:7, 185:15,
186:17, 193:22,
202:22, 203:5,
204:14, 204:17,
212:1, 214:17,
219:22, 221:4,
231:11, 240:9,
250:22, 251:7,
252:10, 262:14,
262:19, 263:13,
264:4, 264:11,
269:4, 281:15,
285:19
**sample**
150:19
**samuel**
3:3
**sars**
55:17, 113:13,
115:10, 115:13,
183:6
**saved**
125:16
**saw**
61:22, 62:3,

62:22, 65:17,
84:22, 87:3,
92:11, 149:4,
210:22, 211:6,
211:7, 212:21,
217:1, 280:3,
280:5
**saying**
18:13, 21:14,
93:21, 110:7,
110:17, 147:2,
155:19, 179:14,
180:22, 184:11,
201:1, 222:14,
260:18, 270:7,
270:14, 272:4,
273:6, 286:1
**says**
15:14, 17:15,
17:18, 17:21,
85:22, 86:9,
232:19, 260:12,
266:9, 275:3
**scanner**
12:22
**scared**
143:13
**scenario**
110:18
**scenarios**
50:20, 63:8
**school**
37:11, 37:12,
39:11, 41:22,
57:10
**schools**
80:18
**scientific**
47:1, 98:17,
113:9
**scope**
26:4, 26:14,
38:6, 54:1,
60:3, 100:9,
129:4, 166:22,
169:13, 170:14,
180:8, 185:3,
192:21, 202:17,

204:5, 204:15,
206:20, 210:10,
234:16, 236:9,
238:1, 238:22,
239:12, 246:9,
246:19, 247:4,
247:14, 248:21,
250:1, 250:4,
256:2, 264:18,
267:16, 273:18,
277:8, 277:15,
277:16, 278:12,
281:6, 282:20
**scratchy**
50:3
**screen**
128:12, 128:16,
128:19, 128:21
**screening**
52:13, 251:10,
251:13, 251:15,
251:19, 252:2,
252:14, 252:15,
252:16, 257:21,
258:17
**se**
2:7, 101:21
**seal**
292:13
**seat**
62:9, 95:15,
140:21
**second**
13:5, 15:12,
15:20, 16:17,
43:2, 76:19,
81:19, 107:22,
137:10, 197:19,
236:5, 236:13,
236:17, 237:4,
237:17, 237:20,
238:9, 254:7,
255:17, 260:11,
266:2, 283:17
**secondarily**
258:10
**secretions**
56:1, 56:2

**section**
87:16
**see**
13:15, 13:16,
13:17, 13:20,
13:21, 14:14,
14:18, 15:13,
15:17, 16:18,
25:6, 28:15,
32:10, 36:9,
37:22, 40:12,
50:17, 53:7,
65:18, 66:2,
79:10, 80:1,
85:22, 86:10,
87:1, 113:22,
120:9, 121:11,
125:4, 125:11,
125:12, 126:9,
126:10, 126:12,
126:13, 126:18,
129:3, 136:17,
137:5, 149:10,
161:18, 162:10,
193:10, 193:21,
215:9, 232:16,
232:20, 236:5,
236:7, 236:13,
237:16, 242:19,
243:12, 249:16,
251:18, 254:10,
254:19, 259:8,
260:5, 266:6,
274:2
**see-free**
9:11, 9:20
**seeing**
15:3, 30:1,
40:6, 40:7,
66:20, 102:2,
102:3, 109:9,
168:20, 236:3,
238:3, 257:4,
273:14
**seek**
279:3
**seeking**
45:22, 46:1

**seem**
35:20, 125:22
**seemed**
35:14, 35:15,
57:2, 155:9,
280:3
**seems**
7:21, 125:18
**seen**
13:12, 14:22,
15:3, 15:4,
18:14, 35:7,
39:12, 53:20,
65:7, 67:5,
102:4, 117:1,
121:13, 161:18,
175:20, 189:7,
192:5, 194:7,
196:16, 206:22,
235:13, 237:18,
238:4, 257:14
**sees**
189:19
**select**
118:15
**selection**
118:11
**semester**
211:16
**semi-quantitative**
176:15
**seminal**
70:17
**seminole**
45:2, 103:19
**sense**
11:8, 11:9,
21:11, 21:16,
21:17, 33:14,
87:10, 100:15,
141:15, 141:19
**sent**
232:19, 262:1
**separate**
25:4
**separated**
44:10
**separately**
82:10

**september**
1:18, 85:20, 85:22, 86:10, 87:3, 125:22, 132:22, 133:14, 133:18, 133:19, 137:15, 140:13, 142:3, 144:18, 158:19, 194:9, 199:4, 262:16, 292:14

**september-ish**
203:21

**sequence**
82:10

**sequent**
121:2

**sequentially**
82:13

**series**
202:11, 245:21, 246:1

**serve**
35:1

**served**
34:4, 34:8

**server**
149:20

**service**
32:8, 85:21, 86:6, 285:14

**services**
6:5, 23:2, 31:17, 55:2, 139:13, 150:3, 178:6, 201:7, 201:9, 201:15, 204:3, 206:10, 228:15, 241:11, 282:11, 283:2, 283:19, 284:1, 284:8

**serving**
34:14

**sessions**
279:15

**set**
47:3, 89:15,

131:10, 150:19, 153:14, 243:7, 292:12

**setting**
30:1, 30:19, 70:15, 71:10, 72:14, 159:7, 159:8, 166:10, 168:20

**settings**
171:22, 220:11, 220:14

**seven**
15:22, 16:15, 16:22, 18:7, 24:21, 25:4, 43:3, 199:18

**seven-day**
156:5

**seventh**
182:9, 182:10

**seventy**
108:12

**several**
63:12, 101:9, 123:6, 207:4, 274:13

**severe**
170:17, 196:11, 197:7, 203:12

**severity**
196:20, 197:2

**shall**
231:14

**shannon**
249:2

**shared**
238:6, 240:16, 262:1

**shed**
157:3

**shedding**
50:22

**shenandoah**
292:14

**shift**
222:21, 223:18, 225:15

**shipment**
42:22

**shopping**
45:1, 103:20

**short**
57:21, 58:16, 58:17, 58:19, 69:3, 161:16, 181:22, 182:4, 189:20, 196:21, 233:13, 234:3

**short-staffed**
178:9

**short-staffing**
138:2

**shortage**
58:13, 59:4, 59:8

**shortages**
58:14, 174:1, 174:2

**shorter**
21:14, 90:19, 275:10, 276:4, 276:12

**shorthand**
21:10, 184:8, 197:3, 292:1

**shortly**
200:22

**shot**
44:9, 128:19, 192:18, 193:19, 193:20, 200:11, 204:12, 208:16

**shots**
128:13, 128:17

**shotting**
128:21

**should**
12:13, 34:16, 38:3, 45:22, 80:20, 93:22, 94:1, 94:6, 101:14, 118:22, 131:22, 136:12, 143:14, 153:18, 161:7, 202:19,

209:19, 220:13, 225:10, 252:13, 258:12, 261:16, 270:21, 284:10

**should've**
171:12

**shouldn't**
75:22, 82:16, 180:21, 180:22, 274:6

**show**
86:12, 112:18, 152:10, 154:15, 171:20, 192:22, 233:17

**showed**
70:18, 260:5

**showing**
191:20

**shown**
126:1

**shows**
127:12

**shut**
190:14

**si**
9:9, 37:8

**sick**
59:13, 59:15, 62:1, 90:15, 90:19, 109:13, 147:16, 152:2, 213:2

**side**
51:3, 125:9, 175:5, 175:10

**sifri**
1:16, 2:3, 5:3, 5:20, 8:14, 9:2, 9:3, 9:4, 9:12, 9:13, 15:14, 17:15, 87:22, 122:12, 129:11

**sign**
290:13, 290:19, 290:21

**signature-sc3**
292:15

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Costi D. Sifri, M.D., Corporate Representative
Conducted on September 5, 2024

127

**signed**
273:6
**significance**
212:2
**significant**
31:5, 31:16,
62:15, 71:16,
76:22, 94:17,
103:18, 107:4,
136:15, 158:22,
170:20, 198:12,
215:11, 216:22,
246:7, 261:9,
276:5
**significantly**
33:14, 60:7,
71:17, 78:1,
103:3, 103:7,
106:6, 159:2
**signing**
292:8
**signs**
64:3
**similar**
11:2, 51:5,
80:2, 236:18,
238:4, 238:12,
242:3, 243:15,
255:20
**similarly**
24:13, 204:10
**simple**
45:11, 150:12
**simply**
116:10, 118:21
**simpson**
281:13
**since**
29:21, 34:5,
37:11, 47:11,
62:2, 86:8,
101:18, 101:19,
125:14, 146:8,
158:17, 172:5,
250:4, 255:15
**singing**
49:19
**single**
64:15, 127:18

**sip**
162:11
**sit**
219:3
**site**
31:4, 45:3,
75:22, 128:12
**sitting**
26:21
**situation**
61:12, 67:16,
94:5, 224:18,
225:5, 271:2
**situations**
66:20, 270:11,
272:14
**six**
15:22, 24:16,
24:21, 43:3,
96:4, 119:12,
265:21
**six-month**
44:1
**skipped**
253:1
**slides**
89:15
**slightly**
115:11
**slots**
44:19
**slow**
18:19
**slowly**
190:17
**small**
33:6, 118:15,
123:16, 142:12
**smart**
182:10, 235:20
**sneezing**
49:2, 49:16
**so-called**
198:5, 252:8,
252:9
**societies**
34:18
**society**
34:9, 34:19,

34:21, 102:8
**socioeconomic**
106:4
**soft**
54:9
**somebody**
61:12, 107:7,
107:8, 147:10,
158:13, 196:6,
274:5, 282:10
**somebody's**
172:5
**somehow**
161:10
**someone**
48:22, 91:4,
128:8, 275:19,
290:6
**someone's**
99:6
**something**
10:19, 63:18,
65:1, 69:17,
81:12, 84:9,
92:8, 92:14,
97:12, 98:21,
98:22, 102:4,
102:10, 115:2,
119:21, 120:10,
128:6, 136:4,
157:22, 179:17,
205:20, 208:5,
218:2, 222:8,
223:13, 243:16,
263:12, 284:9,
286:18, 287:5
**sometime**
210:5
**sometimes**
11:14, 49:20,
54:17, 65:2,
70:20, 130:17,
273:4, 286:10
**somewhat**
10:5, 11:2,
184:12
**somewhere**
127:13

**son**
61:18
**soon**
189:19
**sorry**
32:9, 32:14,
36:21, 40:19,
45:12, 85:6,
85:17, 86:10,
86:16, 87:18,
89:1, 89:10,
103:13, 111:22,
114:17, 117:14,
123:22, 124:2,
138:18, 139:4,
147:12, 155:15,
156:9, 163:15,
167:14, 168:17,
184:4, 184:16,
208:12, 217:19,
226:2, 231:2,
231:5, 234:12,
241:17, 242:10,
242:11, 243:4,
248:13, 249:7,
253:14, 269:3,
272:2, 272:11,
274:18, 281:17,
288:12
**sort**
7:8, 10:17,
11:17, 23:12,
35:14, 35:21,
36:12, 36:16,
38:1, 38:10,
43:22, 46:17,
48:5, 48:7,
54:5, 54:7,
54:9, 54:11,
59:17, 65:16,
77:15, 78:10,
79:22, 82:10,
84:8, 87:10,
92:1, 97:7,
98:7, 98:8,
101:17, 102:21,
103:1, 103:2,
103:15, 106:3,

106:9, 108:19,
110:6, 111:2,
112:1, 112:9,
114:14, 115:6,
115:10, 118:7,
119:1, 119:8,
121:6, 121:9,
123:16, 129:19,
130:11, 131:8,
134:6, 135:17,
137:4, 138:22,
139:12, 141:7,
142:20, 143:16,
149:4, 161:6,
174:5, 179:1,
182:9, 182:11,
182:17, 183:2,
183:18, 184:6,
187:19, 188:14,
190:10, 190:14,
190:16, 191:3,
191:7, 193:11,
194:1, 195:6,
195:14, 196:20,
197:16, 217:17,
219:17, 229:12,
229:19, 231:15,
238:16, 244:14,
246:6, 251:16,
269:19, 277:14,
278:15, 279:9,
282:6
**sorted**
223:17
**sound**
193:13, 194:10,
196:1
**sounds**
150:12, 194:11
**sources**
145:22, 146:6
**south**
4:6, 92:4,
121:18, 211:2,
211:8
**spe**
261:15
**speak**
19:13, 23:4,

35:7, 88:10,
93:8, 104:5,
108:18, 117:13,
121:20, 127:2,
127:20, 131:7,
166:13, 174:13,
174:14, 181:15,
245:19, 249:11,
255:4, 261:12,
265:10
**speaking**
25:11, 28:9,
28:11, 99:13,
162:21, 166:13,
196:12, 227:10
**speaks**
144:21, 256:4
**special**
117:2
**specializes**
215:20
**specialty**
29:5
**specific**
39:18, 89:22,
90:6, 91:17,
97:10, 109:17,
117:7, 124:19,
130:9, 142:10,
144:6, 144:15,
146:17, 148:1,
148:20, 149:10,
154:20, 158:7,
179:1, 191:13,
215:12, 217:11,
225:19, 240:14,
241:21, 248:8,
256:11, 258:12,
258:13, 269:7,
271:22
**specifically**
73:16, 89:4,
89:5, 91:13,
99:16, 102:20,
146:8, 180:1,
188:9, 204:21,
229:8, 231:22,
237:3, 242:19,

258:6, 260:12,
261:12, 261:16,
271:20, 271:22,
282:3
**specifics**
148:13
**speculate**
148:8
**speculating**
105:6
**speculation**
26:3, 167:1,
177:14, 192:22,
204:15, 271:14
**speed**
96:18
**spell**
9:1, 22:14,
194:21, 269:16,
284:4
**spelled**
275:2
**spend**
25:12, 32:5
**spent**
275:5
**spike**
117:3, 117:4,
117:19, 117:22,
118:19, 188:2,
188:12, 188:15,
189:6, 190:21,
191:7, 191:19,
192:7, 192:10
**spillover**
112:19, 113:12
**spit**
58:8
**spokesperson**
10:12, 26:13,
35:22, 122:18
**spouse**
275:6
**spread**
46:21, 47:5,
47:9, 47:13,
48:20, 49:10,
56:4, 70:5,

74:7, 75:5,
145:12, 159:17,
160:3, 211:9
**spreading**
197:11, 211:8
**spreads**
47:6
**spring**
45:8, 83:13,
169:3, 211:16
**squabbles**
54:21
**square**
45:2, 103:19
**st**
292:22
**staff**
149:6, 206:17,
206:18, 207:5
**staffing**
145:3, 174:1,
174:2
**stalk**
188:12, 188:13,
188:18, 189:6,
189:14, 190:8,
190:20, 191:1,
191:8, 191:20,
192:11, 192:12
**stammering**
38:9
**stand**
36:20
**standard**
168:14, 262:20,
263:3, 263:4
**standing**
186:5, 250:2,
250:13, 251:1,
251:7
**standpoint**
58:7, 264:10
**star**
153:19
**stark**
73:9
**start**
11:22, 13:7,

61:1, 67:6,
89:13, 108:6,
132:1, 132:17,
135:22, 146:19,
162:6, 163:14,
165:19, 183:11,
186:18, 193:16,
200:14, 211:16,
258:8, 279:18
**started**
7:3, 20:3,
20:4, 34:3,
61:3, 61:5,
61:6, 62:9,
69:19, 71:7,
83:5, 83:9,
83:10, 83:14,
107:5, 134:13,
134:14, 178:15,
193:17, 220:16,
287:5, 287:7
**starting**
14:20, 50:13,
116:5, 136:11,
162:9, 203:11,
236:13, 247:17
**starts**
13:18, 14:13,
125:2, 248:16
**state**
35:14, 40:7,
60:15, 72:9,
78:17, 94:15,
119:15, 142:9,
149:19, 179:8,
201:3, 268:21,
290:22
**stated**
24:18, 72:10,
113:7
**statement**
35:8, 35:9
**statements**
255:7
**states**
1:1, 96:5
**statistically**
198:12

**status**
68:3, 68:8,
149:13, 275:1
**stay**
59:15, 64:6,
198:14, 205:15
**stays**
275:7
**steady**
44:4
**stem**
66:2, 188:19,
189:1
**stemming**
71:14, 101:13
**stenographically**
292:6
**step**
37:22, 67:13,
81:19, 82:18,
82:21, 94:8,
95:12, 99:10,
103:15, 117:14,
210:13, 263:17,
289:18
**stepping**
29:1, 42:18
**sterile**
222:13, 222:20,
225:7
**sterilization**
31:11, 222:11,
222:12
**sterilize**
223:22
**sterilizing**
171:9, 171:11,
171:12
**still**
26:5, 26:6,
40:2, 44:17,
48:10, 95:18,
109:9, 116:9,
118:17, 120:10,
122:14, 122:16,
136:19, 154:10,
158:20, 172:2,
191:17, 192:4,

197:21, 198:8,
279:7, 291:9
**stimulate**
183:8, 183:12,
184:9, 191:5
**stimulated**
190:12
**stimulates**
189:11, 189:22
**stimulation**
190:11
**stipulating**
286:12
**stop**
157:17, 213:2
**stopped**
200:7
**stopping**
47:5, 237:9
**stored**
127:13
**storied**
38:21
**strain**
121:8, 121:9,
276:5
**stratify**
46:18
**street**
2:7, 3:16, 4:6
**stress**
206:7
**stretched**
200:16, 205:21,
206:16, 207:6
**strike**
210:13
**stroke**
138:22, 198:7
**strokes**
120:22
**strong**
158:21, 203:17,
284:7
**stronger**
186:10
**strongly**
149:15

**structural**
115:19, 265:12
**structure**
77:13, 77:16,
89:12, 134:7,
134:18, 257:14,
263:21, 284:15
**stuck**
103:22
**student**
211:19
**students**
29:19, 54:14,
77:14, 166:14,
211:13, 211:22
**studied**
166:3
**studies**
72:20, 74:21,
75:3, 148:9,
148:11, 148:12,
159:6
**study**
159:21, 159:22,
165:17, 247:1,
247:5
**subject**
16:4, 17:3,
17:9, 17:18,
18:3, 18:17,
18:22, 19:15,
19:16, 19:17,
19:21, 20:17,
20:18, 20:20,
21:1, 24:3,
31:3, 38:13,
73:6, 81:7,
81:11, 207:22,
255:5, 265:18,
265:22, 266:21
**subjects**
13:20, 14:2,
14:3, 14:17,
14:19, 14:20,
15:1, 15:6,
15:21, 16:9,
16:21, 18:6,
19:22, 28:11,

**submitted**
268:18
**subsequent**
127:6, 245:11
**substantial**
150:14, 217:5
**substantially**
218:5
**subtopics**
21:4
**sufficient**
138:8
**sufficiently**
195:19
**suggestion**
48:18, 48:19
**suggestions**
130:22
**suggests**
56:5
**suite**
2:8, 3:6, 4:7
**summarize**
97:16
**summary**
66:10, 66:12,
66:15
**summer**
45:8, 50:14,
145:9, 149:13,
150:11, 151:19,
151:20, 152:7,
155:2, 158:19,
161:22, 162:5,
162:9, 162:12,
163:11, 164:2,
166:4, 167:13,
172:7, 172:21,
176:20, 193:12,
226:18, 227:7
**summer-ish**
45:5
**supply**
28:21, 58:16,
58:17, 58:19,
59:2, 59:21
**support**
149:6, 154:14

29:13, 265:17
**supported**
159:10, 269:13
**supports**
71:5
**suppose**
213:1
**supposed**
267:21
**sure**
8:4, 9:2,
11:21, 15:4,
18:11, 27:5,
31:6, 52:10,
52:12, 77:7,
77:10, 77:17,
78:14, 79:18,
86:1, 87:13,
94:10, 104:4,
123:5, 128:18,
129:7, 129:18,
129:19, 140:8,
140:10, 140:20,
141:3, 150:20,
151:3, 155:14,
186:7, 187:21,
199:13, 202:8,
205:16, 229:8,
229:15, 231:1,
231:11, 232:13,
234:13, 243:20,
249:11, 250:3,
286:9
**surface**
47:15, 117:4
**surfaces**
171:16
**surge**
168:16, 168:18,
274:11
**surgeries**
223:22
**surgery**
223:15, 225:8,
230:22, 231:2,
231:6
**surgical**
31:4, 75:21
**surprised**
120:3, 160:3

**surprising**
119:16
**survived**
143:3
**susanna**
241:12, 241:18
**sustain**
112:20
**sustained**
113:18
**sutton**
249:3
**swabs**
55:20, 58:19,
58:20, 58:22,
59:1
**swensen**
241:15, 241:18
**sworn**
7:2, 8:15
**symptom**
186:9
**symptomatic**
152:20
**symptoms**
49:2, 49:16,
49:21, 50:1,
50:21, 51:1,
63:13, 63:20,
64:4, 156:1,
157:3, 186:3,
186:10, 197:11,
197:19, 197:20,
197:21
**system**
20:13, 21:7,
22:9, 23:2,
23:12, 23:14,
25:17, 28:1,
30:15, 31:10,
37:3, 37:7,
37:14, 39:10,
41:18, 41:21,
42:5, 43:11,
46:9, 46:18,
48:4, 51:1,
54:8, 57:11,
57:13, 59:6,

59:7, 60:18,
64:1, 78:13,
79:16, 80:14,
98:16, 101:16,
103:8, 103:12,
118:3, 118:4,
119:3, 123:7,
123:13, 124:17,
130:8, 162:22,
168:11, 168:14,
178:6, 187:8,
188:8, 189:4,
189:8, 189:11,
189:12, 189:16,
189:17, 190:19,
191:20, 198:20,
211:12, 215:13,
216:18, 220:1,
221:10, 221:18,
226:14, 229:2,
230:21, 247:21,
248:22, 285:10
**system's**
162:22, 222:3
**systematically**
67:22
**systems**
39:13, 39:16,
40:8, 41:15,
42:3, 42:7,
78:22, 79:3,
91:1, 91:6,
91:10, 91:13,
91:21, 92:15,
93:5, 120:5,
166:11, 169:5,
169:6, 175:19,
189:12, 235:2,
235:4

**T**

**t**
4:1
**tab**
123:20, 124:1,
124:3, 124:6,
133:8, 133:9,
133:10, 133:17,

**134:3, 134:4,**
199:17, 200:5,
232:13, 233:3,
233:4, 248:12,
248:14, 248:16
**table**
123:5, 131:5,
232:21
**tabs**
133:5
**take**
8:2, 16:11,
41:1, 52:11,
59:16, 63:17,
68:13, 112:5,
112:13, 113:10,
117:14, 122:5,
136:14, 150:6,
206:12, 206:21,
220:4, 233:13,
235:17, 236:1,
237:20, 250:13,
251:1, 263:17,
280:9
**taken**
10:2, 68:22,
108:1, 122:9,
122:13, 143:5,
182:2, 234:1,
280:11, 292:3,
292:6
**takes**
58:9
**taking**
5:15, 7:5,
11:5, 18:13,
59:20, 62:2,
149:9, 152:1,
152:2, 211:5,
217:9, 227:16
**talk**
10:4, 23:19,
54:10, 69:19,
73:15, 96:16,
101:16, 112:4,
116:21, 128:6,
129:5, 141:14,
171:9, 183:5,

**214:5, 235:15,**
256:7, 264:19,
267:17, 268:3
**talked**
20:9, 23:20,
53:17, 97:16,
97:22, 101:12,
101:14, 129:11,
136:21, 137:4,
157:22, 172:22,
182:5, 183:18,
185:8, 195:10,
196:3, 221:17,
240:22, 280:13,
280:14
**talking**
10:10, 53:15,
56:12, 60:10,
67:16, 69:18,
69:21, 74:15,
89:22, 91:16,
100:12, 100:13,
101:9, 108:4,
116:4, 119:8,
131:12, 131:15,
134:13, 144:1,
146:7, 154:20,
158:19, 160:6,
163:16, 168:4,
182:15, 182:16,
182:18, 193:4,
193:9, 194:12,
194:13, 194:18,
197:18, 214:11,
224:18, 228:7,
245:10, 253:22,
254:8, 265:2,
269:4, 282:3
**talks**
112:3, 161:2,
260:8
**tally**
280:1
**target**
188:4
**targeting**
216:15, 219:1
**tb**
251:19, 252:2,

**252:3, 252:12,**
252:14, 252:15,
252:16, 254:1
**td**
52:13
**teach**
29:13, 112:4
**teaching**
29:16, 33:7
**team**
27:15, 27:19,
32:12, 44:11,
44:17, 45:17,
50:14, 53:17,
53:21, 54:4,
54:10, 54:12,
54:22, 55:6,
61:17, 61:22,
62:13, 64:11,
66:13, 68:9,
76:16, 77:2,
77:9, 77:22,
78:4, 83:2,
83:22, 84:13,
84:19, 87:17,
88:3, 88:13,
90:14, 91:5,
99:11, 99:17,
102:2, 104:6,
104:13, 104:16,
105:3, 107:9,
108:9, 109:1,
109:12, 109:14,
130:15, 130:18,
131:6, 135:11,
136:1, 136:15,
138:1, 138:3,
138:5, 143:2,
144:3, 145:2,
145:21, 147:13,
149:5, 149:22,
162:13, 172:21,
173:22, 174:18,
175:2, 178:18,
206:13, 207:21,
222:19, 223:16,
223:18, 225:5,
241:10, 241:13,

**241:19, 244:16,**
245:18, 246:13,
249:1, 249:3,
252:14, 260:13,
274:3, 274:5,
281:19, 288:21,
289:5
**tech**
42:6
**technical**
115:11
**technology**
95:22, 96:9,
96:10
**telephone**
285:11
**tell**
14:5, 16:11,
48:21, 50:10,
52:21, 62:17,
102:10, 128:1,
199:13, 265:18,
267:19, 280:2,
290:15
**temporary**
223:19
**ten**
32:8, 32:9,
113:16, 147:22,
150:8, 156:4
**tend**
184:18
**tendered**
53:9
**tension**
79:5
**tenth**
182:11, 183:1
**term**
41:18, 54:4,
54:7, 54:9,
54:15, 54:17,
54:18, 76:5,
112:1, 114:11,
114:15, 123:17,
161:4, 161:7,
161:9, 161:11,
186:21, 187:3,

187:10, 187:13,
201:17, 214:2,
215:11, 232:11,
277:19, 283:20
**terminated**
173:16, 175:8,
177:20, 221:10,
240:5, 245:13
**terminating**
207:4
**termination**
173:7, 221:11
**terminology**
53:16, 172:10
**terms**
19:19, 20:15,
22:12, 23:7,
28:1, 53:20,
60:9, 63:18,
65:13, 76:21,
81:8, 84:15,
87:17, 88:12,
92:2, 96:15,
99:12, 105:19,
106:5, 108:22,
116:14, 116:16,
120:11, 153:19,
162:8, 166:14,
178:15, 178:16,
185:13, 187:4,
196:12, 206:7,
261:11, 286:4
**test**
17:4, 34:1,
50:7, 50:17,
56:5, 60:12,
63:14, 63:15,
63:16, 63:19,
63:21, 64:5,
64:21, 74:5,
157:4, 162:13
**tested**
65:22, 142:19,
142:20, 165:10,
226:8, 227:6,
227:7
**testified**
8:15, 108:8,

215:1, 241:20,
247:17
**testify**
12:4, 14:2,
15:6, 15:14,
16:9, 16:13,
17:5, 17:8,
17:15, 17:22,
19:17, 21:1,
21:3, 25:15,
26:15, 26:16,
26:18, 28:12,
139:19, 181:7,
240:8, 244:3,
250:11, 256:3,
256:19, 256:21,
257:5, 266:11,
267:5, 267:7,
267:9, 268:2,
268:8, 271:20
**testifying**
10:7, 26:7,
122:17, 176:3,
230:16, 239:8,
239:21
**testimony**
122:17, 131:17,
131:18, 140:14,
150:6, 185:4,
209:4, 230:3,
232:8, 243:17,
244:4, 244:7,
253:7, 256:14,
292:5, 292:6
**testing**
50:16, 53:14,
55:8, 55:12,
55:13, 55:14,
56:11, 56:17,
57:7, 57:13,
57:20, 58:2,
58:4, 60:9,
60:11, 60:16,
63:22, 74:8,
74:15, 74:16,
74:17, 74:18,
75:6, 142:21,
162:19, 163:5,

163:18, 163:20,
164:15, 165:20,
166:7, 166:8,
166:11, 166:14,
166:17, 167:4,
167:10, 167:15,
168:6, 279:3,
280:6
**tests**
55:9, 55:20,
58:15, 58:16
**textbook**
38:16
**th**
4:6, 133:20,
200:1, 200:2,
209:16, 210:4,
210:5, 210:7,
292:13
**thank**
87:21, 108:3,
119:7, 172:18,
186:8, 229:20,
235:9, 265:20,
266:2, 277:17,
285:4
**thanks**
53:12, 132:14,
182:4, 212:15,
234:3
**thanksgiving**
121:21, 211:1,
212:16, 212:17,
212:18, 213:6
**theme**
41:11, 101:18,
102:1
**themes**
99:16
**themselves**
57:3, 65:4,
131:7, 138:15,
255:4, 275:20
**theo**
225:15
**theoretical**
219:8, 220:14,
222:8, 225:16

**theoretically**
113:20
**theoreticals**
220:15
**therapeutic**
216:2
**therapists**
77:13, 252:11
**thereafter**
292:7
**therefore**
56:6, 157:9,
163:3, 174:21,
178:8, 189:13,
252:13
**they'd**
105:21, 195:22
**thin**
205:21, 206:16,
207:6
**thing**
20:19, 70:8,
94:2, 107:1,
111:8, 123:11,
154:18, 188:15,
189:5, 191:4,
204:17
**things**
11:5, 18:8,
22:6, 22:7,
28:17, 28:22,
30:6, 30:20,
30:22, 31:2,
31:3, 31:6,
31:9, 31:12,
31:14, 46:13,
48:3, 48:7,
49:19, 65:8,
72:8, 75:14,
75:18, 75:21,
76:13, 77:11,
78:12, 78:19,
79:6, 79:11,
79:13, 80:7,
94:12, 94:20,
97:3, 97:10,
98:9, 98:11,
98:19, 100:21,

101:20, 103:16,
103:20, 104:11,
107:12, 107:14,
116:17, 117:6,
119:16, 130:17,
152:1, 154:12,
154:16, 172:4,
172:6, 191:4,
206:17, 227:17,
261:13, 278:18,
279:13, 285:13,
287:3
**thinking**
11:14, 11:17,
54:7, 62:17,
134:6, 140:11,
188:12
**thinks**
256:18
**third**
13:14, 187:5,
187:9, 189:15,
198:4, 198:18,
198:22, 199:7,
199:22, 200:6,
200:11, 202:5,
202:6, 202:7,
202:13, 203:2,
203:13, 203:19,
204:11, 206:5,
223:18, 243:5,
245:11
**this-does-not-co-**
**unt**
286:18
**thought**
25:21, 100:1,
177:4, 202:4,
224:21, 245:19
**thoughtfully**
106:8
**thoughts**
158:21
**thousand**
27:20, 110:5,
112:15, 248:6
**three**
13:18, 14:13,

32:13, 34:15,
44:10, 96:4,
204:12, 259:2,
276:8, 276:11
**three-quarters**
194:13
**threshold**
63:18, 109:9
**throat**
50:3, 55:20,
109:22
**through**
1:15, 2:2,
16:15, 16:22,
17:3, 18:7,
18:18, 19:14,
23:2, 24:20,
25:17, 28:13,
40:11, 40:12,
44:8, 49:17,
55:19, 59:3,
59:20, 73:19,
77:1, 77:3,
87:12, 87:13,
89:15, 95:12,
116:18, 118:11,
120:12, 120:19,
121:3, 121:6,
122:22, 124:20,
124:21, 125:17,
130:19, 138:4,
138:5, 149:19,
150:2, 150:3,
151:20, 159:6,
172:1, 192:5,
194:4, 197:5,
206:13, 242:18,
243:7, 243:20,
244:1, 244:2,
252:4, 254:5,
261:6, 261:21,
267:10, 268:12,
268:16, 268:20,
277:3, 282:6,
282:16, 286:11,
288:1, 289:20
**throughout**
10:10, 17:13,

19:7, 21:9,
40:20, 44:1,
68:14, 69:15,
268:13
**thursday**
1:18, 291:5
**tick**
101:5
**tidal**
212:12
**tier**
260:13
**tiering**
46:9
**timelines**
77:4
**times**
58:9, 147:20,
179:4, 274:21,
275:8, 275:22,
277:4
**timing**
11:16, 168:8
**tireless**
60:6
**tissue**
55:18, 117:9
**title**
22:17, 22:18,
32:2, 85:5,
125:3, 126:11,
126:20, 284:6
**titled**
258:10
**titles**
126:21
**today**
7:3, 7:10,
10:13, 12:4,
15:6, 19:11,
20:19, 25:10,
28:12, 29:10,
47:2, 51:16,
69:5, 87:15,
122:14, 122:17,
122:20, 157:20,
172:2, 180:20,
181:8, 185:4,

232:8, 239:8,
239:22, 240:8,
256:14, 280:14
**today's**
25:21
**together**
147:19
**told**
12:13, 103:19
**took**
20:1, 20:7,
21:5, 33:11,
69:3, 182:4,
200:22, 234:3
**tool**
163:8, 212:4
**top**
121:10, 219:7,
278:14
**topic**
15:15, 15:16,
17:5, 17:8,
17:14, 17:16,
19:1, 20:16,
20:18, 20:20,
20:21, 21:1,
21:4, 24:1,
24:4, 24:9,
24:10, 24:12,
24:14, 24:15,
25:3, 25:4,
95:3, 128:3,
128:7, 158:16,
256:13, 265:16,
265:22, 266:9,
266:11, 266:21,
267:6, 267:7,
267:8, 267:12,
272:1
**topics**
15:15, 15:19,
16:16, 16:18,
16:20, 17:5,
17:16, 19:16,
24:19, 25:15,
25:20, 26:17,
239:7, 239:21,
246:10

total
169:16
touched
92:6
towards
41:15, 89:16,
188:22, 278:13
tower
3:15
town
107:6, 136:22,
212:15
tracing
145:17, 145:18,
145:20
track
67:21, 98:22,
99:7, 161:12,
228:1
tracking
77:1, 99:12,
264:2
tract
47:18, 55:19
tragedy
111:14
train
233:14
trained
30:12, 30:13
trainees
29:17
trajectory
113:5, 113:10,
113:17, 114:4
transcript
5:12, 8:13,
13:9, 69:11,
87:5, 235:11,
237:14, 291:1,
291:3, 291:4,
291:14, 292:4
transitional
37:13, 231:7
transmissible
56:9
transmission
30:17, 30:18,

49:15, 49:19,
65:10, 68:2,
68:4, 70:14,
71:14, 72:11,
112:21, 141:1,
158:8, 158:13,
159:2, 162:17,
163:5, 163:13,
163:17, 163:21,
164:4, 164:16,
165:9, 166:6,
169:10, 170:9,
170:11, 170:21,
171:19, 171:21,
279:17, 280:4
transmit
159:6, 162:2
transmitted
64:18, 71:11,
109:10
transmitting
66:19, 143:14,
169:22, 171:14
transplant
216:6, 216:8,
216:16
transplants
32:11, 215:21,
216:19
transportation
278:21
travel
107:12, 276:19,
276:21, 276:22,
277:5, 277:6,
278:10, 278:19,
279:2
traveling
278:20
treat
282:6
treated
273:15
treatment
218:4
tried
52:1, 69:3
tries
54:22

triggered
189:14, 189:18
triggers
191:4
trips
277:2
trouble
223:10
true
17:17, 35:10,
35:13, 99:2,
135:2, 172:2,
219:22, 271:6,
292:4
truthful
18:11
truthfully
12:4
try
9:9, 9:15,
10:16, 10:18,
11:11, 11:12,
11:15, 43:13,
60:1, 60:7,
67:21, 95:7,
107:15, 112:4,
116:6, 143:2,
149:18, 180:4,
183:1, 183:2,
183:15, 206:10,
212:4, 224:6
trying
16:8, 17:14,
17:16, 22:6,
40:22, 46:17,
46:22, 78:11,
86:7, 87:10,
145:17, 151:10,
151:11, 157:20,
157:21, 158:4,
158:18, 165:15,
166:14, 182:7,
209:1, 224:4,
224:9, 224:12,
224:15, 224:16,
226:17, 227:18,
230:2, 235:20,
243:16, 244:6,

244:11, 251:1,
253:8, 263:13,
264:7, 275:19,
283:22
tube
58:8
tuberculosis
251:10, 251:13,
257:21, 258:17
tuesday
212:22
turkey
213:3
turn
13:14, 164:22
turnaround
291:13
turns
112:13
twenty
187:3
twenty-seventh
242:8
twenty-three
235:8, 235:9
twenty-two
85:16
two
27:20, 28:16,
34:6, 43:5,
44:9, 58:21,
96:7, 101:19,
110:5, 113:11,
129:16, 133:5,
158:8, 163:21,
164:4, 166:21,
183:10, 196:19,
200:13, 202:2,
248:6, 255:2,
255:7, 259:6,
259:8, 260:18,
260:20, 263:7,
266:3, 276:7,
285:15
two-day
34:7
two-dose
231:18

two-year
273:13
type
41:12, 55:9,
93:17, 166:10,
167:10, 197:17,
280:1
types
96:8, 107:14,
216:13, 216:22,
229:3, 279:13,
280:7, 280:16
typewriting
292:7

**U**

uh
19:5, 48:15,
127:15, 241:9
uh-huh
11:7, 40:16,
67:17, 126:8,
128:9, 146:21,
159:15, 193:5
uh-uh
11:7
ultimately
82:15, 115:6
unbeknownst
57:3
unclear
10:20, 163:6,
273:1
under
8:16, 16:16,
69:17, 87:17,
117:1, 122:14,
207:21, 214:20,
255:2, 263:21,
282:8, 285:20
undergo
50:16, 168:5,
252:14
underscore
53:1
understaffed
178:1
understand
7:6, 8:9, 10:6,

10:14, 10:15,
12:3, 12:6,
13:6, 15:5,
15:19, 16:8,
16:20, 17:10,
17:14, 17:17,
20:18, 24:5,
25:4, 37:17,
43:13, 47:8,
48:16, 48:17,
74:12, 74:13,
76:9, 76:10,
76:11, 79:19,
93:12, 96:14,
96:22, 97:12,
107:3, 116:7,
122:13, 122:15,
122:16, 122:20,
122:21, 130:5,
140:14, 141:18,
144:20, 145:19,
145:21, 145:22,
149:18, 150:6,
151:10, 155:12,
157:21, 161:12,
163:22, 164:1,
172:11, 172:13,
175:15, 176:7,
176:8, 177:1,
180:4, 182:17,
186:19, 201:16,
209:1, 209:3,
209:4, 214:2,
224:4, 224:10,
224:12, 224:13,
224:15, 224:17,
227:4, 230:2,
230:16, 230:17,
242:4, 243:20,
244:7, 244:12,
253:6, 256:6,
256:13, 264:7,
271:17, 271:19
understandable
63:9, 258:4
understanding
43:15, 47:10,
47:11, 58:5,

63:2, 70:11,
72:8, 78:3,
82:16, 82:17,
92:2, 99:21,
102:21, 105:13,
106:22, 125:14,
130:1, 147:6,
147:20, 148:4,
149:20, 150:5,
153:17, 154:11,
156:21, 161:14,
171:11, 176:10,
178:13, 183:3,
186:22, 195:18,
199:6, 199:20,
201:4, 213:22,
215:4, 215:7,
215:8, 228:20,
228:21, 232:9,
232:17, 235:19,
244:20, 257:10,
260:19, 265:17,
266:10, 266:21,
266:22, 267:13,
267:22, 268:4,
281:3, 286:14
understood
12:10, 16:8,
40:20, 63:4,
140:6, 141:6,
175:6, 175:13,
214:10
undertake
60:1, 167:6,
279:20
undertaken
226:22
undoubtedly
236:6, 236:14
undue
24:5, 213:10,
213:14, 213:15,
214:2, 214:10,
214:20, 215:2,
215:12, 217:7,
217:16, 223:12,
225:1
unfortunately
161:1

unique
10:6
unit
65:19, 66:3,
67:4, 67:10,
219:9
united
1:1, 96:5
units
46:11, 147:18
universal
131:3, 168:9,
168:10, 168:13,
169:7, 280:7
universities
42:1
university
1:9, 1:14, 2:2,
3:12, 5:17,
6:13, 6:16,
6:20, 7:13,
7:16, 8:22,
10:8, 10:13,
10:18, 19:11,
25:17, 26:1,
26:13, 27:11,
27:13, 29:2,
29:11, 31:22,
33:16, 35:5,
35:16, 36:2,
42:4, 51:3,
56:13, 57:6,
59:5, 78:14,
78:16, 80:4,
80:21, 88:9,
92:4, 122:18,
211:12, 211:17,
211:18, 230:17,
284:20
university-appro-
ved
276:22
unknown
113:11, 179:10
unknowns
171:7
unless
113:1, 168:7

unlikely
171:15
unpopular
94:16, 95:1,
95:9
unpopularity
98:5
unrelated
52:2, 72:18
unresponsive
155:10, 155:16
untested
226:10
until
61:20, 110:20,
173:18, 245:12,
250:17
unvaccinated
56:19, 74:4,
74:18, 138:8,
145:13, 149:1,
151:16, 153:8,
155:6, 157:7,
158:10, 158:14,
159:3, 162:5,
162:13, 162:18,
163:8, 163:13,
163:17, 164:14,
165:9, 166:6,
173:15, 175:2,
213:17, 220:20,
220:22, 223:2,
225:3, 226:8,
227:6, 243:3,
243:6
up-to-date
129:19
update
23:19, 89:14,
192:7, 192:10,
231:9, 231:10,
231:12, 251:8
updated
192:13
updates
23:9
upg
248:1

uploaded
130:6, 269:9
use
7:6, 7:8,
21:22, 28:19,
30:21, 54:17,
57:10, 76:5,
81:12, 86:18,
86:20, 89:1,
89:6, 89:7,
135:3, 151:11,
153:12, 153:17,
166:16, 185:19,
187:13, 195:9,
215:11, 261:16,
287:2
user
128:21
uses
117:7
using
51:2, 57:7,
162:7, 172:17
usually
29:20, 30:11,
34:6, 41:22,
75:18, 89:7,
274:4, 284:12
uva's
5:21, 37:21,
39:1, 85:6,
85:18, 93:4,
102:16, 106:16,
170:4, 206:4,
228:6, 236:19,
238:13, 281:3

                V

vacc
45:22, 196:12
vacci
269:22
vaccinate
44:11, 216:7
vaccinated
42:13, 43:10,
43:19, 43:22,
44:18, 45:15,

45:16, 45:18,
46:5, 46:6,
46:12, 46:16,
46:19, 50:15,
61:13, 82:6,
83:2, 84:17,
90:18, 98:6,
98:13, 105:21,
106:19, 109:4,
109:5, 109:14,
143:19, 145:14,
147:8, 148:2,
149:1, 149:5,
150:2, 150:9,
150:10, 151:8,
151:17, 152:8,
152:12, 152:14,
152:16, 152:18,
152:19, 153:6,
155:6, 156:1,
156:3, 157:13,
158:9, 158:14,
159:3, 159:5,
159:13, 159:17,
159:18, 160:2,
160:11, 160:14,
160:20, 162:1,
162:18, 163:1,
163:7, 163:19,
165:10, 166:7,
169:4, 169:22,
170:9, 170:16,
174:3, 174:10,
177:9, 196:6,
203:14, 205:7,
206:12, 222:10,
222:20, 225:4,
225:15, 226:9,
227:6, 238:5,
242:22, 244:16,
244:17, 245:2,
245:6
vaccinating
193:18
vaccination's
97:18
vaccinations
20:2, 20:11,

42:8, 43:3,
82:18, 84:3,
147:3, 264:12
vaccine's
97:18, 195:18
vaccine-prompted
184:19
vaccines
19:3, 42:19,
72:16, 72:17,
72:22, 73:1,
73:5, 73:6,
73:11, 73:12,
73:13, 73:16,
76:21, 96:1,
96:4, 97:13,
97:14, 98:4,
103:5, 103:11,
105:9, 149:19,
161:21, 166:16,
169:21, 172:11,
172:15, 172:17,
172:20, 182:6,
182:12, 182:16,
182:18, 192:10,
192:16, 216:3,
216:6, 216:21,
231:14, 231:15,
234:20, 261:2,
265:14, 288:17,
289:13
vaccinology
187:20, 192:6
vague
144:9, 244:10,
287:6
value
74:3, 74:7,
75:1, 75:4
values
54:11
variables
166:19
variance
114:7
variant
111:20, 111:21,
116:21, 117:14,

119:8, 121:13,
172:4, 187:17,
190:5, 190:7,
190:20, 192:3,
192:14, 194:15,
195:21
**variants**
111:19, 116:2,
116:3, 116:10,
118:20, 120:18,
121:3, 185:9,
185:12, 185:21
**variations**
80:3, 119:14
**varies**
33:3
**various**
32:5, 60:19,
123:12
**vast**
118:14, 217:14
**vaxtrax**
261:21, 268:20,
269:9
**vcu**
42:4
**vdh**
235:3
**vector**
96:7
**vendor**
285:8, 285:9
**vendors**
22:11, 282:9,
285:1, 285:2
**vernacular**
187:6
**verse**
176:14
**version**
115:11, 116:11,
125:17, 125:20,
184:14, 191:8,
192:13, 249:14,
249:19, 252:20,
253:12, 253:14,
253:17, 254:8,
255:10, 255:18,

255:21, 256:1,
257:19, 258:6,
258:20, 259:15,
291:14
**versions**
123:6, 130:2,
228:11, 231:21,
232:1, 239:17,
254:6
**versus**
74:8, 75:6,
75:17, 136:3,
147:16, 149:1,
150:9, 152:12,
155:6, 158:14,
159:3, 165:10,
166:7, 173:11,
173:16, 174:2,
174:10, 178:9,
184:20, 196:20,
197:14, 226:9,
227:6, 277:19,
279:22, 285:1
**via**
4:3
**video**
7:6, 7:9
**view**
38:10, 284:14
**viewed**
236:22
**views**
135:19
**viral**
62:21, 63:17,
63:21, 115:5,
118:21, 118:22
**virally-infected**
188:5
**virginia**
1:2, 1:9, 1:14,
1:17, 2:2, 2:9,
2:16, 3:12,
3:17, 4:8, 4:10,
5:18, 6:13,
8:22, 10:8,
10:13, 10:18,
25:17, 26:1,

27:11, 27:13,
29:2, 29:11,
31:22, 35:5,
35:21, 36:1,
42:2, 42:4,
42:5, 42:6,
42:8, 103:9,
103:10, 120:19,
122:18, 174:15,
234:7, 234:13,
234:18, 234:22,
284:20, 292:14,
292:18
**virginia's**
6:16, 6:20,
7:13, 7:17
**virologic**
115:12
**virologists**
113:3
**virtual**
34:8
**virulence**
114:2
**virus**
42:20, 47:17,
49:1, 49:5,
50:22, 55:17,
55:22, 56:3,
56:4, 56:8,
57:15, 70:15,
72:11, 73:21,
74:1, 74:19,
96:14, 102:6,
110:7, 110:8,
111:10, 111:17,
112:9, 113:6,
114:7, 114:15,
114:16, 115:10,
115:13, 116:11,
116:13, 117:4,
117:9, 117:11,
117:17, 118:6,
118:9, 118:10,
118:15, 118:20,
118:21, 119:11,
119:17, 119:21,
120:3, 120:6,

157:3, 163:5,
182:6, 183:5,
183:8, 183:12,
184:16, 185:9,
185:10, 186:16,
186:19, 187:17,
187:19, 188:5,
188:17, 189:18,
190:5, 197:11,
197:12, 206:1,
275:13
**virus's**
117:11
**viruses**
49:14, 70:8,
71:10, 73:2,
112:7, 112:16,
112:22, 113:14,
114:21, 115:2,
116:13, 121:1,
183:6
**vis**
273:20
**visit**
273:21, 273:22,
274:10, 275:19
**visitation**
79:13, 275:10
**visiting**
274:1
**visitor**
126:6, 126:16,
127:4, 275:1,
275:8, 275:9,
275:11
**visitors**
1:8, 1:13, 2:2,
3:12, 5:17,
6:12, 6:15,
6:19, 7:13,
7:16, 10:8,
64:14, 65:4,
67:7, 79:14,
79:15, 273:14,
273:20, 273:21,
274:1, 274:2,
274:14, 274:17,
275:1, 275:2,

275:13, 275:16, 275:18, 276:1, 276:2, 282:13, 284:20

**voluntarily**
174:9

**voluntary**
108:17

**volunteer**
54:20

**volunteers**
54:15

**vs**
1:7

**vulnerable**
143:15

**W**

**wait**
208:15, 243:3, 248:6

**waive**
290:18, 290:20

**waiving**
17:19

**walk**
122:22, 268:12, 268:16

**wallace**
249:3

**waned**
195:19, 197:21

**waning**
195:6

**want**
8:1, 8:3, 8:11, 18:12, 18:18, 19:11, 26:19, 34:3, 36:8, 38:9, 41:2, 46:20, 47:2, 73:15, 79:18, 85:11, 86:1, 109:4, 122:22, 129:3, 132:6, 150:5, 151:1, 154:19, 156:10, 172:9, 182:17,

183:14, 185:7, 196:22, 198:6, 202:5, 205:5, 205:12, 205:14, 213:2, 225:16, 233:19, 242:4, 244:7, 250:2, 255:14, 266:18, 272:5, 272:21, 276:20, 278:18, 287:21, 288:13, 291:5, 291:11

**wanted**
18:10, 21:21, 114:18, 131:14, 141:3, 187:5

**wanting**
45:16, 45:18, 93:10

**warned**
11:13

**warp**
96:18

**warranted**
154:1

**water**
31:10

**wave**
121:17, 200:15, 212:3, 212:12

**waves**
109:16

**way**
7:7, 18:21, 48:2, 49:7, 56:11, 56:16, 78:20, 78:21, 100:6, 112:2, 112:8, 112:9, 114:8, 116:13, 116:14, 118:9, 126:20, 130:22, 135:22, 136:15, 146:2, 148:4, 182:7, 185:16, 188:10, 212:1, 227:20, 229:13, 238:21, 259:4,

259:5, 261:9, 264:11, 276:21, 280:1, 289:4

**ways**
36:16, 116:17, 120:16, 120:17, 169:16, 279:11

**wch**
125:20

**we'll**
13:1, 13:7, 27:6, 52:6, 53:10, 53:11, 69:6, 84:9, 86:20, 95:12, 110:9, 129:7, 187:2, 193:21

**we're**
7:8, 12:12, 12:14, 17:11, 18:19, 25:5, 26:10, 38:21, 40:22, 47:1, 66:20, 69:2, 86:18, 87:10, 91:16, 100:8, 100:9, 110:20, 122:19, 130:12, 130:13, 140:2, 140:11, 144:1, 146:7, 163:16, 182:16, 182:18, 183:5, 197:18, 205:13, 214:5, 233:22, 269:3, 290:12

**we've**
14:7, 18:15, 53:17, 67:4, 68:15, 74:14, 89:22, 101:9, 101:12, 115:9, 122:13, 126:20, 153:18, 180:21, 217:12, 233:5, 247:17, 264:19, 271:21

**wear**
147:9, 147:10,

168:6

**wearing**
48:9, 65:20, 67:7, 195:7

**web**
130:7

**website**
180:16

**wednesday**
212:20, 212:22

**week**
34:15, 34:16, 43:2, 121:21, 201:20, 211:1, 211:7, 212:17, 291:4

**weekly**
36:10, 53:14, 55:8, 56:18, 58:2, 74:5, 74:8, 74:15, 74:17, 74:18, 75:6, 162:14, 162:19, 163:18, 163:20, 165:10, 165:19, 166:7, 166:8, 168:5

**weeks**
32:9, 33:4, 44:10, 63:12, 274:13

**weigh**
76:17, 173:12, 173:13, 174:11, 178:7

**weighing**
178:11, 178:22

**weight**
130:12

**weighted**
41:14

**welcome**
53:13, 69:13

**well-being**
62:11, 62:18

**well-known**
36:9, 38:11

**well-recognized**
102:11

**wendy**
3:13, 7:4,
11:13, 17:10,
51:19, 80:15,
87:22, 91:8,
127:19
**wendy's**
253:7
**went**
103:21, 252:4,
277:3
**weren't**
65:21, 93:11,
128:18, 152:17,
165:15, 287:4
**western**
1:2
**whatever**
18:17, 21:15,
88:13, 112:19,
170:7, 191:15,
210:13, 213:3,
213:15, 226:21,
283:11, 288:2
**whenever**
212:18
**whereas**
156:3, 258:1
**whereof**
292:12
**whether**
16:8, 25:10,
84:2, 108:13,
113:20, 121:19,
141:8, 142:1,
145:12, 151:14,
153:5, 173:10,
181:18, 192:8,
209:19, 220:8,
221:8, 222:19,
245:17, 260:6,
262:3, 269:13,
269:14, 270:22
**whole**
191:4, 191:5,
236:9
**whooping**
73:22

**wide**
30:16
**wilkins**
88:2
**williams**
2:6, 4:5, 12:22
**windows**
279:13
**winter**
121:9
**wipe**
107:14
**wish**
86:12, 113:22
**within**
11:15, 26:19,
72:3, 101:16,
102:1, 129:4,
141:1, 162:21,
189:19, 189:20,
190:18, 211:7,
256:14, 264:1,
276:5, 278:15
**without**
17:18, 18:13,
137:7, 148:13,
161:11, 183:19,
220:15, 225:17,
231:14, 274:22,
287:13
**witness**
5:2, 7:2, 7:10,
26:5, 26:8,
26:12, 52:20,
53:1, 68:21,
69:4, 85:11,
86:21, 86:22,
87:3, 128:6,
128:9, 155:8,
158:2, 227:21,
232:22, 233:9,
239:14, 242:9,
242:11, 268:1,
290:20, 292:12
**woman**
129:10
**wondered**
204:16, 204:17

**wondering**
100:14, 127:21
**wonk**
204:7
**word**
111:21, 144:20,
151:11, 185:19,
186:17, 258:1,
275:10
**words**
75:2, 202:6,
244:6, 263:14
**wore**
168:19
**work**
11:21, 30:13,
32:12, 33:16,
33:18, 33:19,
43:12, 59:14,
61:11, 61:15,
61:20, 62:20,
67:3, 70:18,
71:3, 105:4,
124:19, 130:19,
137:19, 138:4,
139:12, 147:4,
147:17, 148:17,
150:2, 151:22,
152:20, 156:2,
167:22, 168:3,
168:7, 182:12,
200:17, 213:4,
218:14, 219:6,
222:4, 224:1,
225:6, 226:7,
226:9, 234:6,
240:13, 241:12,
247:1, 247:12,
260:9, 263:20,
263:22, 272:22,
276:16, 278:9,
279:21, 279:22,
283:3
**worked**
33:13, 34:13,
43:11, 60:6,
95:6, 103:4,
105:1, 149:17,

182:18, 191:14,
196:10, 218:22,
220:7, 222:8,
222:11, 223:18,
234:9
**worker**
21:8, 31:15,
39:9, 47:22,
71:1, 71:5,
72:9, 77:22,
152:19, 217:11,
223:9, 245:7,
281:11, 282:2
**workers**
58:13, 59:4,
71:19, 138:10,
138:21, 200:15,
206:15, 222:4,
246:7, 281:4,
282:4, 282:17,
282:19, 283:10
**workforce**
50:7, 60:7,
61:8, 62:14,
174:3, 207:1,
212:6, 245:7
**working**
33:1, 46:10,
46:11, 130:7,
130:17, 152:18,
178:2, 188:14,
211:2, 213:5,
217:11, 217:22,
220:18, 222:16,
222:21, 225:14,
272:21
**workplace**
62:13, 72:14,
221:19, 278:6
**works**
54:8
**workspace**
125:7
**workup**
149:9
**world**
68:4, 75:14,
75:19, 96:11,

116:14, 117:17,
120:6, 211:15,
278:2
**worldwide**
121:14, 121:22
**worried**
13:3
**worse**
59:9
**worst**
110:18
**worth**
58:12, 184:11
**worthwhile**
49:20
**wouldn't**
44:21, 65:14,
105:22, 113:21,
164:10, 167:12
**write**
66:4, 67:20
**writing**
34:1
**written**
137:1
**wrong**
9:10, 9:16,
111:6, 111:16,
132:7, 161:11,
164:22, 169:11,
186:21, 278:2
**wuhan**
121:8

**X**

**x-ray**
64:22

**Y**

**year**
32:9, 32:20,
32:21, 33:3,
33:4, 34:6,
34:15, 213:7,
260:15, 289:7,
289:9
**year's**
213:6

**year-olds**
219:21
**years**
33:22, 34:13,
36:13, 37:9,
41:8, 112:15,
114:10, 154:8,
198:16, 251:21,
270:16, 278:4
**young**
274:9
**youngkin**
6:6, 200:21
**youngkin's**
205:2, 205:19,
208:8, 208:9,
229:1
**yourself**
278:20

**Z**

**z-i-p**
127:5
**zero**
156:3, 171:13
**zeros**
53:4
**zip**
126:7, 127:5
**zoom**
4:3, 88:7,
88:14, 88:17,
88:19

**.**

**.2023**
126:7, 126:17

**0**

**00**
259:2
**0000435**
53:1
**00075**
1:8
**002**
20:14, 21:7,
21:10, 21:14,

21:18, 23:9,
28:5, 51:7,
51:21, 69:20,
123:7, 131:13,
139:20, 208:17,
228:7, 231:22,
239:17, 240:3,
246:5, 246:12,
247:9, 247:16,
248:11, 249:6,
249:15, 249:19,
250:11, 251:7,
252:19, 253:15,
253:17, 254:6,
254:8, 254:16,
255:10, 255:18,
256:1, 256:7,
257:15, 257:19,
258:7, 259:15,
261:3, 261:8,
264:1
**01.03**
126:7, 126:17,
127:4
**0313254**
292:20
**04**
234:1, 280:11
**09**
122:9

**1**

**1**
4:2, 122:10
**1(a**
19:1
**1(i**
17:16
**10**
4:6, 68:22
**10,000**
35:1
**11**
32:9, 108:1,
292:13
**12**
6:9, 6:11,
122:9, 125:20,

280:11
**13**
5:15
**1320**
4:9
**13824**
232:15, 233:10
**14**
15:16, 24:20
**14461**
238:9, 238:11,
241:22
**14525**
3:5
**15**
33:2, 41:8,
147:22, 154:8,
228:3
**1500**
180:21
**1600**
4:7
**169569**
292:17
**17**
25:3
**18**
210:7, 233:3,
233:4
**19**
13:7, 70:17,
131:5, 200:1,
200:2, 209:16,
210:4, 210:5,
230:8, 277:12,
277:13, 277:19,
277:22, 278:3
**1980**
70:17
**1990**
70:17
**1st**
52:13, 82:20,
132:7, 132:8,
132:22, 133:14,
133:18, 133:19,
137:15, 140:12,
140:13, 230:15,

**230:19, 253:16,**
**253:18, 257:20**

---
**2**

**2**
182:2
**20**
5:15, 13:7,
13:8, 13:11,
13:15, 13:19,
13:20, 14:4,
14:5, 14:8,
14:10, 14:13,
16:1, 16:15,
16:22, 17:3,
18:7, 18:14,
24:16, 24:22,
25:5, 25:13,
33:2, 34:4,
44:2, 81:18,
125:22, 148:2,
150:22, 151:4,
219:21, 251:21,
265:16, 265:21,
266:12, 290:3
**200**
4:6
**2009**
20:5
**2010**
179:17
**2014**
20:11
**2015**
20:11
**2019**
34:4, 248:7,
248:10, 248:15,
248:20, 249:6,
249:8, 249:9,
249:14, 249:19,
250:18, 251:6,
253:16, 253:18,
254:2, 254:4,
254:5, 254:8,
256:1, 257:20,
259:12, 288:1,
289:15

**2020**
25:17, 27:22,
29:10, 33:8,
35:11, 39:21,
43:2, 44:2,
96:6, 110:3,
121:10, 128:4,
142:16, 143:18,
159:11, 234:8,
235:2, 277:4,
278:6, 279:5
**2022**
6:7, 25:18,
121:7, 159:4,
200:1, 200:3,
205:22, 209:10,
230:8, 230:15,
230:19, 249:7,
249:10, 273:13,
274:18, 274:19,
275:16, 279:6
**2023**
121:7, 127:5,
228:11, 228:12,
228:18, 230:9,
239:11, 245:12,
246:5, 246:17
**2024**
1:18, 86:10,
125:22, 292:14
**2027**
292:22
**21**
5:19, 69:6,
69:10, 81:18,
85:15, 92:6,
92:9, 122:22,
233:6, 290:3
**22**
1:8, 5:21,
85:10, 85:13,
85:15, 85:17,
86:18, 87:4,
87:11, 232:18,
233:1
**22902**
2:9
**23**
6:4, 199:16,

**209:14, 209:15,**
**210:15, 235:10,**
**235:13, 236:17**
**23218**
4:10
**23219**
3:17, 4:8
**235**
6:4
**237**
6:8
**24**
6:8, 125:22,
237:12, 237:13,
237:18, 237:19
**25**
1:19, 133:20
**26**
291:17
**27**
6:9
**28**
122:10
**284**
5:5
**287**
5:6
**292**
1:21
**2nd**
2:7

---
**3**

**3**
234:1
**30**
1:13, 2:1,
5:16, 6:18,
6:22, 7:15,
7:18, 26:19,
113:16, 115:1
**31**
6:7, 292:22
**323**
2:7
**329**
231:5
**33**
115:1

**341**
231:13
**345**
3:6
**372**
199:16
**3:cv-rsb**
1:8

---
**4**

**4**
234:1
**40**
182:2, 219:21
**420**
4:11
**423**
255:13
**424**
259:9
**425**
259:3
**426**
258:9, 259:4
**427**
258:15
**429**
3:8
**434**
2:10
**435**
53:6, 132:11,
132:12, 132:13
**438**
248:17, 249:16,
250:18
**439**
254:17, 254:20,
260:12
**441**
251:13
**457**
133:3
**460**
253:21
**461**
254:9
**48**
182:2

**49**
68:22
**4th**
85:20, 85:22,
86:10, 87:3,
228:11, 228:12

---
**5**
---
**5**
280:11, 291:17
**50**
71:20, 108:1,
234:1
**52**
108:1
**551154**
1:20
**55345**
3:7
**5700**
2:10
**59**
68:22

---
**6**
---
**6074**
4:11
**612**
3:8
**65**
125:3, 198:16
**69**
5:19

---
**7**
---
**70**
43:17, 43:18,
43:21, 45:21,
46:4, 108:10,
109:8, 137:4,
145:13
**7221**
3:18
**75**
108:12, 198:16
**788**
3:18
**7th**
242:6, 242:16

---
**8**
---
**80**
33:5, 191:16
**804**
3:18, 4:11
**80s**
70:17
**8100**
3:8
**85**
5:21
**87**
5:21

---
**9**
---
**9**
1:19
**900**
2:8
**90s**
70:17
**92**
292:15
**95**
125:3
**951**
2:10, 3:16
**97**
245:6
**97.3**
245:6