**Exhibit 4**



Planet Depos®
We Make It *Happen*™

**CONTAINS CONFIDENTIAL DOCUMENTS**

# Transcript of Kathleen (Katy) Hoffman, Corporate Representative

**Date:** September 6, 2024
**Case:** Phillips, et al. -v- Rector and Visitors of the University of Virginia, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

1 (1 to 4)

---

**1**

```
1          IN THE UNITED STATES DISTRICT COURT
2         FOR THE WESTERN DISTRICT OF VIRGINIA
3               Charlottesville Division
4    ----------------------------X
5    DWAYNE PHILLIPS, et al.,    :
6              Plaintiffs,       :
7         - vs. -               :  Civil Action No.:
8    RECTOR AND VISITORS OF THE  :  3:22cv00075-RSB
9    UNIVERSITY OF VIRGINIA,     :
10   et al.,                     : *CONTAINS CONFIDENTIAL
11            Defendants.   :      DOCUMENTS*
12   ----------------------------X
13   RULE 30(B)(6) DEPOSITION OF RECTOR AND VISITORS OF
14           THE UNIVERSITY OF VIRGINIA,
15      BY AND THROUGH ITS CORPORATE REPRESENTATIVE,
16              KATHLEEN "KATY" HOFFMAN
17              Charlottesville, Virginia
18            Friday, September 6, 2024
19                   9:39 a.m.
20   Job No.:  551155
21   Pages:  1 - 102
22   Reported by:  Michelle L. Lonas, RPR, CCR
```

---

**2**

```
1          Rule 30(b)(6) Deposition of RECTOR AND
2    VISITORS OF THE UNIVERSITY OF VIRGINIA, by and through
3    its Corporate Representative, KATHLEEN "KATY" HOFFMAN,
4    held at the law offices of:
5
6          WILLIAMS MULLEN (CHARLOTTESVILLE)
7          323 2nd Street, SE
8          Suite 900
9          Charlottesville, Virginia  22902
10         (434) 951-5700
11
12
13         Pursuant to agreement, before Michelle L.
14   Lonas, Registered Professional Reporter, Certified
15   Court Reporter, and Notary Public of the Commonwealth
16   of Virginia.
17
18
19
20
21
22
```

---

**3**

```
1              A P P E A R A N C E S
2    ON BEHALF OF THE PLAINTIFFS:
3         SAMUEL DIEHL, ESQUIRE
4         CROSSCASTLE PLLC
5         14525 Highway 7
6         Suite 345
7         Minnetonka, MN  55345
8         (612) 429-8100
9
10
11   ON BEHALF OF THE DEFENDANT THE RECTOR AND
12   VISITORS OF THE UNIVERSITY OF VIRGINIA:
13        WENDY C. McGRAW, ESQUIRE
14        HUNTON ANDREWS KURTH LLP
15        Riverfront Plaza, East Tower
16        951 East Byrd Street
17        Richmond, Virginia  23219
18        (804) 788-7221
19
20
21
22
```

---

**4**

```
1        A P P E A R A N C E S  (C O N T' D.)
2    ON BEHALF OF DOE DEFENDANT NO. 1:
3         MATTHEW B. KIRSNER, ESQUIRE
4         WILLIAMS MULLEN
5         200 South 10th Street
6         Suite 1600
7         Richmond, Virginia  23219
8         P.O. Box 1320
9         Richmond, Virginia  23218
10        (804) 420-6074
11
12   ALSO PRESENT:  Melissa Wolf Riley
13
14
15
16
17
18
19
20
21
22
```

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

2 (5 to 8)

5

1        C O N T E N T S
2  WITNESS                              PAGE
3  KATHLEEN "KATY" HOFFMAN
4    By Mr. Diehl                         8
5    By Ms. McGraw                       96
6
7
8
9              E X H I B I T S
10        (Attached to the Transcript)
11        ON BEHALF OF THE PLAINTIFFS
12  NO.        DESCRIPTION               PAGE
13  25    Resume of Katy Hoffman, Esq.      17
14        (6 pgs.)
15  26    Folder of Documents Brought by    37
16        Katy Hoffman
17  26-A  Handwritten Notes                37
18  26-B  Defendant UVA's Amended Answer to 38
19        Plaintiffs' Interrogatory No. 1
20  26-C  Vaccine Religious Accommodation   38
21        Requests  (UVA_0000467 - 494)
22  26-D  Spreadsheet                      39

6

1        E X H I B I T S  (C O N T' D.)
2  ON BEHALF OF DEFENDANT RECTOR AND VISITORS OF THE
3              UNIVERSITY OF VIRGINIA
4  NO.      DESCRIPTION                    PAGE
5  D-3  UVA Health Procedure and Guidance for    98
6      Managing and Analyzing Vaccine
7      Religious Exemption Requests Under
8      Health System Policy OCH-002
9      (UVA_0000003 - 0000011)
10
11
12
13
14
15
16
17
18
19
20
21
22

7

1            P R O C E E D I N G S
2        (Witness was sworn by the reporter.)
3        MS. McGRAW:  Before we get started, I just
4  wanted to note for the record that it's our
5  understanding that Mr. Diehl is videotaping the
6  deposition for his personal use, and not to be made
7  public in any way, and we object to the use of the
8  video at trial or any proceeding.  And we'd also like
9  to note that Ms. Hoffman is produced as a
10  representative of UVA pursuant to the objections and
11  designations that were made by UVA regarding the
12  30(b)(6) notice, which were marked as Exhibits 1 and
13  2 -- Defense Exhibits 1 and 2 in the deposition of
14  Dr. Sifri, and are incorporated here.
15        MR. DIEHL:  And we understand counsel's
16  objections.  We don't necessarily agree with all of
17  them, but we will soldier on.
18
19
20
21
22

8

1            KATHLEEN "KATY" HOFFMAN,
2    having been duly sworn, was examined and testified
3              under oath as follows:
4      EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
5  BY MR. DIEHL:
6      Q    Ms. Hoffman, thank you for being here
7  today.  Can you say your full name and spell any more
8  complicated parts if possible?
9      A    Sure.  My legal name is Kathleen Hoffman,
10  K-A-T-H-L-E-E-N.  I go by Katy, K-A-T-Y.
11      Q    And I introduced myself beforehand, and I
12  apologize for being a moment late here, but my name is
13  Sam Diehl.  I'm one of the attorneys representing the
14  plaintiffs in a lawsuit against the University of
15  Virginia.  And have you had your deposition taken
16  before?
17      A    I have not.
18      Q    Am I correct that you have a law degree?
19      A    I do.
20      Q    Did you ever practice law?
21      A    No.
22      Q    Have you ever attended a deposition,

Transcript of Kathleen (Katy) Hoffman, Corporate Representative     3 (9 to 12)
Conducted on September 6, 2024

9

1  whether or not you were the witness or taking the
2  deposition?
3     A    No.
4     Q    During law school, did you have a trial
5  training course or learn how to take a deposition?
6     A    Yes.
7     Q    Um, I'm going to tell you some things you
8  already know probably, but that's what lawyers do in
9  depositions. But it can be helpful to just note that,
10 you know, it's somewhat of a normal conversation, but
11 obviously we have a court reporter here, and it's a
12 little more formal, and so it's obviously helpful if
13 you answer audibly and say "yes" or "no" for example,
14 rather than "uh-huh" or "uh-uh." Do you understand
15 that?
16    A    Yes.
17    Q    See, you've got it down. But just know
18 that if I remind you of that during the day, or I ask
19 you to sort of repeat a response audibly, I'm not
20 trying to be rude or, you know, denigrate your
21 response. It's just I want to get a clear record.
22       If you don't understand a question that I

10

1  ask, will you tell me?
2     A    Yes.
3     Q    And if you answer a question, is it fair to
4  assume that you understood the question that was
5  asked?
6     A    Yes.
7     Q    Is there any reason that you will have --
8  would have difficulty testifying truthfully today?
9     A    No.
10    Q    You don't have any medical condition or
11 memory issues?
12    A    No.
13    Q    Um, I will try to finish your answer -- or
14 let you finish answer. I won't finish your answer. I
15 will let you finish your answer. And if you could
16 please let me finish my questions. And just know
17 sometimes I ask slow questions, because I talk like I
18 think. So, just bear with me, and obviously, if I
19 start to ask a question and I haven't let you finish,
20 will you let me know?
21    A    Yes.
22    Q    And we'll take breaks throughout the day,

11

1  but, um, if you need -- if you feel a need for a break
2  for any reason, just let me know. We may take -- may
3  take a break right then, or we may wait after a couple
4  more questions just to wrap up a topic or series of
5  questions. But just please let me know if you do need
6  to take a break at any point.
7        Um, do you understand that this is a
8  somewhat unique deposition in that you've been
9  designated by the University of Virginia to, uh, to
10 testify on behalf of the university as an
11 organization? Do you understand that?
12    A    Yes.
13    Q    So, understand that when I'm asking the
14 questions today, I am asking you in your capacity as a
15 spokesperson for the university. Do you understand
16 that?
17    A    Yes.
18    Q    And if I ask you a question about yourself
19 personally, if it's not obvious from the question,
20 I'll try to say "you personally," as opposed to you in
21 your capacity as a witness. But if you're uncertain
22 about what I'm asking, whether I'm asking about you

12

1  personally or about your testimony as a representative
2  spokesperson for the university, will you let me know
3  if you're confused about that?
4     A    Yes.
5     Q    Um, we previously marked -- there's some
6  exhibits that have been previously marked in earlier
7  depositions, and we may use some of those today, then
8  we may mark some new exhibits. Can we give the
9  witness -- I'm going to hand you two documents that
10 have been previously marked as Defense Exhibits 1 and
11 2.
12    A    Okay.
13    Q    Do you recognize these exhibits?
14    A    Yes.
15    Q    What -- what are they?
16    A    Um, as noted, they are the university's
17 objections and responses to your plaintiffs' notice of
18 Rule 30(b)(6). And there's an amended notice as well.
19       MR. DIEHL: And then if we could hand the
20 witness -- are these all the exhibits from yesterday?
21       THE REPORTER: Uh-huh.
22       MR. DIEHL: Thank you.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

4 (13 to 16)

13

1 BY MR. DIEHL:
2     Q    I'm handing you a document that's
3 previously marked as Exhibit 20.  Do you recognize
4 that document?
5     A    Yes.
6     Q    And you understand that's, that's the
7 notice that is the reason -- is ultimately the reason
8 you're here today as spokesperson?
9     A    Yes.
10     Q    Whether using that document or any of the
11 other, the two exhibits, defense exhibits that are
12 marked there, can you explain to me what you've
13 been -- what you're prepared to testify about today?
14     A    Um, yes.
15          MS. McGRAW:  I'll just note for the witness
16 that the designation is on Defense Exhibit 2,
17 page two.
18          MR. DIEHL:  Sure.  And that's helpful.
19 Thanks.
20          (Witness perusing document.)
21          MS. McGRAW:  Sam, I think we might need the
22 question again.

14

1          MR. DIEHL:  Sure.  I thought she was
2 looking at that.  So --
3          THE WITNESS:  Oh.  Oh, I'm sorry.
4          MS. McGRAW:  No, it's --
5 BY MR. DIEHL:
6     Q    I was just finding my copy.  I've got it
7 here.
8     A    Yeah, I'm sorry.
9     Q    So maybe looking at -- if you could look at
10 exhibit --
11          MR. DIEHL:  Which exhibit is that one?
12          MS. McGRAW:  Defense 2.
13 BY MR. DIEHL:
14     Q    Okay.  Maybe looking at Defense 2 -- oh, I
15 wrote it wrong yesterday.  That was the source of my
16 confusion.  I'm like, That's not Defense 2.
17          Looking at Defense Exhibit 2 and
18 Exhibit 20, can you explain what you're prepared to
19 testify about today?
20     A    Yes.  As noted in Defense Exhibit 2,
21 page two, um, I am prepared to discuss, let me see,
22 um, topics related to Subject 1(i), which is any

15

1 adverse employment actions or separations from
2 employment, that section.  Topic 2, as it relates to
3 the religious, so request for vaccine exemption
4 considered by UVA from January 1st forward.  Um --
5     Q    January 1st of what --
6     A    2018 forward.
7          MS. McGRAW:  And I'll just note we do have
8 an objection, and the witness is going to testify
9 regarding the COVID vaccine policy in effect during
10 the 2021 time period when these plaintiffs were
11 employed.
12          MR. DIEHL:  Well, I guess -- I'm asking
13 her -- I don't want you to testify, counsel.  This is
14 your witness, counsel.
15          MS. McGRAW:  No, I'm not testifying.
16          MR. DIEHL:  We've noted your objection.  We
17 have your objection in the record.  I need to hear
18 from the witness.  So --
19          MS. McGRAW:  You're welcome to hear from
20 the witness, but she's representing --
21          MR. DIEHL:  That's not a proper objection.
22          MS. McGRAW:  -- she's representing UVA.

16

1 There's a 30(b)(6) objection that's designated her to
2 testify about very specific things.  She has no
3 ability to go beyond that.  If she wants to do it in
4 her personal capacity, you can notice the deposition.
5 But she's here for very specific testimony.
6          MR. DIEHL:  Okay.
7 BY MR. DIEHL:
8     Q    You can -- you can go ahead.
9     A    Um, Topic 3, which is related to the
10 plaintiffs that we -- that were employed by UVA, the
11 named plaintiffs in those -- I mean, do you want me to
12 read all of the --
13     Q    No.  No.  I guess, you don't have to read
14 the actual topics necessarily, but I just wanted to
15 confirm the -- yeah, I guess I just wanted to confirm
16 what you were prepared to talk about.
17     A    Yeah.  Topic 4 as it relates to religious
18 exemptions, and Topic 17 in terms of how I prepared.
19     Q    Let me -- let me just step back for a
20 second and ask you how long have you worked -- well,
21 what's your current job?
22     A    I am the Senior Director of Service for UVA

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative     5 (17 to 20)
Conducted on September 6, 2024

17

1  Health.
2        MR. DIEHL:  And I'm going to mark an
3  exhibit here.  Are we on twenty --
4        THE REPORTER:  Twenty-five.
5        (Exhibit 25 was marked for identification
6  and attached to the transcript.)
7  BY MR. DIEHL:
8    Q    Do you recognize Exhibit 25?
9    A    **Yes.**
10   Q    What is it?
11   A    **It is my CV.**
12   Q    Your --
13   A    **From -- it looks like it's from LinkedIn.**
14   Q    And I'll just represent to you, I'm not
15 trying to be -- I guess I could have just said this at
16 the beginning -- but I -- this is the document that's
17 ultimately available through LinkedIn.  And so I just
18 pulled it off that site.  Did you create your LinkedIn
19 profile?
20   A    **I did.**
21   Q    And so, does this list each of your
22 positions that you've held, employment positions

18

1  you've held since graduating from undergraduate?
2    A    **It does not.**
3    Q    Um, what -- what is missing, I guess, I
4  don't know that we need to go all the way back, but is
5  there anything missing in the last 20 years?
6    A    **No, not in the last 20 years, no.**
7    Q    Okay.  And it looks like you have a
8  Bachelor's Degree from Eckerd College in International
9  Business?  Is that correct?
10   A    **Correct.**
11   Q    And then you -- did you go directly to
12 Syracuse to get an MBA at that point, after
13 graduation?
14   A    **I -- no.  I worked for a year --**
15   Q    Okay.
16   A    **-- before I went to graduate school.**
17   Q    And then it looks like you went back to law
18 school while you were working.
19   A    **Correct.**
20   Q    Or were you working -- well, yeah.  Sorry
21 about that.  You worked for a period of time, and then
22 did you attend law school while you were working as

19

1  well?
2    A    **I did.**
3    Q    Was it like a part-time program?
4    A    **Yes.**
5    Q    Hence the four years?
6    A    **Yes.**
7    Q    Did you have any, any particular
8  concentration?  I know law degrees don't -- that's not
9  common maybe.  But were there any specialization or
10 certificates or anything other than a JD?
11   A    **I did not.**
12   Q    Did you take courses regarding employment
13 laws?
14   A    **Yes.**
15   Q    And you -- where were you working at the
16 time you obtained your law degree?
17   A    **I was at St. Peter's.**
18   Q    What is -- what is St. Peter's?
19   A    **St. Peter's is a health system in upstate**
20 **New York.**
21   Q    And, uh, what -- what positions did you
22 hold for St. Peter's?

20

1    A    **I began as an Employee Relations, Colleague**
2  **Relations Specialist.  I also worked as the manager of**
3  **recruitment and retention.  I worked as a Director of**
4  **Risk Services, um, Regional Director of College**
5  **Relations, and CHRO.  Ultimately, regional CHRO.**
6    Q    How many employees did St. Peter's have
7  while you worked there?
8    A    **Um, originally, around 5,000.  It was then**
9  **part of a merger situation where three health systems**
10 **merged, and so it went to about 12,000 employees.**
11   Q    Um, is St. Peter's a Catholic health
12 system?
13   A    **It was affiliated with the Catholic Church,**
14 **yes.**
15   Q    What does "affiliated" mean I guess?  Can
16 you explain what the relationship was with the
17 Catholic Church?
18   A    **Yeah.  I mean, it was a Catholic**
19 **institution.**
20   Q    Did it operate in any way -- well, I guess,
21 did the fact that it was a Catholic institution impact
22 operations or your work in any way?

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative    6 (21 to 24)
Conducted on September 6, 2024

21

1     A    It -- it -- the system followed the
2  religious and ethical directives of the Catholic
3  Church, so there was an impact on some of our
4  operations. Um, you know, for example, the system did
5  not perform abortions or, um -- I'm trying to think of
6  what else. That's off the top of my head, or, you
7  know, sterilizations or things like that, unless they
8  were medically necessary. But -- if that helps.
9     Q    Are you Catholic personally?
10    A    Yes.
11    Q    Do you consider yourself a practicing
12 Catholic? To the extent that means something? I
13 mean, I guess, to the extent that term means
14 something.
15    A    I -- I go to church, if that's what you're
16 asking, yes.
17    Q    Do you attend Mass on a weekly basis?
18    A    I try to, yes.
19    Q    More than a weekly basis?
20    A    No, not more than a weekly basis, but I try
21 to weekly.
22    Q    Did you -- did you leave St. Peter's for a

22

1  period of time and then come back to St. Peter's to
2  work?
3     A    Yes.
4     Q    What is Northern Rivers Family of Services?
5     A    It is a nonprofit organization that
6  provides services to, um, children and families in the
7  Capital Region of New York. Primarily behavioral
8  health.
9     Q    And why did you go back to St. Peter's?
10    A    I received a phone call from my prior boss
11 in HR there, who was the VP of HR, that they were
12 looking for someone to be responsible for Colleague
13 Relations, Employee Relations, which was my first
14 love. And it was -- it was going to end up being a
15 regional role, so it would be a big scope. And, um,
16 so I went in and talked with them, and ultimately I
17 went back.
18    Q    And how did you get to UVA?
19    A    My husband and I relocated for a position
20 that I took with UVA.
21    Q    Were you -- were you looking for a new
22 position, or did a recruiter find you?

23

1     A    Um, it was -- it was something that popped
2  up, I think, on my LinkedIn actually. And my husband
3  and I had intended on relocating to a warmer climate
4  at some point in the future. So, I explored the
5  opportunity, and we liked the area, so we ended up
6  moving probably a little bit earlier than we planned,
7  I would say, a couple of years ahead of schedule. But
8  that's how I ended up here.
9     Q    Did you regret that once you hit that
10 97 degrees and a hundred percent humidity two weeks
11 ago? You don't have to answer that. I was here for
12 that, and I did not enjoy it.
13        Do you know why UVA was looking for a
14 Senior Direct -- I'm sorry. What's your --
15    A    Senior Director of Service.
16    Q    What's your title again?
17    A    Senior Director. Sorry.
18    Q    Senior Director, and Senior Director of
19 Services?
20    A    Of Service.
21    Q    Service.
22    A    Yes.

24

1     Q    What does that mean, I guess, as opposed to
2  some other senior director?
3     A    So the HR function at UVA is divided into
4  different segments, dependent on the function of the
5  role. And so, the group that I lead is our HR
6  business partner group, and our segment is service.
7  So that's why that's my title.
8     Q    And what other functions are there that
9  are -- in addition to service?
10    A    So there's Impact. Um, oh, you're going to
11 quiz me. I honestly don't remember them all. I know
12 there's Impact. I know there's Service. I can't
13 remember.
14    Q    Impact sounds a lot cooler, I'm not going
15 to lie.
16    A    Yeah.
17    Q    Do you know what Impact does, or what their
18 function is?
19    A    I think that's like the total rewards
20 group, so benefits, comp. I'm trying to think what
21 else is in that.
22    Q    Recruiting? Is Recruiting in that group?

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative     7 (25 to 28)

Conducted on September 6, 2024

25

1    A    Recruiting is in a different group.  I
2    think re -- I don't want to spec -- I don't know off
3    the top of my head.  I probably should know honestly,
4    but I don't.
5    Q    And did Melissa Frederick hold the same
6    role as you before she left UVA?
7    A    Melissa Frederick actually, from my
8    understanding, held the position that was a
9    combination of my role and my direct supervisor's
10   role, Karmen Fittes, who's the CHRO for the health
11   system.
12   Q    So to your knowledge, was Ms. Frederick
13   CHRO, or did she hold that -- did she hold the title,
14   or did she hold the function -- did she perform the
15   function?
16   A    She performed the function, yeah.
17   Q    Do you know why Melissa Frederick is no
18   longer with University of Virginia?
19        MS. McGRAW:  Objection, calls for
20   speculation.  Beyond the scope.  You can answer.
21   A    I know she took another job.  That's all I
22   know.

26

1 BY MR. DIEHL:
2    Q    When you were hired, were you hired for --
3    well, let me ask a better question.  Let me start that
4    over.
5         There's the issues that we're going to talk
6    about today, some of which fell within your job
7    functions when you, when you started work at UVA; is
8    that fair?
9         MS. McGRAW:  Objection, vague and
10   ambiguous.
11 BY MR. DIEHL:
12   Q    Well, let me ask you this:  So for example,
13   there were some offers that were labeled offers of
14   reinstatement that were made to some of the plaintiffs
15   in this lawsuit.  Are you familiar with that?
16   A    Yes.
17   Q    And you were the contact person, or you
18   were involved in that process; is that fair?
19   A    Yes.  Yes.
20   Q    Um, was any of that work, you know,
21   anything related to religious exemptions, or the
22   religious exemption process, or this lawsuit, was

27

1    that -- was any of that part of your job when you were
2    hired, when you first started?
3    A    No.
4    Q    Did any, any work related to those issues,
5    the issues that you're going to discuss today, was any
6    of the work related to the issues that we're going to
7    discuss today part of your job when you first started
8    at UVA?
9    A    Not to my -- not that I recall, no.
10   Q    Were you a part of the process through
11   which UVA changed policy OCH-002 -- well, no,
12   actually.  Strike that.
13        I understand there was a change in the
14   religious exemption process in the fall of 2022.  Are
15   you aware of that?
16   A    Yes.
17   Q    Were you a part of the process of changing
18   the religious exemption process at, at that time?
19   A    Yes.
20   Q    How did that -- how did that process of
21   changing the religious exemption process, how did that
22   come about?

28

1        MS. McGRAW:  I'm going to object.  This is
2    beyond the scope and contrary to the objections that
3    we made to the notice.  She's not designated to
4    testify about the 2022 procedure.  She's designated to
5    testify about some very specific topics related to the
6    2021 review process.
7        MR. DIEHL:  Well, maybe I'll lay some
8    foundation.
9        MS. McGRAW:  You can lay all the foundation
10   you want.  The objection is beyond the --
11       MR. DIEHL:  So your stance is that the 2022
12   process, including the process in which a number of
13   the plaintiffs in this lawsuit were rehired and
14   granted religious exemptions, that process is
15   irrelevant to this suit.  That's your position?
16       MS. McGRAW:  My position is she's
17   designated on very specific topics.  If you can point
18   to me where we've agreed to present her on those
19   topics, we can discuss it.
20       MR. DIEHL:  I -- I noticed those topics.
21   We noticed those topics, and --
22       MS. McGRAW:  Where does it say anything

Case 3:22-cv-00075-RSB-JCH    Document 265-3    Filed 02/14/25    Page 10 of 54
Pageid#: 10900

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

8 (29 to 32)

29

1  about reinstatement?
2      MR. DIEHL: It doesn't say anything about
3  reinstatement. It talks about the religious exemption
4  process to the present.
5      MS. McGRAW: And as you know, we objected
6  and made clear that we --
7      MR. DIEHL: And we didn't agree to those
8  objections. We didn't concede that that was correct.
9  Maybe we have to move to compel if you're going to
10 instruct her not to answer on those topics, but I --
11     MS. McGRAW: I'm telling you that she's
12 designated as a representative only on certain topics.
13 I haven't instructed her not to answer anything in her
14 personal capacity.
15     MR. DIEHL: Well, I'm not deposing her in
16 her personal capacity, and we reserve the right to
17 bring her back. But if she's --
18     MS. McGRAW: She's not prepared to testify
19 on the 2022 procedure. We made very clear objections
20 to that.
21     MR. DIEHL: And your objections were that
22 that's irrelevant to this lawsuit.

30

1      MS. McGRAW: Our objections were that she's
2  not going to be testifying about that, because it's
3  not an issue in this lawsuit.
4      MR. DIEHL: It's not an issue in that
5  lawsuit. It's not relevant to this lawsuit, that
6  process. That's your position.
7      MS. McGRAW: My position is that it's not
8  relevant to -- no, it's not.
9      MR. DIEHL: It's not. Okay. We'll just --
10     MS. McGRAW: I mean, you have -- let me
11 make clear, you have detailed objections that include
12 relevance. I can't remember off the top of my head
13 what else in this there. I'm happy to revisit that
14 and --
15     MR. DIEHL: I'm not going to say you've
16 waived anything by, you know, not reciting it. Thank
17 you for that. I'm not taking that position, but --
18 I'm just going to keep going.
19 BY MR. DIEHL:
20     Q   So, uh -- I don't remember where I was,
21 I'll think about it.
22     Just as a, to continue that thought, as

31

1  part of the process by which Plaintiffs in this
2  lawsuit were offered reinstatement, the -- their
3  religious accommodations were granted pursuant to the
4  new 2022 religious accommodation process; is that
5  correct?
6      MS. McGRAW: Same objection.
7  "Reinstatement" is not a subject matter in the topics
8  in any way. You can answer.
9      A   Okay. Um, yes.
10 BY MR. DIEHL:
11     Q   And just so it's clear, UVA's lawyer has
12 to -- well, you may believe she has to make some
13 objections at some point during the lawsuit, or during
14 the deposition today, but if she doesn't instruct you
15 not to answer, do you understand that you can answer
16 the question if you understood it?
17     A   Yes.
18     Q   And you understand that as someone with a
19 law degree, that lawyer objections aren't intended to
20 shade the witness's testimony, or influence the
21 witness's testimony, correct?
22     A   Yes.

32

1      Q   Was the process in -- let me start that
2  over.
3      The religious exemption process in, that
4  was revised in 2022, that ultimately was different
5  than the process that was applied to religious
6  exemption requests in 2021, correct?
7      A   I don't know that I would characterize it
8  that way.
9      Q   It was not different?
10     A   I mean, it, it wasn't -- it -- we used the
11 same criteria to evaluate. Is that what you're
12 getting at? We used the same criteria that we used in
13 '21 to evaluate. It was -- it was a different time.
14 We knew more about the virus. We knew more about
15 vaccination, the -- you know. So I don't know that
16 the process was different. I don't know that I would
17 characterize it that way.
18     Q   So -- okay. So, was there any differences
19 between the process in 2022 and the process in 2021?
20 And I'm talking about -- when I say the twenty
21 twenty -- just for shorthand, is it fair if I say the
22 2022 process? And I recognize it was at the end of

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

9 (33 to 36)

33

1  the year, but is -- do you understand what I'm saying
2  when I talk about the 2022 process?
3      A    Yes.
4      Q    And if I talk about the 2021 process, I'm
5  talking about the process that was applied to
6  religious exemptions in the -- from July 2021 through
7  the end of 2021.  Do you understand that?
8      A    Yes.
9      Q    So if I say 2021 process or 2022 process,
10 those make sense to you?
11     A    Yes.
12     Q    So your testimony is that there was --
13 there were not any significant differences between the
14 2022 process and the 2021 process for religious
15 exemptions?
16         MS. McGRAW:  Objection to the form,
17 mischaracterizes.
18 BY MR. DIEHL:
19     Q    Well, I'm trying to understand.
20     A    Can I ask you when you say "process," what
21 you're referring to?
22     Q    We'll break it down then.  So, there was --

34

1  there was a process and procedure for reviewing
2  religious exemptions in 2021, correct?
3      A    Yes.
4      Q    And that process had both process
5  components, and it had substantive components.  Is
6  that fair?
7      A    Yes.
8      Q    So there were criteria that were applied,
9  and then there were steps in the process, correct?
10     A    Correct.
11     Q    And of either the criteria or substance of
12 the process in 2021, or the procedural aspects of the
13 process in 2021, were there differences under the 2022
14 religious exemption review process?
15     A    Yes.
16     Q    What were those?
17     A    The 2021 process involved a committee that
18 reviewed the exemption requests.  The 2022 process, it
19 was one person reviewing the requests.
20     Q    And that one person was you?
21     A    That one person was me.
22     Q    Any other differences, either process or --

35

1  process, procedure or substance?
2      A    We -- we -- both processes utilized the
3  criteria in review that included, Was there a
4  sincerely held religious belief, was that belief in
5  conflict with the vaccination requirement, and looked
6  at undue hardship.  So I think that's the same.
7      Q    So, yeah.  So to be clear, --
8      A    Yes.
9      Q    -- I wasn't asking about similarities.
10     A    Okay.
11     Q    I'm asking about differences.
12     A    Yes.  I'm talking it through.
13     Q    What other differences can you think of, if
14 any?
15     A    Um, I'm not sure that I can think of any
16 other differences.
17     Q    Uh, it's my understanding that -- do you
18 know what I refer to when I say the CMS mandate?
19     A    Yes.
20     Q    And that was a rule that the Center for --
21 is it Center for Medicare and Medicaid Services?  Is
22 that the right term?

36

1      A    Yes.
2      Q    So CMS promulgated a rule, and that rule
3  included mandates related to COVID vaccination for UVA
4  health workers.  Is that a fair characterization?
5      A    Yes.
6      Q    And that -- it's my understanding that rule
7  was in effect in 2021, or for some period of time in
8  2021, and continuing into sometime in 2023.  Is that
9  your understanding?
10     A    Yes.
11     Q    Did that rule have any effect or impact on
12 UVA's religious accommodation review process during
13 the period -- well, during the period that the CMS
14 mandate was in effect?
15     A    No.
16     Q    To your knowledge -- to your knowledge, did
17 UVA comply with the requirements of the CMS mandate?
18     A    Yes, to my knowledge.
19     Q    Uh, you brought some documents here today
20 in a folder, and if you could -- sorry.  I don't mean
21 to -- if you could set the previous exhibits aside.
22 Sometimes it gets a little busy over there.  And then

Case 3:22-cv-00075-RSB-JCH     Document 265-3     Filed 02/14/25     Page 12 of 54
Pageid#: 10902

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

10 (37 to 40)

37

1  we'll just mark that folder, if that's all right, as
2  Exhibit 26. Is that our next exhibit?
3      (Exhibit 26 was marked for identification
4  and attached to the transcript.)
5  BY MR. DIEHL:
6      Q    And can you just walk me through the
7  contents of Exhibit 26, that folder?
8      A    Sure.
9      Q    And as we do, I'm going to -- I'm going to
10 try to -- I don't know how to do this exactly, but I
11 think I'm going to mark the documents inside as
12 lettered exhibits. So that will be, you know, 26-A
13 through whatever. But just go in whatever order
14 your -- you have them there.
15     A    Okay. The first document is a handwritten
16 note that I wrote indicating the number of religious
17 exemptions that were reviewed and the outcome of those
18 reviews in 2021.
19     MR. DIEHL: Okay. And so we'll mark that
20 as 26-A.
21     (Exhibit 26-A was marked for identification
22 an attached to the transcript.)

38

1  BY MR. DIEHL:
2      Q    And can you just -- while we're -- while
3  we're doing that, can you just tell me what the number
4  is so that -- I don't want to have her sort of have to
5  write the exhibit stickers while she's taking this
6  down. So if you can give us the number, then we'll
7  know how many letters to create stickers for.
8      A    So there's three more.
9      Q    So yes, we'll do 26-A, B, C, D.
10     And the next one is the Amended Answer to
11 Plaintiffs' Interrogatory 1?
12     A    Correct.
13     (Exhibit 26-B was marked for identification
14 and attached to the transcript.)
15 BY MR. DIEHL:
16     Q    So the Amended Answer to Interrogatory 1
17 we're marking as 26-B. And what is next?
18     A    The next is the training document.
19     (Exhibit 26-C was marked for identification
20 and attached to the transcript.)
21 BY MR. DIEHL:
22     Q    And we've marked that as 26-C. And then

39

1  the last document looks like a printout of a
2  spreadsheet?
3      A    Right. Correct.
4      Q    And that we'll mark that as 26-D.
5      (Exhibit 26-D was marked for identification
6  and attached to the transcript.)
7  BY MR. DIEHL:
8      Q    Um, and I'll just note, I believe that we
9  previously marked 26-B and 26-C already as exhibits,
10 but we'll just keep these marked as they are. But,
11 can you -- sorry, I didn't mean to interrupt. Did
12 you -- you've mentioned that the, the note page is a,
13 a summary you created. Is that correct?
14     A    Yes.
15     Q    And then if -- and then just -- we know
16 what the interrogatory answer is and the PowerPoint.
17 What is the spreadsheet, 26-D?
18     A    26-D is a spreadsheet that indicates a few
19 things. It is a list of the plaintiffs that I am
20 prepared to speak to, the position that they were in,
21 and their department, as well as the pay rate that
22 they were at when they termed employment in 2021. Or

40

1  2022. The next column is the offer that was made for
2  reinstatement and the pay rate that they were offered
3  at that time. And then the next series of columns are
4  any market-related adjustments or merit increases that
5  occurred from the time of reinstatement to the present
6  and the effective date. The last column, which looks
7  like it got a little cut off, is noting that two of
8  the plaintiffs' pay rates are at the maximum of the
9  pay range.
10     Q    What are you -- where -- is that the --
11     A    It says "range" next to it.
12     Q    Okay. I was going to ask that. Where it
13 says "no," and then down below that it should say
14 "range."
15     A    Range, right.
16     Q    And that is for Ryan Meszaros, and Janet
17 Ripley?
18     A    Correct.
19     Q    Where did this information come from on
20 26-D?
21     A    It came from our, um, HRIS system, Workday.
22     Q    Does -- does Workday so, did this come

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

11 (41 to 44)

41

1 directly from Workday, or did the information come
2 from Workday, and then the labels were added by
3 somebody on a spreadsheet? Or anything else -- was
4 anything added other than information that came
5 directly from Workday?
6     A    The information came from Workday, but I
7 put it in this format.
8     Q    So, for example, where it says
9 reinstatement offer, 2/23, do you see that label?
10    A    Yes.
11    Q    Is that a label that's in Workday?
12    A    No.
13    Q    And how -- does Workday store job offers,
14 or information related to job offers?
15    A    It does. But these, um, reinstatement
16 offers were done outside of Workday, so that column is
17 something that I added.
18    Q    The information regarding increases after
19 February 2023, where did that information come from?
20    A    The -- the increase information came from
21 two places: One, Workday. Two, our compensation
22 department, who provided me with the, uh, budgeted and

42

1 actual merit pay increases for the medical center and
2 the facilities group.
3     Q    How was that information stored, to your
4 knowledge? In terms of, I guess, is there information
5 by job or by area, or clinic? How is that information
6 stored in the -- by the compensation group?
7     A    I -- I'm not sure where they store it. I
8 don't -- that, I don't know.
9     Q    So, I guess, how do you know -- how did you
10 know to put, you know, for the -- the line looking at
11 Mark Ehrlich, it looks like the manager, is that
12 Patient Friendly Access? I don't know. What is -- do
13 you know what his title, what it was, or what that
14 shorthand refers to there in the second column? Or
15 it's the third column I believe.
16    A    That -- that was his job profile, Manager
17 Patient Friendly Access.
18    Q    And what is that -- do you know what that
19 means? Does it refer to manager of a clinic, or what
20 is friendly access?
21    A    That refers to a manager who supervises the
22 team that is in the access area. Those are the

43

1 individuals who greet patients in a clinic and ensure
2 that their insurance and whatnot, information, is
3 up-to-date in the employee health record -- or in the
4 patient record.
5     Q    So friendly refers to the, kind of the
6 duties, the making sure there's a friendly access?
7     A    Right, yeah.
8     Q    How nice. I was just -- it's interesting.
9         So, but if we're looking, kind of going
10 down the line, the -- the -- so, well, I guess for
11 each of the individuals listed here under Name, the
12 Job Profile, what job profile is listed here?
13    A    I'm not sure I know what you mean.
14    Q    Well, so -- well, but -- the reinstatement
15 offer refers to the offers of reinstatement, or
16 so-called. I'm not going to say that they're out
17 there, but we take the position that they weren't
18 actually offers of reinstatement. But I'm just going
19 to call them offers of reinstatement, because I don't
20 want to have to say that every time, because that's
21 clunky. So thanks for your patience with that.
22        Was Mark Ehrlich offered the job in

44

1 February of 2023 of the Manager Patient Friendly
2 Access?
3     A    I'm not -- I don't recollect the exact
4 title. I -- I believe that the terminology is
5 different now. I don't think they use the title -- I
6 don't think they use Patient Friendly Access anymore.
7 But I'm -- I don't remember exactly the title that he
8 was offered. Honestly, I don't.
9     Q    So, when we are looking across this line, I
10 mean, it would appear from the way this is set up that
11 the job profile in this third column would then relate
12 to the reinstatement offer and then the increase
13 information following. Is that the way this is
14 intended to be set up?
15    A    Yes.
16    Q    But do you know if the increases that we're
17 looking at on the right side of this chart after the
18 thick line, do you know if those increases actually
19 relate to that exact job profile, Manager Patient
20 Friendly Access POD?
21    A    They do.
22    Q    And, I guess, the same question with

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

12 (45 to 48)

45

1  respect to each of the different individual job
2  profiles listed. Do the increases shown on the right
3  side of this document, um, correspond to the same job
4  title as -- or job profile that is listed in the third
5  column?
6      A      Yes.
7      Q      Uh, how was the amount, or any -- how was
8  any difference determined between the base rate at
9  term and the reinstatement offer rate listed?
10     A      The difference was determined based on
11  really whether -- where someone would be if they
12  hadn't left the position. So taking into
13  consideration any merit-related increases, and/or any
14  market adjustments that had been made to that job
15  profile between the time that the person termed and
16  the reinstatement offer.
17     Q      And, um, with respect to Joshua Seiler,
18  it's my understanding that, that he made believe that
19  he would have received a promotion, or would have been
20  eligible to be a supervisor based on experience or
21  tenure or similar factors. Did UVA consider that in
22  coming up with the reinstatement offer numbers or

46

1  increases shown on this document?
2      A      No.
3      Q      Do you know whether Mr. Seiler would have
4  been eligible or would have become a supervisor if he
5  had remained employed by UVA between 2021 and 2023?
6          MS. McGRAW: Objection, calls for
7  speculation.
8      A      I have no idea.
9  BY MR. DIEHL:
10     Q      And you understand that when I say, "Do you
11  know?", I'm asking if you know, right?
12     A      Yes.
13     Q      So I'm not asking you to speculate. I'm
14  asking if you know. I just want to be clear, because
15  we get that objection, and it doesn't make sense.
16          With respect to the reinstatement offers
17  that are referenced in the, the column there after the
18  thick dark line -- well, actually, where did the thick
19  dark line come from?
20     A      I added it.
21     Q      What does it represent, or what's it there
22  for?

47

1      A      Anything that happened after they termed.
2      Q      Okay. So it's just sort of the the, the time
3  period when they were not there before any offer was
4  made to hire them again?
5      A      Yes.
6      Q      And with respect to Ms. Loflin, was --
7  Rebecca Loflin there on the second line, do you see
8  that?
9      A      Yes.
10     Q      And it says job profile, RN Care
11  Coordinator, is it Clinic II?
12     A      Clinician II.
13     Q      Clinician II.
14     A      Yeah.
15     Q      Okay. Was she offered the same job -- and
16  sorry. Let me step back for one second. This Cost
17  Center column, what does -- what does that refer to?
18     A      That is the department that the individual
19  worked in at the time they terminated employment.
20     Q      And so, so just to understand, you know,
21  the way this would work, Rebecca Loflin was, her job
22  was an RN Care Coordinator Clinician II, working in

48

1  the Children's Ambulatory -- what does ops mean?
2      A      Operations.
3      Q      Operations? That that's the area where she
4  worked?
5      A      Correct.
6      Q      Is that sort of a functional area, or is it
7  a clinic? How -- how was those divided, the cost
8  centers?
9          MS. McGRAW: Object to the form.
10  BY MR. DIEHL:
11     Q      Well, I guess I don't understand. What's a
12  cost center?
13     A      It's a department.
14     Q      Okay. And so is there a difference
15  between -- so for Mark Ehrlich, for example,
16  there's -- I can't -- endoscopy, endoscopy -- where is
17  the emphasis?
18     A      Endoscopy.
19     Q      There you go. I knew I was wrong. Is
20  there -- is there a clinic? Does that refer to a
21  specific clinic within a department, or I guess --
22     A      Yes. Yeah, that — Endoscopy is a

Case 3:22-cv-00075-RSB-JCH    Document 265-3    Filed 02/14/25    Page 15 of 54
CONTAINS CONFIDENTIAL DOCUMENTS
PageID# 10905
Transcript of Kathleen (Katy) Hoffman, Corporate Representative    13 (49 to 52)
Conducted on September 6, 2024

49
1  department.
2      Q      And then the Children's Ambulatory
3  Operations, is that a clinic as well?
4      A      That is more of an administrative group
5  that supports a number of areas in Children's
6  Hospital, yeah.
7      Q      Do you know what, what clinic or specific
8  area Rebecca Loflin worked in?
9      A      Off the top of my head, I do not.
10      Q      Do you -- I -- I don't either, but I
11 understand it was something working with children with
12 diabetes?  Is that -- do you have that understanding
13 as well?
14      A      That sounds familiar, yes.  I didn't -- I
15 didn't really prepare to talk about this, so I
16 apologize.  I don't know off the top of my head.
17      Q      Well, I'm trying to understand what these
18 numbers mean.
19      A      Uh-huh.
20      Q      And so, for example, with respect to
21 Rebecca Loflin, if you look here, you know, you've got
22 a base rate at term of 73,684 and change, and then the

50
1  reinstatement offer number says 78,498 and change; is
2  that right?
3      A      Yes.
4      Q      But, what, was the offer -- I mean, it
5  looks like, from this chart, that the offer was for
6  job profile RN Care Coordinator Clinician II in the
7  Children's Ambulatory Operations.  Was that -- was
8  that the reinstatement offer to your knowledge?
9      A      No.
10      Q      Do you know what the reinstatement offer
11 was that this refers to?
12      A      She -- I -- I know that she was not offered
13 the same position, because -- for two reasons: One,
14 because of the patient population, and two, because we
15 actually didn't have any openings in that area.  But I
16 can't -- I'm not remembering what -- I'm not
17 remembering exactly where we offered her a position.
18      Q      By the patient population, do you mean --
19 what do you mean by patient population?
20      A      Immunocompromised children.
21      Q      How did you -- you're not an expert on --
22 you're not a medical provider, correct?

51
1      A      I am not, no.
2      Q      And so how did you learn about that issue
3  related to the patient population that you referred
4  to?
5          MS. McGRAW:  I'm going to object that we've
6  gone way beyond the scope at this point.  But go ahead
7  and answer if you know.
8      A      We -- when we determined to make
9  reinstatement offers, we looked at a couple of things.
10 One, where did we have openings?  Because we were not
11 creating positions where positions did not exist.  And
12 two, was there any risk to having someone who was
13 unvaccinated in that area?
14 BY MR. DIEHL:
15      Q      Who is "we"?
16      A      That was -- the opening determination was,
17 was myself and some of my HR colleagues looking at job
18 openings.  And the undue hardship discussion was with
19 our epidemiologist.
20      Q      Is that Costi Sifri, Sifri?
21      A      Correct.
22      Q      So, um, are the -- are there any others on

52
1  this list that the job profile and cost center don't
2  correspond to the reinstatement offer on the -- as are
3  shown on the chart?
4      A      I don't -- not that I can think of.  The --
5  let me think.  I'm kind of just pulling this out of my
6  head, so I'm not -- I'm not a hundred percent
7  confident.  Um, the reinstatement offer I believe for
8  Ehrlich was for a different cost center.  It was a
9  manager role.  I think the title was a little bit
10 different, but the function was the same.
11          Loflin we talked about.  Um, Tyson, I think
12 was a different cost center.  I don't remember
13 exactly, honestly.
14      Q      Well, if we're looking at the increases
15 that are shown here, and we're trying to -- you
16 understand that the topic, or part of the topics that
17 you were designated to testify was about increases
18 that these plaintiffs would have received if they had
19 continued in that same position.
20      A      Yes.
21      Q      Okay.  And so when we look at the
22 increases -- well, just starting with Rebecca Loflin,

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

14 (53 to 56)

---

53

1 since we know that she was not offered the same job.
2 Is that -- is that a fair characterization, that
3 Ms. Loflin was not offered the same job?
4    **A    If by job you mean the same title in the**
5 **same department, yes.**
6    Q    Okay.  So I'll use those terms to be more
7 clear.  So Ms. Loflin was not offered the same title
8 in the same department at UVA Health when, when there
9 was an offer made to her in February of 2023 by UVA
10 Health; is that correct?
11        MS. McGRAW:  And I'll just note for the
12 record that the reinstatement offers and what the job
13 title and department were speak for themselves.  But
14 you can respond.
15 BY MR. DIEHL:
16    Q    Well, okay.  We'll keep going.  But I guess
17 you created this spreadsheet, right?
18    **A    Yes.**
19    Q    And you created it for today for the topics
20 that you were designated to testify about, right?
21    **A    Yes.**
22    Q    So I'm trying to understand the

---

54

1 information.
2        So with respect to the, Ms. Loflin's title
3 and the cost center that she worked in, do you know
4 that the reinstatement offer number -- well, the
5 reinstatement offer number was for a different -- a
6 position with a different title and a different cost
7 center; is that correct?
8    **A    A different cost center.**
9    Q    Same title?
10   **A    Yes.**
11   Q    Okay.  And do you know if employees at UVA
12 in different cost centers are in lockstep if they have
13 the same title?
14        MS. McGRAW:  Object to the form.
15 BY MR. DIEHL:
16   Q    Lockstep in terms of pay?  Let me ask that
17 over.  Do you know what "lockstep" means?
18   **A    Yes.**
19   Q    Okay.  So with respect to pay, does an RN
20 Care Coordinator Clinician II, at any -- working in
21 any part at UVA, does that have the same pay rate at
22 any given time?

---

55

1    A    The --
2    Q    Like, I guess equalizing for seniority or
3 other issues that might affect it that aren't related
4 to where they work.
5        MS. McGRAW:  See -- I'll let you answer
6 that question, and then I'd like to talk to you off
7 the record, because I think you're misunderstanding
8 each other, and I don't want to do it on the record,
9 because I know that'll upset you.
10       MR. DIEHL:  Yeah, sure.  Do you want us to
11 step -- to go off the record for a second?
12       MS. McGRAW:  Yeah.  Why don't you and I go
13 out?  I don't want to suggest anything to her, but I
14 do think you're misunderstanding something.
15       MR. DIEHL:  Yeah.  No, no.  And I do find
16 stuff like this really helpful, because I -- I've been
17 in that situation, and you don't want to get yelled
18 at.  But I wouldn't yell at you of course.
19       (Recess taken, 10:40 a.m. to 10:41 a.m.)
20 BY MR. DIEHL:
21   Q    So we just took a short break, and
22 Ms. McGraw and I had a helpful conversation.

---

56

1        So maybe I want to ask you this:  How was
2 the reinstatement offer rate determined for, for any
3 of these individuals in early 2023 or whenever the,
4 those -- that rate was determined?
5    **A    The rate was determined based on a couple**
6 **of things, but with the underlying assumption that the**
7 **individual did not term and stayed in position in good**
8 **standing from the term date to the reinstatement date.**
9 **So, the adjustment included any merit increases that**
10 **might have happened, and it also included any**
11 **market-related adjustments that were made to, to pay**
12 **in that job.**
13   Q    So, to the extent their cost center was
14 different, am I correct that the reinstatement offer
15 rate was determined based on their previous job
16 profile and cost center, not any new job profile and
17 cost center?
18   **A    That's correct.**
19   Q    And then I got -- with respect to the
20 increases that are shown here, are those increases
21 that would have been tied to their, the job profile
22 that they held at the -- in November 2021, or were

---

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative    15 (57 to 60)
Conducted on September 6, 2024

57

1  they tied to any new job, if there was a difference,
2  in the reinstatement offer?
3      **A    It was based on the prior job, or the**
4  **equivalent. So, as an example, Mark Ehrlich's job**
5  **title doesn't exist that way, and so I used a similar**
6  **position to determine the rate, um, similar in terms**
7  **of job responsibilities.**
8      Q    The -- by -- so the Manager Patient
9  Friendly Access POD, that job profile from
10 November 2021, you said that that job doesn't exist?
11     **A    They've changed the job title. It doesn't**
12 **exist with that title.**
13     Q    Would -- but does the position exist, just
14 with a different title?
15     **A    Correct.**
16         MR. DIEHL: I think it would be a good time
17 for a break. I know we just took one, but I didn't
18 get Diet Coke.
19         MS. McGRAW: Okay.
20         (Recess taken, 10:44 a.m. to 11:02 a.m.)
21 BY MR. DIEHL:
22     Q    All right. Thanks for that. We took a

58

1  break and we're back on the record here. What did you
2  do to prepare for today's deposition?
3      **A    I reviewed documents, a couple of**
4  **spreadsheets, and I talked with** [redacted] **and**
5  **Melissa Frederick briefly, and worked with my**
6  **attorneys.**
7      Q    Do you recall any specific documents that
8  you looked at?
9      **A    Yes. There, there was a document that**
10 **listed the terminations that occurred in 2021. Um,**
11 **policies. The OCH policy I looked at. I'm trying to**
12 **think of, what else did I look at? The -- the**
13 **training document, that document.**
14     Q    You're referring to Exhibit 26-C?
15     **A    Yes.**
16     Q    And I assume the other documents --
17     **A    The documents.**
18     Q    -- that are included in Exhibit 26?
19     **A    Correct, yes.**
20     Q    What spreadsheets were you referring to?
21     **A    There was a spreadsheet that had been**
22 **provided to me that identified terminations that had**

59

1  **occurred as a result -- that had been coded as a**
2  **result of the COVID vaccination requirement.**
3      Q    Did that have --
4         MS. McGRAW: It's the same spreadsheet you
5  have.
6         MR. DIEHL: Okay. I was gonna say, that's
7  the spreadsheet that was produced in discovery that's
8  the summary for the --
9         MS. McGRAW: For the denied.
10         MR. DIEHL: -- denied exemptions?
11         MS. McGRAW: And you can do some sorting on
12 it, yeah.
13 BY MR. DIEHL:
14     Q    Okay. And anything else that you recall
15 looking at? And I'm not asking for anything
16 attorney-client privilege, but just documents or
17 spreadsheets?
18     **A    I think that -- the only other thing that I**
19 **can think of is, is the -- reviewed the VaxTrax system**
20 **information that had been provided.**
21     Q    Was that -- I can pull up an exhibit if
22 that's helpful, but was that the printouts of

60

1  information that was provided in the lawsuit, or did
2  you actually look in the VaxTrax system
3  electronically?
4      **A    Both.**
5      Q    Anything else that you recall looking at?
6      **A    No.**
7      Q    What did you and [redacted] discuss?
8      **A    I talked with** [redacted] **-- I asked** [redacted] **a couple**
9  **of questions about the process that was utilized back**
10 **in 2021.**
11     Q    What did you ask about?
12     **A    Specifically, I asked** [redacted] **to clarify how**
13 **the exemption requests were received and distributed**
14 **amongst the committee members for review, and the**
15 **function of the committee.**
16     Q    What -- what did you say about how requests
17 were received and distributed?
18     **A** [redacted] **shared that the requests came in**
19 **through VaxTrax for current employees, and through**
20 **another system, Qualtrics, for applicants.** [redacted] **shared**
21 **that** [redacted] **distributed the exemption requests equally**
22 **amongst the committee members.**

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative     16 (61 to 64)
Conducted on September 6, 2024

---

**61**

1    Q    Did you review any of ▮ deposition

2    testimony?

3    **A    I did not.**

4    Q    Did you review any deposition testimony

5    that was given by ▮▮▮▮▮▮▮▮▮▮ in this lawsuit?

6    **A    I did not.**

7    Q    Did you speak to Costi Sifri in relation to

8    this lawsuit?

9    **A    No.**

10   Q    And you said you spoke with Melissa

11   Frederick?

12   **A    Yes.**

13   Q    What did you -- what did you -- what do you

14   recall from that conversation?

15   **A    I asked -- I asked her similar questions.**

16   **The additional question that I asked her is how the**

17   **committee members were identified.**

18   Q    And what did Ms. Frederick say?

19   **A    She indicated that the business partners**

20   **were chosen to be on the committee because they had**

21   **employee relations experience. They were used to**

22   **operating in the gray so to speak. She chose an odd**

---

**62**

1    **number to ensure that if there was disagreement, that**

2    **there would be a majority. So --**

3    Q    Anything else that she said during your

4    conversation?

5    **A    No.**

6    Q    What does -- what does "employee relations

7    experience" mean?

8    **A    Meaning they had worked in, you know,**

9    **conflict resolution and investigations and things of**

10   **that nature, so that they were able to take**

11   **information in and objectively review it, and make**

12   **recommendations based on that information.**

13   Q    Did they, these committee members, have the

14   employee relations experience while they worked for

15   UVA, do you know?

16   **A    I don't know off the top of my head, no.**

17   Q    And Ms. Fredericks, (sic) did she -- did

18   she say?

19   **A    She did not say. I did not ask. She did**

20   **not say.**

21   Q    What did she mean by "operating in the

22   gray"?

---

**63**

1    **A    Meaning, were able to take information in**

2    **and make recommendations based on that information**

3    **without being predisposed one way or the other; not**

4    **being -- not needed a policy to say, This is the way**

5    **that this has to happen.**

6    Q    Did Ms. Frederick define what she meant by

7    operating in the gray?

8    **A    Very vaguely, yes. Kind of like what I**

9    **just said.**

10   Q    So what you just said, is that something

11   Ms. Frederick said to you?

12   **A    Not -- not in those words. Not exactly.**

13   Q    Do you recall -- maybe not exactly, but do

14   you recall generally what Ms. Frederick said about

15   what she meant by operating in the gray?

16   **A    I don't remember exactly what she said, but**

17   **the indication that I took from that was what I said.**

18   Q    But she -- you do recall, just to be clear,

19   that Ms. Frederick said, quote, operating in the gray,

20   end quote?

21   **A    I do remember that, yes.**

22   Q    Anything else you recall from your

---

**64**

1    conversation with Ms. Frederick?

2    **A    She -- I asked her how often the committee**

3    **met. She said, um, in the beginning, they met several**

4    **times per week, and then it became more like two times**

5    **a week, as the volume was dealt with.**

6    Q    Anything else?

7    **A    Um, I asked her what her role was. Was**

8    **she -- you know, was she someone who, for lack of a**

9    **better term, voted in the discussion? And she said**

10   **no, that she was there for consultative purposes, or**

11   **in the event that the group couldn't come to an**

12   **agreement on whether, you know, whether criteria had**

13   **been met or not, that she would -- she would step in.**

14   **But she shared that she never had to do that.**

15   Q    Anything else you recall from your

16   conversation with Ms. Frederick?

17   **A    I -- I asked her if there were other**

18   **consultative individuals who were associated or**

19   **supporting the committee. She indicated that**

20   **university counsel was available to consult, as well**

21   **as our equal employment opportunity group. If needed,**

22   **they could consult as well.**

---

---

65

1    Q    You said anyone -- any other consultative,
2  is that the word you used?
3    **A    Yeah, any other --**
4    Q    What did you mean by -- so you said
5  university counsel and the EEO group.
6    **A    Uh-huh.**
7    Q    That's "yes"?
8    **A    Yes. Sorry.**
9    Q    And is there anyone else you were referring
10  to or she responded to, I guess either one, when you
11  were talking about consultative, people who might be
12  consultative to the committee?
13    **A    No others.**
14    Q    Did Ms. Frederick say that the EEO group --
15        MS. McGRAW: It's just one E, EOCR.
16  BY MR. DIEHL:
17    Q    I always do that. So that's the EOCR
18  office? Is that correct?
19    **A    Correct.**
20    Q    And the EOCR office is, did -- did
21  Ms. Frederick say whether anyone from that office did
22  consult with the committee?

---

66

1    **A    She -- I believe she said no, that they did**
2  **not need to, but they were available.**
3    Q    You believe that, but you're not certain?
4    **A    I'm not a hundred percent sure, but I**
5  **believe that is what she said.**
6    Q    Do you recall anything else that you and
7  Ms. Frederick discussed?
8    **A    No.**
9    Q    How long did you speak to Ms. Frederick?
10    **A    I think it was maybe ten minutes.**
11    Q    And when -- on what date was that, or day,
12  if you recall? Was it this week?
13    **A    It was not this week. It -- I believe it**
14  **was a couple weeks ago. Two weeks ago maybe. Two or**
15  **three weeks ago.**
16    Q    And when did you speak to ▇▇▇▇?
17    **A    Same.**
18    Q    A couple weeks ago?
19    **A    It was a couple weeks ago, yeah.**
20    Q    Anyone else that you spoke to in preparing
21  for this deposition, other than attorneys?
22    **A    No.**

---

67

1    Q    I'm just asking for the date, and I'll ask
2  you about the length. Just, I'm not asking for
3  anything that was said, but when did you meet with
4  legal counsel related to this deposition?
5    **A    I would have to look at my calendar. I**
6  **don't remember the dates.**
7    Q    Was it recently?
8    **A    Can you tell me what you mean by**
9  **"recently"?**
10    Q    Was it more than a month ago?
11    **A    No.**
12    Q    Was it more than two weeks ago?
13    **A    The first time, probably, yes.**
14    Q    In relation to your, your discussion with
15  Ms. Frederick, did you meet with counsel before, or
16  after, or both?
17    **A    Both.**
18    Q    So when did you meet with counsel
19  approximately before you spoke with Ms. Frederick?
20    **A    It was probably a month or so ago. I'm bad**
21  **with dates. I don't remember. They all -- all the**
22  **days run into each other.**

---

68

1    Q    They're always so exciting -- everyone's so
2  exciting. That's not a question.
3        So, how long approximately did you meet
4  with the lawyers that first time you met them?
5    **A    Several hours.**
6    Q    And don't tell me anything that was said,
7  but who was there at that meeting?
8    **A    Um, Wendy McGraw and Matt Kirsner.**
9    Q    Anyone else?
10    **A    In that first meeting, no.**
11    Q    And then did you meet -- you mentioned you
12  did meet again in relation to this
13  deposition?
14    **A    Yes.**
15    Q    When was that? The next time.
16    **A    That was probably a couple of weeks ago,**
17  **and that was via phone, or Zoom, or Webex. One of**
18  **those.**
19    Q    Some form of electronic communication?
20    **A    Some video. Yeah, video. It was a video**
21  **conference.**
22    Q    And who was present -- again, nothing --

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

18 (69 to 72)

69

1  I'm not asking for what was said. Who was present for
2  that second meeting with counsel?
3  **A    Same. Actually, can I correct my first**
4  **one?**
5  Q    Sure.
6  **A    Melissa Riley was at the first meeting,**
7  **too.**
8  Q    And you're referring -- you looked over,
9  and you're referring to Melissa Wolf Riley that's here
10 present today? And Mr. Kirsner's here as well, just
11 to note that for the record. I don't know that we
12 actually put that on the record. Welcome. I don't
13 know what one says when you do that in the middle,
14 but -- I always try to make people feel comfortable.
15     MR. KIRSNER: Thank you.
16 BY MR. DIEHL:
17 Q    So the -- in the first meeting, Ms. Riley
18 was present in that meeting?
19 **A    Yes.**
20 Q    And then the second meeting was with
21 Ms. McGraw and Mr. Kirsner?
22 **A    Yes.**

70

1  Q    How long was the second meeting?
2  **A    I think that was about an hour.**
3  Q    And did you meet with anyone else after
4  the -- other than the meetings that we've already
5  talked about in relation to your preparation for this
6  deposition?
7  **A    Yes.**
8  Q    Who was that?
9  **A    Last week I met with, with Wendy. Melissa**
10 **Riley was there. Matt Kirsner was on Zoom. And that**
11 **was the final in-person preparation meeting that we**
12 **had.**
13 Q    How long was that in-person preparation
14 meeting?
15 **A    That was around, about three, three hours**
16 **or so, four hours, something like that.**
17 Q    And where was that meeting?
18 **A    That was held on grounds at the O'Neil**
19 **Hall.**
20 Q    So grounds means on -- at a UVA Health
21 facility?
22     MS. McGRAW: Object to the form.

71

1  **A    It's actually -- oh, sorry.**
2      MS. McGRAW: Go ahead.
3  BY MR. DIEHL:
4  Q    Yeah. I guess, what does grounds mean?
5  I'm just trying to understand that.
6  **A    Grounds is the UVA vernacular for campus.**
7  **You need to use the word "grounds."**
8  Q    The grounds -- the grounds in C-ville where
9  you met? See, look at me.
10 Okay. And then did you do anything else to
11 prepare for today's deposition other than what you've
12 already mentioned?
13 **A    We had a brief phone call on Tuesday to go**
14 **over a couple of things, yes. Meaning Wendy and Matt.**
15 **I don't remember if Melissa was on that call.**
16 Q    Anything else other than what you've
17 already mentioned in regard to your preparation?
18 **A    No.**
19 Q    Um, if you could pull up Exhibit 26-A, the
20 note there.
21 **A    Okay.**
22 Q    And where did these numbers come from?

72

1  **A    These numbers were shared with me by**
2  **counsel.**
3      MS. McGRAW: And I'll just note for the
4  record, they come straight off the spreadsheets that
5  have been produced, and a review of the VaxTrax
6  records underlying those spreadsheets.
7  BY MR. DIEHL:
8  Q    Do you know if these numbers include all of
9  the individuals that submitted exemption requests
10 through the VaxTrax system in 2021?
11 **A    As far as I know, yes.**
12 Q    But you don't -- do you know that, or do
13 you not -- I guess, are you guessing?
14 **A    I -- if they came out of VaxTrax, then yes,**
15 **those were what was submitted. If that's where these**
16 **numbers came from, which is what counsel said.**
17 Q    Okay. So you -- I'm not trying to be
18 tricky. I just, you don't know -- you're relying on
19 what Ms. McGraw said in relation to where these
20 numbers came from?
21     MS. McGRAW: She's relying on the documents
22 that were produced in the case.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

19 (73 to 76)

73

1    A    Yeah.  I'm relying on the document, yes.
2 BY MR. DIEHL:
3    Q    Well, that -- so you, you're relying on a
4 spreadsheet that you received that you understand was
5 produced in this lawsuit?
6    A    Yes.
7    Q    And the -- the 93 new, what -- what -- your
8 writing is quite nice, but, um, I don't understand the
9 first, next to it -- it looks like a 50, and then it
10 says prior, and what is that?  Is that flu?
11    A    Yes.
12    Q    Sorry.  I was actually figuring it out as I
13 was reading it.  So those would be 50 individuals that
14 had -- that were approved as a result of a previous
15 influenza vaccine religious exemption approval in 2019
16 or 2020?  Is that correct?
17    A    Correct.
18    Q    And then there's 30 that were remote
19 employees.  That's what "remote" refers to?
20    A    Yes, 100 percent remote.
21    Q    And then ten were new individuals that
22 submitted requests for religious exemption in 2021,

74

1 but had not previously; is that correct?
2    A    Correct.
3    Q    Um, if, if you didn't have this
4 spreadsheet, and you just had the information from
5 VaxTrax, would you under -- well, do you know why
6 individuals that were denied, why their exemption
7 requests were denied?
8        MS. McGRAW:  Object to the form, overbroad.
9    A    I -- I don't know the in -- you know, the
10 exact reason why it was denied, no.
11 BY MR. DIEHL:
12    Q    So, just hypothetically, if you were to
13 look in VaxTrax and see the information that's there,
14 you could do that, correct?
15    A    Yes.
16    Q    And so if you went and you found an
17 individual that was terminated in 2021, let's just use
18 Mark Ehrlich as an example, you could find the
19 information Mark Ehrlich submitted in the VaxTrax
20 system; is that correct?
21    A    Yes.
22    Q    And there's a way to do that by -- that

75

1 either correlates to his name or has his name attached
2 to that information?  Is that correct?
3    A    Correct.
4    Q    And -- and if you went into the VaxTrax
5 system and you looked at Mark Ehrlich's request in the
6 information in VaxTrax, could you understand why his
7 exemption request was denied in 2021?
8        MS. McGRAW:  Object to the form.  You can
9 answer.
10    A    I can't.  I can -- I can relay the criteria
11 that were used, but I can't put myself back three
12 years and where that committee was and what the
13 discussion was.
14 BY MR. DIEHL:
15    Q    Yeah, I'm not asking about the discussion.
16 I'm asking does -- maybe an easier way to ask it, does
17 VaxTrax show you, is there someplace in VaxTrax you
18 can look where it shows the rationale or reasons why
19 the committee or any individual viewer denied an
20 individual's requests for religious exemption in 2021?
21    A    No.
22    Q    Is there some other place that you could

76

1 look if you wanted to find out the specific reasons
2 why any individual who requested a religious exemption
3 through VaxTrax in 2021, and if they were denied in
4 2021, is there a place you could look to find the
5 reasons why they were denied by any reviewer or by the
6 committee in 2021?
7    A    No.  There's not -- there's not a place
8 where individual reasons are noted, no.
9    Q    Was there -- did individual reviewers or
10 the committee write down notes related to their
11 decision-making regarding individuals in 2021 -- well,
12 let me start that over.
13        So I'm asking about -- just so I don't have
14 to ask you a very long question; it gets hard to do --
15 I'm asking about individuals who requested a religious
16 exemption through VaxTrax in 2021, and then those
17 requests were -- the request for religious exemption
18 was denied.  Do you understand that premise?
19    A    Yes.
20    Q    Okay.  So if I wanted to go back and look
21 up why a person was denied, any individual on that
22 spreadsheet that was denied, is there a place I could

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

20 (77 to 80)

77

1 go to find out why they were denied?
2    **A    Not to my knowledge.**
3    Q    Is there -- do you know, when you spoke to
4    [redacted]    or otherwise, does the committee members
5 know why individuals were denied?
6       MS. McGRAW: Object to the form. You can
7 respond.
8    **A    Not -- that's not something that I**
9 **discussed with, with** [redacted] **or Ms. Frederick.**
10 BY MR. DIEHL:
11   Q    Do you know of any way that, that you or
12 someone else with access to UVA's systems, or access
13 to UVA's employees, could identify the specific
14 reasons why any request for a religious exemption was
15 denied in 2021?
16   **A    Not to my knowledge.**
17   Q    Who -- in 2021, there was a process for
18 reviewing religious exemptions, including as shown on
19 Exhibit 26-C; is that correct?
20   **A    Yes.**
21   Q    Who made decisions about this process at
22 UVA?

78

1    **A    About the -- during the process, or about**
2 **what the process --**
3 BY MR. DIEHL:
4    Q    Sure. When I'm talking -- I'm asking about
5 how this process was created. Let's start there.
6 Other than I believe counsel, Ms. Wolf Riley, is --
7 was there a decision-maker at UVA that made decisions
8 regarding the religious accommodation process in 2021?
9    **A    From my understanding, the process was**
10 **developed based on a couple of things: EEOC --**
11   Q    So, let me ask you this: I'm asking about
12 people. My question's about people.
13   **A    Okay.**
14   Q    Decision-makers.
15   **A    I am not --**
16   Q    So that wasn't clear.
17   **A    Okay.**
18   Q    Do you know who made decisions about --
19 wherever the source was, do you know who made
20 decisions about that process at UVA in 2021?
21   **A    The process was developed through**
22 **consultation with counsel, and was approved by senior**

79

1 leadership of UVA.
2    Q    Who are you referring to specifically in
3 terms of senior leadership?
4    **A    There was a group that met regularly about**
5 **COVID. I believe it's in one of the other documents,**
6 **the individuals who were included.**
7    Q    Are you referring to Exhibit 26-B, and if
8 you go to the third page that's not numbered, but do
9 you see that it says Amended Answer to Interrogatory
10 1? So you're looking at the first page I think. If
11 you could go to the third page of Exhibit 26-B. Tell
12 me when you're there.
13   **A    The third, yes.**
14   Q    And then do you see where it says in bold
15 and underlined, Amended Answer to Interrogatory Number
16 1?
17   **A    Yes.**
18   Q    And then there's some information that's
19 not names, but then down at the bottom it begin --
20 there's a list of names that begins with K. Craig
21 Kent?
22   **A    Yes.**

80

1    Q    And that list continues, Wendy Horton --
2 and I'm omitting their titles, but K. Craig Kent,
3 Costi Sifri, Reid Adams, Bobby -- how do you say the
4 last name? It is Chhabra?
5    **A    Yeah, I think it got -- I think it got cut**
6 **off of the one I'm looking at. Let me see. Because**
7 **I'm looking at the wrong one. Yeah.**
8       MR. DIEHL: Let's go off the record for
9 just a second.
10      (Recess taken, 11:30 a.m. to 11:31 a.m.)
11 BY MR. DIEHL:
12   Q    So we're back on the record, and I'm
13 handing you a document that's previously marked as
14 Exhibit 22. And -- and just note, that's a five-page
15 exhibit. Can you just double-check that?
16   **A    Yes.**
17   Q    And if you go to the third page of
18 Exhibit 22 -- well, and before we do that, before I
19 ask you that, Exhibit 22 that I've handed you is the
20 same as Exhibit 26-B; is that correct? Or it's
21 intended to be the same as 26-B?
22   **A    Yes.**

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

21 (81 to 84)

81

1    Q    And -- and we just had a missing page
2  there.  So I'm going to ask you about Exhibit 22.  And
3  turning to the third page where it says Amended Answer
4  to Interrogatory Number 1.  And then do you see where
5  it says K. Craig Kent?
6    A    Yes.
7    Q    And that continues Wendy Horton, Costi
8  Sifri, Reid Adams, Bobby Chhabra?  Is that correct?
9  Did I say that right?
10   A    I believe so.
11   Q    Pam Cipriano, Mitchell Rosner, David
12 Wilkes.  And that's the list of individuals named
13 there?
14   A    Yes.
15   Q    And so is that who you're referring to when
16 you said the leadership group?  Or I guess, is -- are
17 those the individuals who made decisions regarding the
18 religious exemption process in 2021?
19   MS. McGRAW:  Object to the form.
20 BY MR. DIEHL:
21   Q    I guess, do those individuals have any
22 relationship to decisions about the religious

82

1  exemption process in 2021?
2    A    Yes.  My understanding is yes.
3    Q    What is their relationship of the
4  individuals listed in the Amended Answer to
5  Interrogatory Number 1 that I just read, to the
6  religious exemption process in 2021?
7    A    That group met regularly to discuss the
8  COVID vaccination requirement, among other topics,
9  inclusive of any exemptions.
10   Q    So -- so, it is that group that would have
11 made decisions regarding the process that is shown in
12 Exhibit 26-C with the advice of counsel?
13   A    Correct.
14   Q    How many religious accommodations -- well,
15 if you could pull up your notes, just so we have
16 something in front of you.  Exhibit 26-A, your
17 handwritten note, these are numbers from 2021,
18 correct?
19   A    Yes.
20   Q    So after 2021, how many religious
21 accommodations has the University of Virginia denied
22 or approved related to the COVID vaccine?

83

1    MS. McGRAW:  I'm just going to note for the
2  record, when you say 2021, you mean the 2021 review
3  process, or the 2021 calendar year?
4    MR. DIEHL:  Well, let's ask.
5  BY MR. DIEHL:
6    Q    So in 2021, the religious accommodation
7  review process that we've talked about somewhat today,
8  that process was created when the, the requirement
9  that, that certain employees, whether new employees or
10 current employees, when certain employees were
11 required to receive the COVID vaccine; is that
12 correct?
13   A    Yes.
14   Q    So that was -- this -- it's my
15 understanding from an interrogatory answer, that
16 this -- the training that, at which Exhibit 26-C was
17 presented was, I believe it was on July 1st, 2021.  Is
18 that your understanding?
19   A    Yeah, around that time.  I don't know the
20 exact date.
21   Q    And is it your understanding that the
22 process that is laid, set forth in Exhibit 26-C, that

84

1  process was determined and laid out in, in
2  Exhibit 26-C sometime in 2021 before that July
3  training?
4    A    Yes.
5    Q    And so when I -- when I referred to the
6  religious exemption process of 2021, that, that
7  process I'm referring to relates to requests for
8  religious exemption regarding the COVID vaccine.  Do
9  you understand that?
10   A    Yes.
11   Q    And the numbers on Exhibit 26-A for
12 reviewed, denied, and approved, those were all
13 requests related to religious exemptions requesting
14 exemption from the COVID vaccine requirement; is that
15 correct?
16   A    Yes.
17   Q    So with respect to -- well, let me just --
18 the COVID vaccine is no longer a required vaccine at
19 UVA Health; is that correct?
20   A    Correct.
21   Q    So, do you know when that ended?
22   A    August 2023.

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

22 (85 to 88)

85

1    Q    And between the end of 2021 and
2  August 2023, do you know how many religious exemption
3  requests were reviewed and -- well, let's start there.
4  Do you know how many religious accommodation requests
5  were reviewed by anyone at UVA Health?
6    A    I don't know off the top of my head, no.
7        MS. McGRAW:  And I'll object.  I'm sorry.
8  I don't know why I'm apologizing for objecting, but
9  it's beyond the scope.  We've produced this witness --
10       MR. DIEHL:  It's not beyond the scope.
11  It's beyond the scope of your instruction to the
12  witness to prepare, correct?
13       MS. McGRAW:  It's beyond the scope of what
14  we agreed to produce her for.  What we -- the numbers
15  that you have are for the 2021 review process, which
16  is what we agreed to provide.  They're not broken down
17  by calendar year.  If you want that breakdown, we
18  could probably do it.
19       MR. DIEHL:  Oh.  So you -- when it says
20  2021 numbers, that's 2021 processed numbers?
21       MS. McGRAW:  Yes.
22       MR. DIEHL:  Do you know what the end date

86

1  of these -- of this information is?  So that would be
2  what, like October or something like that?  Do you
3  know?
4        MS. McGRAW:  Yeah.  It's in the -- it's in
5  a response that we have, so whatever I said in the
6  response, but I'll get you that number.  But it should
7  be October 2022.
8        MR. DIEHL:  Yeah, September or October,
9  that time period?
10       MS. McGRAW:  Yeah.  If you feel that you
11  need, for your class-action motion, basic raw numbers
12  on the 2022 procedure, we can provide those.
13       MR. DIEHL:  Yes.  Yes.  That would be
14  helpful.
15       MS. McGRAW:  She's not prepared to do it,
16  but we can do it.
17       MR. DIEHL:  Okay.  That was in the notice,
18  but -- and I'm just saying that for the record.  But
19  we'll -- I appreciate the offer, and we'll accept
20  that.  I mean, we might -- I mean, we reserve our
21  disagreements, et cetera, et cetera.
22       MS. McGRAW:  Just so we're clear -- of

87

1  course we do.  And your --
2        MR. DIEHL:  We wouldn't be lawyers if we
3  didn't.
4        MS. McGRAW:  And we would provide them for
5  the COVID vaccine under the 2022 procedure -- yeah.
6        MR. DIEHL:  With respect to applicants and
7  employees?
8        MS. McGRAW:  For 2022, yes, we can actually
9  do it for applicants as well.
10 BY MR. DIEHL:
11   Q    Well, let me ask the witness.  The
12  information regarding applicants, that -- in 2021,
13  that information was received through the Qualtrics
14  system; is that correct?
15   A    Yes, to my knowledge.
16   Q    And that Qualtrics system is still
17  accessible to UVA Health?
18   A    I -- I don't know how far back it saves
19  things.  I don't know that for sure.
20   Q    Do you use Qualtrics as part of your job at
21  all?
22   A    Yes.

88

1    Q    And so is -- that system itself is still in
2  use by UVA Health?
3    A    It is, yes.
4    Q    And by UVA Health, you understand what I
5  mean by that, correct?
6        MS. McGRAW:  Object to the form.
7  BY MR. DIEHL:
8    Q    Do you understand what I mean by UVA
9  Health?
10   A    Could you clarify what you mean by UVA
11  Health?
12   Q    Well, I don't know anything.  What does UVA
13  Health mean to you?
14   A    UVA Health is an umbrella term.  For my
15  purposes, it's the Medical Center, it's the School of
16  Medicine, it's the School of Nursing, because that's
17  where -- that's what I'm responsible for.
18   Q    So is it fair to characterize it as the
19  University of Virginia Health System?  Is that
20  another -- is that a more, a longer way to say UVA
21  Health?
22       MS. McGRAW:  Object to the form, asked and

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

23 (89 to 92)

89

1 answered.
2    **A    Frankly, it depends on who you talk to.**
3 BY MR. DIEHL:
4    Q    What -- I guess, what's the -- well,
5 we'll -- what would you -- if I said, Do you work for
6 the university -- well, I'm -- how about this?  Do you
7 work for the University of Virginia's Health System?
8    **A    I support UVA's health system that includes**
9 **the Medical Center, the School of Medicine, and the**
10 **School of Nursing.**
11   Q    Because you work on the academic side; is
12 that right?  Technically?
13   **A    My paycheck comes from the academic side,**
14 **yes.  My W-2 says -- it doesn't say UVA Health.**
15   Q    Are there any other areas that would be
16 considered on the academic side of the university that
17 support the UVA Health system?
18   **A    Yes.**
19       MS. McGRAW:  Objection, beyond the scope,
20 but you can answer.
21   **A    Oh, sorry.**
22       MS. McGRAW:  You can answer if you know.

90

1    **A    Yes.**
2 BY MR. DIEHL:
3    Q    What are those?
4    **A    They're -- in addition to Human Resources,**
5 **we have operations groups like Facilities that support**
6 **the health system.  The police department supports the**
7 **health system, some of -- some -- in some capacity.**
8 **I'm trying to think of -- those are -- those are what**
9 **I know off the top of my head.**
10   Q    In 2021, there was -- or I guess, I've seen
11 reference to Tier 1 Team Members.  Do you recognize
12 that term?
13   **A    Yes.**
14   Q    What does it mean?
15   **A    Tier 1 have been designated because of the**
16 **nature of their job as requiring to comply with our**
17 **OCH-002, or whatever it is, the employee health policy**
18 **for the medical center.**
19   Q    And so other than having to comply with the
20 policy, what is -- how would one define Tier 1 Team
21 Members, or who those people are?
22   **A    Tier 1 Team Members are those that**

91

1 **regularly work in the medical center who have --**
2 **and/or who have direct patient contact or -- yeah.  I**
3 **mean, those are the primary things.**
4       MS. McGRAW:  I'll do a belated objection
5 beyond the scope, and that the documents defining Tier
6 1 speak for themselves.
7       MR. DIEHL:  Well, okay.
8 BY MR. DIEHL:
9    Q    So, you understand that Tier 1 Team Members
10 was relevant to whether the OCH-002 policy applied to
11 individuals, and therefore, they would -- those Tier 1
12 Team Members would have been those individuals who
13 would have applied for a religious exemption through
14 VaxTrax.  Is that a fair sequence of logic?
15   **A    Yes.**
16   Q    So, everyone on your handwritten document,
17 which is Exhibit 26-A, so everyone listed there would
18 have been Tier 1 Team Members.  Is that a fair
19 characterization?
20       MS. McGRAW:  Objection, mischaracterizes.
21 I think it's right on the face of the document.  Did
22 you see the word "remote"?

92

1       MR. DIEHL:  There you go.  Well, then I
2 mean -- I guess, maybe I should ask the witness to
3 answer.
4
5 BY MR. DIEHL:
6    Q    Are -- is everyone listed on the exhibit --
7 this is these ones now.  Is everyone listed on
8 Exhibit 26-A Tier 1 Team Members?
9    **A    Yes, unless they're designated as remote.**
10   Q    So everyone other than the 30 remote
11 individuals?
12   **A    Yes.**
13   Q    Well, I guess -- well, so if -- so the only
14 individuals that would have applied for a religious
15 exemption through VaxTrax would have been Tier 1 Team
16 Members or remote team members.  Is that fair?
17       MS. McGRAW:  Object to the form.
18 BY MR. DIEHL:
19   Q    Let me ask you this, just to understand
20 this, although I'm being confused.  OCH-002 applied to
21 Tier 1 Team Members; is that right?
22   **A    Yes.**

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

24 (93 to 96)

93

1    Q    And so, was it also applied to individuals
2    that are not Tier 1 Team Members in 2021?
3         MS. McGRAW:  Objection, beyond the scope.
4    But you can respond if you know.
5    A    Not -- I don't know.
6    BY MR. DIEHL:
7    Q    Okay.
8    A    Can I -- can I make a comment I think that
9    might help with this a little bit?  Unless you don't
10   want me to.
11   Q    This one time, yes.
12   A    So, the way that the, the positions are
13   determined Tier 1, um, the job profile or the job
14   title may indicate that somebody is a Tier 1, but then
15   when we look at where they're actually working, that
16   may take them out.  So these remote workers, that was
17   part of the discussion.  Like if they're -- I don't
18   even know if I could think of -- if they were an IT
19   position --
20   Q    Yeah. I want to ask a question related to
21   that, but I just -- I don't want to lose my train of
22   thought.

94

1    A    Okay.
2    Q    If a, an individual's title -- is it job
3    performance, or title?  What did you say that would
4    designate them as Tier 1?
5    A    Job profile --
6    Q    Job profile.
7    A    -- could be one factor, yes.
8    Q    Okay.  So, if -- let's say in 2021, if an
9    individual's job profile identified them as a Tier --
10   well, so step back.
11        In 2021, there may have been individuals
12   who were designated as Tier 1 Team Members, and would
13   have applied for religious exemption, but then it
14   turns out that their job -- they're not actually a
15   Tier 1 Team Member because of some particular duties,
16   or because of their particular job.  Is that fair?
17   A    Yes.
18   Q    And in 2021, were individuals told that,
19   that, you know, we're not -- you applied for a
20   religious exemption, but you didn't actually need one,
21   because you're not actually a Tier 1 Team Member?
22        MS. McGRAW:  Object to the form, beyond the

95

1    scope.  Go ahead.
2    A    To my knowledge, yes.  They were notified
3    that the exemption was not -- was approved because
4    they were remote, for example.
5    BY MR. DIEHL:
6    Q    Well, do you know of any examples other
7    than remote employees that were notified as you
8    referred to it?
9    A    Not to my knowledge, no.
10        MR. DIEHL:  No further questions.
11        MS. McGRAW:  I have just a little bit of
12   follow-up, but I need a few minutes.
13        MR. DIEHL:  Okay.
14        (Recess taken, 11:50 a.m. to 11:55 a.m.)
15        MR. DIEHL:  We were just talking off the
16   record briefly that -- well, we weren't certain if we
17   put on the record, that there were extra pages on
18   Exhibit 22 that was just a duplicate of the actual
19   exhibit.  There were just two copies of the actual
20   exhibit.  So we've corrected that exhibit to make it one exhibit, or one
21   copy of the amended interrogatory answer that is
22   Exhibit 22.  And counsel and I looked at that

96

1    together, and the document is correct as currently,
2    with the court reporter, for Exhibit 22.
3         MS. McGRAW:  Correct.
4    EXAMINATION BY COUNSEL FOR DEFENDANT THE RECTOR AND
5         VISITORS OF THE UNIVERSITY OF VIRGINIA
6    BY MS. McGRAW:
7    Q    Okay.  Ms. Hoffman, I'm going to ask you to
8    look at the exhibit, it's one of the sub exhibits in
9    26.  The training document.  Is it your understanding
10   that this document lays out sort of the structure and
11   process for what we call the 2021 review process?
12        MR. DIEHL:  Objection, leading, beyond the
13   scope of my examination.  Counsel's providing the
14   answers to questions.
15   BY MS. McGRAW:
16   Q    You can respond.
17   A    Yes.
18   Q    And I'm going to go ahead and have this
19   marked as Defense Exhibit 3.
20        MR. DIEHL:  I'm going to object to marking
21   an exhibit that is beyond the scope of the
22   examination, and appears to be prepared testimony, or

CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

25 (97 to 100)

97

1 part of prepared testimony, because we did not talk
2 about this today, so we're not examining the witness
3 on anything that was discussed during my examination.
4        MS. McGRAW: The 2022 procedure was
5 discussed during your examination over objection, and
6 so we'll be addressing it here.
7        MR. DIEHL: So -- but so now you're
8 withdrawing your objection on the 2022 process?
9        MS. McGRAW: I allowed you to ask the
10 question, so I'm going to ask some follow-up.
11       MR. DIEHL: Well, I intentionally did not
12 ask further questions, because I want a witness that's
13 prepared to testify about that topic. And I -- I'm
14 not -- I'm going to object to this, because you're
15 using your objection to your advantage now, because I
16 wasn't prepared -- you know, because the witness is
17 not prepared to talk about, I did not ask questions
18 about it, and I don't think I should ask questions
19 about it to a witness who's not prepared to testify on
20 behalf of UVA in this deposition. And now counsel,
21 notwithstanding her -- UVA's position that this
22 testimony is not proper within this deposition, is now

98

1 going to ask for testimony prepped by counsel? Is
2 that what's going on, counsel?
3        MS. McGRAW: I don't think any -- first of
4 all, nothing's prepped by counsel. As you know, I
5 left her in the room when I went to talk to my
6 co-counsel.
7        MR. DIEHL: Nothing prepped by counsel
8 today I should say.
9        MS. McGRAW: If you would withdraw the
10 question and answers regarding the 2022 procedure, I
11 don't need to go further.
12       MR. DIEHL: Let's go off the record.
13       (Recess taken, 11:58 a.m. to 12:00 p.m.)
14       (Exhibit D-3 was marked for identification
15 and attached to the transcript.)
16 BY MS. McGRAW:
17   Q    Okay. We've just marked as Defense
18 Exhibit 3 what we've referred to as the 2022
19 procedure. Are you familiar with this document?
20   A    Yes.
21   Q    And is this a true and correct copy of the
22 procedure and guidance that you followed under the

99

1 2022 procedure?
2   A    Yes.
3   Q    And the other exhibit that we were looking
4 at -- and I'm sorry, I keep forgetting the sub-exhibit
5 number, the training document?
6   A    Yes.
7   Q    What's the, what's the exhibit number on
8 that one?
9   A    26-C.
10  Q    And is it your understanding, as a
11 representative of UVA, that that's the training --
12 that's the process and procedure that the members of
13 the 2021 committee used to review exemptions under the
14 2021 review process?
15  A    Yes.
16  Q    Okay. And do you defer to those two
17 documents as to any differences between the process in
18 the procedure and the analysis that was done?
19  A    Yes.
20       MR. DIEHL: Objection, vague, leading.
21       MS. McGRAW: No further questions.
22       MR. DIEHL: And notwithstanding that

100

1 testimony, we spoke off the record, Plaintiff
2 preserves our concern and my comments with respect to
3 the preparation of the witness in the scope of that,
4 but -- and we don't waive that by that, but appreciate
5 counsel's cooperation in working through our
6 difference of opinion on that.
7        MS. McGRAW: And all parties are reserving
8 all rights.
9        MR. DIEHL: Absolutely.
10       MS. McGRAW: We will read and sign.
11       THE REPORTER: And will you please state
12 your transcript orders?
13       MS. McGRAW: I would like full and
14 condensed with exhibits, electronic only.
15       MR. DIEHL: I would like it expedited a
16 little bit. Since it's so short, would it be really
17 hard to get it on Thursday?
18       MR. KIRSNER: I would like a full and
19 condensed and E-Tran also, please. Thanks.
20       MR. DIEHL: Oh. And I don't know if I've
21 said this before, but I really just need a TXT
22 electronic file, but a lot of times they just send PDF

101
1  too.  That's fine.  I don't mind the PDF, but the
2  thing I really need is the TXT electronic file.
3          THE REPORTER:  Okay.  Do you-all want it
4  expedited as well?
5          MS. McGRAW:  No.
6          (Off the record, 12:02 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

102
1     CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2          I, Michelle L. Lonas, RPR, CCR, the officer
3  before whom the foregoing deposition was taken, do
4  hereby certify that the foregoing transcript is a true
5  and correct record of the testimony given; that said
6  testimony was taken by me stenographically and
7  thereafter reduced to typewriting by me; that reading
8  and signing was requested; and that I am neither
9  counsel for, related to, nor employed by any of the
10 parties to this case and have no interest, financial
11 or otherwise, in its outcome.
12          IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 11th day of
14 September, 2024, in Shenandoah County, Virginia.
15
16     Michelle L. Lonas
17     Michelle L. Lonas, Notary Public #169569
18     Commonwealth of Virginia at Large
19     REGISTERED PROFESSIONAL REPORTER
20     CERTIFIED COURT REPORTER #0313254
21
22 My commission expires on the 31st day of May, 2027.

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative

Conducted on September 6, 2024

27

| A | | | |
|---|---|---|---|
| **ability** | 42:20, 42:22, | **administrative** | 24:11, 25:21, |
| 16:3 | 43:6, 44:2, | 49:4 | 28:9, 37:1, |
| **able** | 44:6, 44:20, | **advantage** | 57:22, 67:21, |
| 62:10, 63:1 | 57:9, 77:12 | 97:15 | 72:8, 84:12, |
| **abortions** | **accessible** | **adverse** | 87:21, 98:4, |
| 21:5 | 87:17 | 15:1 | 100:7, 100:8 |
| **about** | **accommodation** | **advice** | **allowed** |
| 11:18, 11:22, | 5:20, 31:4, | 82:12 | 97:9 |
| 12:1, 12:3, | 36:12, 78:8, | **affect** | **already** |
| 13:13, 14:19, | 83:6, 85:4 | 55:3 | 9:8, 39:9, |
| 16:2, 16:16, | **accommodations** | **affiliated** | 70:4, 71:12, |
| 18:21, 20:10, | 31:3, 82:14, | 20:13, 20:15 | 71:17 |
| 26:6, 27:22, | 82:21 | **affixed** | **also** |
| 28:4, 28:5, | **across** | 102:13 | 4:12, 7:8, |
| 29:1, 29:2, | 44:9 | **after** | 20:2, 56:10, |
| 29:3, 30:2, | **action** | 11:3, 18:12, | 93:1, 100:19 |
| 30:21, 32:14, | 1:7 | 41:18, 44:17, | **although** |
| 32:20, 33:2, | **actions** | 46:17, 47:1, | 92:20 |
| 33:4, 33:5, | 15:1 | 67:16, 70:3, | **always** |
| 35:9, 35:11, | **actual** | 82:20 | 65:17, 68:1, |
| 49:15, 51:2, | 16:14, 42:1, | **again** | 69:14 |
| 52:11, 52:17, | 95:18 | 13:22, 23:16, | **ambiguous** |
| 53:20, 60:9, | **actually** | 47:4, 68:12, | 26:10 |
| 60:11, 60:16, | 23:2, 25:7, | 68:22 | **ambulatory** |
| 63:14, 65:11, | 27:12, 43:18, | **against** | 48:1, 49:2, |
| 67:2, 70:2, | 44:18, 46:18, | 8:14 | 50:7 |
| 70:5, 70:15, | 50:15, 60:2, | **ago** | **amended** |
| 75:15, 76:13, | 69:3, 69:12, | 23:11, 66:14, | 5:18, 12:18, |
| 76:15, 77:21, | 71:1, 73:12, | 66:15, 66:18, | 38:10, 38:16, |
| 78:1, 78:4, | 87:8, 93:15, | 66:19, 67:10, | 79:9, 79:15, |
| 78:11, 78:12, | 94:14, 94:20, | 67:12, 67:20, | 81:3, 82:4, |
| 78:18, 78:20, | 94:21 | 68:16 | 95:21 |
| 79:4, 81:2, | **adams** | **agree** | **among** |
| 81:22, 83:7, | 80:3, 81:8 | 7:16, 29:7 | 82:8 |
| 89:6, 97:2, | **added** | **agreed** | **amongst** |
| 97:13, 97:17, | 41:2, 41:4, | 28:18, 85:14, | 60:14, 60:22 |
| 97:18, 97:19 | 41:17, 46:20 | 85:16 | **amount** |
| **absolutely** | **addition** | **agreement** | 45:7 |
| 100:9 | 24:9, 90:4 | 2:13, 64:12 | **analysis** |
| **academic** | **additional** | **ahead** | 99:18 |
| 89:11, 89:13, | 61:16 | 16:8, 23:7, | **analyzing** |
| 89:16 | **addressing** | 51:6, 71:2, | 6:6 |
| **accept** | 97:6 | 95:1, 96:18 | **andrews** |
| 86:19 | **adjustment** | **al** | 3:14 |
| **access** | 56:9 | 1:5, 1:10 | **another** |
| 42:12, 42:17, | **adjustments** | **all** | 25:21, 60:20, |
| | 40:4, 45:14, | 7:16, 12:20, | 88:20 |
| | 56:11 | 16:12, 18:4, | **answer** |
| | | | 5:18, 9:13, |

10:3, 10:13,
10:14, 10:15,
23:11, 25:20,
29:10, 29:13,
31:8, 31:15,
38:10, 38:16,
39:16, 51:7,
55:5, 75:9,
79:9, 79:15,
81:3, 82:4,
83:15, 89:20,
89:22, 92:3,
95:21
**answered**
89:1
**answers**
96:14, 98:10
**any**
7:7, 7:8, 8:7,
10:7, 10:10,
11:2, 11:6,
13:10, 14:22,
19:7, 19:9,
20:20, 20:22,
26:20, 27:1,
27:4, 27:5,
31:8, 32:18,
33:13, 34:22,
35:14, 35:15,
36:11, 40:4,
45:7, 45:8,
45:13, 47:3,
50:15, 51:12,
51:22, 54:20,
54:21, 54:22,
56:2, 56:9,
56:10, 56:16,
57:1, 58:7,
61:1, 61:4,
65:1, 65:3,
75:19, 76:2,
76:5, 76:21,
77:11, 77:14,
81:21, 82:9,
89:15, 95:6,
98:3, 99:17,
102:9
**anymore**
44:6

**anyone**
65:1, 65:9,
65:21, 66:20,
68:9, 70:3, 85:5
**anything**
18:5, 19:10,
26:21, 28:22,
29:2, 29:13,
30:16, 41:3,
41:4, 47:1,
55:13, 59:14,
59:15, 60:5,
62:3, 63:22,
64:6, 64:15,
66:6, 67:3,
68:6, 71:10,
71:16, 88:12,
97:3
**apologize**
8:12, 49:16
**apologizing**
85:8
**appear**
44:10
**appears**
96:22
**applicants**
60:20, 87:6,
87:9, 87:12
**applied**
32:5, 33:5,
34:8, 91:10,
91:13, 92:14,
92:20, 93:1,
94:13, 94:19
**appreciate**
86:19, 100:4
**approval**
73:15
**approved**
73:14, 78:22,
82:22, 84:12,
95:3
**approximately**
67:19, 68:3
**area**
23:5, 42:5,
42:22, 48:3,

48:6, 49:8,
50:15, 51:13
**areas**
49:5, 89:15
**aren't**
31:19, 55:3
**around**
20:8, 70:15,
83:19
**aside**
36:21
**asked**
10:5, 60:8,
60:12, 61:15,
61:16, 64:2,
64:7, 64:17,
88:22
**asking**
11:13, 11:14,
11:22, 15:12,
21:16, 35:9,
35:11, 46:11,
46:13, 46:14,
59:15, 67:1,
67:2, 69:1,
75:15, 75:16,
76:13, 76:15,
78:4, 78:11
**aspects**
34:12
**associated**
64:18
**assume**
10:4, 58:16
**assumption**
56:6
**attached**
5:10, 17:6,
37:4, 37:22,
38:14, 38:20,
39:6, 75:1,
98:15
**attend**
18:22, 21:17
**attended**
8:22
**attorney-client**
59:16

**attorneys**
8:13, 58:6,
66:21
**audibly**
9:13, 9:19
**august**
84:22, 85:2
**available**
17:17, 64:20,
66:2
**aware**
27:15

**B**

**b**
5:18, 38:13,
38:17, 39:9,
79:7, 79:11,
80:20, 80:21
**b) (6**
1:13, 2:1,
7:12, 12:18,
16:1
**bachelor's**
18:8
**back**
16:19, 18:4,
18:17, 22:1,
22:9, 22:17,
29:17, 47:16,
58:1, 60:9,
75:11, 76:20,
80:20, 87:18,
94:10
**bad**
67:20
**base**
45:8, 49:22
**based**
45:10, 45:20,
56:5, 56:15,
57:3, 62:12,
63:2, 78:10
**basic**
86:11
**basis**
21:17, 21:19,
21:20

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

29

bear
10:18
became
64:4
because
10:17, 30:2,
43:19, 43:20,
46:14, 50:13,
50:14, 51:10,
55:7, 55:9,
55:16, 61:20,
80:6, 88:16,
89:11, 90:15,
94:15, 94:16,
94:21, 95:3,
97:1, 97:12,
97:14, 97:15,
97:16
become
46:4
been
8:2, 11:8,
12:6, 12:10,
13:13, 45:14,
45:19, 46:4,
55:16, 56:21,
58:21, 59:1,
59:20, 64:13,
72:5, 90:15,
91:12, 91:18,
92:15, 94:11
before
2:13, 7:3,
8:16, 18:16,
25:6, 47:3,
67:15, 67:19,
80:18, 84:2,
100:21, 102:3
beforehand
8:11
began
20:1
begin
79:19
beginning
17:16, 64:3
begins
79:20

behalf
3:2, 3:11, 4:2,
5:11, 6:2,
11:10, 97:20
behavioral
22:7
being
8:6, 8:12,
22:14, 63:3,
63:4, 92:20
belated
91:4
belief
35:4
believe
31:12, 39:8,
42:15, 44:4,
45:18, 52:7,
66:1, 66:3,
66:5, 66:13,
78:6, 79:5,
81:10, 83:17
below
40:13
benefits
24:20
better
26:3, 64:9
between
32:19, 33:13,
45:8, 45:15,
46:5, 48:15,
85:1, 99:17
beyond
16:3, 25:20,
28:2, 28:10,
51:6, 85:9,
85:10, 85:11,
85:13, 89:19,
91:5, 93:3,
94:22, 96:12,
96:21
big
22:15
bit
23:6, 52:9,
93:9, 95:11,
100:16

bobby
80:3, 81:8
bold
79:14
boss
22:10
both
34:4, 35:2,
60:4, 67:16,
67:17
bottom
79:19
box
4:8
break
11:1, 11:3,
11:6, 33:22,
55:21, 57:17,
58:1
breakdown
85:17
breaks
10:22
brief
71:13
briefly
58:5, 95:16
bring
29:17
broken
85:16
brought
5:15, 36:19
budgeted
41:22
business
18:9, 24:6,
61:19
busy
36:22
byrd
3:16

---
          C
---
c
4:1, 5:20, 6:1,
38:19, 38:22,
39:9, 58:14,

77:19, 82:12,
83:16, 83:22,
84:2, 99:9
c-ville
71:8
calendar
67:5, 83:3,
85:17
call
22:10, 43:19,
71:13, 71:15,
96:11
calls
25:19, 46:6
came
40:21, 41:4,
41:6, 41:20,
60:18, 72:14,
72:16, 72:20
campus
71:6
can't
24:12, 30:12,
48:16, 50:16,
75:10, 75:11
capacity
11:14, 11:21,
16:4, 29:14,
29:16, 90:7
capital
22:7
care
47:10, 47:22,
50:6, 54:20
case
72:22, 102:10
catholic
20:11, 20:13,
20:17, 20:18,
20:21, 21:2,
21:9, 21:12
ccr
1:22, 102:2
center
35:20, 35:21,
42:1, 47:17,
48:12, 52:1,
52:8, 52:12,

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

30

54:3, 54:7,
54:8, 56:13,
56:16, 56:17,
88:15, 89:9,
90:18, 91:1
**centers**
48:8, 54:12
**certain**
29:12, 66:3,
83:9, 83:10,
95:16
**certificate**
102:1
**certificates**
19:10
**certified**
2:14, 102:20
**certify**
102:4
**cetera**
86:21
**change**
27:13, 49:22,
50:1
**changed**
27:11, 57:11
**changing**
27:17, 27:21
**characterization**
36:4, 53:2,
91:19
**characterize**
32:7, 32:17,
88:18
**charlottesville**
1:3, 1:17, 2:6,
2:9
**chart**
44:17, 50:5,
52:3
**chhabra**
80:4, 81:8
**children**
22:6, 49:11,
50:20
**children's**
48:1, 49:2,
49:5, 50:7

**chose**
61:22
**chosen**
61:20
**chro**
20:5, 25:10,
25:13
**church**
20:13, 20:17,
21:3, 21:15
**cipriano**
81:11
**civil**
1:7
**clarify**
60:12, 88:10
**class-action**
86:11
**clear**
9:21, 29:6,
29:19, 30:11,
31:11, 35:7,
46:14, 53:7,
63:18, 78:16,
86:22
**climate**
23:3
**clinic**
42:5, 42:19,
43:1, 47:11,
48:7, 48:20,
48:21, 49:3,
49:7
**clinician**
47:12, 47:13,
47:22, 50:6,
54:20
**clunky**
43:21
**cms**
35:18, 36:2,
36:13, 36:17
**co-counsel**
98:6
**coded**
59:1
**coke**
57:18

**colleague**
20:1, 22:12
**colleagues**
51:17
**college**
18:8, 20:4
**column**
40:1, 40:6,
41:16, 42:14,
42:15, 44:11,
45:5, 46:17,
47:17
**columns**
40:3
**combination**
25:9
**come**
22:1, 27:22,
40:19, 40:22,
41:1, 41:19,
46:19, 64:11,
71:22, 72:4
**comes**
89:13
**comfortable**
69:14
**coming**
45:22
**comment**
93:8
**comments**
100:2
**commission**
102:22
**committee**
34:17, 60:14,
60:15, 60:22,
61:17, 61:20,
62:13, 64:2,
64:19, 65:12,
65:22, 75:12,
75:19, 76:6,
76:10, 77:4,
99:13
**common**
19:9
**commonwealth**
2:15, 102:18

**communication**
68:19
**comp**
24:20
**compel**
29:9
**compensation**
41:21, 42:6
**complicated**
8:8
**comply**
36:17, 90:16,
90:19
**components**
34:5
**concede**
29:8
**concentration**
19:8
**concern**
100:2
**condensed**
100:14, 100:19
**condition**
10:10
**conference**
68:21
**confident**
52:7
**confidential**
1:10
**confirm**
16:15
**conflict**
35:5, 62:9
**confused**
12:3, 92:20
**confusion**
14:16
**consider**
21:11, 45:21
**consideration**
45:13
**considered**
15:4, 89:16
**consult**
64:20, 64:22,
65:22

consultation
78:22
consultative
64:10, 64:18,
65:1, 65:11,
65:12
contact
26:17, 91:2
contains
1:10
contents
37:7
continue
30:22
continued
52:19
continues
80:1, 81:7
continuing
36:8
contrary
28:2
conversation
9:10, 55:22,
61:14, 62:4,
64:1, 64:16
cooler
24:14
cooperation
100:5
coordinator
47:11, 47:22,
50:6, 54:20
copies
95:19
copy
14:6, 95:21,
98:21
corporate
1:15, 2:3
correct
8:18, 18:9,
18:10, 18:19,
29:8, 31:5,
31:21, 32:6,
34:2, 34:9,
34:10, 38:12,
39:3, 39:13,

40:18, 48:5,
50:22, 51:21,
53:10, 54:7,
56:14, 56:18,
57:15, 58:19,
65:18, 65:19,
69:3, 73:16,
73:17, 74:1,
74:2, 74:14,
74:20, 75:2,
75:3, 77:19,
80:20, 81:8,
82:13, 82:18,
83:12, 84:15,
84:19, 84:20,
85:12, 87:14,
88:5, 96:1,
96:3, 98:21,
102:5
corrected
95:20
correlates
75:1
correspond
45:3, 52:2
cost
47:16, 48:7,
48:12, 52:1,
52:8, 52:12,
54:3, 54:6,
54:8, 54:12,
56:13, 56:16,
56:17
costi
51:20, 61:7,
80:3, 81:7
could
10:15, 12:19,
14:9, 17:15,
36:20, 36:21,
64:22, 71:19,
74:14, 74:18,
75:6, 75:22,
76:4, 76:22,
77:13, 79:11,
82:15, 85:18,
88:10, 93:18,
94:7

couldn't
64:11
counsel
8:4, 15:13,
15:14, 64:20,
65:5, 67:4,
67:15, 67:18,
68:12, 69:2,
72:2, 72:16,
78:6, 78:22,
82:12, 95:22,
96:4, 97:20,
98:1, 98:2,
98:4, 98:7,
102:9
counsel's
7:15, 96:13,
100:5
county
102:14
couple
11:3, 23:7,
51:9, 56:5,
58:3, 60:8,
66:14, 66:18,
66:19, 68:16,
71:14, 78:10
course
9:5, 55:18,
87:1
courses
19:12
court
1:1, 2:15,
9:11, 96:2,
102:20
covid
15:9, 36:3,
59:2, 79:5,
82:8, 82:22,
83:11, 84:8,
84:14, 84:18,
87:5
craig
79:20, 80:2,
81:5
create
17:18, 38:7

created
39:13, 53:17,
53:19, 78:5,
83:8
creating
51:11
criteria
32:11, 32:12,
34:8, 34:11,
35:3, 64:12,
75:10
crosscastle
3:4
current
16:21, 60:19,
83:10
currently
96:1
cut
40:7, 80:5
cv
17:11

**D**

d
5:22, 39:4,
39:5, 39:17,
39:18, 40:20
d-3
6:5, 98:14
dark
46:18, 46:19
date
40:6, 56:8,
66:11, 67:1,
83:20, 85:22
dates
67:6, 67:21
david
81:11
day
9:18, 10:22,
66:11, 102:13,
102:22
days
67:22
dealt
64:5

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

32

| | | | |
|---|---|---|---|
| decision-maker<br>78:7<br>decision-makers<br>78:14<br>decision-making<br>76:11<br>decisions<br>77:21, 78:7,<br>78:18, 78:20,<br>81:17, 81:22,<br>82:11<br>defendant<br>3:11, 4:2,<br>5:18, 6:2, 96:4<br>defendants<br>1:11<br>defense<br>7:13, 12:10,<br>13:11, 13:16,<br>14:12, 14:14,<br>14:16, 14:17,<br>14:20, 96:19,<br>98:17<br>defer<br>99:16<br>define<br>63:6, 90:20<br>defining<br>91:5<br>degree<br>8:18, 18:8,<br>19:16, 31:19<br>degrees<br>19:8, 23:10<br>denied<br>59:9, 59:10,<br>74:6, 74:7,<br>74:10, 75:7,<br>75:19, 76:3,<br>76:5, 76:18,<br>76:21, 76:22,<br>77:1, 77:5,<br>77:15, 82:21,<br>84:12<br>denigrate<br>9:20<br>department<br>39:21, 41:22, | 47:18, 48:13,<br>48:21, 49:1,<br>53:5, 53:8,<br>53:13, 90:6<br>dependent<br>24:4<br>depends<br>89:2<br>deposing<br>29:15<br>deposition<br>1:13, 2:1, 7:6,<br>7:13, 8:15,<br>8:22, 9:2, 9:5,<br>11:8, 16:4,<br>31:14, 58:2,<br>61:1, 61:4,<br>66:21, 67:4,<br>68:13, 70:6,<br>71:11, 97:20,<br>97:22, 102:3<br>depositions<br>9:9, 12:7<br>description<br>5:12, 6:4<br>designate<br>94:4<br>designated<br>11:9, 16:1,<br>28:3, 28:4,<br>28:17, 29:12,<br>52:17, 53:20,<br>90:15, 92:9,<br>94:12<br>designation<br>13:16<br>designations<br>7:11<br>detailed<br>30:11<br>determination<br>51:16<br>determine<br>57:6<br>determined<br>45:8, 45:10,<br>51:8, 56:2,<br>56:4, 56:5, | 56:15, 84:1,<br>93:13<br>developed<br>78:10, 78:21<br>diabetes<br>49:12<br>diet<br>57:18<br>difference<br>45:8, 45:10,<br>48:14, 57:1,<br>100:6<br>differences<br>32:18, 33:13,<br>34:13, 34:22,<br>35:11, 35:13,<br>35:16, 99:17<br>different<br>24:4, 25:1,<br>32:4, 32:9,<br>32:13, 32:16,<br>44:5, 45:1,<br>52:8, 52:10,<br>52:12, 54:5,<br>54:6, 54:8,<br>54:12, 56:14,<br>57:14<br>difficulty<br>10:8<br>direct<br>23:14, 25:9,<br>91:2<br>directives<br>21:2<br>directly<br>18:11, 41:1,<br>41:5<br>director<br>16:22, 20:3,<br>20:4, 23:15,<br>23:17, 23:18,<br>24:2<br>disagreement<br>62:1<br>disagreements<br>86:21<br>discovery<br>59:7 | discuss<br>14:21, 27:5,<br>27:7, 28:19,<br>60:7, 82:7<br>discussed<br>66:7, 77:9,<br>97:3, 97:5<br>discussion<br>51:18, 64:9,<br>67:14, 75:13,<br>75:15, 93:17<br>distributed<br>60:13, 60:17,<br>60:21<br>district<br>1:1, 1:2<br>divided<br>24:3, 48:7<br>division<br>1:3<br>document<br>13:2, 13:4,<br>13:10, 13:20,<br>17:16, 37:15,<br>38:18, 39:1,<br>45:3, 46:1,<br>58:9, 58:13,<br>73:1, 80:13,<br>91:16, 91:21,<br>96:1, 96:9,<br>96:10, 98:19,<br>99:5<br>documents<br>1:11, 5:15,<br>12:9, 36:19,<br>37:11, 58:3,<br>58:7, 58:16,<br>58:17, 59:16,<br>72:21, 79:5,<br>91:5, 99:17<br>doe<br>4:2<br>doing<br>38:3<br>done<br>41:16, 99:18<br>double-check<br>80:15 |

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

33

| | | | |
|---|---|---|---|
| **down** | **ehrlich** | 64:21 | 92:6, 92:7, |
| 9:17, 33:22, | 42:11, 43:22, | **end** | 92:10 |
| 38:6, 40:13, | 48:15, 52:8, | 22:14, 32:22, | **everyone's** |
| 43:10, 76:10, | 74:18, 74:19 | 33:7, 63:20, | 68:1 |
| 79:19, 85:16 | **ehrlich's** | 85:1, 85:22 | **exact** |
| **dr** | 57:4, 75:5 | **ended** | 44:3, 44:19, |
| 7:14 | **either** | 23:5, 23:8, | 74:10, 83:20 |
| **duly** | 34:11, 34:22, | 84:21 | **exactly** |
| 8:2 | 49:10, 65:10, | **endoscopy** | 37:10, 44:7, |
| **duplicate** | 75:1 | 48:16, 48:18, | 50:17, 52:13, |
| 95:18 | **electronic** | 48:22 | 63:12, 63:13, |
| **during** | 68:19, 100:14, | **enjoy** | 63:16 |
| 9:4, 9:18, | 100:22, 101:2 | 23:12 | **examination** |
| 15:9, 31:13, | **electronically** | **ensure** | 8:4, 96:4, |
| 36:12, 36:13, | 60:3 | 43:1, 62:1 | 96:13, 96:22, |
| 62:3, 78:1, | **eligible** | **eocr** | 97:3, 97:5 |
| 97:3, 97:5 | 45:20, 46:4 | 65:15, 65:17, | **examined** |
| **duties** | **else** | 65:20 | 8:2 |
| 43:6, 94:15 | 21:6, 24:21, | **epidemiologist** | **examining** |
| **dwayne** | 30:13, 41:3, | 51:19 | 97:2 |
| 1:5 | 58:12, 59:14, | **equal** | **example** |
| **E** | 60:5, 62:3, | 64:21 | 9:13, 21:4, |
| **e-tran** | 63:22, 64:6, | **equalizing** | 26:12, 41:8, |
| 100:19 | 64:15, 65:9, | 55:2 | 48:15, 49:20, |
| **each** | 66:6, 66:20, | **equally** | 57:4, 74:18, |
| 17:21, 43:11, | 68:9, 70:3, | 60:21 | 95:4 |
| 45:1, 55:8, | 71:10, 71:16, | **equivalent** | **examples** |
| 67:22 | 77:12 | 57:4 | 95:6 |
| **earlier** | **emphasis** | **esq** | **exciting** |
| 12:6, 23:6 | 48:17 | 5:13 | 68:1, 68:2 |
| **early** | **employed** | **esquire** | **exemption** |
| 56:3 | 15:11, 16:10, | 3:3, 3:13, 4:3 | 6:7, 15:3, |
| **easier** | 46:5, 102:9 | **et** | 26:22, 27:14, |
| 75:16 | **employee** | 1:5, 1:10, | 27:18, 27:21, |
| **east** | 20:1, 22:13, | 86:21 | 29:3, 32:3, |
| 3:15, 3:16 | 43:3, 61:21, | **ethical** | 32:6, 34:14, |
| **eckerd** | 62:6, 62:14, | 21:2 | 34:18, 60:13, |
| 18:8 | 90:17 | **evaluate** | 60:21, 72:9, |
| **eeo** | **employees** | 32:11, 32:13 | 73:15, 73:22, |
| 65:5, 65:14 | 20:6, 20:10, | **even** | 74:6, 75:7, |
| **eeoc** | 54:11, 60:19, | 93:18 | 75:20, 76:2, |
| 78:10 | 73:19, 77:13, | **event** | 76:16, 76:17, |
| **effect** | 83:9, 83:10, | 64:11 | 77:14, 81:18, |
| 15:9, 36:7, | 87:7, 95:7 | **ever** | 82:1, 82:6, |
| 36:11, 36:14 | **employment** | 8:20, 8:22 | 84:6, 84:8, |
| **effective** | 15:1, 15:2, | **every** | 84:14, 85:2, |
| 40:6 | 17:22, 19:12, | 43:20 | 91:13, 92:15, |
| | 39:22, 47:19, | **everyone** | 94:13, 94:20, |
| | | 91:16, 91:17, | |

95:3
**exemptions**
16:18, 26:21,
28:14, 33:6,
33:15, 34:2,
37:17, 59:10,
77:18, 82:9,
84:13, 99:13
**exhibit**
13:3, 13:16,
14:10, 14:11,
14:17, 14:18,
14:20, 17:3,
17:5, 17:8,
37:2, 37:3,
37:7, 37:21,
38:5, 38:13,
38:19, 39:5,
58:14, 58:18,
59:21, 71:19,
77:19, 79:7,
79:11, 80:14,
80:15, 80:18,
80:19, 80:20,
81:2, 82:12,
82:16, 83:16,
83:22, 84:2,
84:11, 91:17,
92:6, 92:8,
95:18, 95:19,
95:20, 95:22,
96:2, 96:8,
96:19, 96:21,
98:14, 98:18,
99:3, 99:7
**exhibits**
7:12, 7:13,
12:6, 12:8,
12:10, 12:13,
12:20, 13:11,
36:21, 37:12,
39:9, 96:8,
100:14
**exist**
51:11, 57:5,
57:10, 57:12,
57:13
**expedited**
100:15, 101:4

**experience**
45:20, 61:21,
62:7, 62:14
**expert**
50:21
**expires**
102:22
**explain**
13:12, 14:18,
20:16
**explored**
23:4
**extent**
21:12, 21:13,
56:13
**extra**
95:17

**F**
**face**
91:21
**facilities**
42:2, 90:5
**facility**
70:21
**fact**
20:21
**factor**
94:7
**factors**
45:21
**fair**
10:3, 26:8,
26:18, 32:21,
34:6, 36:4,
53:2, 88:18,
91:14, 91:18,
92:16, 94:16
**fall**
27:14
**familiar**
26:15, 49:14,
98:19
**families**
22:6
**family**
22:4
**far**
72:11, 87:18

**february**
41:19, 44:1,
53:9
**feel**
11:1, 69:14,
86:10
**fell**
26:6
**few**
39:18, 95:12
**figuring**
73:12
**file**
100:22, 101:2
**final**
70:11
**financial**
102:10
**find**
22:22, 55:15,
74:18, 76:1,
76:4, 77:1
**finding**
14:6
**fine**
101:1
**finish**
10:13, 10:14,
10:15, 10:16,
10:19
**first**
22:13, 27:2,
27:7, 37:15,
67:13, 68:4,
68:10, 69:3,
69:6, 69:17,
73:9, 79:10,
98:3
**fittes**
25:10
**five-page**
80:14
**flu**
73:10
**folder**
5:15, 36:20,
37:1, 37:7
**follow-up**
95:12, 97:10

**followed**
21:1, 98:22
**following**
44:13
**follows**
8:3
**foregoing**
102:3, 102:4
**forgetting**
99:4
**form**
33:16, 48:9,
54:14, 68:19,
70:22, 74:8,
75:8, 77:6,
81:19, 88:6,
88:22, 92:17,
94:22
**formal**
9:12
**format**
41:7
**forth**
83:22
**forward**
15:4, 15:6
**found**
74:16
**foundation**
28:8, 28:9
**four**
19:5, 70:16
**frankly**
89:2
**frederick**
25:5, 25:7,
25:12, 25:17,
58:5, 61:11,
61:18, 63:6,
63:11, 63:14,
63:19, 64:1,
64:16, 65:14,
65:21, 66:7,
66:9, 67:15,
67:19, 77:9
**fredericks**
62:17
**friday**
1:18

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative

Conducted on September 6, 2024

35

| | | | |
|---|---|---|---|
| **friendly**<br>42:12, 42:17,<br>42:20, 43:5,<br>43:6, 44:1,<br>44:6, 44:20,<br>57:9<br>**front**<br>82:16<br>**full**<br>8:7, 100:13,<br>100:18<br>**function**<br>24:3, 24:4,<br>24:18, 25:14,<br>25:15, 25:16,<br>52:10, 60:15<br>**functional**<br>48:6<br>**functions**<br>24:8, 26:7<br>**further**<br>95:10, 97:12,<br>98:11, 99:21<br>**future**<br>23:4<br><br>**G**<br><br>**generally**<br>63:14<br>**getting**<br>32:12<br>**give**<br>12:8, 38:6<br>**given**<br>54:22, 61:5,<br>102:5<br>**go**<br>8:10, 16:3,<br>16:8, 18:4,<br>18:11, 21:15,<br>22:9, 37:13,<br>48:19, 51:6,<br>55:11, 55:12,<br>71:2, 71:13,<br>76:20, 77:1,<br>79:8, 79:11,<br>80:8, 80:17,<br>92:1, 95:1, | 96:18, 98:11,<br>98:12<br>**going**<br>9:7, 12:9,<br>15:8, 17:2,<br>22:14, 24:10,<br>24:14, 26:5,<br>27:5, 27:6,<br>28:1, 29:9,<br>30:2, 30:15,<br>30:18, 37:9,<br>37:11, 40:12,<br>43:9, 43:16,<br>43:18, 51:5,<br>53:16, 81:2,<br>83:1, 96:7,<br>96:18, 96:20,<br>97:10, 97:14,<br>98:1, 98:2<br>**gone**<br>51:6<br>**gonna**<br>59:6<br>**good**<br>56:7, 57:16<br>**graduate**<br>18:16<br>**graduating**<br>18:1<br>**graduation**<br>18:13<br>**granted**<br>28:14, 31:3<br>**gray**<br>61:22, 62:22,<br>63:7, 63:15,<br>63:19<br>**greet**<br>43:1<br>**grounds**<br>70:18, 70:20,<br>71:4, 71:6,<br>71:7, 71:8<br>**group**<br>24:5, 24:6,<br>24:20, 24:22,<br>25:1, 42:2,<br>42:6, 49:4, | 64:11, 64:21,<br>65:5, 65:14,<br>79:4, 81:16,<br>82:7, 82:10<br>**groups**<br>90:5<br>**guess**<br>15:12, 16:13,<br>16:15, 17:15,<br>18:3, 20:15,<br>20:20, 21:13,<br>24:1, 42:4,<br>42:9, 43:10,<br>44:22, 48:11,<br>48:21, 53:16,<br>55:2, 65:10,<br>71:4, 72:13,<br>81:16, 81:21,<br>89:4, 90:10,<br>92:2, 92:13<br>**guessing**<br>72:13<br>**guidance**<br>6:5, 98:22<br><br>**H**<br><br>**hall**<br>70:19<br>**hand**<br>12:9, 12:19,<br>102:13<br>**handed**<br>80:19<br>**handing**<br>13:2, 80:13<br>**handwritten**<br>5:17, 37:15,<br>82:17, 91:16<br>**happen**<br>63:5<br>**happened**<br>47:1, 56:10<br>**happy**<br>30:13<br>**hard**<br>76:14, 100:17<br>**hardship**<br>35:6, 51:18 | **head**<br>21:6, 25:3,<br>30:12, 49:9,<br>49:16, 52:6,<br>62:16, 85:6,<br>90:9<br>**health**<br>6:5, 6:8, 17:1,<br>19:19, 20:9,<br>20:11, 22:8,<br>25:10, 36:4,<br>43:3, 53:8,<br>53:10, 70:20,<br>84:19, 85:5,<br>87:17, 88:2,<br>88:4, 88:9,<br>88:11, 88:13,<br>88:14, 88:19,<br>88:21, 89:7,<br>89:8, 89:14,<br>89:17, 90:6,<br>90:7, 90:17<br>**hear**<br>15:17, 15:19<br>**held**<br>2:4, 17:22,<br>18:1, 25:8,<br>35:4, 56:22,<br>70:18<br>**help**<br>93:9<br>**helpful**<br>9:9, 9:12,<br>13:18, 55:16,<br>55:22, 59:22,<br>86:14<br>**helps**<br>21:8<br>**hence**<br>19:5<br>**here**<br>7:14, 8:6,<br>8:12, 9:11,<br>13:8, 14:7,<br>16:5, 17:3,<br>23:8, 23:11,<br>36:19, 43:11,<br>43:12, 49:21, |

Case 3:22-cv-00075-RSB-JCH    Document 265-3    Filed 02/14/25    Page 38 of 54
PageID#: 10928
CONTAINS CONFIDENTIAL DOCUMENTS
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

36

**52:15, 56:20,**
**58:1, 69:9,**
**69:10, 97:6**
**hereby**
102:4
**hereunto**
102:12
**highway**
3:5
**hire**
47:4
**hired**
26:2, 27:2
**hit**
23:9
**hoffman**
1:16, 2:3, 5:3,
5:13, 5:16, 7:9,
8:1, 8:6, 8:9,
96:7
**hold**
19:22, 25:5,
25:13, 25:14
**honestly**
24:11, 25:3,
44:8, 52:13
**horton**
80:1, 81:7
**hospital**
49:6
**hour**
70:2
**hours**
68:5, 70:15,
70:16
**hr**
22:11, 24:3,
24:5, 51:17
**hris**
40:21
**human**
90:4
**humidity**
23:10
**hundred**
23:10, 52:6,
66:4
**hunton**
3:14

**husband**
22:19, 23:2
**hypothetically**
74:12

                    **I**
**idea**
46:8
**identification**
17:5, 37:3,
37:21, 38:13,
38:19, 39:5,
98:14
**identified**
58:22, 61:17,
94:9
**identify**
77:13
**ii**
47:11, 47:12,
47:13, 47:22,
50:6, 54:20
**immunocompromised**
50:20
**impact**
20:21, 21:3,
24:10, 24:12,
24:14, 24:17,
36:11
**in-person**
70:11, 70:13
**include**
30:11, 72:8
**included**
35:3, 36:3,
56:9, 56:10,
58:18, 79:6
**includes**
89:8
**including**
28:12, 77:18
**inclusive**
82:9
**incorporated**
7:14
**increase**
41:20, 44:12
**increases**
40:4, 41:18,

**42:1, 44:16,**
**44:18, 45:2,**
**45:13, 46:1,**
**52:14, 52:17,**
**52:22, 56:9,**
**56:20**
**indicate**
93:14
**indicated**
61:19, 64:19
**indicates**
39:18
**indicating**
37:16
**indication**
63:17
**individual**
45:1, 47:18,
56:7, 74:17,
75:19, 76:2,
76:8, 76:9,
76:21
**individual's**
75:20, 94:2,
94:9
**individuals**
43:1, 43:11,
56:3, 64:18,
72:9, 73:13,
73:21, 74:6,
76:11, 76:15,
77:5, 79:6,
81:12, 81:17,
81:21, 82:4,
91:11, 91:12,
92:11, 92:14,
93:1, 94:11,
94:18
**influence**
31:20
**influenza**
73:15
**information**
40:19, 41:1,
41:4, 41:6,
41:14, 41:18,
41:19, 41:20,
42:3, 42:4,

**42:5, 43:2,**
**44:13, 54:1,**
**59:20, 60:1,**
**62:11, 62:12,**
**63:1, 63:2,**
**74:4, 74:13,**
**74:19, 75:2,**
**75:6, 79:18,**
**86:1, 87:12,**
**87:13**
**inside**
37:11
**institution**
20:19, 20:21
**instruct**
29:10, 31:14
**instructed**
29:13
**instruction**
85:11
**insurance**
43:2
**intended**
23:3, 31:19,
44:14, 80:21
**intentionally**
97:11
**interest**
102:10
**interesting**
43:8
**international**
18:8
**interrogatory**
5:19, 38:11,
38:16, 39:16,
79:9, 79:15,
81:4, 82:5,
83:15, 95:21
**interrupt**
39:11
**introduced**
8:11
**investigations**
62:9
**involved**
26:18, 34:17
**irrelevant**
28:15, 29:22

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

37

issue
30:3, 30:4,
51:2
issues
10:11, 26:5,
27:4, 27:5,
27:6, 55:3
itself
88:1

**J**

janet
40:16
january
15:4, 15:5
jd
19:10
job
1:20, 16:21,
25:21, 26:6,
27:1, 27:7,
41:13, 41:14,
42:5, 42:16,
43:12, 43:22,
44:11, 44:19,
45:1, 45:3,
45:4, 45:14,
47:10, 47:15,
47:21, 50:6,
51:17, 52:1,
53:1, 53:3,
53:4, 53:12,
56:12, 56:15,
56:16, 56:21,
57:1, 57:3,
57:4, 57:7,
57:9, 57:10,
57:11, 87:20,
90:16, 93:13,
94:2, 94:5,
94:6, 94:9,
94:14, 94:16
joshua
45:17
july
33:6, 83:17,
84:2

**K**

k-a-t-h-l-e-e-n
8:10

k-a-t-y
8:10
karmen
25:10
kathleen
1:16, 2:3, 5:3,
8:1, 8:9
katy
1:16, 2:3, 5:3,
5:13, 5:16, 8:1,
8:10
keep
30:18, 39:10,
53:16, 99:4
kent
79:21, 80:2,

kind
43:5, 43:9,
52:5, 63:8
kirsner
4:3, 68:8,
69:15, 69:21,
70:10, 100:18
kirsner's
69:10
knew
32:14, 48:19
know
9:8, 9:10,
9:17, 9:20,
10:16, 10:20,
11:2, 11:5,
12:2, 18:4,
19:8, 21:4,
21:7, 23:13,
24:11, 24:12,
24:17, 25:2,
25:3, 25:17,
25:21, 25:22,
26:20, 29:5,
30:16, 32:7,
32:15, 32:16,
35:18, 37:10,
37:12, 38:7,
39:15, 42:8,

42:9, 42:10,
42:12, 42:13,
42:18, 43:13,
44:16, 44:18,
46:3, 46:11,
46:14, 47:20,
49:7, 49:16,
49:21, 50:10,
50:12, 51:7,
53:1, 54:3,
54:11, 54:17,
55:9, 57:17,
62:8, 62:15,
62:16, 64:8,
64:12, 69:11,
69:13, 72:8,
72:11, 72:12,
72:18, 74:5,
74:9, 77:3,
77:5, 77:11,
78:18, 78:19,
83:19, 84:21,
85:2, 85:4,
85:6, 85:8,
85:22, 86:3,
87:18, 87:19,
88:12, 89:22,
90:9, 93:4,
93:5, 93:18,
94:19, 95:6,
97:16, 98:4,
100:20
knowledge
25:12, 36:16,
36:18, 42:4,
50:8, 77:2,
77:16, 87:15,
95:2, 95:9
kurth
3:14

**L**

label
41:9, 41:11
labeled
26:13
labels
41:2

lack
64:8
laid
83:22, 84:1
large
102:18
last
18:5, 18:6,
39:1, 40:6,
70:9, 80:4
late
8:12
law
2:4, 8:18,
8:20, 9:4,
18:17, 18:22,
19:8, 19:16,
31:19
laws
19:13
lawsuit
8:14, 26:15,
26:22, 28:13,
29:22, 30:3,
30:5, 31:2,
31:13, 60:1,
61:5, 61:8, 73:5
lawyer
31:11, 31:19
lawyers
9:8, 68:4, 87:2
lay
28:7, 28:9
lays
96:10
lead
24:5
leadership
79:1, 79:3,
81:16
leading
96:12, 99:20
learn
9:5, 51:2
leave
21:22
left
25:6, 45:12,

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative

Conducted on September 6, 2024

38

**98:5**
**legal**
8:9, 67:4,
68:12
**length**
67:2
**let's**
74:17, 78:5,
80:8, 83:4,
85:3, 94:8,
98:12
**lettered**
37:12
**letters**
38:7
**lie**
24:15
**liked**
23:5
**line**
42:10, 43:10,
44:9, 44:18,
46:18, 46:19,
47:7
**linkedin**
17:13, 17:17,
17:18, 23:2
**list**
17:21, 39:19,
52:1, 79:20,
80:1, 81:12
**listed**
43:11, 43:12,
45:2, 45:4,
45:9, 58:10,
82:4, 91:17,
92:6, 92:7
**little**
9:12, 23:6,
36:22, 40:7,
52:9, 93:9,
95:11, 100:16
**llp**
3:14
**lockstep**
54:12, 54:16,
54:17
**loflin**
47:6, 47:7,

47:21, 49:8,
49:21, 52:11,
52:22, 53:3,
53:7
**loflin's**
54:2
**logic**
91:14
**lonas**
1:22, 2:14,
102:2, 102:17
**long**
16:20, 66:9,
68:3, 70:1,
70:13, 76:14
**longer**
25:18, 84:18,
88:20
**look**
14:9, 49:21,
52:21, 58:12,
60:2, 67:5,
71:9, 74:13,
75:18, 76:1,
76:4, 76:20,
93:15, 96:8
**looked**
35:5, 51:9,
58:8, 58:11,
69:8, 75:5,
95:22
**looking**
14:2, 14:9,
14:14, 14:17,
22:12, 22:21,
23:13, 42:10,
43:9, 44:9,
44:17, 51:17,
52:14, 59:15,
60:5, 79:10,
80:6, 80:7, 99:3
**looks**
17:13, 18:7,
18:17, 39:1,
40:6, 42:11,
50:5, 73:9
**lose**
93:21

**lot**
24:14, 100:22
**love**
22:14

### M

**made**
7:6, 7:11,
26:14, 28:3,
29:6, 29:19,
40:1, 45:14,
45:18, 47:4,
53:9, 56:11,
77:21, 78:7,
78:18, 78:19,
81:17, 82:11
**majority**
62:2
**make**
30:11, 31:12,
33:10, 38:4,
46:15, 51:8,
62:11, 63:2,
69:14, 93:8,
95:20
**making**
43:6
**manager**
20:2, 42:11,
42:16, 42:19,
42:21, 44:1,
44:19, 52:9,
57:8
**managing**
6:6
**mandate**
35:18, 36:14,
36:17
**mandates**
36:3
**many**
20:6, 38:7,
82:14, 82:20,
85:2, 85:4
**mark**
12:8, 17:2,
37:1, 37:11,
37:19, 39:4,

42:11, 43:22,
48:15, 57:4,
74:18, 74:19,
75:5
**marked**
7:12, 12:5,
12:6, 12:10,
13:3, 13:12,
17:5, 37:3,
37:21, 38:13,
38:19, 38:22,
39:5, 39:9,
39:10, 80:13,
96:19, 98:14,
98:17
**market**
45:14
**market-related**
40:4, 56:11
**marking**
38:17, 96:20
**mass**
21:17
**matt**
68:8, 70:10,
71:14
**matter**
31:7
**matthew**
4:3
**maximum**
40:8
**maybe**
14:9, 14:14,
19:9, 28:7,
29:9, 56:1,
63:13, 66:10,
66:14, 75:16,
92:2
**mba**

**mcgraw**
3:13, 5:5, 7:3,
13:15, 13:21,
14:4, 14:12,
15:7, 15:15,

15:19, 15:22,
25:19, 26:9,
28:1, 28:9,
28:16, 28:22,
29:5, 29:11,
29:18, 30:1,
30:7, 30:10,
31:6, 33:16,
46:6, 48:9,
51:5, 53:11,
54:14, 55:5,
55:12, 55:22,
57:19, 59:4,
59:9, 59:11,
65:15, 68:8,
69:21, 70:22,
71:2, 72:3,
72:19, 72:21,
74:8, 75:8,
77:6, 81:19,
83:1, 85:7,
85:13, 85:21,
86:4, 86:10,
86:15, 86:22,
87:4, 87:8,
88:6, 88:22,
89:19, 89:22,
91:4, 91:20,
92:17, 93:3,
94:22, 95:11,
96:3, 96:6,
96:15, 97:4,
97:9, 98:3,
98:9, 98:16,
99:21, 100:7,
100:10, 100:13,
101:5
**mean**
16:11, 20:15,
20:18, 21:13,
24:1, 30:10,
32:10, 36:20,
39:11, 43:13,
44:10, 48:1,
49:18, 50:4,
50:18, 50:19,
53:4, 62:7,
62:21, 65:4,

67:8, 71:4,
83:2, 86:20,
88:5, 88:8,
88:10, 88:13,
90:14, 91:3,
92:2
**meaning**
62:8, 63:1,
71:14
**means**
21:12, 21:13,
42:19, 54:17,
70:20
**meant**
63:6, 63:15
**medicaid**
35:21
**medical**
10:10, 42:1,
50:22, 88:15,
89:9, 90:18,
91:1
**medically**
21:8
**medicare**
35:21
**medicine**
88:16, 89:9
**meet**
67:3, 67:15,
67:18, 68:3,
68:11, 68:12,
70:3
**meeting**
68:7, 68:10,
69:2, 69:6,
69:17, 69:18,
69:20, 70:1,
70:11, 70:14,
70:17
**meetings**
70:4
**melissa**
4:12, 25:5,
25:7, 25:17,
58:5, 61:10,
69:6, 69:9,
70:9, 71:15

**member**
94:15, 94:21
**members**
60:14, 60:22,
61:17, 62:13,
77:4, 90:11,
90:21, 90:22,
91:9, 91:12,
91:18, 92:8,
92:16, 92:21,
93:2, 94:12,
99:12
**memory**
10:11
**mentioned**
39:12, 68:11,
71:12, 71:17
**merged**
20:10
**merger**
20:9
**merit**
40:4, 42:1,
56:9
**merit-related**
45:13
**meszaros**
40:16
**met**
64:3, 64:13,
68:4, 70:9,
71:9, 79:4, 82:7
**michelle**
1:22, 2:13,
102:2, 102:17
**middle**
69:13
**might**
13:21, 55:3,
56:10, 65:11,
86:20, 93:9
**mind**
101:1
**minnetonka**
3:7
**minutes**
66:10, 95:12
**mischaracterizes**
33:17, 91:20

**missing**
18:3, 18:5,
81:1
**misunderstanding**
55:7, 55:14
**mitchell**
81:11
**mn**
3:7
**moment**
8:12
**month**
67:10, 67:20
**more**
8:7, 9:12,
11:4, 21:19,
21:20, 32:14,
38:8, 49:4,
53:6, 64:4,
67:10, 67:12,
88:20
**motion**
86:11
**move**
29:9
**moving**
23:6
**mullen**
2:6, 4:4
**myself**
8:11, 51:17,
75:11

**N**

**name**
8:7, 8:9, 8:12,
43:11, 75:1,
80:4
**named**
16:11, 81:12
**names**
79:19, 79:20
**nature**
62:10, 90:16
**necessarily**
7:16, 16:14
**necessary**
21:8

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

40

need
11:1, 11:5,
13:21, 15:17,
18:4, 66:2,
71:7, 86:11,
94:20, 95:12,
98:11, 100:21,
101:2
needed
63:4, 64:21
neither
102:8
never
64:14
new
12:8, 19:20,
22:7, 22:21,
31:4, 56:16,
57:1, 73:7,
73:21, 83:9
next
37:2, 38:10,
38:17, 38:18,
40:1, 40:3,
40:11, 68:15,
73:9
nice
43:8, 73:8
nonprofit
22:5
normal
9:10
northern
22:4
notarial
102:13
notary
2:15, 102:17
note
7:4, 7:9, 9:9,
13:15, 15:7,
37:16, 39:8,
39:12, 53:11,
69:11, 71:20,
72:3, 80:14,
82:17, 83:1
noted
12:16, 14:20,

15:16, 76:8
notes
5:17, 76:10,
82:15
nothing
68:22, 98:7
nothing's
98:4
notice
7:12, 12:17,
12:18, 13:7,
16:4, 28:3,
86:17
noticed
28:20, 28:21
notified
95:2, 95:7
noting
40:7
notwithstanding
97:21, 99:22
november
56:22, 57:10
number
28:12, 37:16,
38:3, 38:6,
49:5, 50:1,
54:4, 54:5,
62:1, 79:15,
81:4, 82:5,
86:6, 99:5, 99:7
numbered
79:8
numbers
45:22, 49:18,
71:22, 72:1,
72:8, 72:16,
72:20, 82:17,
84:11, 85:14,
85:20, 86:11
nursing
88:16, 89:10

O

o'neil
70:18
oath
8:3

object
7:7, 28:1,
48:9, 51:5,
54:14, 70:22,
74:8, 75:8,
77:6, 81:19,
85:7, 88:6,
88:22, 92:17,
94:22, 96:20,
97:14
objected
29:5
objecting
85:8
objection
15:8, 15:16,
15:17, 15:21,
16:1, 25:19,
26:9, 28:10,
31:6, 33:16,
46:6, 46:15,
89:19, 91:4,
91:20, 93:3,
96:12, 97:5,
97:8, 97:15,
99:20
objections
7:10, 7:16,
12:17, 28:2,
29:8, 29:19,
29:21, 30:1,
30:11, 31:13,
31:19
objectively
62:11
obtained
19:16
obvious
11:19
obviously
9:11, 9:12,
10:18
occurred
40:5, 58:10,
59:1
och
6:8, 27:11,
58:11, 90:17,

91:10, 92:20
october
86:2, 86:7,
86:8
odd
61:22
offer
40:1, 41:9,
43:15, 44:12,
45:9, 45:16,
45:22, 47:3,
50:1, 50:4,
50:5, 50:8,
50:10, 52:2,
52:7, 53:9,
54:4, 54:5,
56:2, 56:14,
57:2, 86:19
offered
31:2, 40:2,
43:22, 44:8,
47:15, 50:12,
50:17, 53:1,
53:3, 53:7
offers
26:13, 41:13,
41:14, 41:16,
43:15, 43:18,
43:19, 46:16,
51:9, 53:12
office
65:18, 65:20,
65:21
officer
102:2
offices
2:4
often
64:2
oh
14:3, 14:14,
24:10, 71:1,
85:19, 89:21,
100:20
okay
12:12, 14:14,
16:6, 18:7,
18:15, 30:9,

31:9, 32:18,
35:10, 37:15,
37:19, 40:12,
47:2, 47:15,
48:14, 52:21,
53:6, 53:16,
54:11, 54:19,
57:19, 59:6,
59:14, 71:10,
71:21, 72:17,
76:20, 78:13,
78:17, 86:17,
91:7, 93:7,
94:1, 94:8,
95:13, 96:7,
98:17, 99:16,
101:3
**omitting**
80:2
**once**
23:9
**one**
8:13, 14:11,
34:19, 34:20,
34:21, 38:10,
41:21, 47:16,
50:13, 51:10,
57:17, 63:3,
65:10, 65:15,
68:17, 69:4,
69:13, 79:5,
80:6, 80:7,
90:20, 93:11,
94:7, 94:20,
95:20, 96:8,
99:8
**ones**
92:7
**only**
29:12, 59:18,
92:13, 100:14
**opening**
51:16
**openings**
50:15, 51:10,
51:18
**operate**
20:20

**operating**
61:22, 62:21,
63:7, 63:15,
63:19
**operations**
20:22, 21:4,
48:2, 48:3,
49:3, 50:7, 90:5
**opinion**
100:6
**opportunity**
23:5, 64:21
**opposed**
11:20, 24:1
**ops**
48:1
**order**
37:13
**orders**
100:12
**organization**
11:11, 22:5
**originally**
20:8
**other**
13:11, 19:10,
24:2, 24:8,
34:22, 35:13,
35:16, 41:4,
55:3, 55:8,
58:16, 59:18,
63:3, 64:17,
65:1, 65:3,
66:21, 67:22,
70:4, 71:11,
71:16, 75:22,
78:6, 79:5,
82:8, 89:15,
90:19, 92:10,
95:6, 99:3
**others**
51:22, 65:13
**otherwise**
77:4, 102:11
**out**
43:16, 52:5,
55:13, 72:14,
73:12, 76:1,

77:1, 84:1,
93:16, 94:14,
96:10
**outcome**
37:17, 102:11
**outside**
41:16
**over**
26:4, 32:2,
36:22, 54:17,
69:8, 71:14,
76:12, 97:5
**overbroad**
74:8

**P**

**page**
5:2, 5:12, 6:4,
13:17, 14:21,
39:12, 79:8,
79:10, 79:11,
80:17, 81:1,
81:3
**pages**
1:21, 95:17
**pam**
81:11
**part**
20:9, 27:1,
27:7, 27:10,
27:17, 31:1,
52:16, 54:21,
87:20, 93:17,
97:1
**part-time**
19:3
**particular**
19:7, 94:15,
94:16
**parties**
100:7, 102:10
**partner**
24:6
**partners**
61:19
**parts**
8:8
**patience**
43:21

**patient**
42:12, 42:17,
43:4, 44:1,
44:6, 44:19,
50:14, 50:18,
50:19, 51:3,
57:8, 91:2
**patients**
43:1
**pay**
39:21, 40:2,
40:8, 40:9,
42:1, 54:16,
54:19, 54:21,
56:11
**paycheck**
89:13
**pdf**
100:22, 101:1
**people**
65:11, 69:14,
78:12, 90:21
**percent**
23:10, 52:6,
66:4, 73:20
**perform**
21:5, 25:14
**performance**
94:3
**performed**
25:16
**period**
15:10, 18:21,
22:1, 36:7,
36:13, 47:3,
86:9
**person**
26:17, 34:19,
34:20, 34:21,
45:15, 76:21
**personal**
7:6, 16:4,
29:14, 29:16
**personally**
11:19, 11:20,
12:1, 21:9
**perusing**
13:20

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

42

peter's
19:17, 19:18,
19:19, 19:22,
20:6, 20:11,
21:22, 22:1,
22:9
pgs
5:14
phillips
1:5
phone
22:10, 68:17,
71:13
place
75:22, 76:4,
76:7, 76:22
places
41:21
plaintiff
100:1
plaintiffs
1:6, 3:2, 5:11,
5:19, 8:4, 8:14,
12:17, 15:10,
16:10, 16:11,
26:14, 28:13,
31:1, 38:11,
39:19, 40:8,
52:18
planned
23:6
plaza
3:15
please
10:16, 11:5,
100:11, 100:19
pllc
3:4
pod
44:20, 57:9
point
11:6, 18:12,
23:4, 28:17,
31:13, 51:6
police
90:6
policies
58:11

policy
6:8, 15:9,
27:11, 58:11,
63:4, 90:17,
90:20, 91:10
popped
23:1
population
50:14, 50:18,
50:19, 51:3
position
22:19, 22:22,
25:8, 28:15,
28:16, 30:6,
30:7, 30:17,
39:20, 43:17,
45:12, 50:13,
50:17, 52:19,
54:6, 56:7,
57:6, 57:13,
93:19, 97:21
positions
17:22, 19:21,
51:11, 93:12
possible
8:8
powerpoint
39:16
practice
8:20
practicing
21:11
predisposed
63:3
premise
76:18
preparation
70:5, 70:11,
70:13, 71:17,
100:3
prepare
49:15, 58:2,
71:11, 85:12
prepared
13:13, 14:18,
14:21, 16:16,
16:18, 29:18,
39:20, 86:15,

96:22, 97:1,
97:13, 97:16,
97:17, 97:19
preparing
66:20
prepped
98:1, 98:4,
98:7
present
4:12, 28:18,
29:4, 40:5,
68:22, 69:1,
69:10, 69:18
presented
83:17
preserves
100:2
previous
36:21, 56:15,
73:14
previously
12:5, 12:6,
12:10, 13:3,
39:9, 74:1,
80:13
primarily
22:7
primary
91:3
printout
39:1
printouts
59:22
prior
22:10, 57:3,
73:10
privilege
59:16
probably
9:8, 23:6,
25:3, 67:13,
67:20, 68:16,
85:18
procedural
34:12
procedure
6:5, 28:4,
29:19, 34:1,

35:1, 86:12,
87:5, 97:4,
98:10, 98:19,
98:22, 99:1,
99:12, 99:18
proceeding
7:8
process
26:18, 26:22,
27:10, 27:14,
27:17, 27:18,
27:20, 27:21,
28:6, 28:12,
28:14, 29:4,
30:6, 31:1,
31:4, 32:1,
32:3, 32:5,
32:16, 32:19,
32:22, 33:2,
33:4, 33:5,
33:9, 33:14,
33:20, 34:1,
34:4, 34:9,
34:12, 34:13,
34:14, 34:17,
34:18, 34:22,
35:1, 36:12,
60:9, 77:17,
77:21, 78:1,
78:2, 78:5,
78:8, 78:9,
78:20, 78:21,
81:18, 82:1,
82:6, 82:11,
83:3, 83:7,
83:8, 83:22,
84:1, 84:6,
84:7, 85:15,
96:11, 97:8,
99:12, 99:14,
99:17
processed
85:20
processes
35:2
produce
85:14
produced
7:9, 59:7,

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

43

72:5, 72:22,
73:5, 85:9
**professional**
2:14, 102:19
**profile**
17:19, 42:16,
43:12, 44:11,
44:19, 45:4,
45:15, 47:10,
50:6, 52:1,
56:16, 56:21,
57:9, 93:13,
94:5, 94:6, 94:9
**profiles**
45:2
**program**
19:3
**promotion**
45:19
**promulgated**
36:2
**proper**
15:21, 97:22
**provide**
85:16, 86:12,
87:4
**provided**
41:22, 58:22,
59:20, 60:1
**provider**
50:22
**provides**
22:6
**providing**
96:13
**public**
2:15, 7:7,
102:1, 102:17
**pull**
59:21, 71:19,
82:15
**pulled**
17:18
**pulling**
52:5
**purposes**
64:10, 88:15
**pursuant**
2:13, 7:10,

31:3
**put**
41:7, 42:10,
69:12, 75:11,
95:17

### Q

**qualtrics**
60:20, 87:13,
87:16, 87:20
**question**
9:22, 10:3,
10:4, 10:19,
11:18, 11:19,
13:22, 26:3,
31:16, 44:22,
55:6, 61:16,
68:2, 76:14,
93:20, 97:10,
98:10
**question's**
78:12
**questions**
10:16, 10:17,
11:4, 11:5,
11:14, 60:9,
61:15, 95:10,
96:14, 97:12,
97:17, 97:18,
99:21
**quite**
73:8
**quiz**
24:11
**quote**
63:19, 63:20

### R

**range**
40:9, 40:11,
40:14, 40:15
**rate**
39:21, 40:2,
45:8, 45:9,
49:22, 54:21,
56:2, 56:4,
56:5, 56:15,
57:6

**rates**
40:8
**rather**
9:14
**rationale**
75:18
**raw**

██████████

**read**
16:12, 16:13,
82:5, 100:10
**reading**
73:13, 102:7
**really**
45:11, 49:15,
55:16, 100:16,
100:21, 101:2
**reason**
10:7, 11:2,
13:7, 74:10
**reasons**
50:13, 75:18,
76:1, 76:5,
76:8, 77:14
**rebecca**
47:7, 47:21,
49:8, 49:21,
52:22
**recall**
27:9, 58:7,
59:14, 60:5,
61:14, 63:13,
63:14, 63:18,
63:22, 64:15,
66:6, 66:12
**receive**
83:11
**received**
22:10, 45:19,
52:18, 60:13,
60:17, 73:4,
87:13
**recently**
67:7, 67:9
**recess**
55:19, 57:20,

80:10, 95:14,
98:13
**reciting**
30:16
**recognize**
12:13, 13:3,
17:8, 32:22,
90:11
**recollect**
44:3
**recommendations**
62:12, 63:2
**record**
7:4, 9:21,
15:17, 43:3,
43:4, 53:12,
55:7, 55:8,
55:11, 58:1,
69:11, 69:12,
72:4, 80:8,
80:12, 83:2,
86:18, 95:16,
95:17, 98:12,
100:1, 101:6,
102:5
**records**
72:6
**recruiter**
22:22
**recruiting**
24:22, 25:1
**recruitment**
20:3
**rector**
1:8, 1:13, 2:1,
3:11, 6:2, 96:4
**reduced**
102:7
**refer**
35:18, 42:19,
47:17, 48:20
**reference**
90:11
**referenced**
46:17
**referred**
51:3, 84:5,
95:8, 98:18

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

44

| | | | |
|---|---|---|---|
| **referring** | 53:12, 54:4, | 35:4, 36:12, | 96:2, 100:11, |
| 33:21, 58:14, | 54:5, 56:2, | 37:16, 73:15, | 101:3, 102:19, |
| 58:20, 65:9, | 56:8, 56:14, | 73:22, 75:20, | 102:20 |
| 69:8, 69:9, | 57:2 | 76:2, 76:15, | **reporter-notary** |
| 79:2, 79:7, | **relate** | 76:17, 77:14, | 102:1 |
| 81:15, 84:7 | 44:11, 44:19 | 77:18, 78:8, | **represent** |
| **refers** | **related** | 81:18, 81:22, | 17:14, 46:21 |
| 42:14, 42:21, | 14:22, 16:9, | 82:6, 82:14, | **representative** |
| 43:5, 43:15, | 26:21, 27:4, | 82:20, 83:6, | 1:15, 2:3, |
| 50:11, 73:19 | 27:6, 28:5, | 84:6, 84:8, | 7:10, 12:1, |
| **regard** | 36:3, 41:14, | 84:13, 85:2, | 29:12, 99:11 |
| 71:17 | 51:3, 55:3, | 85:4, 91:13, | **representing** |
| **regarding** | 67:4, 76:10, | 92:14, 94:13, | 8:13, 15:20, |
| 7:11, 15:9, | 82:22, 84:13, | 94:20 | 15:22 |
| 19:12, 41:18, | 93:20, 102:9 | **relocated** | **request** |
| 76:11, 78:8, | **relates** | 22:19 | 15:3, 75:5, |
| 81:17, 82:11, | 15:2, 16:17, | **relocating** | 75:7, 76:17, |
| 84:8, 87:12, | 84:7 | 23:3 | 77:14 |
| 98:10 | **relation** | **relying** | **requested** |
| **region** | 61:7, 67:14, | 72:18, 72:21, | 76:2, 76:15, |
| 22:7 | 68:12, 70:5, | 73:1, 73:3 | 102:8 |
| **regional** | 72:19 | **remained** | **requesting** |
| 20:4, 20:5, | **relations** | 46:5 | 84:13 |
| 22:15 | 20:1, 20:2, | **remember** | **requests** |
| **registered** | 20:5, 22:13, | 24:11, 24:13, | 5:21, 6:7, |
| 2:14, 102:19 | 61:21, 62:6, | 30:12, 30:20, | 32:6, 34:18, |
| **regret** | 62:14 | 44:7, 52:12, | 34:19, 60:13, |
| 23:9 | **relationship** | 63:16, 63:21, | 60:16, 60:18, |
| **regularly** | 20:16, 81:22, | 67:6, 67:21, | 60:21, 72:9, |
| 79:4, 82:7, | 82:3 | 71:15 | 73:22, 74:7, |
| 91:1 | **relay** | **remembering** | 75:20, 76:17, |
| **rehired** | 75:10 | 50:16, 50:17 | 84:7, 84:13, |
| 28:13 | **relevance** | **remind** | 85:3, 85:4 |
| **reid** | 30:12 | 9:18 | **required** |
| 80:3, 81:8 | **relevant** | **remote** | 83:11, 84:18 |
| **reinstatement** | 30:5, 30:8, | 73:18, 73:19, | **requirement** |
| 26:14, 29:1, | 91:10 | 73:20, 91:22, | 35:5, 59:2, |
| 29:3, 31:2, | **religious** | 92:9, 92:10, | 82:8, 83:8, |
| 31:7, 40:2, | 5:20, 6:7, | 92:16, 93:16, | 84:14 |
| 40:5, 41:9, | 15:3, 16:17, | 95:4, 95:7 | **requirements** |
| 41:15, 43:14, | 21:2, 26:21, | **repeat** | 36:17 |
| 43:15, 43:18, | 26:22, 27:14, | 9:19 | **requiring** |
| 43:19, 44:12, | 27:18, 27:21, | **reported** | 90:16 |
| 45:9, 45:16, | 28:14, 29:3, | 1:22 | **reserve** |
| 45:22, 46:16, | 31:3, 31:4, | **reporter** | 29:16, 86:20 |
| 50:1, 50:8, | 32:3, 32:5, | 2:14, 2:15, | **reserving** |
| 50:10, 51:9, | 33:6, 33:14, | 7:2, 9:11, | 100:7 |
| 52:2, 52:7, | 34:2, 34:14, | 12:21, 17:4, | **resolution** |
| | | | 62:9 |

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

45

| | | | |
|---|---|---|---|
| resources<br>90:4<br>respect<br>45:1, 45:17,<br>46:16, 47:6,<br>49:20, 54:2,<br>54:19, 56:19,<br>84:17, 87:6,<br>100:2<br>respond<br>53:14, 77:7,<br>93:4, 96:16<br>responded<br>65:10<br>response<br>9:19, 9:21,<br>86:5, 86:6<br>responses<br>12:17<br>responsibilities<br>57:7<br>responsible<br>22:12, 88:17<br>result<br>59:1, 59:2,<br>73:14<br>resume<br>5:13<br>retention<br>20:3<br>review<br>28:6, 34:14,<br>35:3, 36:12,<br>60:14, 61:1,<br>61:4, 62:11,<br>72:5, 83:2,<br>83:7, 85:15,<br>96:11, 99:13,<br>99:14<br>reviewed<br>34:18, 37:17,<br>58:3, 59:19,<br>84:12, 85:3,<br>85:5<br>reviewer<br>76:5<br>reviewers<br>76:9 | reviewing<br>34:1, 34:19,<br>77:18<br>reviews<br>37:18<br>revised<br>32:4<br>revisit<br>30:13<br>rewards<br>24:19<br>richmond<br>3:17, 4:7, 4:9<br>right<br>11:3, 29:16,<br>35:22, 37:1,<br>39:3, 40:15,<br>43:7, 44:17,<br>45:2, 46:11,<br>50:2, 53:17,<br>53:20, 57:22,<br>81:9, 89:12,<br>91:21, 92:21<br>rights<br>100:8<br>riley<br>4:12, 69:6,<br>69:9, 69:17,<br>70:10, 78:6<br>ripley<br>40:17<br>risk<br>20:4, 51:12<br>riverfront<br>3:15<br>rivers<br>22:4<br>rn<br>47:10, 47:22,<br>50:6, 54:19<br>role<br>22:15, 24:5,<br>25:6, 25:9,<br>25:10, 52:9,<br>64:7<br>room<br>98:5<br>rosner<br>81:11 | rpr<br>1:22, 102:2<br>rude<br>9:20<br>rule<br>1:13, 2:1,<br>12:18, 35:20,<br>36:2, 36:6,<br>36:11<br>run<br>67:22<br>ryan<br>40:16<br>_____ S _____<br>said<br>17:15, 57:10,<br>61:10, 62:3,<br>63:9, 63:10,<br>63:11, 63:14,<br>63:16, 63:17,<br>63:19, 64:3,<br>64:9, 65:1,<br>65:4, 66:1,<br>66:5, 67:3,<br>68:6, 69:1,<br>72:16, 72:19,<br>81:16, 86:5,<br>89:5, 100:21,<br>102:5<br>sam<br>8:13, 13:21<br>same<br>25:5, 31:6,<br>32:11, 32:12,<br>35:6, 44:22,<br>45:3, 47:15,<br>50:13, 52:10,<br>52:19, 53:1,<br>53:3, 53:4,<br>53:5, 53:7,<br>53:8, 54:9,<br>54:13, 54:21,<br>59:4, 66:17,<br>69:3, 80:20,<br>80:21<br>samuel<br>3:3 | saves<br>87:18<br>say<br>8:7, 9:13,<br>11:20, 23:7,<br>28:22, 29:2,<br>30:15, 32:20,<br>32:21, 33:9,<br>33:20, 35:18,<br>40:13, 43:16,<br>43:20, 46:10,<br>59:6, 60:16,<br>61:18, 62:18,<br>62:19, 62:20,<br>63:4, 65:14,<br>65:21, 80:3,<br>81:9, 83:2,<br>88:20, 89:14,<br>94:3, 94:8, 98:8<br>saying<br>33:1, 86:18<br>says<br>40:11, 40:13,<br>41:8, 47:10,<br>50:1, 69:13,<br>73:10, 79:9,<br>79:14, 81:3,<br>81:5, 85:19,<br>89:14<br>schedule<br>23:7<br>school<br>9:4, 18:16,<br>18:18, 18:22,<br>88:15, 88:16,<br>89:9, 89:10<br>scope<br>22:15, 25:20,<br>28:2, 51:6,<br>85:9, 85:10,<br>85:11, 85:13,<br>89:19, 91:5,<br>93:3, 95:1,<br>96:13, 96:21,<br>100:3<br>se<br>2:7<br>seal<br>102:13 |

**second**
16:20, 42:14, 47:7, 47:16, 55:11, 69:2, 69:20, 70:1, 80:9
**section**
15:2
**see**
9:17, 14:21, 41:9, 47:7, 55:5, 71:9, 74:13, 79:9, 79:14, 80:6, 81:4, 91:22
**seen**
90:10
**segment**
24:6
**segments**
24:4
**seiler**
45:17, 46:3
**send**
100:22
**senior**
16:22, 23:14, 23:15, 23:17, 23:18, 24:2, 78:22, 79:3
**seniority**
55:2
**sense**
33:10, 46:15
**separations**
15:1
**september**
1:18, 86:8, 102:14
**sequence**
91:14
**series**
11:4, 40:3
**service**
16:22, 23:15, 23:20, 23:21, 24:6, 24:9, 24:12

**services**
20:4, 22:4, 22:6, 23:19, 35:21
**set**
36:21, 44:10, 44:14, 83:22, 102:12
**several**
64:3, 68:5
**shade**
31:20
**shared**
60:18, 60:20, 64:14, 72:1
**shenandoah**
102:14
**short**
55:21, 100:16
**shorthand**
32:21, 42:14, 102:1
**should**
25:3, 40:13, 86:6, 92:2, 97:18, 98:8
**show**
75:17
**shown**
45:2, 46:1, 52:3, 52:15, 56:20, 77:18, 82:11
**shows**
75:18
**sic**
62:17
**side**
44:17, 45:3, 89:11, 89:13, 89:16
**sifri**
7:14, 51:20, 61:7, 80:3, 81:8
**sign**
100:10
**signature-mig2k**
102:15

**significant**
33:13
**signing**
102:8
**similar**
45:21, 57:5, 57:6, 61:15
**similarities**
35:9
**since**
18:1, 53:1, 100:16
**sincerely**
35:4
**site**
17:18
**situation**
20:9, 55:17
**slow**
10:17
**so-called**
43:16
**soldier**
7:17
**some**
9:7, 12:5, 12:7, 12:8, 21:3, 23:4, 24:2, 26:6, 26:13, 26:14, 28:5, 28:7, 31:12, 31:13, 36:7, 36:19, 51:17, 59:11, 68:19, 68:20, 75:22, 79:18, 90:7, 94:15, 97:10
**somebody**
41:3, 93:14
**someone**
22:12, 31:18, 45:11, 51:12, 64:8, 77:12
**someplace**
75:17
**something**
21:12, 21:14,

**23:1, 41:17,**
49:11, 55:14, 63:10, 70:16, 77:8, 82:16, 86:2
**sometime**
36:8, 84:2
**sometimes**
10:17, 36:22
**somewhat**
9:10, 11:8, 83:7
**sorry**
14:3, 14:8, 18:20, 23:14, 23:17, 36:20, 39:11, 47:16, 65:8, 71:1, 73:12, 85:7, 89:21, 99:4
**sort**
9:19, 38:4, 47:2, 48:6, 96:10
**sorting**
59:11
**sounds**
24:14, 49:14
**source**
14:15, 78:19
**south**
4:5
**speak**
39:20, 53:13, 61:7, 61:22, 66:9, 66:16, 91:6
**spec**
25:2
**specialist**
20:2
**specialization**
19:9
**specific**
16:2, 16:5, 28:5, 28:17, 48:21, 49:7, 58:7, 76:1,

CONTAINS CONFIDENTIAL DOCUMENTS
PageID#: 10939

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

47

| | | | |
|---|---|---|---|
| 77:13 | states | suite | 11:2, 11:3, |
| **specifically** | 1:1 | 2:8, 3:6, 4:6 | 11:6, 19:12, |
| 60:12, 79:2 | **stayed** | **summary** | 43:17, 62:10, |
| **speculate** | 56:7 | 39:13, 59:8 | 63:1, 93:16 |
| 46:13 | **stenographically** | **supervises** | **taken** |
| **speculation** | 102:6 | 42:21 | 8:15, 55:19, |
| 25:20, 46:7 | **step** | **supervisor** | 57:20, 80:10, |
| **spell** | 16:19, 47:16, | 45:20, 46:4 | 95:14, 98:13, |
| 8:7 | 55:11, 64:13, | **supervisor's** | 102:3, 102:6 |
| **spoke** | 94:10 | 25:9 | **taking** |
| 61:10, 66:20, | **steps** | **support** | 9:1, 30:17, |
| 67:19, 77:3, | 34:9 | 89:8, 89:17, | 38:5, 45:12 |
| 100:1 | **sterilizations** | 90:5 | **talk** |
| **spokesperson** | 21:7 | **supporting** | 10:17, 16:16, |
| 11:15, 12:2, | **stickers** | 64:19 | 26:5, 33:2, |
| 13:8 | 38:5, 38:7 | **supports** | 33:4, 49:15, |
| **spreadsheet** | **still** | 49:5, 90:6 | 55:6, 89:2, |
| 5:22, 39:2, | 87:16, 88:1 | **sure** | 97:1, 97:17, |
| 39:17, 39:18, | **store** | 8:9, 13:18, | 98:5 |
| 41:3, 53:17, | 41:13, 42:7 | 14:1, 35:15, | **talked** |
| 58:21, 59:4, | **stored** | 37:8, 42:7, | 22:16, 52:11, |
| 59:7, 73:4, | 42:3, 42:6 | 43:6, 43:13, | 58:4, 60:8, |
| 74:4, 76:22 | **straight** | 55:10, 66:4, | 70:5, 83:7 |
| **spreadsheets** | 72:4 | 69:5, 78:4, | **talking** |
| 58:4, 58:20, | **street** | 87:19 | 32:20, 33:5, |
| 59:17, 72:4, | 2:7, 3:16, 4:5 | **sworn** | 35:12, 65:11, |
| 72:6 | **strike** | 7:2, 8:2 | 78:4, 95:15 |
| **st** | 27:12 | **syracuse** | **talks** |
| 19:17, 19:18, | **structure** | 18:12 | 29:3 |
| 19:19, 19:22, | 96:10 | **system** | **team** |
| 20:6, 20:11, | **stuff** | 6:8, 19:19, | 42:22, 90:11, |
| 21:22, 22:1, | 55:16 | 20:12, 21:1, | 90:20, 90:22, |
| 22:9, 102:22 | **sub** | 21:4, 25:11, | 91:9, 91:12, |
| **stance** | 96:8 | 40:21, 59:19, | 91:18, 92:8, |
| 28:11 | **sub-exhibit** | 60:2, 60:20, | 92:15, 92:16, |
| **standing** | 99:4 | 72:10, 74:20, | 92:21, 93:2, |
| 56:8 | **subject** | 75:5, 87:14, | 94:12, 94:15, |
| **start** | 14:22, 31:7 | 87:16, 88:1, | 94:21 |
| 10:19, 26:3, | **submitted** | 88:19, 89:7, | **technically** |
| 32:1, 76:12, | 72:9, 72:15, | 89:8, 89:17, | 89:12 |
| 78:5, 85:3 | 73:22, 74:19 | 90:6, 90:7 | **tell** |
| **started** | **substance** | **systems** | 9:7, 10:1, |
| 7:3, 26:7, | 34:11, 35:1 | 20:9, 77:12 | 38:3, 67:8, |
| 27:2, 27:7 | **substantive** | | 68:6, 79:11 |
| **starting** | 34:5 | **T** | **telling** |
| 52:22 | **suggest** | | 29:11 |
| **state** | 55:13 | **t** | **ten** |
| 100:11 | **suit** | 4:1, 6:1 | 66:10, 73:21 |
| | 28:15 | **take** | |
| | | 9:5, 10:22, | |

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

48

| | | | |
|---|---|---|---|
| **tenure** | 57:22, 100:19 | **through** | 44:4, 44:5, |
| 45:21 | **themselves** | 1:15, 2:2, | 44:7, 45:4, |
| **term** | 53:13, 91:6 | 17:17, 27:10, | 52:9, 53:4, |
| 21:13, 35:22, | **thereafter** | 33:6, 35:12, | 53:7, 53:13, |
| 45:9, 49:22, | 102:7 | 37:6, 37:13, | 54:2, 54:6, |
| 56:7, 56:8, | **therefore** | 60:19, 72:10, | 54:9, 54:13, |
| 64:9, 88:14, | 91:11 | 76:3, 76:16, | 57:5, 57:11, |
| 90:12 | **thick** | 78:21, 87:13, | 57:12, 57:14, |
| **termed** | 44:18, 46:18 | 91:13, 92:15, | 93:14, 94:2, |
| 39:22, 45:15, | **thing** | 100:5 | 94:3 |
| 47:1 | 59:18, 101:2 | **throughout** | **titles** |
| **terminated** | **things** | 10:22 | 80:2 |
| 47:19, 74:17 | 9:7, 16:2, | **thursday** | **today** |
| **terminations** | 21:7, 39:19, | | 8:7, 10:8, |
| 58:10, 58:22 | 51:9, 56:6, | | 11:14, 12:7, |
| **terminology** | 62:9, 71:14, | | 13:8, 13:13, |
| 44:4 | 78:10, 87:19, | | 14:19, 26:6, |
| **terms** | 91:3 | | 27:5, 27:7, |
| 16:18, 42:4, | **think** | **tied** | 31:14, 36:19, |
| 53:6, 54:16, | 10:18, 13:21, | 56:21, 57:1 | 53:19, 69:10, |
| 57:6, 79:3 | 21:5, 23:2, | **tier** | 83:7, 97:2, 98:8 |
| **testified** | 24:19, 24:20, | 90:11, 90:15, | **today's** |
| 8:2 | 25:2, 30:21, | 90:20, 90:22, | 58:2, 71:11 |
| **testify** | 35:6, 35:13, | 91:5, 91:9, | **together** |
| 11:10, 13:13, | 35:15, 37:11, | 91:11, 91:18, | 96:1 |
| 14:19, 15:8, | 44:5, 44:6, | 92:8, 92:15, | **told** |
| 15:13, 16:2, | 52:4, 52:5, | 92:21, 93:2, | 94:18 |
| 28:4, 28:5, | 52:9, 52:11, | 93:13, 93:14, | **took** |
| 29:18, 52:17, | 55:7, 55:14, | 94:4, 94:9, | 22:20, 25:21, |
| 53:20, 97:13, | 57:16, 58:12, | 94:12, 94:15, | 55:21, 57:17, |
| 97:19 | 59:18, 59:19, | 94:21 | 57:22, 63:17 |
| **testifying** | 66:10, 70:2, | **time** | **top** |
| 10:8, 15:15, | 79:10, 80:5, | 15:10, 18:21, | 21:6, 25:3, |
| 30:2 | 90:8, 91:21, | 19:16, 22:1, | 30:12, 49:9, |
| **testimony** | 93:8, 93:18, | 27:18, 32:13, | 49:16, 62:16, |
| 12:1, 16:5, | 97:18, 98:3 | 36:7, 40:3, | 85:6, 90:9 |
| 31:20, 31:21, | **third** | 40:5, 43:20, | **topic** |
| 33:12, 61:2, | 42:15, 44:11, | 45:15, 47:2, | 11:4, 15:2, |
| 61:4, 96:22, | 45:4, 79:8, | 47:19, 54:22, | 16:9, 16:17, |
| 97:1, 97:22, | 79:11, 79:13, | 57:16, 67:13, | 16:18, 52:16, |
| 98:1, 100:1, | 80:17, 81:3 | 68:4, 68:15, | 97:13 |
| 102:5, 102:6 | **thought** | 83:19, 86:9, | **topics** |
| **th** | 14:1, 30:22, | 93:11 | 14:22, 16:14, |
| 4:5, 102:13 | 93:22 | **times** | 28:5, 28:17, |
| **thank** | **three** | 64:4, 100:22 | 28:19, 28:20, |
| 8:6, 12:22, | 20:9, 38:8, | **title** | 28:21, 29:10, |
| 30:16, 69:15 | 66:15, 70:15, | 23:16, 24:7, | 29:12, 31:7, |
| **thanks** | 75:11 | 25:13, 42:13, | 52:16, 53:19, |
| 13:19, 43:21, | | | |

Case 3:22-cv-00075-RSB-JCH    Document 265-3    Filed 02/14/25    Page 51 of 54
CONTAINS CONFIDENTIAL DOCUMENTS
PageID# 10941
Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

49

```
82:8                two                 57:6, 58:10,        unique
total               12:9, 13:11,        64:3, 64:7,         11:8
24:19               13:17, 14:21,       68:8, 71:19,        united
tower               23:10, 40:7,        73:8, 74:3,         1:1
3:15                41:21, 50:13,       93:13               university
train               50:14, 51:12,       umbrella            1:9, 1:14, 2:2,
93:21               64:4, 66:14,        88:14               3:12, 6:3, 8:14,
training            67:12, 95:19,       uncertain           11:9, 11:10,
9:5, 38:18,         99:16               11:21               11:15, 12:2,
58:13, 83:16,       txt                 under               25:18, 64:20,
84:3, 96:9,         100:21, 101:2       6:7, 8:3,           65:5, 82:21,
99:5, 99:11         typewriting         34:13, 43:11,       88:19, 89:6,
transcript          102:7               74:5, 87:5,         89:7, 89:16,
5:10, 17:6,         tyson               98:22, 99:13        96:5
37:4, 37:22,        52:11               undergraduate       university's
38:14, 38:20,       ─── U ───           18:1                12:16
39:6, 98:15,        uh                  underlined          unless
100:12, 102:4       11:9, 19:21,        79:15               21:7, 92:9,
trial               30:20, 35:17,       underlying          93:9
7:8, 9:4            36:19, 41:22,       56:6, 72:6          unvaccinated
tricky              45:7                understand          51:13
72:18               uh-huh              7:15, 9:14,         up-to-date
true                9:14, 12:21,        9:22, 11:7,         43:3
98:21, 102:4        49:19, 65:6         11:11, 11:13,       upset
truthfully          uh-uh               11:15, 13:6,        55:9
10:8                9:14                27:13, 31:15,       upstate
try                 ultimately          31:18, 33:1,        19:19
10:13, 11:20,       13:7, 17:17,        33:7, 33:19,        use
21:18, 21:20,       20:5, 22:16,        46:10, 47:20,       7:6, 7:7, 12:7,
37:10, 69:14        32:4                48:11, 49:11,       44:5, 44:6,
trying              um                  49:17, 52:16,       53:6, 71:7,
9:20, 17:15,        9:7, 10:13,         53:22, 71:5,        74:17, 87:20,
21:5, 24:20,        11:1, 11:7,         73:4, 73:8,         88:2
33:19, 49:17,       12:5, 12:16,        75:6, 76:18,        using
52:15, 53:22,       13:14, 14:21,       84:9, 88:4,         13:10, 97:15
58:11, 71:5,        14:22, 15:4,        88:8, 91:9,         utilized
72:17, 90:8         16:9, 18:3,         92:19               35:2, 60:9
tuesday             20:4, 20:8,         understanding       uva
71:13               20:11, 21:4,        7:5, 25:8,          5:21, 6:5, 6:9,
turning             21:5, 22:6,         35:17, 36:6,        7:10, 7:11,
81:3                22:15, 23:1,        36:9, 45:18,        15:4, 15:22,
turns               24:10, 26:20,       49:12, 78:9,        16:10, 16:22,
94:14               31:9, 35:15,        82:2, 83:15,        22:18, 22:20,
twenty              39:8, 40:21,        83:18, 83:21,       23:13, 24:3,
17:3, 32:20,        41:15, 45:3,        96:9, 99:10         25:6, 26:7,
32:21               45:17, 51:22,       understood          27:8, 27:11,
twenty-five         52:7, 52:11,        10:4, 31:16         36:3, 36:17,
17:4                                    undue               45:21, 46:5,
                                        35:6, 51:18
```

Transcript of Kathleen (Katy) Hoffman, Corporate Representative
Conducted on September 6, 2024

50

53:8, 53:9,
54:11, 54:21,
62:15, 70:20,
71:6, 77:22,
78:7, 78:20,
79:1, 84:19,
85:5, 87:17,
88:2, 88:4,
88:8, 88:10,
88:12, 88:14,
88:20, 89:14,
89:17, 97:20,
99:11
**uva's**
5:18, 31:11,
36:12, 77:12,
77:13, 89:8,
97:21

**V**

**vaccination**
32:15, 35:5,
36:3, 59:2, 82:8
**vaccine**
5:20, 6:6,
15:3, 15:9,
73:15, 82:22,
83:11, 84:8,
84:14, 84:18,
87:5
**vague**
26:9, 99:20
**vaguely**
63:8
**vaxtrax**
59:19, 60:2,
60:19, 72:5,
72:10, 72:14,
74:5, 74:13,
74:19, 75:4,
75:6, 75:17,
76:3, 76:16,
91:14, 92:15
**vernacular**
71:6
**via**
68:17
**video**
7:8, 68:20

**videotaping**
7:5
**viewer**
75:19
**virginia**
1:2, 1:9, 1:14,
1:17, 2:2, 2:9,
2:16, 3:12,
3:17, 4:7, 4:9,
6:3, 8:15, 11:9,
25:18, 82:21,
88:19, 96:5,
102:14, 102:18
**virginia's**
89:7
**virus**
32:14
**visitors**
1:8, 1:13, 2:2,
3:12, 6:2, 96:5
**volume**
64:5
**voted**
64:9
**vp**
22:11
**vs**
1:7

**W**

**w-2**
89:14
**wait**
11:3
**waive**
100:4
**waived**
30:16
**walk**
37:6
**want**
9:21, 15:13,
16:11, 25:2,
28:10, 38:4,
43:20, 46:14,
55:8, 55:10,
55:13, 55:17,
56:1, 85:17,

93:10, 93:20,
93:21, 97:12,
101:3
**wanted**
7:4, 16:14,
16:15, 76:1,
76:20
**wants**
16:3
**warmer**
23:3
**way**
7:7, 18:4,
20:20, 20:22,
31:8, 32:8,
32:17, 44:10,
44:13, 47:21,
51:6, 57:5,
63:3, 63:4,
74:22, 75:16,
77:11, 88:20,
93:12
**we'll**
10:22, 30:9,
33:22, 37:1,
37:19, 38:6,
38:9, 39:4,
39:10, 53:16,
86:19, 89:5,
97:6
**we're**
26:5, 27:6,
38:2, 38:3,
38:17, 43:9,
44:16, 52:14,
52:15, 58:1,
80:12, 86:22,
94:19, 97:2
**we've**
15:16, 28:18,
38:22, 51:5,
70:4, 83:7,
85:9, 95:19,
98:17, 98:18
**webex**
68:17
**week**
64:4, 64:5,

66:12, 66:13,
70:9
**weekly**
21:17, 21:19,
21:20, 21:21
**weeks**
23:10, 66:14,
66:15, 66:18,
66:19, 67:12,
68:16
**welcome**
15:19, 69:12
**wendy**
3:13, 68:8,
70:9, 71:14,
80:1, 81:7
**went**
18:16, 18:17,
20:10, 22:16,
22:17, 74:16,
75:4, 98:5
**weren't**
43:17, 95:16
**western**
1:2
**whatever**
37:13, 86:5,
90:17
**whatnot**
43:2
**whenever**
56:3
**whereof**
102:12
**wherever**
78:19
**whether**
9:1, 11:22,
13:10, 45:11,
46:3, 64:12,
65:21, 83:9,
91:10
**wilkes**
81:12
**williams**
2:6, 4:4
**withdraw**
98:9

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative

Conducted on September 6, 2024

51

| | | | |
|---|---|---|---|
| **withdrawing** | 58:5, 62:8, | 75:12 | **102** |
| 97:8 | 62:14 | **yell** | 1:21 |
| **within** | **workers** | 55:18 | **11** |
| 26:6, 48:21, | 36:4, 93:16 | **yelled** | 57:20, 80:10, |
| 97:22 | **working** | 55:17 | 95:14, 98:13, |
| **without** | 18:18, 18:20, | **yesterday** | 102:13 |
| 63:3 | 18:22, 19:15, | 12:20, 14:15 | **12** |
| **witness** | 47:22, 49:11, | **york** | 98:13, 101:6 |
| 5:2, 7:2, 9:1, | 54:24, 93:15, | 19:20, 22:7 | **12,000** |
| 11:21, 12:9, | 100:5 | **you-all** | 20:10 |
| 12:20, 13:15, | **wouldn't** | 101:3 | **1320** |
| 13:20, 14:3, | 55:18, 87:2 | **yourself** | 4:8 |
| 15:8, 15:14, | **wrap** | 11:18, 21:11 | **14525** |
| 15:18, 15:20, | 11:4 | **Z** | 3:5 |
| 85:9, 85:12, | **write** | | **1600** |
| 87:11, 92:2, | 38:5, 76:10 | **zoom** | 4:6 |
| 97:2, 97:12, | **writing** | 68:17, 70:10 | **169569** |
| 97:16, 97:19, | 73:8 | **0** | 102:17 |
| 100:3, 102:12 | **wrong** | | **17** |
| **witness's** | 14:15, 48:19, | **00** | 5:13, 16:18 |
| 31:20, 31:21 | 80:7 | 98:13 | **1st** |
| **wolf** | **wrote** | **0000003** | 15:4, 15:5, |
| 4:12, 69:9, | 14:15, 37:16 | 6:9 | 83:17 |
| 78:6 | **Y** | **0000011** | **2** |
| **word** | | 6:9 | |
| 65:2, 71:7, | **yeah** | **0000467** | **20** |
| 91:22 | 14:8, 16:15, | 5:21 | 13:3, 14:18, |
| **words** | 16:17, 18:20, | **00075** | 18:5, 18:6 |
| 63:12 | 20:18, 24:16, | 1:8 | **200** |
| **work** | 25:16, 35:7, | **002** | 4:5 |
| 20:22, 22:2, | 43:7, 47:14, | 6:8, 27:11, | **2018** |
| 26:7, 26:20, | 48:22, 49:6, | 90:17, 91:10, | 15:6 |
| 27:4, 27:6, | 55:10, 55:12, | 92:20 | **2019** |
| 47:21, 55:4, | 55:15, 59:12, | **02** | 73:15 |
| 89:5, 89:7, | 65:3, 66:19, | 57:20, 101:6 | **2020** |
| 89:11, 91:1 | 68:20, 71:4, | **0313254** | 73:16 |
| **workday** | 73:1, 75:15, | 102:20 | **2021** |
| 40:21, 40:22, | 80:5, 80:7, | **1** | 15:10, 28:6, |
| 41:1, 41:2, | 83:19, 86:4, | | 32:6, 32:19, |
| 41:5, 41:6, | 86:8, 86:10, | **1** | 33:4, 33:6, |
| 41:11, 41:13, | 87:5, 91:2, | 4:2 | 33:7, 33:9, |
| 41:16, 41:21 | 93:20 | **1(i** | 33:14, 34:2, |
| **worked** | **year** | 14:22 | 34:12, 34:13, |
| 16:20, 18:14, | 18:14, 33:1, | **10** | 34:17, 36:7, |
| 18:21, 20:2, | 83:3, 85:17 | 4:5, 55:19, | 36:8, 37:18, |
| 20:3, 20:7, | **years** | 57:20 | 39:22, 46:5, |
| 47:19, 48:4, | 18:5, 18:6, | **100** | 56:22, 57:10, |
| 49:8, 54:3, | 19:5, 23:7, | 73:20 | 58:10, 60:10, |

CONTAINS CONFIDENTIAL DOCUMENTS

Transcript of Kathleen (Katy) Hoffman, Corporate Representative

Conducted on September 6, 2024

52

| | | | |
|---|---|---|---|
| 72:10, 73:22, | **22902** | **38** | **73,684** |
| 74:17, 75:7, | 2:9 | 5:18, 5:20 | 49:22 |
| 75:20, 76:3, | **23** | **39** | **78,498** |
| 76:4, 76:6, | 41:9 | 1:19, 5:22 | 50:1 |
| 76:11, 76:16, | **23218** | **3:cv-rsb** | **788** |
| 77:15, 77:17, | 4:9 | 1:8 | 3:18 |
| 78:8, 78:20, | **23219** | **4** | **8** |
| 81:18, 82:1, | 3:17, 4:7 | **40** | **804** |
| 82:6, 82:17, | **25** | 55:19 | 3:18, 4:10 |
| 82:20, 83:2, | 5:13, 17:5, | **41** | **8100** |
| 83:3, 83:6, | 17:8 | 55:19 | 3:8 |
| 83:17, 84:2, | **26** | **420** | **9** |
| 84:6, 85:1, | 5:15, 5:17, | 4:10 | **9** |
| 85:15, 85:20, | 5:18, 5:20, | **429** | 1:19 |
| 87:12, 90:10, | 5:22, 37:2, | 3:8 | **900** |
| 93:2, 94:8, | 37:3, 37:7, | **434** | 2:8 |
| 94:11, 94:18, | 37:12, 37:20, | 2:10 | **93** |
| 96:11, 99:13, | 37:21, 38:9, | **44** | 73:7 |
| 99:14 | 38:13, 38:17, | 57:20 | **951** |
| **2022** | 38:19, 38:22, | **494** | 2:10, 3:16 |
| 27:14, 28:4, | 39:4, 39:5, | 5:21 | **96** |
| 28:11, 29:19, | 39:9, 39:17, | **5** | 5:5 |
| 31:4, 32:4, | 39:18, 40:20, | **5,000** | **97** |
| 32:19, 32:22, | 58:14, 58:18, | 20:8 | 23:10 |
| 33:2, 33:9, | 71:19, 77:19, | **50** | **98** |
| 33:14, 34:13, | 79:7, 79:11, | 73:9, 73:13, | 6:5 |
| 34:18, 40:1, | 80:20, 80:21, | 95:14 | |
| 86:7, 86:12, | 82:12, 82:16, | **55** | |
| 87:5, 87:8, | 83:16, 83:22, | 95:14 | |
| 97:4, 97:8, | 84:2, 84:11, | **551155** | |
| 98:10, 98:18, | 91:17, 92:8, | 1:20 | |
| 99:1 | 96:9, 99:9 | **55345** | |
| **2023** | **2nd** | 3:7 | |
| 36:8, 41:19, | 2:7 | **5700** | |
| 44:1, 46:5, | **3** | 2:10 | |
| 53:9, 56:3, | **30** | **58** | |
| 84:22, 85:2 | 1:13, 2:1, | 98:13 | |
| **2024** | 7:12, 12:18, | **6** | |
| 1:18, 102:14 | 16:1, 73:18, | **6** | |
| **2027** | 80:10, 92:10 | 5:14 | |
| 102:22 | **31** | **6074** | |
| **21** | 80:10, 102:22 | 4:10 | |
| 32:13 | **323** | **612** | |
| **22** | 2:7 | 3:8 | |
| 1:8, 80:14, | **345** | **7** | |
| 80:18, 80:19, | 3:6 | **7221** | |
| 81:2, 95:18, | **37** | 3:18 | |
| 95:22, 96:2 | 5:15, 5:17 | | |