**Exhibit 17**

| | |
|---|---|
| **From:** | Sifri, Costi D *HS [/O=MCC.VIRGINIA.EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDS9N] |
| **Sent:** | 5/26/2021 8:48:22 AM |
| **To:** | Lautenbach, Ebbing [ebbing@pennmedicine.upenn.edu] |
| **CC:** | Brennan MD, P.J. [PJ.Brennan@pennmedicine.upenn.edu] |
| **Subject:** | Re: COVID Vaccine Requirement |

Thanks Ebb! Understood - I just came off myself.

Hi PJ - No rush! As summarized, our leadership is very interested but would appreciate any insights or lessons learned. I'll need lead the medical exemption process. We'll use FDA contraindications and probably have allowances, for example pregnant and nursing women. All will need MD supported exemption letters, and we'll have an internal adjudication process. It'll be similar to our required influenza vaccine (also measles/MMR, pertussis) requirement process - for flu vaccination 2020, 98.8% vaccinated, 1.2% exemption (~2/3 medical, ~1/3 religious reviewed through HR, ~12500 team members).

Thanks,

Costi

Sent from my iPhone


On May 25, 2021, at 11:09 PM, Lautenbach, Ebbing <ebbing@pennmedicine.upenn.edu> wrote:


Hi Costi,

Nice to hear from you!
I've copied PJ here as I think he's in a better position to offer insights on the Penn process here.
PJ and I are both on service this week so any responses might be a bit delayed.

Hope all is well!
Ebb

**From:** Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
**Sent:** Tuesday, May 25, 2021 7:02 PM
**To:** Ebbing Lautenbach <ebbing@mail.med.upenn.edu>
**Subject:** [External] COVID Vaccine Requirement

Hi Ebb,

I hope you're well. I was wondering if I could get some of your insights into Penn's adoption of mandatory COVID-19 vaccination (or feel to forward to PJ). Frankly, I think we're almost there ourselves but are carefully crafting the roll out – for example, we're saying vaccination is "expected" but not "required/mandatory." Those not vaccinated will be screened weekly for COVID (likely saliva). New hires will be mandatory ... I anticipate this would be extended at some point to all UVA Health employees as the message is socialized. Part of the deliberate pace is because we're physically tied to the academic campus (like Penn), where student vaccination is required but faculty/staff vaccination is not (at this point).

UVA_0012858

Anyway, interested in insights and logistics, initial reaction from team members, greater Penn community, greater Philadelphia community, etc.

Thanks,

Costi


**Costi D. Sifri, MD**
Professor of Medicine
University of Virginia School of Medicine
Hospital Epidemiologist
Director, Hospital Epidemiology/Infection Prevention & Control
Medical Director, Immunocompromised Infectious Diseases Program
UVA Health
PO Box 800473
Charlottesville, VA 22908-0473
Phone: 434-924-0260
Fax: 434-924-1225

*Email Disclaimer: The information contained in this e-mail is confidential, privileged, or otherwise protected from disclosure. It is intended only for the use of the authorized individual as indicated in the e-mail. Any unauthorized disclosure, copying, distributing or taking of any action based on the contents of this material is strictly prohibited. If you have received this e-mail in error, please delete it immediately and notify sender.*