**Exhibit 19**

| | |
|---|---|
| **From:** | ██████████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A8745AC2B6094CA48191FB8298DCA4E4-██ |
| **Sent:** | 9/9/2021 7:48:07 PM |
| **To:** | ██████████ (██████████ |
| **Subject:** | Fw: Religious Exemption Process |
| **Attachments:** | image001.png; image002.jpg; Religious Exemptions 2021.docx |

L
██████

██████




CONFIDENTIAL

Religious Exemption Process

- Requests will be submitted via [ HYPERLINK "https://www.healthsystem.virginia.edu/vaxtrax/pending.cfm" ] and [ HYPERLINK "https://virginiahsd.co1.qualtrics.com/jfe/form/SV_72sIkgAoSgSSRRY" ]. When reviewing Pre-hires, these will come in as "Pre-hire Religious Request".
- You will receive a notification in your UVA HR Health Screening inbox (located in Outlook)
- You can log into [ HYPERLINK "https://www.healthsystem.virginia.edu/vaxtrax/pending.cfm" ] either by clicking on the link in the email from the notification or by logging into [ HYPERLINK "https://www.healthsystem.virginia.edu/vaxtrax/pending.cfm" ] directly. (If you log in using the email notification, it will take you directly to the submitter's request)
- If you log in by Vaxtrax, you will want to look at the "Exemption Type" to confirm Religious, confirm "Task" 2021 COVID Vaccine, click on "See Details".
- After reviewing and a decision has been made, click on the drop down "Pending/Approve/Return" Return is denied. Prepopulated messages for approved and denied – you can alter the message if needed.
- For Pre-hire Religious Requests, you will need to reply to candidate via email, copying [ HYPERLINK "mailto:Employehealth@virginia.edu" ] (Please try and review Pre-hire requests first). Please be sure to email back using the UVA HR Health Screening email and be sure to sign with Immunize UVA as your signature. Below is the standard language for approval and denial:
  - Approval: Dear Applicant, your request for a religious exemption was approved. You have been marked as compliant.
  - Denial: Thank you for your request for a religious exemption under the [ HYPERLINK "http://www.healthsystem.virginia.edu/docs/health-system/occupational-health/healthscreeningandmaintenance" ]. At this time your request is denied. To qualify for a religious exemption, you must briefly explain the religious principle, tenet or belief and how that religion's principles, tenets or beliefs conflict with or preclude you from receiving a vaccination. For information on becoming compliant with OCH-002, please visit [ HYPERLINK "http://www.healthsystem.virginia.edu/docs/health-system/occupational-health/healthscreeningandmaintenance" ].
- For those who got the flu vaccine and did NOT submit a religious exemption request for it the following language should be used:
  - We have received your request a for a religious exemption to the COVID-19 vaccination requirement. However, we note that you received an influenza vaccination in 2020 and did not request a religious exemption for that vaccination. Please explain how your sincerely held religious beliefs would prohibit you from receiving the COVID-19 vaccine but not the influenza vaccine. Thank you.

HIGHLY CONFIDENTIAL                                                                                              UVA_0009064

Managers should check Vaxtrax to confirm if an exemption is approved or denied. Status will show 'Action Required" if approved after November 1, 2021.

- The following denominations do have a theological objection to vaccination: ([ HYPERLINK "https://www.vumc.org/health-wellness/news-resource-articles/immunizations-and-religion" ])
  - Dutch reformed Congregations - This denomination has a tradition of declining immunizations. Some members decline vaccination on the basis that it interferes with divine providence. However, others within the faith accept immunization as a gift from God to be used with gratitude.
  - Faith healing denominations including:
  - Faith Tabernacle
  - Church of the First Born
  - Faith Assembly
  - End Time Ministrie
  - Church of Christ, Scientist

Vaccines and Fetal Cells - None of the currently authorized/approved vaccines have fetal cells or tissues. Their development did include use of fetal cell lines developed in the 1970-80s. The JNJ vaccine was developed using a fetal cell line, while early research with the mRNA vaccines used fetal cell lines to check safety. Theologians have stated that it is not illicit to receive a vaccine that used these cell lines in development or testing. The use of these vaccines been endorsed as being morally appropriate and ethically sound by the pope and multiple religious groups.

Health department explanations below.

[ HYPERLINK "https://www.michigan.gov/documents/coronavirus/COVID-19_Vaccines_and_Fetal_Cells_031921_720415_7.pdf" ]

[ HYPERLINK "http://publichealth.lacounty.gov/media/coronavirus/docs/vaccine/VaccineDevelopment_FetalCellLines.pdf" ]

Arlington archdiocese statement (mRNA preferred)

[ HYPERLINK "https://www.arlingtondiocese.org/communications/diocese-of-arlington-frequently-asked-questions-regarding-covid19-vaccines.pdf" ]

 UVA_0009065

Here is the link for the religious exemption letters for COVID vaccines, masks, and tests are being sold online at:  [ HYPERLINK "https://www.thehealthyamerican.org/religious-exemption-letter" ]

Exemptions Reviewed 09/09/2021

# Requestor Information

HIGHLY CONFIDENTIAL