**Exhibit 21**

| | |
|---|---|
| From: | Frederick, Melissa P (mpf4n) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=79EB26F8CE5A4C18892A5AD2F8ACACE7-MPF4N] |
| Sent: | 9/27/2021 12:18:53 PM |
| To: | ▮▮▮▮▮@virginia.edu]; ▮▮▮▮) ▮▮@virginia.edu]; ▮▮▮▮ ▮▮@virginia.edu]; ▮▮▮▮@virginia.edu]; ▮▮▮▮@virginia.edu] |
| CC: | Riley, Melissa Wolf (mr3vx) [mr3vx@virginia.edu]; Weikel, Adam (alw5ey) [alw5ey@virginia.edu] |
| Subject: | FW: In prep for Monday's 7 a.m. COVID Meeting |

FYI. We are approved to send the "approved exemptions for religion"
Thank you.

---

**From:** Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
**Sent:** Monday, September 27, 2021 12:01 PM
**To:** Frederick, Melissa P (mpf4n) <mpf4n@virginia.edu>
**Subject:** RE: In prep for Monday's 7 a.m. COVID Meeting

No changes in job effort needed from my review.

---

**From:** Frederick, Melissa P (mpf4n) [mailto:mpf4n@virginia.edu]
**Sent:** Monday, September 27, 2021 11:40 AM
**To:** Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
**Subject:** FW: In prep for Monday's 7 a.m. COVID Meeting

Hey, welcome back. Wanted to see if you had a few minutes to bless the list for patient care impact of approved Religious exemptions.

We need to get these out.

Thank you.

---

**From:** Frederick, Melissa P (mpf4n)
**Sent:** Friday, September 24, 2021 2:10 PM
**To:** Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
**Subject:** In prep for Monday's 7 a.m. COVID Meeting

Hi there,

I hope this email finds you well. I am out through this week but wanted to be prepared for the Monday call as I imagine that the topic of approved religious exemptions will come up. Based on your email below, it does not appear that any of these employees work in Transplant, Cancer or Geriatrics. Given that, are we able to release these Religious Exemptions approvals.

Sorry to bug you, just trying to prepare. If it is easier to talk, you can call my cell phone at 434-906-2026.

Thank you and hope you are well.

Regards, Melissa

---

**From:** Weikel, Adam (alw5ey) <alw5ey@virginia.edu>
**Sent:** Thursday, September 23, 2021 4:21 PM

CONFIDENTIAL                                                                                         UVA_0014386

**To:** Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@virginia.edu>; Frederick, Melissa P (mpf4n) <mpf4n@virginia.edu>; Riley, Melissa Wolf (mr3vx) <mr3vx@virginia.edu>; Eby, Joshua Clark (jce4u) <jce4u@hscmail.mcc.virginia.edu>
**Subject:** RE: Question about team members who will have an approved religious exemption

## Redacted-Attorney Client Privileged

**Dr. Sifti- we need your assessment (in terms of infection control/epi/patient safety) on the list of names Melissa provided (re attached here).**
Assuming all PPE, testing, and safety protocols are strictly adhered to, it does not appear any of the individuals on this list would place undue burden and hardship on the hospital (i.e. negatively impact patient safety to the degree that they would not be able to perform the duties of their job unless vaccinated) if we approve their religious exemption.
**Do you agree?**

Note- If any of these individuals cannot safely and fully perform their job if an exemption were to be granted, then we will deny their requests.

---

**From:** Riley, Melissa Wolf (mr3vx)
**Sent:** Wednesday, September 22, 2021 5:48 PM
**To:** Eby, Joshua C *HS <JCE4U@hscmail.mcc.virginia.edu>; Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@virginia.edu>; Weikel, Adam (alw5ey) <alw5ey@virginia.edu>; Frederick, Melissa P (mpf4n) <mpf4n@virginia.edu>; Kenyon, Hannah B (qvn8ny) <qvn8ny@virginia.edu>
**Subject:** RE: Question about team members who will have an approved religious exemption

## Redacted-Attorney Client Privileged

Melissa

**Melissa Wolf Riley**
*Associate General Counsel*
*Office of the University Counsel*

E mwriley@virginia.edu
P 434.982.2941



This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it is addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received without forwarding it to anyone.

---

**From:** Eby, Joshua C *HS <JCE4U@hscmail.mcc.virginia.edu>
**Sent:** Wednesday, September 22, 2021 12:35 PM
**To:** Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>; Riley, Melissa Wolf (mr3vx) <mr3vx@virginia.edu>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮ @virginia.edu>; Weikel, Adam (alw5ey) <alw5ey@virginia.edu>; Frederick, Melissa P (mpf4n) <mpf4n@virginia.edu>; Kenyon, Hannah B (qvn8ny) <qvn8ny@virginia.edu>
**Subject:** RE: Question about team members who will have an approved religious exemption

# Redacted-Attorney Client Privileged

---

**From:** Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
**Sent:** Wednesday, September 22, 2021 12:23 PM
**To:** Riley, Melissa W <mr3vx@virginia.edu>
**Cc:** ▮▮▮▮▮▮▮▮▮▮ @virginia.edu>; Weikel, Adam L (CO-Chief HR Officer) <alw5ey@virginia.edu>; Frederick, Melissa P <mpf4n@virginia.edu>; Kenyon, Hannah <qvn8ny@virginia.edu>; Eby, Joshua C *HS <JCE4U@hscmail.mcc.virginia.edu>
**Subject:** Re: Question about team members who will have an approved religious exemption

# Redacted-Attorney Client Privileged

CONFIDENTIAL                                                                                    UVA_0014388

**Redacted-Attorney Client Privileged**

Thanks,

Costi

From: "Riley, Melissa Wolf (mr3vx)" <mr3vx@virginia.edu>
Date: Wednesday, September 22, 2021 at 11:34 AM
To: Costi Sifri <CDS9N@hscmail.mcc.virginia.edu>
Cc: ▮▮▮▮▮@virginia.edu>, "Weikel, Adam L (CO-Chief HR Officer)" <alw5ey@virginia.edu>, "Frederick, Melissa P" <mpf4n@virginia.edu>, "Kenyon, Hannah" <qvn8ny@virginia.edu>
Subject: RE: Question about team members who will have an approved religious exemption

**Redacted-Attorney Client Privileged**

Thanks,
Melissa

**Melissa Wolf Riley**
*Associate General Counsel*
*Office of the University Counsel*

E mwriley@virginia.edu
P 434.982.2941



This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it is addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received without forwarding it to anyone.

From: Riley, Melissa Wolf (mr3vx)
Sent: Friday, September 17, 2021 10:57 AM
To: Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
Cc: ▮▮▮▮▮@virginia.edu>; Weikel, Adam (alw5ey) <alw5ey@virginia.edu>; Frederick, Melissa P (mpf4n) <mpf4n@virginia.edu>; Kenyon, Hannah B (qvn8ny) <qvn8ny@virginia.edu>
Subject: Question about team members who will have an approved religious exemption

## Redacted-Attorney Client Privileged

Best,
Melissa

**Melissa Wolf Riley**
*Associate General Counsel*
*Office of the University Counsel*

**E** mwriley@virginia.edu
**P** 434.982.2941



This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it is addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received without forwarding it to anyone.

CONFIDENTIAL    UVA_0014390