**Exhibit 26**

**From:** ▮▮▮▮▮▮
**Sent:** 9/9/2021 8:28:31 AM
**To:** Sifri, Costi D *HS [CDS9N@hscmail.mcc.virginia.edu]
**Subject:** RE: Covid-19

Hi, Costi,
You are the best! Thank you for the information and the links, I greatly appreciate it! All is well, I wont complain (yet, ha!).

▮▮▮

-----Original Message-----
From: Sifri, Costi D *HS <CDS9N@hscmail.mcc.virginia.edu>
Sent: Thursday, September 9, 2021 8:11 AM
To: ▮▮▮▮▮▮ <▮▮▮▮▮▮>
Subject: Re: Covid-19

Hi ▮▮▮

I hope you're doing well. This is what I know. None of the currently authorized/approved vaccines have fetal cells or tissues! Their development did include use of fetal cell lines developed in the 1970-80s. The JNJ vaccine was developed using a fetal cell line, while early research with the mRNA vaccines used fetal cell lines to check safety. Theologians have stated that it is not illicit to receive a vaccine that used these cell lines in development or testing. The use of these vaccines been endorsed as being morally appropriate and ethically sound by the pope and multiple religious groups.

I'll link some health department explanations below.

https://www.michigan.gov/documents/coronavirus/COVID-19_Vaccines_and_Fetal_Cells_031921_720415_7.pdf

http://publichealth.lacounty.gov/media/coronavirus/docs/vaccine/VaccineDevelopment_FetalCellLines.pdf

Arlington archdiocese statement (mRNA preferred)

https://www.arlingtondiocese.org/communications/diocese-of-arlington-frequently-asked-questions-regarding-covid19-vaccines.pdf

Sent from my iPhone

On Sep 9, 2021, at 7:21 AM, ▮▮▮▮▮▮ <▮▮▮@virginia.edu> wrote:

Good morning, Costi,
I hope you are doing well! I am hoping you can assist me. As you know I do the Religious exemption reviews and we have received a lot of submissions of language speaking to fetal cells in the vaccine. Are you able to confirm if the vaccines have fetal cells? Melissa Riley asked that I reach out to you to confirm and if there is or isn't if you could assist with some possible standard language around that.

Many thanks
▮▮▮

▮▮▮
HR Senior Business Partner
UVA Human Resources
P: ▮▮▮

<image001.png>

<image002.jpg>